# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** 24-142
**Case Name** PAM POE v. RAÚL LABRADOR

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

Idaho's Vulnerable Child Protection Act (VCPA) was scheduled to take effect on January 1, 2024. But on December 26, 2023, the district court enjoined the Attorney General from enforcing any provision of the Act against anyone, even though Plaintiffs have no interaction with the majority of the Act's provision. That injunction is preventing the Attorney General from enforcing a law designed to protect vulnerable children from dangerous medical interventions. The Attorney General seeks emergency relief to allow the law to go into effect.

Relief is needed no later than *(date)*: February 1, 2024

The following will happen if relief is not granted within the requested time:

Idaho will be unable to enforce its law to protect vulnerable minor children from dangerous and life-altering procedures.

I could not have filed this motion earlier because:

This motion is being filed within two days of the district court's denial of the Attorney General's motion to stay the injunction.

I requested this relief in the district court or other lower court:
[X] Yes    [ ] No
   If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion:
[X] Yes    [ ] No
   If not, why not:

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**                                    *1*                                    Rev. 11/21/2019

I have notified all counsel and any unrepresented party of the filing of this motion:
  On *(date)*: January 17, 2024
  By *(method)*: Email
  Position of other parties: Oppose

  Name and best contact information for each counsel/party notified:

Li Nowlin-Sohl
lnowlin-sohl@aclu.org
Leslie Cooper
lcooper@aclu.org
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Richard Eppink
ritchie@wrest.coop
Casey Parsons
casey@wrest.coop
David A. Deroin
david@wrest.coop
Wrest Collective
812 W. Franklin St.
Boise, ID 83702

Brad S. Karp
bkar@paulweiss.com
Alexia D. Korberg
akorberg@paulweiss.com
Jackson Yates
jyates@paulweiss.com
Dana L. Kennedy
dkennedy@paulweiss.com
Paul, Wiess, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Eric Alan Stone
eric.stone@groombridgewu.com
Ariella C. Barbel
ariella.arel@groombridgewu.com
Groombridge, Wu, Baughman and Stone LLP
565 5th Avenue, Suite 2900
New York, NY 10017
(332) 269-0030

Philip S. May
philip.may@groombridgewu.com
Groombridge, Wu, Baughman and Stone LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
(202) 505-5830

Jordan Orosz
jorosz@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

Dina Flores-Brewer
dfloresbrewer@acluidaho.org
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
(208) 344-9750


I declare under penalty of perjury that the foregoing is true.

**Signature** s/Joshua N. Turner          **Date** January 18, 2014
*(use "*s/[typed name]*" to sign electronically-filed documents)*