APPEAL NO. 24-142

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,

*Plaintiffs-Appellees,*

v.

RAÚL LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:23-cv-00269-BLW

## APPENDIX TO APPELLANTS' RULE 27-3 EMERGENCY MOTION
## FOR STAY PENDING APPEAL – INDEX VOLUME

RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER
ACTING SOLICITOR GENERAL

JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense
IDAHO OFFICE OF
THE ATTORNEY GENERAL
700 W. Jefferson St., Suite 210
Boise, ID 83720
(208) 334-2400
james.craig@ag.idaho.gov

JONATHAN A. SCRUGGS
HENRY W. FRAMPTON, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

JOHN J. BURSCH
LINCOLN DAVIS WILSON
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

DAVID H. THOMPSON
BRIAN W. BARNES
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Appellants*

| Document Description | ECF No. | App. Page |
|---|---|---|
| **VOLUME 1** | | |
| District of Idaho Memorandum Decision and Order denying Motion for Stay of Injunction Pending Appeal | 88 | 2-13 |
| District of Idaho Memorandum Decision and Order | 78 | 14-66 |
| Emergency Motion to Stay Injunction Pending Appeal | 80 | 67-68 |
| Notice of Appeal | 79 | 69-74 |
| Deposition Transcript of Kara Connelly, MD (pages 1-150) | 56-1 | 75-224 |
| **VOLUME 2** | | |
| Deposition Transcript of Kara Connelly, MD (pages 151-294) | 56-1 | 226-369 |
| Expert Declaration of Daniel Weiss MD | 56-3 | 370-432 |
| **VOLUME 3** | | |
| Expert Report of James M. Cantor, PhD | 56-4 | 434-584 |
| Expert Declaration of Christine Brady, PhD | 44-1 | 585-613 |
| Expert Declaration of Kara Connelly, MD | 44-2 | 614-653 |
| Declaration of Pam Poe in Support of Plaintiffs' Motion for a Preliminary Injunction | 32-2 | 654-661 |
| Declaration of Jane Doe in Support of Plaintiffs' Motion for a Preliminary Injunction | 32-4 | 662-669 |
| HB 71 Statement of Purpose | | 670 |