APPEAL NO. 24-142

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,

*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:23-cv-00269-BLW

## APPENDIX TO APPELLANTS' RULE 27-3 EMERGENCY MOTION
## FOR STAY PENDING APPEAL – VOLUME 2

RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER
ACTING SOLICITOR GENERAL

JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense
IDAHO OFFICE OF
THE ATTORNEY GENERAL
700 W. Jefferson St., Suite 210
Boise, ID 83720
(208) 334-2400
james.craig@ag.idaho.gov

JONATHAN A. SCRUGGS
HENRY W. FRAMPTON, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

JOHN J. BURSCH
LINCOLN DAVIS WILSON
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

DAVID H. THOMPSON
BRIAN W. BARNES
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Appellants*

Dr. Kara Connelly August 28, 2023

1    systematic reviews that have been able to draw

2    conclusions about the effect of hormone therapy on

3    suicide?

4        A.   I am not aware of systematic reviews that

5    have drawn that -- or conclusions around that.

6        Q.   Is the adolescent chapter of the eighth

7    version of the Standards of Care based on a

8    systematic review?

9            MS. NOWLIN-SOHL:  Object to form.

10           THE WITNESS:  I can't say for certain

11   whether it's based on a systematic review.

12       Q.   (BY MR. RAMER)  I'd like to go to the

13   same article, page 7.

14           And is page 7 turned so you can actually

15   read it?

16       A.   Yeah.

17       Q.   And so this is a table that -- I'm just

18   going to read the title at the top.  It says

19   "Effects of Gender-Affirming Hormone Therapy on

20   Quality of Life Among Transgender People"; is that

21   right?

22       A.   Yeah.

23       Q.   And if you look at the very small font at

24   the bottom below the table where it lists

25   abbreviations, do you see about three-quarters of

Page 151

App.226

Dr. Kara Connelly August 28, 2023

1    the way down the line it says "QOL" is the

2    abbreviation for quality of life?

3         A.   On the first line of the abbreviations?

4         Q.   Correct.  It's about three-quarters of

5    the way down the line.

6         A.   Yes.

7         Q.   And going back up to the table, there are

8    six columns.

9              And do you see the second column labeled

10   "Transgender Population"?

11        A.   Yes.

12        Q.   And of the studies in this table, all of

13   them except one involved adults, correct?

14        A.   I can't see where ages were included or

15   reported.

16        Q.   So if you look down in the bottom study

17   of the table, I'm going to pronounce it "Achille."

18   I don't know if that's how you pronounce it, but

19   do you see for that study, the transgender

20   population is girls and boys?

21        A.   Yes.

22        Q.   And the study above Achille, the

23   transgender population is women and men?

24        A.   Yes.

25        Q.   Is it fair to say that Achille is

                                        Page 152

App.227

Dr. Kara Connelly August 28, 2023

1   children and adolescents and the study above is

2   adults?

3          MS. NOWLIN-SOHL:  Objection; foundation.

4          THE WITNESS:  I would have to look at the

5   way that their study populations are defined with

6   regards to age.

7      Q.   (BY MR. RAMER)  And for Achille, if you

8   go to the final column which is labeled

9   "Findings," do you see where it states -- I'll

10  read it and ask if I read it correctly.  It says

11  "Mean QOL scores did not change."

12         Did I read that correctly?

13     A.   Yes.

14     Q.   Okay.

15         MR. RAMER:  It's a little early, but it's

16  time for kind of another wave of exhibits.  Do you

17  want to take a break now?  Because I -- for the --

18  you know, I don't want to sit on the clock while

19  waiting for documents to come through on the email

20  server, so do you want to take ten minutes now and

21  then I can send a wave of exhibits and we can

22  reconvene?

23         MS. NOWLIN-SOHL:  We don't have a

24  preference.  We're happy to keep going, but if you

25  think that they're quite large exhibits and you

Page 153

Dr. Kara Connelly August 28, 2023

```
 1    want to take a break, we can do that as well.
 2              MR. RAMER:  I think let's do that and
 3    just keep the flow going.  Makes sense.
 4              MS. NOWLIN-SOHL:  Okay.
 5              MR. RAMER:  So maybe top of the hour, how
 6    about?
 7              MS. NOWLIN-SOHL:  Sounds good.
 8              MR. RAMER:  Okay.
 9              THE VIDEOGRAPHER:  Okay.  So the time is
10    2:50 p.m. Mountain time, and we are off the
11    record.
12         (Break taken from 2:50 p.m. to 3:00 p.m.)
13              THE VIDEOGRAPHER:  All right.  So we are
14    recording.  The time is 3:00 p.m. Mountain time,
15    and we are back on the record.
16         Q.   (BY MR. RAMER)  Dr. Connelly, I'd like to
17    return to your declaration, and specifically to
18    page 10, paragraph 32, and in particular,
19    footnote 7.
20              And in footnote 7, you cite an article
21    where the lead author is Turban; is that right?
22         A.   Yes.
23         Q.   And do you recall where the authors
24    obtained the data that they used in that study?
25         A.   Yes.  I believe it was the U.S. Trans
```

App.229

Dr. Kara Connelly August 28, 2023

```
 1    Health.
 2         Q.    The U.S. what?
 3         A.    Trans Health Survey.
 4         Q.    And on the next page of your declaration,
 5    paragraph 34, footnote 8, you cite another Turban
 6    article here, right?
 7         A.    Yes.
 8         Q.    And do you recall where the authors
 9    obtained the data that they used for that article?
10         A.    I can't remember for certain, but I
11    believe it was also from the U.S. Trans Health
12    survey.
13         Q.    So I agree.
14              MR. RAMER:  Exhibits 9 and 10, Li, for
15    you, were sent solely to establish that.  So I
16    think we'll deem those as included, but I'm not
17    going to bring them up to ask questions.
18              Does that make sense?
19              MS. NOWLIN-SOHL:  Yeah, that's fine.  I
20    haven't looked at them.  So those are the two
21    Turban studies?
22              MR. RAMER:  Correct.  And Dr. Connelly is
23    correct about where the data came from for that.
24              MS. NOWLIN-SOHL:  Okay.
25         (Deposition Exhibit Nos. 9 and 10 were marked.)
```

Page 155

Dr. Kara Connelly August 28, 2023

```
1              MR. RAMER:  Okay.  So we'll skip to --
2     should be Connelly Exhibit 11.
3              Did you receive that one?  It's a larger
4     one.
5              MS. NOWLIN-SOHL:  Yes.
6              MR. RAMER:  Great.
7         (Deposition Exhibit No. 11 was marked.)
8              MS. NOWLIN-SOHL:  So are you introducing
9     the two Turban articles to be marked as exhibits?
10             MR. RAMER:  Yes, correct, just to keep
11    the numbering.
12             And so do we have Connelly Exhibit 11?
13             MS. NOWLIN-SOHL:  We do.
14        Q.   (BY MR. RAMER)  Okay.  And, Doctor, is
15    this the survey you were referencing?
16        A.   Yes.
17        Q.   And do you recall how this survey was
18    conducted?
19        A.   I can't recall the specifics.
20        Q.   I'd like to turn to page 25.  Just let me
21    know when you're there.
22        A.   Okay.
23        Q.   And in the right column, there's a big
24    blue Roman Numeral IV with a header.
25             Do you see that?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

App.231

Dr. Kara Connelly August 28, 2023

```
 1          A.    Yes.
 2          Q.    And I'm just going to read the first
 3    sentence below that header and ask if I read it
 4    correctly.
 5                It says "The survey was produced and
 6    distributed in an online-only format after a
 7    determination that it would not be feasible to
 8    offer it in paper format due to the length and the
 9    complexity of the skip logic required to move
10    through the questionnaire."
11                Did I read that correctly?
12          A.    Yes.
13          Q.    And did you know this was an online
14    survey before you cited the Turban articles?
15          A.    Yes.
16          Q.    And do you know the age of the
17    respondents in this survey?
18                MS. NOWLIN-SOHL:  Object to form.
19                THE WITNESS:  I can't recall the
20    specifics.
21          Q.    (BY MR. RAMER)  If we could go to page 23
22    and the left column.  And below "II," the second
23    paragraph, I'll read the first two sentences and
24    ask if I read them correctly.
25                It says "The study included individuals
```

Page 157

Dr. Kara Connelly August 28, 2023

```
 1   aged 18 and older at the time of survey
 2   completion, as did the NTDS.  The study was not
 3   offered to individuals under the age of 18 due to
 4   limitations created by specific risk factors and
 5   recommendations associated with research involving
 6   minors."
 7           Did I read that correctly?
 8       A.   Yes.
 9       Q.   And did you know that the survey was only
10   individuals ages 18 and older before you cited the
11   two Turban articles?
12       A.   Yes.
13       Q.   Do you think a survey regarding the
14   experience of transgender adults adequately
15   captures the experience of transgender youth?
16           MS. NOWLIN-SOHL:  Object to the form.
17           THE WITNESS:  I'm sorry.  Can you repeat
18   the question?
19       Q.   (BY MR. RAMER)  Do you think a survey
20   regarding the experience of transgender adults
21   adequately captures the experience of transgender
22   youth?
23           MS. NOWLIN-SOHL:  Same objection.
24           THE WITNESS:  Can you clarify what you
25   mean by "experience"?
```

Page 158

Dr. Kara Connelly August 28, 2023

```
 1        Q.   (BY MR. RAMER)  Are you familiar with the
 2    phrase "lived experience"?
 3        A.   I've heard the phrase, and I think it can
 4    mean different things for different people.
 5        Q.   Do you think that data from a survey of
 6    transgender adults can reliably be used to assess
 7    outcomes in transgender youth?
 8            MS. NOWLIN-SOHL:  Object to form.
 9            THE WITNESS:  I think that information
10    that is gathered from transgender adults about
11    their own experience as transgender youth can be
12    valuable.
13        Q.   (BY MR. RAMER)  Do you think the results
14    of this survey can be used to assess outcomes for
15    transgender youth?
16            MS. NOWLIN-SOHL:  Object to form.
17            THE WITNESS:  Can you be a little more
18    specific?
19        Q.   (BY MR. RAMER)  So you agree the data in
20    this survey only comes from adults, right?
21        A.   Correct.
22        Q.   And do you think that that data is useful
23    in understanding the needs of transgender youth?
24        A.   I think that the transgender adults'
25    reports on their experiences as transgender youth
```

Page 159

(11 of 208), Page 11 of 208  Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 11 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 160 of 374
Dr. Kara Connelly August 28, 2023

```
 1    is -- can be valuable and helpful.
 2         Q.   Is that what this survey does?
 3         A.   This survey asks a lot of questions, and
 4    one portion or aspect of it is asking transgender
 5    adults to -- about questions pertaining to their
 6    experiences as transgender youth.
 7         Q.   Just returning to that same paragraph,
 8    I'd like to read the sentence that runs over to
 9    the next column, and I'll just ask if I read it
10    correctly.
11             It says "Furthermore, the current
12    experiences and needs of transgender youth often
13    differ those of adults in a number of key areas,
14    including experiences related to education,
15    employment, accessing health care, and updating
16    identity documents and many of these experiences
17    or needs could be adequately captured in a survey
18    that was not specifically tailored to transgender
19    people under the age of 18."
20             Did I read that correctly?
21         A.   Yes.
22         Q.   And do you agree with that statement?
23         A.   I agree with the first portion that
24    current experiences and needs of transgender youth
25    can differ or often differ from those of adults.
```

                                             Page 160

Dr. Kara Connelly August 28, 2023

```
 1                  And I don't know how to comment on the
 2      second portion that many of these experiences or
 3      needs could not be adequately captured in a
 4      survey, that portion.  It's -- I think what my
 5      interpretation of that second part of this
 6      sentence is is that the survey was not designed to
 7      study the -- was not originally designed to study
 8      the experiences of transgender -- current
 9      experiences of transgender youth.
10           Q.   And what's the consequence of that?
11                MS. NOWLIN-SOHL:  Object to form.
12                THE WITNESS:  Can you be more specific?
13           Q.   (BY MR. RAMER)  That the study was not
14      designed to assess the experiences of transgender
15      youth.  Isn't a consequence of that that the data
16      from the study should not be used to assess the
17      current experiences of transgender youth?
18                MS. NOWLIN-SOHL:  Object to form.
19                THE WITNESS:  That would not be my
20      interpretation.
21           Q.   (BY MR. RAMER)  What would your
22      interpretation be?
23           A.   I interpret this more as an explanation
24      of the way that the survey was designed and
25      acknowledging that there may have been questions
```

Page 161

(13 of 208), Page 13 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4, Page 13 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 162 of 374
Dr. Kara Connelly August 28, 2023

```
 1   that could be asked of transgender youth that were
 2   not asked in a survey that was designed for
 3   adults.
 4        Q.   And switching to -- oh, no, I'm sorry.  I
 5   have another question.  I apologize.
 6             Were the respondents to this survey all
 7   diagnosed with gender dysphoria?
 8        A.   I don't know.
 9        Q.   Do you know how the respondents were
10   selected for this survey?
11        A.   I don't recall.
12        Q.   Let's go to page 26.  Left column, the
13   carryover paragraph.  And I'm going to read the --
14   I'm going to read the last two sentences of this
15   paragraph and ask if I read them correctly.
16             "Although the intention was to recruit a
17   sample that was as representative as possible of
18   trans" --
19             MS. NOWLIN-SOHL:  Real quick, John, I'm
20   not sure we're on the same spot.  You said the
21   left-hand column of page 26?
22             MR. RAMER:  Correct.  It will be the
23   runover paragraph, so it will be the sentences
24   above the blue Roman V.
25             MS. NOWLIN-SOHL:  Okay.  We're there.
```

Page 162

Dr. Kara Connelly August 28, 2023

```
 1              MR. RAMER:  And I'll read that, the
 2     sentence beginning with "Although."
 3              "Although the intention was to recruit a
 4     sample that was as representative as possible of
 5     transgender people in the U.S., it is important to
 6     note that respondents in this study were not
 7     randomly sampled, and the actual population
 8     characteristics of transgender people in the U.S.
 9     are not known.  Therefore, it is not appropriate
10     to generalize the findings in this study to all
11     transgender people."
12              Did I read that correctly?
13        A.    Yes.
14        Q.    And were you aware of this limitation
15     before you cited the Turban studies?
16              MS. NOWLIN-SOHL:  Object to form.
17              THE WITNESS:  Can you clarify what you
18     mean by "limitation"?
19        Q.    (BY MR. RAMER)  I'm referring to the last
20     sentence where it says -- the survey itself says
21     it is not appropriate to generalize the findings
22     in this study to all transgender people.
23        A.    Was I aware of that sentence before
24     citing the Turban studies?
25        Q.    Were you aware the survey says that it's
```

Page 163

Dr. Kara Connelly August 28, 2023

1    not appropriate to generalize its findings to all
2    transgender people before you cited the Turban
3    studies?
4         A.   I can't say that I recall reading that
5    exact sentence, but -- yeah, I don't -- I can't --
6    I don't recall remembering or reading that exact
7    sentence.
8         Q.   And I guess my question isn't so much
9    whether you recall reading that exact sentence.
10   It's more were you aware of that fact?
11             MS. NOWLIN-SOHL:  Object to form.
12             THE WITNESS:  The statement that they
13   made in the survey?
14        Q.   (BY MR. RAMER)  Were you aware that
15   respondents in the study were not randomly
16   sampled?
17        A.   Yes.
18             MR. RAMER:  And now we'll switch to a new
19   exhibit, which I believe -- let's see what I sent
20   it as.  It should be Connelly Exhibit 12.
21             (Deposition Exhibit No. 12 was marked.)
22             THE WITNESS:  Okay.
23        Q.   (BY MR. RAMER)  Doctor, have you seen
24   this document before?
25        A.   I may have seen this document, but I -- I

Page 164

1    don't see where it was released or who the authors

2    are.

3         Q.   Well, I guess that's a question is did

4    you help develop this statement?

5         A.   No.

6         Q.   Have you helped develop any statement for

7    the Pediatric Endocrine Society?

8         A.   No.

9         Q.   So under the first paragraph -- and just

10   to confirm, the Pediatric Endocrine Society is the

11   organization that you're a member of, right?

12        A.   Correct.

13        Q.   Under the first paragraph, the final

14   sentence, I'll read it and ask if I read it

15   correctly.

16             It says "While there continue to be gaps

17   in knowledge about the optimal care for

18   transgender individuals, the framework for

19   providing care is increasingly well established,

20   as is the recognition of needed policy changes."

21             Did I read that correctly?

22        A.   Yes.

23        Q.   And do you think there are gaps in

24   knowledge about the optimal care for transgender

25   individuals?

Page 165

Dr. Kara Connelly August 28, 2023

1           MS. NOWLIN-SOHL:  Object to form.

2           THE WITNESS:  I think that there is

3    information that we still need to learn more

4    about.

5       Q.   (BY MR. RAMER)  Like what?

6       A.   You mean specific examples?

7       Q.   Yes.

8       A.   Well, an example might be different

9    medications that may be successful for menstrual

10   cycle cessation.  Some may be more effective than

11   others in certain populations, is one example that

12   comes to mind.

13      Q.   And in the second paragraph below

14   "Background," I'm going to read the last three

15   sentences, so really everything except the first

16   sentence, and ask if I read that correctly.

17           It says "Gender identity was considered

18   malleable and subject to external influences.

19   Today, however, this attitude is no longer

20   considered valid.  Considerable scientific

21   evidence has emerged demonstrating a durable

22   biological element underlying gender identity.

23   Individuals may make choices due to other factors

24   in their lives, but there do not seem to be

25   external forces that generally cause individuals

Page 166

Dr. Kara Connelly August 28, 2023

1      to change gender identity."

2              Did I read that correctly?

3          A.    Yes.

4          Q.    And what is your understanding of the

5      statement that "gender identity is durable"?

6          A.    I would have to look at the two

7      references that are listed there, that are

8      attached to that statement, that sentence.

9          Q.    You don't have an opinion without looking

10     at those references what it means for gender

11     identity to be durable?

12         A.    I'm not sure what it means by a "durable

13     biological element."

14         Q.    And what's your --

15         A.    I would need to look at the two

16     references to know what they are and how that is

17     defined to be able to say whether -- to really say

18     what they're trying to, what they mean by that

19     statement.

20             MR. RAMER:  And, Li, did Exhibit 14 -- I

21     realize I'm skipping ahead a bit, but did

22     Exhibit 14 come through?

23             MS. NOWLIN-SOHL:  Yes.

24             MR. RAMER:  All right.  I'd like to pull

25     that up.

                                    Page 167

Dr. Kara Connelly August 28, 2023

```
 1              (Deposition Exhibit No. 14 was marked.)
 2              MS. NOWLIN-SOHL:   Okay.
 3         Q.   (BY MR. RAMER)  And, Doctor, I'll
 4    represent this is a printout from the Endocrine
 5    Society website.  And you can see the upper right
 6    it says "November 30, 2020."
 7              And in the second paragraph, the second
 8    sentence -- I'm just going to read that and ask if
 9    I read it correctly.
10              It says "The group updated the society's
11    transgender health position statement to provide
12    further background and support on the treatment of
13    transgender minors and developed a new fact sheet
14    focused on ways to improve pediatric care for
15    transgender minors."
16              Did I read that correctly?
17         A.   Yes.
18         Q.   And then further down on the same page,
19    the very last paragraph, it says "Special thanks
20    to," and then it lists a bunch of names.
21              And then it says "as well as Kara
22    Connelly, MD," and lists a bunch of names, "all of
23    whom participated in the development of these
24    documents."
25              Do you see that?
```

Page 168

App.243

Dr. Kara Connelly August 28, 2023

```
 1          A.    Yes.
 2          Q.    So just so I understand, did you
 3     participate in the development of this position
 4     statement?
 5          A.    Do you mean the --
 6          Q.    The previous exhibit we were looking at.
 7     Sorry.
 8          A.    Oh, no.
 9          Q.    Okay.  Do you understand what this would
10     be referencing with respect to the documents that
11     you participated in the development of?
12          A.    The special thanks statement?  I
13     participated in the development of the new fact
14     sheet.
15          Q.    Okay.  And does the fact sheet reference
16     a durable biological underpinning to gender
17     identity?
18          A.    I can't recall.  I would have to look at
19     it again.  It's been a few years since I looked at
20     it.
21          Q.    And so on this page, for example, they
22     reference the durable biological underpinning to
23     gender identity.
24                And just to clarify, your testimony is
25     that you don't know what that's referring to; is
```

Page 169

Dr. Kara Connelly August 28, 2023

```
 1    that right?
 2           MS. NOWLIN-SOHL:  John, are you still on
 3    the web printout, or are you back to the previous
 4    exhibit?
 5           MR. RAMER:  Sorry, yeah.  That was
 6    unclear.  I'm still on the web printout, and you
 7    can see there is a numbered list.
 8       Q.   (BY MR. RAMER)  And No. 1 states "There
 9    is a durable biological underpinning to gender
10    identity that should be considered in policy
11    determinations."
12           And my question is just similar to one we
13    were discussing, the previous exhibit, is that
14    you, Dr. Connelly, don't know what that means when
15    it says "durable biological underpinning"; is that
16    right?
17           MS. NOWLIN-SOHL:  Object to form;
18    mischaracterizes testimony.
19           THE WITNESS:  I'm sorry.  Can you repeat
20    the question?
21       Q.   (BY MR. RAMER)  Just to simplify the
22    question, it's just do you know what this is
23    referring to when it says "durable biological
24    underpinning to gender identity"?
25           MS. NOWLIN-SOHL:  Object to form.
```

Page 170

App.245

Dr. Kara Connelly August 28, 2023

```
 1              THE WITNESS:  I can't say what that is
 2    referring to.  And there may be more information
 3    in other references about what exactly that
 4    statement is referring.
 5        Q.   (BY MR. RAMER)  So let's switch back to
 6    the previous exhibit, which should be Connelly
 7    Exhibit 12.
 8              MS. NOWLIN-SOHL:  And just to confirm,
 9    John, because the numbering on the PDF files are
10    different than the exhibit labeling, this is the
11    one that's numbered 10?
12              MR. RAMER:  Yes, that's right, Li.  I
13    apologize.
14              MS. NOWLIN-SOHL:  No problem.  I just
15    wanted to make sure we're looking at the same
16    thing.
17        Q.   (BY MR. RAMER)  And back in that left
18    column, the paragraph we were previously looking
19    at, the sentence that says -- sorry.
20              The fourth sentence in that paragraph
21    says "Considerable scientific evidence has emerged
22    demonstrating a durable biological element
23    underlying gender identity."
24              I just want to understand, do you think
25    that statement is true?
```

Page 171

Dr. Kara Connelly August 28, 2023

```
 1              MS. NOWLIN-SOHL:  Object to form.
 2              THE WITNESS:  I can't say.  I can't say
 3      whether I think that that's true, again, without
 4      knowing what they refer to as "durable biological
 5      element."
 6          Q.   (BY MR. RAMER)  And in the last sentence
 7      in that paragraph, it says "There do not seem to
 8      be external forces that genuinely cause
 9      individuals to change gender identity."
10              Do you see that?
11          A.   Yes.
12          Q.   In your opinion, is it true that
13      individuals do not genuinely change gender
14      identity?
15              MS. NOWLIN-SOHL:  Object to form.
16              THE WITNESS:  Can you repeat the
17      question?
18          Q.   (BY MR. RAMER)  Yeah, just in your
19      opinion, is it true that individuals do not
20      genuinely change gender identity?
21              MS. NOWLIN-SOHL:  Same objection.
22              THE WITNESS:  In my professional opinion,
23      it is that generally there are not forces that
24      cause someone's gender identity to change.
25          Q.   (BY MR. RAMER)  Does someone's gender
```

Page 172

(24 of 208), Page 24 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4, Page 24 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 173 of 374
Dr. Kara Connelly August 28, 2023

```
 1   identity change?
 2       A.   I think sometimes someone -- someone's
 3   experiences in gender identity can change,
 4   although I think it's very, very rare.
 5       Q.   And do you think that change is genuine?
 6       A.   Can you explain what you mean by
 7   "genuine"?
 8       Q.   I guess as more a theoretical matter,
 9   when somebody's experienced that their gender
10   identity changes, that change is a genuine change
11   in their gender identity, meaning it is not a
12   mistake; is that right?
13           MS. NOWLIN-SOHL:  Object to form.
14           THE WITNESS:  I'm confused by the
15   question.
16       Q.   (BY MR. RAMER)  Okay.  We'll move on.
17           So same document, the right column.  And
18   there's a blue header, "Considerations," and then
19   the second paragraph down.
20           It says "The Endocrine Society's clinical
21   practice guideline on gender dysphoria/gender
22   incongruence provides the standard of care for
23   supporting transgender individuals."
24           Did I read that correctly?
25       A.   Yes.
```

Page 173

Dr. Kara Connelly August 28, 2023

1      Q.    And is that true?

2            MS. NOWLIN-SOHL:  Object to form.  Object

3      to the extent that it calls for a legal

4      conclusion.

5            THE WITNESS:  I think I would say that

6      the Endocrine Society's clinical practice

7      guideline helps to establish what would be

8      considered best practices in the care of

9      transgender individuals.

10     Q.    (BY MR. RAMER)  So would you be unwilling

11     to say that the Endocrine Society guideline

12     provides the standard of care for supporting

13     transgender individuals?

14           MS. NOWLIN-SOHL:  Object to the extent

15     that it calls for a legal conclusion.

16           THE WITNESS:  I think that there are --

17     there's -- people use the word "standard of care"

18     in different ways.  So I can't say that that would

19     be the -- would be true in every situation that --

20     in every meaning of the word "standard of care."

21     It would depend on how standard of care is being

22     defined.

23     Q.    (BY MR. RAMER)  And so this statement is

24     issued by the Pediatric Endocrine Society.

25           And how do you think members of the

Page 174

Dr. Kara Connelly August 28, 2023

1    Pediatric Endocrine Society would understand the
2    phrase the "standard of care"?
3              MS. NOWLIN-SOHL:  Objection; speculation.
4              THE WITNESS:  I was not an author of this
5    statement, and I can't -- I can't say what all the
6    members of the Pediatric Endocrine Society or the
7    authors are meaning by this statement.
8         Q.   (BY MR. RAMER)  Do you recall whether the
9    Endocrine Society guidelines say if they establish
10   a standard of care?
11        A.   I don't recall that.
12             MR. RAMER:  Let's go back to those
13   guidelines, which I believe are Connelly
14   Exhibit 7.  And the file name unfortunately begins
15   with an 8.
16             MS. NOWLIN-SOHL:  We have that.
17             MR. RAMER:  Okay.  And I'd like to go to
18   3895, which should be toward the back.
19             MS. NOWLIN-SOHL:  Okay.
20        Q.   (BY MR. RAMER)  And in the right column
21   under the bold "Acknowledgements," do you see
22   there's a paragraph that begins with "Disclaimer"?
23        A.   Yes.
24        Q.   And I'm just going to read the third
25   sentence and ask if I read it correctly, which is

                                        Page 175

(27 of 208), Page 27 of 208 Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 27 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 176 of 374
Dr. Kara Connelly August 28, 2023

1    "The guidelines cannot guarantee any specific

2    outcome, nor do they establish a standard of

3    care."

4         Did I read that correctly?

5    A.    Yes.

6    Q.    Okay.  We'll next move back to your

7    declaration, and specifically page 9,

8    paragraph 31.  And starting with the fourth

9    sentence, I'm just going to read the fourth and

10   fifth sentences and ask if I read them correctly.

11        "While the social and political

12   environments may continue to negatively impact a

13   patient's mental health, we see dramatic

14   improvements in our patients after they begin

15   gender-affirming medical care.  Depression,

16   anxiety, self-harm, and suicidal ideations are

17   significantly reduced based on the screening tools

18   PHQ-9 and GAD-7, which patients complete at every

19   visit."

20        Did I read that correctly?

21   A.    Yes.

22   Q.    And can you just explain what the PHQ-9

23   is?

24   A.    Yes.  It -- I believe it stands for

25   patient health questionnaire, but I'm not certain.

App.251

Dr. Kara Connelly August 28, 2023

```
 1    And it is a screening tool for depression,
 2    clinical depression.
 3         Q.    And do you happen to know what the 9
 4    means?
 5         A.    I think it refers to the number of
 6    questions that's included.
 7         Q.    And when a patient completes the PHQ-9,
 8    it results in a score; is that right?
 9         A.    Yes.
10         Q.    And essentially the higher the score, the
11    worst patient's depression; is that right?
12         A.    The higher the score -- the score
13    determines the -- I can't remember the exact term.
14    The likelihood that a patient has clinically
15    significant depression.
16         Q.    And so just as a general matter, a higher
17    score is worse than a lower score; is that right?
18         A.    There isn't a way of characterizing it as
19    better or worse just simply based on the number.
20         Q.    Can you explain that a little more?
21         A.    Yeah.  So there -- so clinically
22    significant depression can include several of the
23    different numbers of the score.  But if they fall
24    within the same category of the clinically
25    significant depression, one number -- like, a 24
```

Page 177

Dr. Kara Connelly August 28, 2023

```
 1    or -- I can't remember what the total, what the
 2    highest number is, but let's say 22 may not be
 3    more significant than a 21.
 4           And we also look at the specific
 5    questions and the way that those are answered when
 6    looking at the score.  So we don't just look at
 7    the total score to determine how significant
 8    someone's depression is.
 9        Q.   Well, is there a score for the PHQ-9 that
10    serves as a cutoff for particular conclusions?
11        A.   I cannot recall that.  That's more in the
12    expertise of our behavioral health team members.
13        Q.   So I take your point about the 24 versus
14    the 22, you can't make any conclusions.
15           But just as a general matter if somebody
16    scores a zero and somebody scores 22, the person
17    who scores a 22 has more indications of
18    depression, correct?
19        A.   The person who scores a 22 would be at a
20    higher likelihood of experiencing clinically
21    significant depression compared to someone who
22    scores a zero.
23        Q.   And then could you explain what the GAD-7
24    is?
25        A.   Yes.  That is a screening tool for
```

Page 178

Dr. Kara Connelly August 28, 2023

```
 1    determining clinically significant anxiety.
 2         Q.   So it's kind of like the PHQ-9, but for
 3    anxiety; is that right?
 4         A.   Yes.
 5         Q.   And in your declaration back in
 6    paragraph 31, the sentences we were just talking
 7    about, you say you see dramatic improvements in
 8    your patients after they begin gender-affirming
 9    medical care; is that right?
10         A.   Yes.
11         Q.   Is that something you studied before?
12              MS. NOWLIN-SOHL:  Object to form.
13              THE WITNESS:  Can you be more specific?
14         Q.   (BY MR. RAMER)  Have you ever looked at
15    data to confirm that statement?
16              MS. NOWLIN-SOHL:  Object to form.
17              THE WITNESS:  In our clinic?
18         Q.   (BY MR. RAMER)  Correct.
19         A.   I can't say that we have conducted any
20    studies that have -- that have looked at overall
21    improvements in patients after they begin care.
22              MR. RAMER:  And, Li, I'd like to go to
23    Connelly Exhibit 13, which has, again,
24    unfortunately an 11 in the file name.
25              MS. NOWLIN-SOHL:  Okay.
```

Page 179

Dr. Kara Connelly August 28, 2023

```
 1              (Deposition Exhibit No. 13 was marked.)
 2         Q.    (BY MR. RAMER)  And, Doctor, do you
 3    recognize this article?
 4         A.    Yes.
 5         Q.    And did you help author this article?
 6         A.    Yes.
 7         Q.    And did the data used in this article
 8    come from your clinic?
 9         A.    Yes.
10         Q.    Okay.  I'd like to go to page 198, I
11    guess the third page, Table 1.
12              And in Table 1, do you see there's a
13    category for affirmed gender?
14         A.    Yes.
15         Q.    And for male in that category, does that
16    mean it's an assigned female at birth with a
17    gender identity of male?
18         A.    Yes.
19         Q.    And so am I reading the table correctly
20    that over 70 percent of the sample were assigned
21    female at birth?
22         A.    In this study, yes, 72 percent were --
23    had an affirmed gender of male.  And I think in
24    likely all cases, that meant that they had -- we
25    can only -- I can only assume what their assigned
```

Page 180

Dr. Kara Connelly August 28, 2023

1    sex at birth is because it doesn't specify it

2    here.  And some people who are assigned male at

3    birth may still list their gender as male.

4           But I would say yes, the majority are

5    likely assigned female at birth.

6       Q.   Does that percentage of 70 percent -- or

7    let me ask it a different way.

8           Is that percentage of 70 percent, in your

9    estimation, reflective of your patient population

10   generally?

11      A.   Not generally.

12      Q.   Do you think it's higher or lower?

13      A.   It's higher in this sample than what we

14   see generally.

15      Q.   How much higher, do you think?

16      A.   Well, generally I'd say about two-thirds

17   of our patient population are assigned female at

18   birth.

19      Q.   And then going to page 197, the left

20   column, and there's the bold header "Methods."

21   And then under "Methods," it says "Participants

22   and procedure."  And then I'd like to read the

23   third sentence in that paragraph and ask if I read

24   it correctly.

25           It says "In this clinic, youth do not

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

(33 of 208), Page 33 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4, Page 33 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 182 of 374
Dr. Kara Connelly August 28, 2023

1   receive prescriptions for hormone medication
2   management at the initial visit, but many patients
3   initiate medications between their first and
4   second appointments after completing required
5   steps (family receives extensive counseling, signs
6   consent form, completes assessment, and acquires a
7   letter of support from an experienced mental
8   health provider.)"
9           Did I read that correctly?
10      A.    Yeah.
11      Q.    And is it true that many patients at your
12  clinic begin taking either puberty blockers or
13  cross-sex hormones after only one appointment?
14      A.    You mean after one -- after the first
15  medical visit?
16      Q.    Is that what "initial visit" refers to in
17  here?
18      A.    Yes.
19      Q.    So yes, that's what I'm asking.
20      A.    Yes.  There are a number of patients that
21  initiate medications after their first medical
22  visit, but that may not be the first visit that
23  they had with our team.
24      Q.    And over to page 198, back to Table 1,
25  and do you see there's a category toward the

                                        Page 182

Dr. Kara Connelly August 28, 2023

1    bottom of the table that says "Interventions"?

2        A.    Yes.

3        Q.    And in that category, there's a row that

4    says "Neither hormone blockers or HT."

5            Do you see that?

6        A.    Yes.

7        Q.    Does "HT" stand for hormone therapy?

8        A.    Yes.

9        Q.    And hormone therapy can also be described

10   as cross-sex hormones; is that right?

11       A.    Yes.

12       Q.    And in this table, it says that

13   96.2 percent were not on puberty blockers or

14   cross-sex hormones at the initial visit, correct?

15       A.    I have to go back to look to see what

16   exactly initial visit is referring to.

17       Q.    What could it be referring to?

18       A.    If -- I don't know if that means that

19   they -- when they were seen for that initial visit

20   they were already on treatment or if they were

21   prescribed that treatment following the initial

22   visit.

23       Q.    Well, I guess let's move to the second

24   column, then, in that same row.  And it looks like

25   by the time of the follow-up visit, the number --

                                        Page 183

(35 of 208), Page 35 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4  Page 35 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 184 of 374
Dr. Kara Connelly August 28, 2023

```
 1    excuse me.
 2            The percentage that is not on hormone
 3    blockers or cross-sex hormones falls to only
 4    47.5 percent; is that right?
 5            MS. NOWLIN-SOHL:  Object to the form.
 6            THE WITNESS:  I'm sorry.  Can you repeat
 7    the question?
 8        Q.   (BY MR. RAMER)  Yeah.  Just in Table 1,
 9    we were just looking at the row that discusses
10    neither hormone blockers or hormone therapy.
11            And we saw that at the initial visit, it
12    says there were -- 96.2 percent of the sample were
13    on neither hormone blockers or hormone therapy,
14    correct?
15        A.   Correct.
16        Q.   And then when you move over a column to
17    the follow-up, that percentage falls to
18    47.5 percent.
19            Do you see that?
20        A.   Yes.
21        Q.   So by the time of the follow-up
22    appointment, over half the patients in this sample
23    were on either puberty blockers or cross-sex
24    hormones, correct?
25            MS. NOWLIN-SOHL:  Object to form.
```

Page 184

(36 of 208), Page 36 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4, Page 36 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 185 of 374
Dr. Kara Connelly  August 28, 2023

1           THE WITNESS:  So is your question what
2    was the percentage of individuals who started who
3    were on therapy by the time of the follow-up
4    visit?
5       Q.   (BY MR. RAMER)  My question is simply
6    just trying to understand the data on that line.
7    And what it looks like -- and correct me if I'm
8    wrong -- is what it looks like is that at the
9    initial visit, 96.2 percent of the sample were on
10   neither puberty blockers nor cross-sex hormones,
11   but then by the time of the follow-up visit, only
12   47.5 percent were neither on puberty blockers or
13   cross-sex hormones.
14          Am I reading that correctly?
15      A.   Yes.
16          MS. NOWLIN-SOHL:  The follow-up does not
17   say the initial follow-up.
18          MR. RAMER:  Sure.
19      Q.   (BY MR. RAMER)  And is that percentage
20   reflective of your patient population generally?
21      A.   I would say generally no.
22      Q.   I'd like to go back to page 197.  I guess
23   why would you say that, "generally no"?
24      A.   Because generally there are a higher
25   number of patients that are not on cross-sex

                                        Page 185

Dr. Kara Connelly August 28, 2023

1    hormone therapy or puberty blockers at the time of

2    their first follow-up visit.

3        Q.    And is that higher number or higher

4    percentage?

5        A.    Than this study?

6        Q.    I'm asking because I would assume the

7    number is certainly higher because this is just a

8    sample.  And my question is about the percentage.

9        A.    Yes, a higher percentage than -- in this

10   study are not on cross-sex hormones or puberty

11   blockers at the time of their first follow-up

12   visit.

13       Q.    So did you choose -- for this article did

14   you choose a data set that was not representative

15   of your clinic?

16            MS. NOWLIN-SOHL:  Object to the form.

17            THE WITNESS:  No.  This wasn't a sample

18   that was chosen, but it is a sample in this period

19   of time that is different than what our population

20   is now.

21       Q.    (BY MR. RAMER)  And so how much higher do

22   you think the percentage is now?

23            MS. NOWLIN-SOHL:  Object to form.

24            THE WITNESS:  How much higher is the

25   percentage of patients who are not on cross-sex

Page 186

Dr. Kara Connelly August 28, 2023

```
 1   hormones or puberty blockers at the time of their
 2   first follow-up appointment?
 3        Q.   (BY MR. RAMER)  Correct.
 4        A.   I would probably estimate closer to
 5   70 percent.
 6        Q.   So then by the time of the first
 7   follow-up, your estimation is that 30 percent are
 8   on either puberty blockers or cross-sex hormones;
 9   is that right?
10        A.   Yes.
11        Q.   And is that greater than the 2 percent
12   you mentioned earlier this morning?
13        A.   Can you remind me what the 2 percent --
14        Q.   It's not important.  Sorry.  I'll move
15   on.
16             Okay.  So page 197, left column, first
17   full paragraph which begins with the phrase "To
18   fill these gaps in the research," do you see that?
19        A.   Yes.
20        Q.   And in this paragraph, is it fair to say
21   you are listing the aims of this study?
22        A.   Yes.
23        Q.   And I'm going to read the first aim and
24   just ask if I read it correctly.
25             It says "Describe changes in anxiety and
```

Page 187

Dr. Kara Connelly August 28, 2023

1    depression and suicidality from intake visit to

2    first follow-up appointment using the PHQ-9 and

3    GAD-7 in TGN youth."

4         Did I read that correctly?

5    A.    Yes.

6    Q.    And "TGN," does that stand for

7    transgender and gender nonconforming?

8    A.    I'm just going to double-check.  Yes.

9    Q.    And then for the third aim, it says

10   "Examine changes in anxiety and depression from

11   intake to first follow-up among the TGN youth who

12   initiate HT"; is that right?

13   A.    Yes.

14   Q.    And "HT" there refers to hormone therapy,

15   correct?

16   A.    Yes.

17   Q.    Okay.  I'd like to go back to 198 and to

18   Table 2 now.  And in Table 2, that table is

19   entitled "Change in depression and anxiety from

20   initial visit to first follow-up," correct?

21   A.    Yes.

22   Q.    And so there's kind of four groupings

23   here.  The first is PHQ-9 distance.  The second is

24   GAD-7 distance.  The third is PHQ-9 HT, and the

25   fourth is GAD-7 HT.

Page 188

Dr. Kara Connelly August 28, 2023

1           Do you see that?

2       A.   Yes.

3       Q.   And my questions are going to relate to

4   the bottom two groups.

5           And starting with the group that's

6   labeled "PHQ-9 HT," is it fair to say this is

7   measuring the PHQ-9 scores for the sample?

8       A.   Yes.

9       Q.   And in this category, it's broken out

10  between those who have initiated cross-sex

11  hormones and those who have not initiated

12  cross-sex hormones, correct?

13      A.   Yes.

14      Q.   And then as you move to the columns, is

15  it correct that you're providing the average PHQ-9

16  scores for the initial visit in the first column?

17      A.   Yes, it's the mean scores and the

18  standard deviation in the parentheses.

19      Q.   And then in the second column, you're

20  providing the mean scores for the follow-up visit;

21  is that right?

22      A.   Yes.

23      Q.   And for the category of patients who had

24  initiated hormone therapy, this table shows that

25  their PHQ-9 scores on average increased from the

                                        Page 189

(41 of 208), Page 41 of 208 Case: 24-142 01/18/2024 DktEntry: 14.4 Page 41 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 190 of 374
Dr. Kara Connelly August 28, 2023

1    initial visit to the follow-up visit, correct?

2        A.   The mean score at the follow-up visit of

3    the group as a whole is numerically higher but not

4    statistically significantly higher than at the

5    initial visit.

6        Q.   And for the category of patients who had

7    not initiated hormone therapy, this table shows

8    that their PHQ-9 scores on average decreased from

9    the initial visit to the follow-up visit, correct?

10       A.   Again, not statistically significant, but

11   the follow-up mean score of the group as a whole

12   was lower than the initial visit mean score of the

13   group as a whole.

14       Q.   Why does the lack of statistical

15   significance matter?

16       A.   Because with the lack of statistical

17   significance, we can't draw any conclusions about

18   the data and the tables.

19       Q.   Right.  I want to go down to the group

20   below that for the GAD-7.

21            And this is broken out along the same way

22   as the PHQ-9 group, correct?

23       A.   Yes.

24       Q.   And this also shows that the average

25   scores of the GAD-7 increased between initial

Page 190

(42 of 208), Page 42 of 208 Case: 24-142 01/18/2024, DktEntry: 14.4, Page 42 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 191 of 374
Dr. Kara Connelly August 28, 2023

```
1   visit and follow-up visit for those who had
2   initiated hormone therapy, correct?
3        A.   The average GAD-7 score, there was no
4   statistically significant difference between the
5   initial visit and the follow-up visit.
6        Q.   I understand the point about statistical
7   significance.
8             My question is simply the data that you
9   recorded in this study shows that the average
10  score for those who had initiated hormone therapy
11  increased from the initial visit to the follow-up
12  visit, correct?
13       A.   The follow-up visit average score is .5
14  higher than the average score at the initial
15  visit -- .1, sorry.
16       Q.   And for the category of patients who had
17  not initiated hormone therapy, the average score
18  decreased from the initial visit to the follow-up
19  visit, correct?
20       A.   Again, not statistically significant, the
21  average GAD-7 score at the follow-up was .5 points
22  lower than at the initial visit, the average score
23  at the initial visit.
24       Q.   And just returning to your declaration,
25  to page 9, paragraph 31, the fourth sentence down,
```

Page 191

Dr. Kara Connelly August 28, 2023

```
 1    and you say you see dramatic improvements in your
 2    patients after they begin gender-affirming medical
 3    care.
 4              Do you see that?
 5        A.   Yes.
 6        Q.   And you also say depression, anxiety,
 7    self-harm, and suicidal ideation are significantly
 8    reduced.
 9              Do you see that?
10        A.   Yes.
11        Q.   How do you reconcile those statements
12    with the results reported in your own article?
13        A.   The article was only over a very short
14    period of time from the initial visit to the
15    follow-up, usually about three months later, and
16    the dramatic improvements that we see take place
17    over a longer period of time.
18        Q.   So you do not see dramatic improvements
19    after your patients begin gender-affirming medical
20    care; is that right?
21              MS. NOWLIN-SOHL:  Object to form.
22              THE WITNESS:  We do see dramatic
23    improvements in our patients after they begin
24    gender-affirming medical care over time.
25        Q.   (BY MR. RAMER)  And is that measured
```

Page 192

App.267

Dr. Kara Connelly August 28, 2023

1    anywhere?

2        A.    It's not in -- it's measured in the

3    patient's electronic medical records.

4        Q.    Is it measured in a format for you to

5    make the conclusion that you see dramatic

6    improvements based on PHQ-9 and GAD-7 scores?

7            MS. NOWLIN-SOHL:  Object to form.

8            THE WITNESS:  It's not collated in a

9    database, but it is something that we look at at

10   every single visit, their score and their numbers,

11   the total score, and again, how they answer each

12   of the questions from last visit to this visit,

13   the next visit, and so on.

14       Q.    (BY MR. RAMER)  And when you say

15   improvement is over a longer term, what kind of

16   length are you talking about?

17       A.    Well, it really varies.  And so for some

18   patients, it is a shorter period of time.

19            For some patients it might take a longer

20   period of time.  It might take six months.  It

21   might take eight months.  It really depends on a

22   lot of factors.

23       Q.    And have you seen a dramatic improvement

24   in a statistically significant measure?

25       A.    In our clinic?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

App.268

Dr. Kara Connelly August 28, 2023

```
 1        Q.    Correct.

 2        A.    No.  We haven't studied that.

 3        Q.    Just going back to the exhibit -- let's

 4    see what number that is.  Oh, Exhibit 13, 11 file

 5    name, I'd like to go to page 199.  And left

 6    column, first full paragraph, second sentence.

 7        A.    Excuse me, before the next question, can

 8    I just clarify my last answer?

 9        Q.    Sure.

10        A.    The question I believe was have we

11    observed a statistically significant difference in

12    our clinic patient population?  And -- is that the

13    question?  Was that the question?

14        Q.    It may have been.  Let's assume that's

15    the question.  Go ahead.

16        A.    I meant to say that we have not

17    specifically done a study to assess that.

18        Q.    Okay.  So page 199, left column, first

19    full paragraph, second sentence.  I just want to

20    read this and ask if I read it correctly.

21              It says "While some evidence to date

22    lends strong support for symptom improvement over

23    time, the current study suggests changes likely

24    occur gradually and may not begin to occur until

25    several months into treatment."
```

Page 194

Dr. Kara Connelly August 28, 2023

1          Did I read that correctly?

2     A.   Yes.

3     Q.   And after you say "some evidence to

4  date," then "strong support for symptom

5  improvement over time," you cite endnote 4 and

6  then endnotes 12 through 16; is that right?

7     A.   Yes.

8     Q.   And if we flip down to endnotes 12

9  through 16, as you sit here today, do you know

10  whether any of those studies involved individuals

11  under 18 years of age?

12     A.   I can't say just looking at the titles.

13     Q.   Okay.  In the other study you cited in

14  endnote 4, that is de Vries.

15          Do you see that?

16     A.   Yes.

17     Q.   And we've gone a little over an hour.  Do

18  you want to take a break or keep going?  Up to

19  you.

20     A.   I can keep going.

21     Q.   Okay.  So on the same article, on

22  page 198, right column, the only full paragraph in

23  that column and the last sentence right before the

24  conclusion, I'm just going to read that and ask if

25  I read it correctly.

Dr. Kara Connelly August 28, 2023

```
 1              It says "Similarly, there were no
 2    differences in the endorsement of suicidal
 3    ideation between initial and follow-up visit for
 4    youth who did versus did not initiate
 5    gender-affirming hormones."
 6              Did I read that correctly?
 7       A.   Yes.
 8       Q.   And same page, left column, only full
 9    paragraph in that column, the last sentence.
10              It says "Of the 27 (34 percent) youth who
11    endorsed suicidality at intake, 22 (81 percent)
12    continued to endorse suicidality at their
13    follow-up visit, and only 4 (4 percent) no longer
14    endorsed suicidality at follow-up."
15              Did I read that correctly?
16       A.   Yes.
17       Q.   And are those statements reflective of
18    your -- are those statements accurate?
19       A.   Specific to this paper?
20       Q.   Yes.
21       A.   I'm just going to look back at the
22    tables.
23       Q.   Yeah.  That's fine.  And if you don't
24    know, that's fine.  We can move on.
25       A.   The only thing, I can't recall where the
```

Page 196

App.271

Dr. Kara Connelly August 28, 2023

```
1    actual numbers, the 27 and 34 percent, I just -- I
2    can't find them in the paper.
3         Q.   That's fine.  That's fine.  So moving on
4    from this article, are you familiar with the term
5    "the Dutch studies"?
6              MS. NOWLIN-SOHL:  Object to form.
7              THE WITNESS:  Can you be a little more
8    specific about what you mean by "the Dutch
9    studies"?
10        Q.   (BY MR. RAMER)  Just the studies that
11   came out of the Netherlands, sometimes referred
12   to, you know, as establishing the Dutch protocol.
13             MS. NOWLIN-SOHL:  Object to form.
14             THE WITNESS:  I'm familiar with studies
15   out of the -- reporting on outcomes from the
16   clinic in the Netherlands.
17        Q.   (BY MR. RAMER)  And going to your
18   declaration, page 10, paragraph 32, note 7, you
19   cite the first citation is the de Vries article,
20   correct?
21        A.   Yes.
22        Q.   And do you cite another de Vries article
23   in this footnote?
24        A.   Yes, there are two.
25        Q.   Okay.  And these studies came out of the
```

Page 197

Dr. Kara Connelly August 28, 2023

```
 1    work in the Netherlands that you were previously
 2    describing, correct?
 3         A.   Yes.
 4         Q.   And in paragraph 32, you cite these
 5    studies for the proposition that treatment with
 6    puberty blockers and cross-sex hormones is
 7    associated with improvement in mental health,
 8    correct?
 9         A.   I'm sorry.  Can you tell me again where
10    that is written?
11         Q.   Yeah.  I'm just looking at -- so on
12    paragraph 32, you have the little footnote 7 at
13    the end.
14              And the way I read it -- and please
15    correct me if I'm wrong -- is that the studies
16    you're citing in footnote 7, you're citing for the
17    proposition that treatment is associated with
18    improvement in mental health.
19         A.   Yes.
20         Q.   And in the paragraph 32, you're talking
21    about puberty blockers and hormone therapy,
22    correct?
23         A.   Yes, but some of the studies look more
24    specifically at one of the treatment -- one of
25    those treatments versus the others, and some
```

Page 198

Dr. Kara Connelly August 28, 2023

```
 1    looked at both.
 2         Q.    That's fair.  Understood.
 3               Do you recall whether the subjects in
 4    these two de Vries articles were receiving
 5    psychotherapy?
 6         A.    Can you be more specific about what you
 7    mean by "psychotherapy"?
 8         Q.    What do you understand that term to mean?
 9         A.    Ongoing -- ongoing therapy throughout the
10    course of their treatment.
11         Q.    Yeah, let's go with that.
12               Do you understand the subjects in the
13    de Vries studies to be receiving that?
14         A.    I can't recall that.
15         Q.    If they were receiving that
16    psychotherapy, do you think that would be a
17    confounding variable in these studies?
18               MS. NOWLIN-SOHL:  Object to form;
19    foundation.
20               THE WITNESS:  I don't think that that --
21    I wouldn't consider that a confounding variable in
22    these studies.
23         Q.    (BY MR. RAMER)  And why not?
24         A.    I would just think of it as something
25    separate than the different medical interventions
```

Page 199

(51 of 208), Page 51 of 208 Case: 24-142 01/18/2024 DktEntry: 14.4, Page 51 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 200 of 374
Dr. Kara Connelly August 28, 2023

1    that they're undergoing, yeah.

2        Q.   If you had a study and the subjects were

3    receiving medical interventions while also

4    receiving psychotherapy at the same time and the

5    study showed an improvement, do you not think that

6    the psychotherapy would be a confounding variable?

7            MS. NOWLIN-SOHL:  Object to form.

8            THE WITNESS:  I think it would really

9    depend on how the study was designed.

10       Q.   (BY MR. RAMER)  In what way?

11       A.   Well, if it was being considered a

12   variable, it would have to be -- and, you know, it

13   would have to be something that was consistently

14   done the same way, or differently.

15           It's hard to just characterize it as a

16   confounding variable without knowing what

17   psychotherapy actually entailed.

18       Q.   So I guess depending on what the

19   psychotherapy entailed, it could be a confounding

20   variable; is that right?

21       A.   I don't know that I could characterize it

22   as a confounding variable without knowing --

23   without really knowing more about what that

24   psychotherapy entailed and how it was being

25   utilized in the patient population.

Page 200

Dr. Kara Connelly August 28, 2023

1    Q.   And so lack of knowledge about the
2  psychotherapy would potentially be an indication
3  of a confounding variable, right?
4          MS. NOWLIN-SOHL:  Object to form.
5          THE WITNESS:  Can you repeat that
6  question?
7    Q.   (BY MR. RAMER)  I guess I thought your
8  answer was you can't say it's a confounding
9  variable if you don't know what the psychotherapy
10 was; is that right?
11   A.   I would say that it would be hard to say
12 that it's a confounding variable without -- yeah,
13 without knowing what that is or what that means to
14 know if it's -- if it is having any influence on
15 the individuals separate from the medical
16 interventions that they are receiving.
17   Q.   Well, isn't the point of a confounding
18 variable that you don't know what is influencing
19 what and that's why it's a study limitation?
20         MS. NOWLIN-SOHL:  Object to form.
21         THE WITNESS:  Are you referring to these
22 specific studies?
23   Q.   (BY MR. RAMER)  Now I'm just asking in
24 the -- as a concept based on your answer of
25 whether psychotherapy was a confounding variable

Page 201

Dr. Kara Connelly August 28, 2023

```
 1    in these studies.
 2            And I guess I'm misunderstanding because
 3    the hypothetical -- let me just -- I'll restate
 4    it.
 5            The hypothetical is you have a study
 6    where the subjects were receiving medical
 7    interventions at the same time they were receiving
 8    psychotherapy, and the study shows an improvement.
 9            And my question is can you conclude from
10    that that the medical interventions caused the
11    improvement?
12            MS. NOWLIN-SOHL:  Object to the form.
13            THE WITNESS:  I don't know that you can't
14    make that conclusion.
15            And again, because the psychotherapy, if
16    it's not part of the study design where we know
17    that all patients are having the same experience
18    and receiving the same treatment in terms of
19    psychotherapy, I don't think that that can be
20    included in drawing conclusions about the outcomes
21    of the medical interventions.
22        Q.   (BY MR. RAMER)  And what if the
23    psychotherapy was part of the study design and all
24    the patients were receiving psychotherapy?
25            MS. NOWLIN-SOHL:  Object to form.
```

Page 202

Dr. Kara Connelly August 28, 2023

```
 1            THE WITNESS:  What -- and in that case --
 2    and then what's the question?
 3        Q.   (BY MR. RAMER)  So backing out, the
 4    hypothetical is all the patients are receiving
 5    medical interventions; all the patients are
 6    receiving the same psychotherapy, and then you see
 7    a benefit from those treatments.
 8            Can you conclude that the benefit came
 9    from the medical interventions?
10            MS. NOWLIN-SOHL:  Object to form; asked
11    and answered.
12            THE WITNESS:  In that study design, I
13    don't think that you can draw the conclusion that
14    the outcomes or improvements aren't from the
15    medical interventions and -- yeah.
16        Q.   (BY MR. RAMER)  Okay.  Let's go back to
17    footnote 7 of your declaration.
18            Do you want to take a -- we can take a
19    break as well if you --
20        A.   Sure.
21            MS. NOWLIN-SOHL:  Yeah, let's do that.
22            MR. RAMER:  Okay.  So I have about 16.
23    Do you want to say 25 after so, like, nine minutes
24    or so?
25            MS. NOWLIN-SOHL:  That sounds good.
```

App.278

Dr. Kara Connelly August 28, 2023

```
 1            MR. RAMER:  All right.  Let's do that.
 2            THE VIDEOGRAPHER:  Okay.  So the time is
 3    4:16 p.m. Mountain time, and we are off the
 4    record.
 5            (Break taken from 4:16 p.m. to 4:27 p.m.)
 6            THE VIDEOGRAPHER:  All right.  So we are
 7    recording.  The time is 4:27 p.m. Mountain time,
 8    and we are back on the record.
 9        Q.   (BY MR. RAMER)  Okay.  Dr. Connelly, I'd
10    like to go to your declaration, same page 10,
11    footnote 7.
12            And in this footnote, you also cite a
13    study by Chen, correct?
14        A.   Sorry.  I'm just looking for it.  Yes.
15            MR. RAMER:  Okay.  And, Li, we sent
16    Connelly Exhibit 15 which has a 12 in the file
17    name.
18            MS. NOWLIN-SOHL:  Okay.
19            (Deposition Exhibit No. 15 was marked.)
20        Q.   (BY MR. RAMER)  Doctor, have you seen
21    this article before?
22        A.   Article 10 --
23        Q.   Sorry, yes.  Partway down starts with
24    "Growing evidence."
25            Have you seen this before?
```

Page 204

Dr. Kara Connelly August 28, 2023

```
 1          A.    I don't recall seeing this article.
 2          Q.    Okay.  And do you recognize the name of
 3      the lead author?
 4          A.    Dr. de Vries or Dr. Hannema?  But yes, I
 5      recognize the names.
 6          Q.    Okay.  And toward the bottom, you can see
 7      the kind of smaller print below the paragraphs.
 8              The date on this is January 19, 2023,
 9      correct?
10          A.    Yes.
11          Q.    And this editorial is reviewing the Chen
12      article that you cite, correct?
13          A.    I have to go down to the footnote.  Okay.
14      Yes.
15          Q.    And I'd like to go down to page 276,
16      which is the second page, and look in the left
17      column, the second full paragraph and the second
18      sentence.  I'll read it and ask if I read it
19      correctly.
20              It says "Although overall psychological
21      functioning in the study participants improved,
22      there was substantial variation among
23      participants, a considerable number still had
24      depression, anxiety, or both at 24 months, and two
25      died by suicide."
```

Page 205

Dr. Kara Connelly August 28, 2023

1           Did I read that correctly?

2      A.    Yes.

3      Q.    And were you aware of these facts before

4  you cited the Chen article?

5      A.    I was -- I read the Chen article, and I

6  would have to go back to the Chen article to be

7  sure that this -- these statements are accurate.

8      Q.    And two sentences down, it says -- and

9  I'll read it and ask if I read it correctly.

10          It says "However, other possible

11  determinants of outcomes were not reported,

12  particularly the extent of mental health care

13  provided throughout GAH treatment."

14          Did I read that correctly?

15     A.    Yes.

16     Q.    What is your understanding of what

17  de Vries and the co-author are saying there?

18          MS. NOWLIN-SOHL:  Object to form.

19          THE WITNESS:  What is my interpretation

20  of that sentence?

21     Q.    (BY MR. RAMER)  What do you understand

22  that sentence to be saying?  Yes.

23          MS. NOWLIN-SOHL:  Objection; foundation.

24  If you need to look at this article, you can.

25     Q.    (BY MR. RAMER)  And if you don't know as

                                    Page 206

Dr. Kara Connelly August 28, 2023

```
 1    you sit here, that's fine.
 2         A.   Yeah, I don't know what -- I don't know
 3    what they're referring to in that statement
 4    without looking at the rest of it and seeing how
 5    it correlates with the Chen article.
 6         Q.   All right.  And so same editorial right
 7    column, second full paragraph that begins with
 8    "Finally."  And I'll just read this sentence and
 9    ask if I read it correctly.
10              It says "Finally, benefits of early
11    medical intervention, including puberty
12    suppression, need to be weighed against possible
13    adverse effects, for example, with regard to bone
14    and brain development and fertility."
15              Did I read that correctly?
16         A.   Yes.
17         Q.   Do you see where de Vries mentions
18    possible effect on brain development?
19         A.   In that sentence?
20         Q.   Yes.
21         A.   Yes.
22         Q.   And what do you know about the risk of
23    adverse effects on brain development from puberty
24    suppression?
25         A.   What do I know about adverse effects on
```

Page 207

Dr. Kara Connelly August 28, 2023

```
 1   brain development?

 2        Q.   Correct.

 3        A.   Just in general?

 4        Q.   Yes.

 5        A.   I don't think there's enough data to draw

 6   conclusions about adverse effects on brain

 7   development in patients treated with medical

 8   interventions.

 9        Q.   Is adolescence associated with

10   significant neurodevelopment?

11        A.   Can you be more specific about

12   neurodevelopment?

13        Q.   Yeah, I guess maybe we'll do it this way.

14   We'll go to Connelly Exhibit 16, which has a 13 in

15   the file name.

16             (Deposition Exhibit No. 16 was marked.)

17        Q.   (BY MR. RAMER)  And, Doctor, have you

18   seen this article before?

19        A.   I don't recall seeing it before.

20        Q.   Do you recognize the name of the lead

21   author?

22        A.   Diane Chen.

23        Q.   Is that the same Chen that you cite in

24   your declaration?

25        A.   Yes, I believe so.
```

Page 208

Dr. Kara Connelly August 28, 2023

1        Q.    And I understand you haven't read this,

2   but I just want to make sure I understand the

3   scope of your expert opinion.  And I'd like to go

4   to page 254 and specifically the left column.

5   There's the bold "Discussion" header, and then I'd

6   like to read the second sentence, and I'll ask if

7   I read it correctly.

8             It says "However, puberty is a major

9   developmental process and the full consequences

10  (both beneficial and adverse) of suppressing

11  endogenous puberty are not yet understood."

12            Did I read that correctly?

13       A.    Yes.

14       Q.    And do you agree that the full

15  consequences of suppressing endogenous puberty are

16  not yet understood?

17       A.    I think I would need to look at this in a

18  little more depth.

19       Q.    Okay.  Well, let's go to page 249.  And

20  right column, first full paragraph, first sentence

21  and then the italics after that.  I'll read it and

22  ask if I read it correctly.

23            "We employed a two-round Delphi procedure

24  to obtain expert consensus regarding the most

25  efficacious research design elements to address

Page 209

(61 of 208), Page 61 of 208  Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 61 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 210 of 374
Dr. Kara Connelly August 28, 2023

```
 1    the following research question:  What, if any,

 2    real-world impact does pubertal suppression have

 3    on transgender children's cognitive and neural

 4    development?"

 5           Did I read that correctly?

 6      A.   Yes.

 7      Q.   And do you know the answer to that

 8    question?

 9           MS. NOWLIN-SOHL:  Object to form;

10    foundation.

11           THE WITNESS:  The answer to the question

12    in italics?

13      Q.   (BY MR. RAMER)  Correct.  Do you know the

14    answer to the question "What, if any, real-world

15    impacts does pubertal suppression have on

16    transgender children's cognitive and neural

17    development?"

18           MS. NOWLIN-SOHL:  Same objections.

19           THE WITNESS:  I don't think I can

20    formulate an answer to that question without

21    knowing what exactly it's referring to in terms of

22    real-world impact and what specifically it's

23    referring to on cognitive and neural development.

24      Q.   (BY MR. RAMER)  So what would you need to

25    know?
```

Page 210

Dr. Kara Connelly August 28, 2023

1       A.    I'm not sure what it means by "real-world

2    impact."  And then specifically what aspects of

3    cognitive and neural development they're referring

4    to.

5       Q.    Do you know what effect pubertal

6    suppression has on an individual's cognitive and

7    neural development?

8       A.    I don't know that there is enough

9    published data on that to be able to make a

10   general statement without looking at -- without

11   being more specific.

12      Q.    Okay.  Let's go to page 248.  And left

13   column, the second full paragraph, so it's toward

14   the bottom.  And I'm going to read the second

15   sentence and ask if I read it correctly.

16           It says "Animal studies demonstrate

17   pubertal hormones exert broad neuronal influence,

18   including effects on neurogenesis,

19   differentiation, apoptosis, dendritic branching,

20   spine density, and regional gray and white matter

21   volumes."

22           And apart from almost certain

23   mispronunciations, did I read that correctly?

24      A.    Yes.

25      Q.    And why do you think the authors of this

Page 211

Dr. Kara Connelly August 28, 2023

```
 1    study are mentioning studies on animals?
 2            MS. NOWLIN-SOHL:  Objection; speculation.
 3            THE WITNESS:  I don't know.  I can't
 4    answer that.
 5        Q.   (BY MR. RAMER)  Do you agree that medical
 6    research often begins by studying the effects of
 7    research on animals such as rodents?
 8        A.   Some research studies involve animals,
 9    but not all.
10        Q.   And you've published studies conducting
11    medical research on rodents before, right?
12        A.   Yes.
13        Q.   And do you agree that ethical principles
14    often require experiments be done on animals
15    before they are done on humans?
16        A.   It depends on -- it depends on what's
17    being studied.  Sometimes it may not be either
18    feasible, if we can't develop an appropriate
19    animal model, or may not be appropriate, or may
20    not be generalizable to non -- or to humans.
21        Q.   So it's true that in some situations
22    ethical principles would require that experiments
23    be done on animals before they are done on humans,
24    right?
25        A.   I don't know that ethical principles
```

Page 212

Dr. Kara Connelly August 28, 2023

1   require that some experiments be done on animals.

2   It depends on -- it depends on what's being

3   studied.

4       Q.   Right.  And is there any instance where

5   ethical principles would suggest you need to study

6   the effect on animals before you study the effect

7   on humans?

8       A.   I guess what do you mean by "ethical

9   principles"?

10      Q.   What do you understand that term to mean

11  in the context of medicine?

12           MS. NOWLIN-SOHL:  Object to form.

13           THE WITNESS:  It means a wide range of

14  things that are pertaining to ethical principles.

15      Q.   (BY MR. RAMER)  What do you think the

16  term means in the context of research?

17      A.   Again, I think it can -- it means a --

18  there's a lot of things that go into ethical

19  principles of conducting research.

20      Q.   Okay.  So you've conducted research

21  conducting -- I'm sorry.

22           You've conducted medical research on

23  rodents before, correct?

24      A.   Yes.

25      Q.   And why did you conduct that research on

Page 213

(65 of 208), Page 65 of 208 Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 65 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 214 of 374
Dr. Kara Connelly August 28, 2023

```
 1    rodents rather than humans?
 2         A.    That specific -- the specific projects
 3    that I did?
 4         Q.    Yes.
 5         A.    Well, it was to look specifically at
 6    specific -- changes of different treatments
 7    specific to the animals and the outcomes in the
 8    animals.
 9         Q.    So you were conducting that study because
10    you wanted to know the effect on the animals?
11         A.    Yes.  And it was under the guidance and
12    supervision of my research mentor, who was the
13    principal investigator of the study.
14         Q.    And why did you want to know the effect
15    of the treatment on animals?
16         A.    We were learning how -- or my research
17    mentor, principal investigator of the study, it
18    was an expert in bone development in rodents.  And
19    that was part of his research program to better
20    understand the components of bone development in
21    rodents.
22         Q.    Isn't it true the reason you want to
23    understand bone development in rodents is so that
24    you can make conclusions about bone development in
25    humans?
```

Page 214

Dr. Kara Connelly August 28, 2023

```
 1        A.    Not always.
 2        Q.    Right.  But in that study, were you
 3   studying rodents for the sake of studying rodents?
 4        A.    Yes.
 5        Q.    Okay.  I'd like to go to page 253.  And
 6   right column, the -- it's just unfortunately a
 7   block of text.  And I'd like to go to the sentence
 8   a little over halfway down that begins with "In
 9   addition."  And I'd just like to read that and see
10   if I read it correctly.
11              It says "In addition,
12   cognitive/behavioral flexibility, a component of
13   executive functioning, should be measured given
14   that studies in rodents show ovarian hormones
15   acting during puberty, program cognitive
16   flexibility by exerting long-lasting effects on
17   excitatory-inhibitory balance in the prefrontal
18   cortex."
19              And did I read that correctly?
20        A.    Yes.
21        Q.    And do you agree that rodent studies have
22   shown that ovarian hormones can have lasting
23   effects in brain development?
24        A.    I am not familiar with the studies
25   looking at -- looking at that specifically in
```

Page 215

Dr. Kara Connelly August 28, 2023

```
 1    rodents.
 2         Q.   If a scientist is faced with animal
 3    studies reporting that pubertal hormones have
 4    long-lasting effects on brain development,
 5    shouldn't that scientist conclude there's some
 6    possibility that pubertal hormones may also have
 7    long-lasting effects on brain development in
 8    humans?
 9              MS. NOWLIN-SOHL:  Object to form.
10              THE WITNESS:  I think it's too hard to
11    make that statement.  There are -- there's too
12    many variables that would need to be considered to
13    make that statement.
14         Q.   (BY MR. RAMER)  Before seeing this
15    article today, were you aware of reference in
16    literature regarding the effect of pubertal
17    suppression on brain development in animals?
18              MS. NOWLIN-SOHL:  Sorry, could you repeat
19    that, John?
20         Q.   (BY MR. RAMER)  Before seeing this
21    article, were you aware of references in
22    literature regarding the effect of pubertal
23    suppression on brain development in animals?
24         A.   Not that I can recall.
25         Q.   And now that you are aware, does this
```

Page 216

Dr. Kara Connelly August 28, 2023

1    cause you as a clinician to want to know the

2    answer to the question of whether puberty blockers

3    have long-lasting effects on brain development in

4    a human?

5              MS. NOWLIN-SOHL:  Object to form.

6              THE WITNESS:  Can you repeat the

7    question?

8         Q.   (BY MR. RAMER)  Now that you are aware,

9    does this cause you as a clinician to want to know

10   the answer as to whether puberty blockers have

11   long-lasting effects on brain development in

12   humans?

13             MS. NOWLIN-SOHL:  Same objection.

14             THE WITNESS:  Having read this statement

15   about studies in rodents and hormones during

16   puberty does not change -- does not have an impact

17   on how I want to know the effects of pubertal

18   suppression on brain development in humans.

19        Q.   (BY MR. RAMER)  So this doesn't concern

20   you?

21        A.   This does not --

22             MS. NOWLIN-SOHL:  Objection to form;

23   mischaracterization of testimony.

24             THE WITNESS:  This does not have an

25   impact on how I think about that question.

                                    Page  217

(69 of 208), Page 69 of 208 Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 69 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 218 of 374
Dr. Kara Connelly August 28, 2023

1     Q.   (BY MR. RAMER)  And why not?
2     A.   Well, because I haven't read the study
3  and would need to look at the study to really
4  understand more about that statement.
5     Q.   Do you want to learn more about that
6  statement given what we just read?
7     A.   Do I want to learn more about ovarian
8  hormones acting during puberty programming
9  cognitive flexibility by exerting long-lasting
10 effects on excitatory-inhibitory balance in the
11 prefrontal cortex?
12    Q.   Yes.  Does reading that sentence lead you
13 to want to know whether that holds true in humans?
14    A.   Well, I want to know if that holds true
15 in humans regardless of what is found in rodents.
16    Q.   And do you know if that holds true in
17 humans?
18         MS. NOWLIN-SOHL:  Object to form.
19         THE WITNESS:  This exact statement?
20    Q.   (BY MR. RAMER)  That puberty suppression
21 can have long-lasting effects on brain
22 development, yes.
23         MS. NOWLIN-SOHL:  Object to form.
24         THE WITNESS:  Okay.  I'm sorry.  I am
25 confused by the question.

Page 218

Dr. Kara Connelly August 28, 2023

```
 1        Q.   (BY MR. RAMER)  I guess I'll ask it this
 2   way:  If you were presented with a study that says
 3   pubertal suppression has a long-lasting
 4   neurological effect on rodents, as a clinician,
 5   would that concern you with respect to prescribing
 6   puberty blockers to suppress puberty in humans?
 7             MS. NOWLIN-SOHL:  Object to form.
 8             THE WITNESS:  Again, it would depend on
 9   what specific concerns or developmental changes
10   were observed, especially in the recognition that
11   brains of rodents are different than brains of
12   humans and that the changes in rodent brains from
13   pubertal suppression may not be generalizable to
14   the human population.
15        Q.   (BY MR. RAMER)  Do you think you'll read
16   this study in full after this deposition?
17        A.   I was not planning on it.
18        Q.   Okay.  I'd like to go to page 252.  Left
19   column, about halfway down of that paragraph, and
20   there's a sentence that starts with "The effects
21   of pubertal suppression."
22             Do you see that?
23        A.   Yes.
24        Q.   Okay.  I'm just going to read those two
25   sentences and ask if I read them correctly.
```

Page 219

Dr. Kara Connelly August 28, 2023

1           It says "The effects of pubertal

2    suppression may not appear for several years.  Any

3    GnRHa related difference in brain structure is

4    likely to be observed over the long term rather

5    than immediately."

6           Did I read that correctly?

7    A.   Yes.

8    Q.   And do you agree with those statements?

9           MS. NOWLIN-SOHL:  Objection; foundation.

10          THE WITNESS:  I would need to read more

11   of this paper to be able to answer that.

12      Q.   (BY MR. RAMER)  Do you think the question

13   of the effect of pubertal suppression on brain

14   structure is beyond the scope of your expertise?

15          MS. NOWLIN-SOHL:  Object to form.

16          THE WITNESS:  Can you repeat the

17   question?

18      Q.   (BY MR. RAMER)  Do you think that the

19   effect of pubertal suppression on brain structure

20   is beyond the scope of your expertise?

21          MS. NOWLIN-SOHL:  Same objection.

22          THE WITNESS:  I would not consider myself

23   an expert in the effects of pubertal suppression

24   on brain structure.

25      Q.   (BY MR. RAMER)  Okay.  I'd like to go to

Page 220

Dr. Kara Connelly August 28, 2023

1    page -- and I think it's my last question on

2    this -- page 255, and left column, second full

3    paragraph, third sentence.  It starts with the

4    word "Yet."

5              Do you see that?

6         A.   Yes.

7         Q.   I'm going to read that sentence and the

8    one after and ask if I read it correctly.

9              It says "Yet, evidence suggests an

10   over-occurrence of neurodiversity characteristics,

11   (especially related to autism) among

12   gender-referred youth.  The neurodevelopmental

13   impacts of pubertal suppression on neurodiverse,

14   gender-diverse youth might well be different than

15   in neurotypical gender-diverse youth given

16   variations in neurodevelopmental trajectories

17   observed across neurodevelopmental conditions."

18             Did I read that correctly?

19        A.   Yes.

20        Q.    Is it consistent with your own clinical

21   observations that young people with neurodiverse

22   characteristics such as autism are

23   disproportionately represented in your clinic as

24   compared to the general population?

25             A.   I can't say that with certainty.  Our

Page 221

Dr. Kara Connelly August 28, 2023

1   behavioral health team would be able to answer

2   that more accurately.

3       Q.   Are you aware of any study researching

4   the effect of puberty blockers on neurodevelopment

5   in adolescents with neurodiverse characteristics?

6       A.   Can you repeat the question one more

7   time?

8       Q.   Are you aware of any study researching

9   the effect of puberty blockers on neurodevelopment

10  in adolescents with neurodiverse characteristics?

11      A.   I can't think of any studies that looked

12  at that specific question only.

13      Q.   Does that mean you think there are

14  studies that look at that question in addition to

15  other questions?  Or what do you mean by that?

16      A.   Well, I can't think of a study that was

17  only looking at effects of pubertal suppression on

18  the -- on neurodivergent people.

19      Q.   I'm getting -- sorry.  The "only" is

20  tripping me up a little.

21           What do you mean by you're not aware of

22  studies looking at only that?

23      A.   That don't also include individuals who

24  were not neurodivergent.

25      Q.   Okay.  So the point is you're not aware

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

(74 of 208), Page 74 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4  Page 74 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 223 of 374
Dr. Kara Connelly August 28, 2023

1    of a study that looks at the effect on

2    neurodiverse individuals specifically; is that

3    right?

4         A.    Not any that immediately come to mind.

5         Q.    I'd like to flip back to your

6    declaration, page 5, paragraph 20, second

7    sentence.  And I'll just read it and ask if I read

8    it correctly.

9              It says "While some European national

10   health authorities have issued guidelines

11   recommending caution about providing such care, or

12   providing that such care should occur in clinical

13   research settings, care is provided when deemed

14   appropriate for adolescents."

15             Did I read that correctly?

16        A.    Yes.

17        Q.    And what European national health

18   authorities are you referring to there?

19        A.    Generally -- you mean like which

20   countries?

21        Q.    Yeah.

22        A.    So Sweden, U.K., and Finland are the ones

23   that primarily come to mind.

24        Q.    And why have European national health

25   authorities been recommending caution?

                                        Page 223

Dr. Kara Connelly August 28, 2023

```
 1              MS. NOWLIN-SOHL:  Object to form;
 2    foundation.
 3              THE WITNESS:  I can't say why the
 4    authorities have made the decisions that they
 5    have.  I haven't participated in the -- in the
 6    creation of those statements.
 7              I've only -- I'm only familiar with the
 8    statements that they have made, but not
 9    necessarily all of the reasons why they've come to
10    those conclusions.
11         Q.   (BY MR. RAMER)  Do any of the statements
12    that you've reviewed explain why they've come to
13    those conclusions?
14         A.   Some of them have used available data and
15    research to guide their recommendations that care
16    should be -- guide their recommendations about how
17    care should be provided.
18              MR. RAMER:  Okay.  Let's look at Connelly
19    Exhibit 17, which has a 15 in the file name.
20              (Deposition Exhibit No. 17 was marked.)
21              THE WITNESS:  I think we have it.
22         Q.   (BY MR. RAMER)  Okay.  And have you seen
23    this document before?
24         A.   I have to look.  I haven't seen it in
25    this format.  And I can't tell -- I haven't seen
```

Page 224

Dr. Kara Connelly August 28, 2023

```
 1  it in this format, and I can't tell what year it
 2  was released or where this was obtained.
 3       Q.   Okay.  So in other words, have you seen
 4  something similar to this before?  Is that what
 5  you're recalling?
 6       A.   I have seen recommendations by the
 7  National Board of Health and Welfare in Sweden
 8  about the -- their recommendations for the
 9  provision of gender-affirming care for youth.
10       Q.   I'd like to go to page 3.  Do you see
11  there's a bold "Recommendations and Criteria For
12  Hormonal Treatment" in the center of the page?
13  And I'd like to read the first sentence, and then
14  I'll ask if I read it correctly.
15            It says "For adolescents with gender
16  incongruence, the NBHW deems that the risks of
17  puberty-suppressing treatment with GnRH-analogues
18  and gender-affirming hormonal treatment currently
19  outweigh the possible benefits and that the
20  treatment should be offered only in exceptional
21  cases."
22            Did I read that correctly?
23       A.   Yes.
24       Q.   Is it fair to say that Sweden is
25  recommending caution because the risks of puberty
```

Page 225

Dr. Kara Connelly August 28, 2023

1  blockers and gender-affirming treatment are likely

2  to outweigh the benefits?

3      A.   My interpretation of that statement is

4  that the National Board of Health and Welfare

5  has -- or is making the claim that the risks of

6  these treatments outweigh the benefits, and that

7  the care should continue to be provided in

8  exceptional cases and then in research settings,

9  primarily.

10      Q.   Do you disagree with the statement here

11  that the risks of puberty blockers and

12  gender-affirming treatment -- am I reading --

13  sorry.  I'm omitting a sentence.  Let me rephrase

14  that.

15          Do you disagree with the statement here

16  that the risks of puberty-suppressing treatment

17  with GnRH-analogues and gender-affirming hormonal

18  treatment currently outweigh the possible

19  benefits?

20          MS. NOWLIN-SOHL:  Objection.

21          THE WITNESS:  Yeah, I don't agree with

22  that statement.

23      Q.   (BY MR. RAMER)  And on what basis do you

24  disagree?

25      A.   On the basis of the research that is

Page 226

Dr. Kara Connelly August 28, 2023

```
 1    available.
 2         Q.    Meaning the articles you cite in your
 3    declaration?
 4         A.    Yes.
 5         Q.    So looking at the following sentence
 6    here, I'll just read it again and ask if I read it
 7    correctly.
 8              It says "This judgment is based mainly on
 9    three factors, the continued lack of reliable
10    scientific" -- excuse me.  I'll start again.
11              "This judgment is based mainly on three
12    factors, the continued lack of reliable scientific
13    evidence concerning the efficacy and the safety of
14    both treatments, the new knowledge that
15    detransition occurs among young adults, and the
16    uncertainty that follows from the yet-unexplained
17    increase in the number of care seekers, an
18    increase particularly large among adolescents
19    registered as females at birth."
20              Did I read that correctly?
21         A.    Yes.
22         Q.    In their third factor they list here
23    refers to an unexplained increase in the number of
24    care seekers, which it says "is particularly large
25    among adolescents registered as females at birth."
```

Page 227

App.302

Dr. Kara Connelly August 28, 2023

1          Do you see that?

2     A.    Yes.

3     Q.    Do you agree there's been an unexplained

4  increase in the number of youth seeking this care?

5          MS. NOWLIN-SOHL:  Object to form.

6          THE WITNESS:  I can agree that -- I can

7  say that there has been in some clinics an

8  increase in the number of individuals assigned

9  female at birth that are being seen at gender

10 clinics.

11    Q.    (BY MR. RAMER)  And what is the

12 explanation for that?

13         MS. NOWLIN-SOHL:  Object to form.

14         THE WITNESS:  Well, I think that there

15 are likely a variety of factors that may influence

16 that, but I've -- I don't know that I can -- that

17 anyone can say with certainty exactly what has led

18 to that.

19    Q.    (BY MR. RAMER)  So do you agree, then,

20 that it's unexplained?

21    A.    I wouldn't say that it's unexplained.  I

22 think that, again, there are likely a variety of

23 factors that have been considered as influence --

24 at least partially influencing that.

25    Q.    And in that sentence I read, the second

Page 228

Dr. Kara Connelly August 28, 2023

1    factor is the knowledge that detransition occurs

2    among young adults.

3              Do you see that?

4        A.   Yes.

5        Q.   And do you agree with that statement?

6              MS. NOWLIN-SOHL:  Object to form.

7              THE WITNESS:  I think that's a -- I

8    wouldn't say that I agree with that statement in

9    the way that it is phrased.

10       Q.   (BY MR. RAMER)  Do you agree that

11   detransition occurs among young adults?

12       A.   I think that some individuals may say

13   that their experience -- that they would

14   characterize their experience as detransitioning.

15       Q.   And the first factor listed here is the

16   continued lack of scientific evidence concerning

17   the efficacy and safety of using puberty blockers

18   and cross-sex hormones.

19             Do you see that?

20       A.   Yes.

21       Q.   I assume you disagree with that

22   statement; is that right?

23             MS. NOWLIN-SOHL:  Object to form.

24             THE WITNESS:  Yeah, I would not say that

25   there is a lack of reliable scientific evidence

                                        Page 229

Dr. Kara Connelly August 28, 2023

```
 1   concerning the efficacy and the safety of the
 2   treatments.
 3         Q.    (BY MR. RAMER)  And is the basis for that
 4   disagreement the articles you cite in your
 5   declaration?
 6               MS. NOWLIN-SOHL:  Object to form.
 7               THE WITNESS:  Yes.
 8         Q.    (BY MR. RAMER)  So same document, same
 9   page, the following paragraph.  The first sentence
10   references a systematic review published in 2022
11   by the Swedish Agency for Health, Technology,
12   Assessment, and Assessment of Social Services.
13               Do you see that?
14         A.    Yes.
15         Q.    Have you read that systematic review?
16         A.    Yes.
17         Q.    Did you review the appendix?  Let me
18   rephrase.
19               Did you review the appendices to that
20   systematic review?
21         A.    I'm not sure.
22               MR. RAMER:  Let's turn to Connelly
23   Exhibit 18, which has a 16 in the file name.
24               (Deposition Exhibit No. 18 was marked.)
25         Q.    (BY MR. RAMER)  Have you seen this
```

Page 230

Dr. Kara Connelly August 28, 2023

```
 1   document before?
 2        A.    This does not look familiar.
 3        Q.    Obviously some of this is in Swedish.
 4   I'm only going to ask you about the English.
 5             Toward the top, there is kind of a header
 6   in the upper right.  And then there's a backslash
 7   and then there's English.  And it says "Hormone
 8   treatment of children and adolescents with gender
 9   dysphoria."
10             Do you see that?
11        A.    Yes.
12        Q.    And then as you move down to the light
13   blue text below, after the slash, in English it
14   says "Appendix 2 studies excluded due to high risk
15   of bias."
16             Do you see that?
17        A.    Yes.
18        Q.    And then below that after the backslash
19   in English, it says "Studies with high risk of
20   bias."
21             Do you see that?
22        A.    Yes.
23        Q.    And the very first study listed, is that
24   a study you cite in footnote 7 of your
25   declaration?
```

Page 231

(83 of 208), Page 83 of 208  Case: 24-142  01/18/2024  DktEntry: 14.4, Page 83 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 232 of 374
Dr. Kara Connelly August 28, 2023

```
 1              MS. NOWLIN-SOHL:  Real quick, John, where
 2     does this document come from?
 3              MR. RAMER:  What do you mean?
 4              MS. NOWLIN-SOHL:  So it's appendix 2.
 5     What is it appendix 2 to?
 6              MR. RAMER:  My understanding it's
 7     appendix 2 to the system -- Swedish systematic
 8     review.
 9              MS. NOWLIN-SOHL:  Okay.
10        Q.   (BY MR. RAMER)  And, Doctor, my question
11     is the first study listed here, is that a study
12     you cite in footnote 7 of your declaration?
13        A.   It may be, but I would have to go back
14     and double-check the title.
15        Q.   Okay.  And do you recall whether the
16     second study listed here is a study you cite in
17     your declaration?
18        A.   I'd have to go back and look at the
19     declaration to be certain.
20        Q.   If -- do you have any reason to disagree
21     with the conclusion in this document that the
22     studies listed here have high risk of bias?
23              MS. NOWLIN-SOHL:  Objection to form;
24     foundation.
25              THE WITNESS:  I would have to review how
```

Page 232

Dr. Kara Connelly August 28, 2023

 1    that conclusion was determined.

 2           MR. RAMER:  Okay.  Let's move on to

 3    Exhibit -- Connelly Exhibit 19 that has a 17 in

 4    the file name.

 5           (Deposition Exhibit No. 19 was marked.)

 6        Q.   (BY MR. RAMER)  And, Doctor, have you

 7    seen this document before?

 8        A.   I have seen this document before.

 9        Q.   And have you read it before?

10        A.   I have read some of it.

11        Q.   When you read the parts that you've read,

12    was it your opinion that this document raised any

13    concerns?

14           MS. NOWLIN-SOHL:  Object to form.

15           THE WITNESS:  I think I would need more

16    specifics about parts, the parts.

17        Q.   (BY MR. RAMER)  Okay.  What do you recall

18    reading in this document?

19        A.   I was -- I recall reading how this report

20    was developed and the general summary, but I would

21    need more specifics about what parts you're

22    referring to.

23        Q.   Okay.  Let's go to page 38.

24           MS. NOWLIN-SOHL:  Okay.

25        Q.   (BY MR. RAMER)  Okay.  And right column,

                                          Page 233

Dr. Kara Connelly August 28, 2023

```
 1    do you see a paragraph that's numbered 3.32?
 2         A.    Yes.
 3         Q.    Okay.  I'm going to read the first
 4    sentence and ask if I read it correctly.
 5              It says "A closely linked concern is the
 6    unknown impacts on development, maturation, and
 7    cognition if a child or young person is not
 8    exposed to the physical, psychological,
 9    physiological, neurochemical, and sexual changes
10    that accompany adolescent hormone surges."
11              Did I read that correctly?  Sorry, I
12    didn't hear you.
13         A.    Yes.  Yes, you did.
14         Q.    And do you agree that the impact of
15    puberty blockers on a child's developmental
16    cognition is currently unknown?
17              MS. NOWLIN-SOHL:  Objection; form,
18    foundation, mischaracterizing -- well, yeah.
19    We'll leave it at that.
20              THE WITNESS:  Can you repeat the
21    question?
22         Q.    (BY MR. RAMER)  Do you agree that the
23    impact of puberty blockers on a child's -- let me
24    rephrase.
25              Do you agree that the impact of puberty
```

Page 234

(86 of 208), Page 86 of 208 Case: 24-142 01/18/2024 DktEntry: 14.4, Page 86 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 235 of 374
Dr. Kara Connelly August 28, 2023

1    blockers on an individual's developmental

2    cognition is currently unknown?

3              MS. NOWLIN-SOHL:  Same objections.

4              THE WITNESS:  Again, I think that

5    there's -- I would need more specific description

6    of what exactly you mean by "cognition."

7         Q.   (BY MR. RAMER)  What do you understand --

8    as a clinician, what do you understand cognition

9    to be?

10        A.   I think of it as encompassing -- I mean,

11   I'm not a brain expert, but it can include

12   intellectual development.

13        Q.   Okay.  Same page, same paragraph, but the

14   last sentence.  I'll just read it and ask if I

15   read it correctly.

16             It says "If pubertal sex hormones are

17   essential to these brain maturation processes,

18   this raises a secondary question of whether there

19   is a critical time window for the processes to

20   take place or whether catch-up is possible when

21   estrogen or testosterone is introduced later."

22             Did I read that correctly?

23        A.   Yes.

24        Q.   Are you aware of any study that addresses

25   whether a negative impact on brain maturation due

Page 235

Dr. Kara Connelly August 28, 2023

1  to puberty blockade can be made up later through
2  either endogenous or cross-sex hormones?
3       A.   Can you repeat that, please?
4       Q.   Yeah.  My question is about the last part
5  of this where it's talking about catch-up,
6  c-a-t-c-h u-p.
7            And my question is whether you're aware
8  of any studies that have researched whether the
9  impact from puberty blockade on brain maturation
10  can be made up if an individual is later exposed
11  to either endogenous or cross-sex hormones.
12       A.    I'm not aware of studies that have
13  defined -- I can't remember the word that you
14  used.  I can't remember if you used the word
15  "detriments" in brain development that look
16  specifically at that -- has defined that and then
17  looked specifically at whether that changes the
18  hormones.
19            MR. RAMER:  And then let's move to
20  another exhibit.  Should be Connelly Exhibit 20,
21  which has an 18 in the file name, if that came
22  through.
23            (Deposition Exhibit No. 20 was marked.)
24       Q.   (BY MR. RAMER)  And, Doctor, do you
25  recognize this document?

Page 236

App.311

Dr. Kara Connelly August 28, 2023

1        A.    I don't believe that I have read this.

2              MS. NOWLIN-SOHL:  Can we give her a

3    minute just to take a look at it?

4              MR. RAMER:  Yeah, and I can describe it.

5        Q.    (BY MR. RAMER)  If it is a systematic

6    review conducted by the U.K.'s National Institute

7    For Health and Care Excellence, is that something

8    you think you've read before?

9        A.    Tell me again what -- how you described

10   it.

11       Q.    A systematic review conducted by the

12   U.K.'s National Institute For Health and Care

13   Excellence which I read as -- I believe is

14   typically abbreviated as NICE, N-I-C-E.

15             Is that something you've read before?

16       A.    I am not sure if I have read it.  I need

17   to look at it.

18       Q.    Okay.  But as you sit here today, you

19   can't recall whether you've ever read this?

20       A.    This document?

21       Q.    Have you ever read any systematic review

22   conducted by NICE?

23       A.    I don't believe that I have.

24       Q.    I'd like to go to page 99 of this.  And

25   just let me know when you're there.

                                    Page 237

Dr. Kara Connelly August 28, 2023

```
1              MS. NOWLIN-SOHL:  Appendix G?

2              MR. RAMER:  Correct.

3              MS. NOWLIN-SOHL:  Okay.  We're there.

4         Q.   (BY MR. RAMER)  And the study that's

5    being assessed on this page, is this the de Vries

6    study that you cite?

7         A.   Is there a place where I can see what the

8    title is?

9         Q.   Yeah.  Let's go to page 82 and then we'll

10   come back to this.

11             MS. NOWLIN-SOHL:  Okay.  We're there.

12        Q.   (BY MR. RAMER)  And is that the study

13   that you cite?

14        A.   That's one of them.

15        Q.   Okay.  So let's go back to 99.  And do

16   you see kind of in the middle of the page there's

17   a small footnote 2 in small print?

18        A.   Yes.

19        Q.   And that footnote says that "The

20   researchers here assess that the de Vries study

21   had a high risk of bias due to poor quality

22   overall, lack of blinding, and no control group,"

23   correct?

24        A.   That is what this statement says.

25        Q.   And do you disagree with that assessment?
```

Page 238

Dr. Kara Connelly August 28, 2023

```
1          MS. NOWLIN-SOHL:  Objection to form;
2    foundation.
3          THE WITNESS:  I would need to go and look
4    at how these assessments and determinations were
5    made in this specific review.
6      Q.   (BY MR. RAMER)  I guess do you think the
7    de Vries study you cite has a high risk of bias or
8    no?
9          MS. NOWLIN-SOHL:  Same objections.
10         THE WITNESS:  Again, there's -- bias can
11   mean a lot of different things, and so I would
12   have to see how "bias" is defined here and how the
13   risk of bias was ascertained.
14     Q.   (BY MR. RAMER)  Under any definition of
15   "bias" that's used in research, do you think that
16   the de Vries study that you cite is bias?
17         MS. NOWLIN-SOHL:  Objection to form.
18         THE WITNESS:  I can say that this
19   de Vries study is -- as far as I can recall, did
20   not include -- it's correct that it did not
21   include a control group.
22         But I can't say whether it has a high
23   risk of bias.
24     Q.   (BY MR. RAMER)  Can you say whether it
25   has poor quality overall?
```

Page 239

App.314

Dr. Kara Connelly August 28, 2023

```
 1                MS. NOWLIN-SOHL:  Object to form.
 2                THE WITNESS:  I would not -- I would have
 3      to look to see how that is defined in this review.
 4           Q.   (BY MR. RAMER)  Under a normal reading of
 5      the phrase "poor quality overall," is there any
 6      situation where you would agree that the de Vries
 7      study you cite has poor quality overall?
 8                MS. NOWLIN-SOHL:  Object to form.
 9                THE WITNESS:  I would not use those words
10      to describe this study.
11                MS. NOWLIN-SOHL:  John, are you at a good
12      stopping spot for a break?
13                MR. RAMER:  Yeah.  Yeah, let's do that.
14      25.  How long would you like?
15                MS. NOWLIN-SOHL:  Let's do ten minutes.
16      We might just need to get a little fresh air for a
17      minute.
18                MR. RAMER:  That's fine with me.
19                MS. NOWLIN-SOHL:  Okay.  Thank you.
20                THE VIDEOGRAPHER:  Okay.  So the time is
21      5:25 p.m. Mountain time, and we are off the
22      record.
23           (Break taken from 5:25 p.m. to 5:38 p.m.)
24                THE VIDEOGRAPHER:  All right.  We are
25      recording.  The time is 5:38 Mountain time, and we
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

App.315

Dr. Kara Connelly August 28, 2023

1    are back on the record.
2              (Deposition Exhibit No. 21 was marked.)
3        Q.    (BY MR. RAMER)  Dr. Connelly, I'd like to
4    turn to Connelly Exhibit 21, which has a 19 in the
5    file name.
6              And have you seen this systematic review
7    from NICE before?
8        A.    I'm aware that it exists, and I may have
9    seen it.
10       Q.    But you don't specifically recall reading
11   it; is that right?
12       A.    I don't recall that I've read this whole
13   review.
14       Q.    How much of it would you estimate you
15   have read?
16       A.    I've probably read -- well, I've read the
17   conclusions and the -- yeah, mostly focused on the
18   conclusions.
19       Q.    And do you recall what the conclusions
20   were?
21       A.    I would have to look back and
22   specifically to this review to say.
23       Q.    Okay.  Let's go to page 13 of this
24   document.  And just let me know when you're there.
25       A.    Okay.

Page 241

Dr. Kara Connelly August 28, 2023

1          Q.   And under "Discussion," kind of the
2     middle of the page, I want to start with the third
3     paragraph below "Discussion."  And I'll just read
4     it and ask if I read it correctly.
5               "The included studies have relatively
6     short follow-up with an average duration of
7     treatment with gender-affirming hormones between
8     around 1 year and 5.8 years.  Further studies with
9     a longer follow-up are needed to determine the
10    long-term effect of gender-affirming hormones for
11    children and adolescents with gender dysphoria."
12              Did I read that correctly?
13         A.   Yes.
14         Q.   Do you agree that it will take longer
15    than 5.8 years for some of the effects associated
16    with some of these hormonal interventions to
17    become apparent?
18         A.   I think that longer follow-up would
19    definitely add evidence to the existing evidence
20    of the shorter duration studies.
21         Q.   And so in other words, we don't know what
22    happens in the longer term; is that right?
23              MS. NOWLIN-SOHL:  Object to form.
24              THE WITNESS:  Their -- well, in these
25    particular studies that have only gone for as long

                                      Page 242

App.317

(94 of 208), Page 94 of 208 Case: 24-142 01/18/2024 DktEntry: 14.4, Page 94 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 243 of 374
Dr. Kara Connelly August 28, 2023

1    as 5.8 years, we can't make conclusions about what

2    happens longer term in those studies, but there

3    have been some studies that apparently aren't

4    included in this statement that have looked at

5    longer-term outcomes.

6        Q.   (BY MR. RAMER)  Were those longer-term

7    outcome studies that you're referring to regarding

8    adolescents or children?

9        A.   Well, they were regarding treatments that

10   were started during adolescence.

11       Q.   And what studies specifically are you

12   referring to?

13       A.   So the -- several of the studies from the

14   Netherlands looked at longer-term outcomes than

15   5.8 years.  And some of the bone health studies

16   from the Netherlands and Belgium have looked at

17   longer-term outcomes than 5.8 years.

18       Q.   And do you recall whether the researchers

19   in this systematic review considered those

20   studies?

21       A.   I can't remember.  I'd have to look at

22   the references.

23       Q.   And I'll just read the next paragraph on

24   the page and ask if I read it correctly.

25            It says "Most studies included in its

Page 243

(95 of 208), Page 95 of 208 Case: 24-142 01/18/2024 DktEntry: 14.4 Page 95 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 244 of 374
Dr. Kara Connelly August 28, 2023

1    review did not report comorbidities (physical or

2    mental health), and no study reported concomitant

3    treatments and detail.  Because of this, it is not

4    clear whether any changes seen were due to

5    gender-affirming hormones or other treatments the

6    participants may have received."

7           Did I read that correctly?

8      A.   Yes.

9      Q.   What do you understand this paragraph to

10   be saying?

11     A.   My interpretation is that in most of the

12   studies, there may have been comorbidities or

13   concomitant treatments that may have also had an

14   impact or played a role in outcomes.

15     Q.   So is this paragraph describing a

16   confounding variable like we discussed earlier?

17          MS. NOWLIN-SOHL:  Object to the form.

18          THE WITNESS:  It's possible, but again,

19   they're kind of making a summary statement about

20   multiple studies, not any specific ones.

21     Q.   (BY MR. RAMER)  Right.  And the paragraph

22   appears to say that because no study recorded

23   concomitant treatments in detail, it's not clear

24   whether any changes seen were due to

25   gender-affirming hormones or other treatments the

                                        Page 244

Dr. Kara Connelly August 28, 2023

1    participants may have received, right?

2         A.    That is what they are saying.

3         Q.    And that's similar to the hypothetical I

4    asked earlier today about a study where you have

5    patients receiving medical interventions alongside

6    mental health therapy, right?

7         A.    Medical interventions -- and the mental

8    health therapy being a concomitant treatment?

9         Q.    Right.

10        A.    Yes.

11        Q.    Okay.  Let's -- we can move on from this

12   document.  I'd like to just go back to your

13   declaration now and go to page 11.

14             And the header for part IV says

15   "Gender-Affirming medical care for adolescents is

16   safe"; is that right?

17        A.    Yes.

18        Q.    And what do you mean by the word "safe"?

19        A.    In general, I -- in this case I mean that

20   the benefits likely outweigh the risks.

21        Q.    So same page, paragraph 37, and the very

22   last sentence that carries over onto the other

23   page, but my question is only about the part

24   that's on this page.

25             And you say that GnRHa medications are

Page 245

Dr. Kara Connelly August 28, 2023

1    also used to treat endometriosis, correct?

2        A.    Yes.

3        Q.    And can you explain -- just stepping

4    back, GnRHa medications can also be called puberty

5    blockers, right?

6        A.    Yeah.  That's a term when they're used

7    for the purposes of suppressing puberty.

8        Q.    That's fair.  So I'll stick with GnRHa

9    medications.

10            So can you explain how GnRHa medications

11   are used to treat endometriosis?

12       A.    I can explain my understanding; however,

13   I have not prescribed them for those indications.

14            And so my understanding is that they're

15   used to suppress endogenous estrogen production to

16   prevent the changes to the uterine lining that can

17   lead to symptoms related to endometriosis.

18       Q.    And when an individual is receiving GnRHa

19   medications to treat endometriosis, do you know

20   how long they're on the medication for that

21   treatment?

22            MS. NOWLIN-SOHL:  Object to form.

23            THE WITNESS:  Since I don't prescribe it

24   for that indication, I can't say with certainty.

25       Q.    (BY MR. RAMER)  So let's go next page in

Page 246

Dr. Kara Connelly August 28, 2023

```
1    your declaration, and paragraph 41, and second
2    sentence.
3             You're referring to gynecomastia; is that
4    right?
5         A.   Yes.
6         Q.   And how is gynecomastia diagnosed?
7         A.   It's diagnosed clinically by physical
8    exam.
9         Q.   So the diagnosis for gynecomastia does
10   not turn on the presence of psychological
11   distress, correct?
12        A.   The diagnosis -- I'm sorry.  Can you
13   repeat that?
14        Q.   The diagnosis for gynecomastia does not
15   turn on the presence or lack thereof of
16   psychological distress, correct?
17        A.   Correct.
18        Q.   And same paragraph, next sentence, you
19   refer to either PCOS or PCOS.  I don't know how
20   you pronounce it.  Which is it?
21        A.   I say PCOS.
22        Q.   Okay.  I will defer to you.
23             And how is PCOS diagnosed?
24        A.   PCOS is diagnosed based on clinical and
25   laboratory evaluation.
```

Page 247

Dr. Kara Connelly August 28, 2023

1      Q.    And so the diagnosis for PCOS does not

2  turn on the presence or lack thereof of

3  psychological distress, correct?

4      A.    The diagnosis -- the diagnosis is not

5  dependent -- or to establish a diagnosis is not

6  dependent of psychological distress, but some of

7  the treatments for both PCOS and gynecomastia are

8  considered to alleviate psychological distress if

9  they are present in an individual.

10         So the treatment can be influenced by the

11  presence or absence of psychological distress.

12      Q.    But gynecomastia is not psychological

13  distress, right?

14      A.    The physical condition of gynecomastia is

15  not, but it can in some individuals pause

16  psychological distress.

17      Q.    Right.  And in your declaration, page 14,

18  paragraph 50, in the first sentence there, you

19  say, "Gender-affirming hormone therapy may have an

20  impact on future fertility potential, although

21  treatment can be tailored to minimize that risk if

22  maintaining fertility is important to the family

23  and there are options for fertility preservation";

24  is that right?

25      A.    Yes.

Page 248

Dr. Kara Connelly August 28, 2023

1        Q.    And down in footnote 10, your first

2    sentence there, you say, "Many individuals

3    assigned female at birth who take testosterone are

4    able to achieve pregnancy or use assisted

5    reproductive technology to conceive after

6    discontinuing testosterone."

7             Did I read that right?

8        A.    Yes.

9        Q.    And do you tell that to your patients?

10       A.    I tell them that the way that I counsel

11   patients -- and this would be specific to patients

12   assigned female at birth; it's not pertinent to

13   patients assigned male at birth, the specific

14   statement -- but what I explain is that what is

15   known about the impacts of testosterone on future

16   fertility is based on small studies of individuals

17   who start -- who started testosterone as adults in

18   their 20s or older.

19             And that what those small studies have

20   shown is that the majority of the individuals in

21   those studies resumed menstrual cycles after

22   discontinuation of testosterone, and then some of

23   them went on to achieve pregnancy or carry a

24   pregnancy, or had their eggs be for someone else

25   to carry a pregnancy.

Page 249

Dr. Kara Connelly August 28, 2023

1           But where we don't have all of the
2    answers is whether those outcomes are different
3    for individuals who start testosterone at a
4    younger age.
5         Q.   In this first sentence in footnote 10,
6    you cite the Light study; is that right?
7         A.   Yes.
8         Q.   And did the patients in the Light study
9    go through natural puberty before taking
10   testosterone?
11        A.   My understanding is that they did.
12        Q.   And do you think that the difference
13   between taking testosterone before going through
14   natural puberty on the one hand and taking
15   testosterone after going through natural puberty
16   on the other hand could make a difference in
17   fertility outcomes?
18        A.   So are you referring to for patients who
19   have not gone through natural puberty, are you
20   referring to patients who are on puberty blockers?
21        Q.   I guess either -- sure, yes, puberty
22   blockers.
23        A.   I think it's possible that
24   testosterone -- I'm sorry, can you repeat the
25   specific question?

                                    Page 250

Dr. Kara Connelly August 28, 2023

```
1        Q.   Yeah.  It's just do you think that the
2    difference between taking testosterone before
3    going through natural puberty on the one hand and
4    taking testosterone after going through natural
5    puberty on the other hand could make a difference
6    in fertility outcomes?
7        A.   I think it's possible.
8        Q.   And do you know what the treatment
9    regimen was for the patients in the Light study?
10       A.   Can you be more specific about "treatment
11   regimen"?
12       Q.   Do you know what -- how they were
13   receiving testosterone?  Let me rephrase.
14            Do you know what their treatment regimen
15   for receiving testosterone was in the Light study?
16            MS. NOWLIN-SOHL:  Object to form.
17            THE WITNESS:  Do you mean dosage or how
18   it was administered?
19       Q.   (BY MR. RAMER)  Both.
20       A.   I can't remember specific dosages or if
21   they reported on that, but testosterone is
22   generally administered by injection.
23       Q.   And in this citation for Light, before it
24   you say "See, e.g."
25            Do you see that?
```

Page 251

Dr. Kara Connelly August 28, 2023

```
 1        A.    Yes.
 2        Q.    And what does "See, e.g." mean?
 3        A.    It's an example of a study that is --
 4   that I'm referring to or that I'm referencing in
 5   making the prior statement.
 6        Q.    And so are you suggesting there are other
 7   studies that support the proposition that many
 8   individuals assigned female at birth who take
 9   testosterone are able to achieve pregnancy or use
10   assistive reproductive technology to conceive
11   after discontinuing testosterone?
12        A.    Yes.  There's another reference in the
13   same paragraph.
14        Q.    I'm sorry.  Can you clarify that answer?
15   What do you mean?
16        A.    So were you saying that I'm saying that
17   there are other studies that can --
18        Q.    I guess -- sorry.
19        A.    -- support the statement?
20        Q.    Right.  The way I was reading this is you
21   say -- you make this statement at the beginning of
22   footnote 10, and then you say "See, for example,
23   the Light study."
24              And when I read that, it suggests the
25   Light study is just one example that shows the
```

Page 252

Dr. Kara Connelly August 28, 2023

1    proposition in this first sentence.

2            And my question is can you name another

3    study that demonstrates that proposition?

4        A.   Yeah.   The second -- the second study

5    following that one or following the next statement

6    can also support the prior statement.   It's a

7    study, a completely different way of looking at

8    the question, but it was a study that demonstrated

9    that transgender men can achieve pregnancy,

10   transgender men who have taken testosterone can

11   achieve pregnancy.

12       Q.   And just to make sure we're on the same

13   page, are you referencing the Thornton study

14   there?

15       A.   Yes.

16       Q.   Okay.   Are you aware of any study that

17   suggests many individuals who are assigned female

18   at birth who transition during adolescence are

19   able to achieve pregnancy?

20       A.   No, not of adolescence.   I don't believe

21   that there are any studies that have reported on

22   that specific question in a large population.

23       Q.   And in the same footnote, its second to

24   last sentence starts with "Some transgender

25   women."

Page 253

Dr. Kara Connelly August 28, 2023

1              Do you see that?

2         A.   Yes.

3         Q.   Do you counsel your patients about this

4    option?

5              MS. NOWLIN-SOHL:  Object to form.

6              THE WITNESS:  Can you be more specific

7    about counseling patients about this option for

8    this specific reason?

9         Q.   (BY MR. RAMER)  Right.  Do you ever tell

10   your patients that to preserve fertility

11   potential, you could elect to use only

12   antiandrogen medications without estrogen?

13        A.   Yes.

14        Q.   And do patients choose that option?

15        A.   Yes.

16        Q.   And is that protocol in accordance with

17   the WPATH guidelines?

18             MS. NOWLIN-SOHL:  Object to form.

19             THE WITNESS:  Can you be more specific

20   about -- what do you mean by "protocol"?

21        Q.   (BY MR. RAMER)  Prescribing antiandrogen

22   medications without estrogen to a patient.

23             Is that consistent with the WPATH

24   guidelines?

25             MS. NOWLIN-SOHL:  Same objection.

                                        Page 254

Dr. Kara Connelly August 28, 2023

1           THE WITNESS:  I don't recall that it's
2     not included as an option in the guidelines.  I
3     believe that spironolactone is included in the
4     guidelines as an option.
5           I don't know if the standards of care --
6     did you mean the Endocrine Society guidelines or
7     WPATH standards of care?
8       Q.   (BY MR. RAMER)  Well, my first question
9     was WPATH.  After you answer this, my next
10    question is going to be Endocrine Society.  But --
11    so go ahead.
12      A.   So antiandrogen medications are in a
13    completely different category as estrogen and have
14    different clinical effects.
15          So when I'm counseling patients about
16    different options, we talk about spironolactone as
17    a category of medications that can lower the
18    effects of androgens, but don't pause the physical
19    body changes like breast development that estrogen
20    causes.  And spironolactone does not have the same
21    impact on sperm -- future fertility potential or
22    sperm production as estrogen does.
23          So some individuals may want the androgen
24    lower effects but may not want breast development.
25      Q.   And my question is as you sit here today,

                                        Page 255

```
1   do you know whether the WPATH guidelines say that
2   for adolescents you could use only antiandrogen
3   medications without estrogen to preserve sperm
4   production?
5           MS. NOWLIN-SOHL:  Object to form.
6           THE WITNESS:  I don't know if that exact
7   statement is made.
8       Q.   (BY MR. RAMER)  Do you know if that
9   statement is made in substance in the WPATH
10  guidelines?
11          MS. NOWLIN-SOHL:  Object to form.
12          THE WITNESS:  I don't know if it's made
13  in reference to preserving fertility.
14      Q.   (BY MR. RAMER)  And what about with
15  respect -- same question with respect to the
16  Endocrine Society guidelines.
17          MS. NOWLIN-SOHL:  Same objections.
18          THE WITNESS:  Same.  I don't think that
19  it's made in reference to preserving fertility --
20  as an option for preserving fertility.  Because
21  the option for preserving fertility really lies in
22  not using estrogen.
23      Q.   (BY MR. RAMER)  Can you explain that,
24  what you mean by that?
25      A.   Yeah.  So the estrogen is what has --
```

Page 256

Dr. Kara Connelly August 28, 2023

1    what, based on research available, can have an
2    impact on future sperm production.  So if future
3    fertility is desired, then there is an option to
4    not take estrogen.
5        Q.    And is -- no, I think we'll move on.
6              In that footnote in the last citation
7    there, you cite Yang.
8              Do you see that?
9        A.    Yes.
10       Q.    And as you sit here today, can you recall
11   whether the subjects in that study were adults?
12       A.    Yes.
13       Q.    Yes, they were?
14       A.    Yes, they were.
15       Q.    Of all your patients, have you ever had a
16   case of an individual who was assigned male at
17   birth who underwent cross-sex hormone treatment
18   for a period of years and subsequently conceived a
19   child?
20       A.    I am not -- and do you mean by -- so
21   conceived -- I'm assuming you mean conceived a
22   child as having had their sperm used to result in
23   pregnancy?
24       Q.    We can include that, yes.
25       A.    Okay.  I'm not aware of any of my

                                        Page 257

1    patients that have reached that point and have had

2    their sperm used to conceive a pregnancy or to

3    conceive a child.

4         Q.   And are you aware of any report of such a

5    case in the literature?

6         A.   Of?  Can you remind me?  The case of

7    someone who started treatment as adolescent?

8         Q.   Right.  Male -- assigned male at birth

9    who underwent cross-sex hormone treatment for a

10   period of years.

11        A.   I can't say specifically, but there are a

12   number of individuals who elected to undergo sperm

13   cryopreservation, which would -- that held that

14   the sperm would not have been impacted by the

15   gender-affirming hormone treatment.

16        Q.   And are you aware of any patients that

17   have pursued that option successfully?

18             MS. NOWLIN-SOHL:  Object to form.

19             THE WITNESS:  I have -- can you define

20   what you mean by "successful"?

21        Q.   (BY MR. RAMER)  Have you ever had a

22   patient, natal male or assigned male at birth, who

23   pursued cryopreservation of sperm and then

24   subsequently conceived a child?

25        A.   None of my patients that I have

                                        Page 258

(110 of 208), Page 110 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 259 of 374
Dr. Kara Connelly August 28, 2023

1    prescribed treatments to have, as far as I know,

2    conceived a child.  I do have a number of patients

3    that have undergone sperm cryopreservation, and

4    they may use the cryopreserved sperm in the

5    future, but the majority -- I can't think of any

6    of my patients that I have treated who have

7    reached -- who are out of their 20s at this time.

8    So it may not be a goal of theirs right now.

9         Q.   Are you aware of any published case study

10   that documents a natal female or assigned female

11   at birth who underwent cross-sex hormone treatment

12   for a period of years and subsequently gave birth

13   to a healthy child?

14        A.   I'm sorry if I missed this, but are you

15   referring to people who started hormone treatment

16   at any age?

17        Q.   Let's start with adolescence.

18        A.   I'm not aware of a study that has looked

19   specifically at this question for someone to --

20   for people who started hormones in adolescence.

21   But in adults, yes.

22        Q.   Do you agree that a child who begins

23   taking -- let me rephrase.

24             Do you agree that an individual who

25   begins taking puberty blockers at Tanner Stage II

Page 259

(111 of 208), Page 111 of 208Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 111 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 260 of 374
Dr. Kara Connelly August 28, 2023

1    and proceeds without interruption to cross-sex
2    hormones will be infertile?
3              MS. NOWLIN-SOHL:  Object to form.
4              THE WITNESS:  I think that we are --
5    we're still learning the effects of hormones on
6    future fertility for individuals who start puberty
7    blockers prior to completion of their endogenous
8    puberty, but there are some situations such as
9    individuals assigned female at birth and start
10   puberty blockers and then testosterone, cross-sex
11   hormones, without going through or completing
12   their endogenous puberty who in the future may be
13   able to come off treatments and be able to carry a
14   pregnancy in the uterus that they were born with.
15   But I'm not aware of any studies that specifically
16   looked at that.
17        Q.  (BY MR. RAMER)  For a natal male or an
18   individual who's assigned male at birth who is at
19   Tanner Stage II and seeking to begin puberty
20   blockers, what are the options for preserving that
21   individual's fertility?
22        A.   So at Tanner Stage II of testicular
23   development, the only options are either to not
24   start puberty suppression, pubertal suppression,
25   and there are some research protocols that -- in

Page 260

Dr. Kara Connelly August 28, 2023

```
 1    some centers that are investigating the
 2    possibility of cryopreservation of testicular
 3    tissue.  But that is only done in -- under
 4    clinical research protocols.
 5         Q.   Let's go back to your declaration,
 6    page 9, paragraph 29.  And in the last sentence of
 7    that paragraph, you say that "Some patients will
 8    come to experience their gender differently"; is
 9    that right?
10         A.   Can you tell me what paragraph again?
11         Q.   Sorry, page 9, paragraph 29.  It's at the
12    top in that it's the last sentence of that
13    paragraph and the last part of that sentence.
14              MS. NOWLIN-SOHL:  Can you repeat what the
15    question is?
16         Q.   (BY MR. RAMER)  The question is just you
17    say that some patients will come to experience
18    their gender differently, right?
19              MS. NOWLIN-SOHL:  Objection;
20    mischaracterizes testimony.
21              THE WITNESS:  I'm sorry.  I missed what
22    the actual question is.
23         Q.   (BY MR. RAMER)  Let's do it this way,
24    which I've been doing and maybe I shouldn't have
25    switched.  I'll read the sentence and then I'll
```

Page 261

Dr. Kara Connelly August 28, 2023

```
 1   ask if I read it correctly.
 2            "The WPATH guidelines also recommend that
 3   doctors inform families of the limitations in the
 4   research and the possibility that some patients
 5   will come to experience their gender differently."
 6            Did I read that correctly?
 7       A.   Yes.
 8       Q.   And what is that referring to when it
 9   says that some patients will come to experience
10   their gender differently?
11       A.   It's referring to the possibility that
12   their gender expression or gender role may shift
13   and change over time.
14            MR. RAMER:  I'd like to look at Connelly
15   Exhibit 22.  It should be the last one I sent most
16   recently.  It has a 23 in the title.
17            (Deposition Exhibit No. 22 was marked.)
18       Q.   (BY MR. RAMER)  Doctor, do you recognize
19   this article?
20       A.   Yes.
21       Q.   And did you help author this article?
22       A.   Yes.
23       Q.   Is the data in this article from your
24   clinic?
25       A.   It is not from my clinic.
```

Page 262

Dr. Kara Connelly August 28, 2023

```
1           Q.    What clinic is it from?

2           A.    I believe it is from the clinics -- I

3    just need to go back to look at the methods.  It's

4    individuals who had gender-affirming surgery at

5    OHSU in the departments of plastic surgery,

6    urology, and gynecology.

7           Q.    Okay.  And that's the university where

8    you work, correct?

9           A.    Correct.

10          Q.    And your point is that these weren't

11   people in your clinic, I assume, because your

12   clinic doesn't do surgeries?

13          A.    Correct.

14          Q.    Okay.  And is this article listed in your

15   CV?

16          A.    I can't recall because it just was

17   recently published.  It is listed in my CV now,

18   but I don't know if in the version that you have

19   if it had been added.

20          Q.    In the orange -- so page 1 in the orange

21   box after "Results," it refers to 1,989

22   individuals who underwent gender-affirming

23   surgery, correct?

24          A.    In the abstract?

25          Q.    How are you -- sorry.  Just that orange
```

Page 263

App.338

Dr. Kara Connelly August 28, 2023

```
 1    box at the top.
 2            MS. NOWLIN-SOHL:  There's a couple orange
 3    boxes.  So do you mean the one at the top that's
 4    shaded orange?
 5            MR. RAMER:  Yes.  Thank you.
 6            THE WITNESS:  Okay.  Yes, I see that.
 7        Q.   (BY MR. RAMER)  And of those 1,989
 8    individuals, do you know if any were under the age
 9    of 18?
10        A.   Who underwent -- no.
11        Q.   No, you don't know?
12        A.   No, I don't know, but I don't believe any
13    of them were.  But I can't say with certainty.
14        Q.   That's fair.  And in that same sentence,
15    I'll read it and ask you if I read it correctly.
16            It says "Among 1,989 individuals who
17    underwent GAS, 6 or .3 percent, either requested
18    reversal surgery or transitioned back to their sex
19    assigned at birth."
20            Did I read that correctly?
21        A.   Yes.
22        Q.   And as a general matter, the purpose of
23    this article is to look into the concept of regret
24    after gender-affirming surgery, correct?
25        A.   Yes.
```

Page 264

(116 of 208), Page 116 of 208
Case 1:23-cv-00269-BLW Document 56-1 Filed 09/05/23 Page 265 of 374
Base: 24-142, 01/18/2024, DktEntry: 14.4, Page 116 of 208

Dr. Kara Connelly August 28, 2023

1     Q.   And the way that you measure regret in

2  this article is by counting the number who

3  requested reversal surgery or transitioned back to

4  their sex assigned at birth, correct?

5     A.   I'm just going to review how that

6  population was identified and defined.

7        The patients that were identified, the

8  six patients, were individuals who requested

9  reversal surgery or said that they transitioned

10  back to their gender assigned at birth.

11     Q.   And were these individuals who requested

12  reversal surgery or transitioned back at your

13  university?

14     A.   They had received some aspect of their

15  care at OHSU, but it's possible that prior aspects

16  of their gender-affirming care occurred elsewhere.

17  I can't say with certainty if all of their care

18  happened at OHSU.

19     Q.   I guess my question was more about the

20  reversal care or the transition back.  That would

21  have happened at your university that you're

22  recording here, right?

23     A.   Yes.  These are patients that approached

24  the surgical teams to make these requests or

25  statements of transitioning back to their gender

Page 265

App.340

Dr. Kara Connelly August 28, 2023

1    assigned at birth.

2        Q.   And so the .3 percent statistic would not

3    include anyone who detransitioned with a different

4    medical provider outside of the university, right?

5             MS. NOWLIN-SOHL:  Object to form.

6             THE WITNESS:  This -- I don't believe

7    that any of these six individuals presented and

8    made that request outside of the university.

9        Q.   (BY MR. RAMER)  Yeah, sorry.  I guess

10   what I'm asking is we have these six individuals

11   which represents .3 percent of the sample.

12            And my question is this sample would not

13   include individuals who initially transitioned at

14   the university but then went elsewhere to request

15   reverse surgery or transition back, right?

16       A.   Right.  It wouldn't include those

17   hypothetical individuals.  However, in -- I can

18   say that I know -- I know the surgeon's approach

19   and the behavioral health team's approach of the

20   surgical patients is that they encouraged their

21   patients to return to care with them if there are

22   any desire for reversal surgeries or concerns

23   about wanting to transition back to the gender

24   assigned at birth.

25       Q.   Has a patient in your clinic ever

Page 266

1    expressed regret at having taken puberty blockers?

2        A.    No.

3        Q.    Has a patient in your clinic ever

4    expressed regret at taking cross-sex hormones?

5        A.    No.

6        Q.    I'd like to go to page 207 in this

7    document.  I think it's the second page.  And

8    right column, second full paragraph under the bold

9    "OHSU THP Care Model."  And I'd like to read the

10   third -- let's see.  I'd like to read the fourth

11   sentence, and I'll ask if I read it correctly.

12            It says "Ongoing exploration and

13   evolution of identity is expected and normalized

14   as part of the consenting process, leaving open

15   the conversation around shifts in identity or

16   transition goals without shame or judgment."

17            Did I read that correctly?

18       A.    Yes.

19       Q.    What do you mean when you say that "the

20   evolution of identity is expected"?

21       A.    Well, we know that adolescents are

22   undergoing -- it's a developmental process in

23   terms of development of identity.  And while

24   gender identity is fixed and identity is fixed and

25   stable in the overwhelming majority of individuals

Page 267

Dr. Kara Connelly August 28, 2023

```
 1   as they go through adolescence, the way that they
 2   express that identity or experience that identity
 3   can shift and change as they go through
 4   adolescence and young adulthood.
 5       Q.   And that shift or change is expected,
 6   right?
 7       A.   It's part of the -- it's part of the
 8   developmental process in adolescents is that the
 9   way that somebody expresses their gender and
10   experiences their gender can and usually does
11   shift and change, not always.  And that's
12   referring again not to gender identity, but to
13   expression and their experience of their gender.
14       Q.   Well, this says evolution of identity is
15   expected, right?
16       A.   Evolution of their identity in general in
17   adolescence, identity.  Not solely specific to
18   gender identity.  And it also includes the way
19   that they experience and express their identity.
20       Q.   Okay.  In that same sentence, what are
21   the shifts in identity you're referring to?
22       A.   So again, shifts -- that was referring to
23   shifts in how someone experiences or expresses
24   their identity.  And that's also linked to the
25   following statement, transition-related goals.  So
```

Page 268

1   goals around gender transition or goals around

2   gender expression can shift and change over time.

3        Q.   Okay.  Same page, left column, the large

4   carryover paragraph, and the second to last

5   sentence in that paragraph, you refer to

6   "weaponization of information on regret."

7        A.   I'm looking at it.  I see that.

8        Q.   And what do you mean by that?

9        A.   That statement is generally saying that

10  in some cases, the idea of regret can -- that can

11  be some patients' experiences.  There have been

12  some -- some who have made the claim that because

13  of that potential for some people, that the

14  provision of gender-affirming care for a

15  population should be prohibited.

16       Q.   Do you have any particular individuals in

17  mind?

18            MS. NOWLIN-SOHL:  Object to form.

19            THE WITNESS:  I don't have any particular

20  individuals.

21       Q.   (BY MR. RAMER)  Do you think the Idaho

22  legislature has weaponized information on regret?

23            MS. NOWLIN-SOHL:  Object to form;

24  foundation.

25            THE WITNESS:  I have not seen anything

Page 269

Dr. Kara Connelly August 28, 2023

```
 1   that I would characterize as weaponization of
 2   information on regret.
 3        Q.   (BY MR. RAMER)  I'd like to turn to
 4   page 211 in this article, and right column, first
 5   full paragraph.
 6             And in the first sentence you say, "It
 7   may be unrealistic to predict or eliminate
 8   gender-related regret."
 9             Do you see that?
10        A.   Yes.
11        Q.   What do you mean by that?
12        A.   Well, that -- it's important to interpret
13   that in the context of the rest of the article,
14   which talks about different factors that can
15   influence someone's experience of regret.
16             And that's in addition to other studies
17   that have shown that it's -- that generally
18   individuals, if there are individuals who
19   experience regret around gender-affirming
20   treatments, that most of the time it's not related
21   to a change in identity, rather, factors in their
22   environments such as -- that can cause things like
23   minority stress or lack of support or
24   discrimination or safety concerns that contribute
25   to that experience of regret.
```

Page  270

Dr. Kara Connelly August 28, 2023

1          So with that in mind and the fact that
2     there are many factors that can play into
3     someone's experiences of regret, we may not ever
4     be able to fully predict or eliminate all of the
5     factors that may play into someone's experience of
6     regret.
7          Q.   Is regret ever the result of a change in
8     gender identity?
9          A.   It can.
10          Q.   And do you think it is unrealistic to
11     predict or eliminate gender-related regret that
12     results from a change in gender identity?
13          A.   I'm sorry.
14               MS. NOWLIN-SOHL:  Can you repeat that?
15          Q.   (BY MR. RAMER)  Do you think it is
16     unrealistic to predict or eliminate gender-related
17     regret that results from a change in gender
18     identity?
19               MS. NOWLIN-SOHL:  Object to form.
20               THE WITNESS:  Yeah, I think I would agree
21     with that statement that it may be unrealistic to
22     predict or eliminate that.
23          Q.   (BY MR. RAMER)  On the same page, the
24     left column, the second full paragraph kind of a
25     little over halfway down, there's a sentence that

Page 271

Dr. Kara Connelly August 28, 2023

1    begins with the phrase "At our center."

2         Do you see that?

3    A.   Yes.

4    Q.   And I'll just read it and ask if I read

5    it correctly.

6         It says "At our center it is not unusual

7    to encounter patients who detransitioned earlier

8    in life but because of changing societal context,

9    present for retransition.  (See next section.)"

10        Did I read that correctly?

11   A.   Yes.

12   Q.   Is that true that it is not unusual to

13   encounter patients who are retransitioning?

14   A.   There is -- it's hard to generalize

15   because some people use that term in their -- to

16   describe their experience, and some don't.

17        But -- it's not common, but we do have

18   patients who have used the word -- the word

19   "detransition" and then subsequently

20   "retransition."

21   Q.   Well, this says it's not unusual.  And do

22   you -- can something be not unusual yet also be

23   not common?

24        MS. NOWLIN-SOHL:  Object to form.

25        THE WITNESS:  Well, again, this is in the

Page 272

Dr. Kara Connelly August 28, 2023

```
 1    surgical setting, so I don't have that experience
 2    with my patients.  That isn't experience that our
 3    patients have expressed or have experienced.  So I
 4    can't comment on exactly what the lead author
 5    meant by "not unusual."
 6             I think it would be -- I would have to
 7    clarify with the surgeons about how they defined
 8    that qualifying term.
 9        Q.   (BY MR. RAMER)  Okay.  And one more
10    question on this.
11             Page 212 under "Limitations," the first
12    sentence says "The understanding of gender
13    incongruence is evolving, and much of the
14    presented information is based on the limited data
15    available, our workgroup discussions, TGD
16    community input, and clinical experience."
17             Did I read that correctly?
18        A.   Yes.
19        Q.   And do you agree the understanding of
20    gender incongruence is evolving?
21        A.   I agree that the field in general and
22    research pertaining to the field of gender
23    incongruence is -- you know, with more research
24    that is performed, the understanding is growing.
25             And with that, then I would say that
```

Page 273

Dr. Kara Connelly August 28, 2023

```
 1    there will be evolutions in our understanding of
 2    the field in general.
 3                MR. RAMER:  And, Li, if we could pull up
 4    Exhibit 23, which has a 26 in the file name.
 5                MS. NOWLIN-SOHL:  Is this a good time for
 6    a break?
 7                MR. RAMER:  Yeah, sure.  I mean, this is
 8    the last -- I think I only have like 20 minutes
 9    left on the clock.  Happy to take a break if you
10    want, but this is the last document I was going to
11    talk about.  Either way, up to you.
12                MS. NOWLIN-SOHL:  Let's see.  Yeah, I
13    guess let's take a five-minute break.
14                And can we also just do a time check, how
15    much time is remaining?
16                THE VIDEOGRAPHER:  Sure.  Let me just go
17    off the record here real quick and I can add it
18    up.
19                So the time is 6:35 p.m. Mountain, and we
20    are off the record.
21                (Break taken from 6:35 p.m. to 6:42 p.m.)
22                THE VIDEOGRAPHER:  All right.  So we are
23    recording.  The time is 6:42 p.m. Mountain time,
24    and we are back on the record.
25                MR. RAMER:  Okay.  I'd like to take a
```

Page 274

Dr. Kara Connelly August 28, 2023

1  look at Connelly Exhibit 23, which has a 26 in the

2  file name.

3          (Deposition Exhibit No. 23 was marked.)

4      Q.   (BY MR. RAMER)  Do you have that pulled

5  up?

6      A.   Yes.

7      Q.   And, Doctor, this is a printout from the

8  CMS website.

9          And have you seen the information

10  contained in this printout before?

11     A.   Yes.

12     Q.   And moving down the page, there's a kind

13  of bold header that says "General Payment."

14          Do you see that?

15     A.   Yes.

16     Q.   And it says "From Endo Pharmaceuticals,

17  Inc.," correct?

18     A.   Yes.

19     Q.   And on the next line, is that your name?

20     A.   Yes.

21     Q.   And on the line after that, it says

22  "Nature of payment, consulting fee"; is that

23  right?

24     A.   Yes.

25     Q.   And the payment amount was $2,110; is

Page 275

Dr. Kara Connelly August 28, 2023

1   that correct?

2        A.   Yes.

3        Q.   And the date of the payment was June 27,

4   2018; is that right?

5        A.   That sounds like -- I can't remember the

6   exact date, but 2018, spring of 2018, yes, that

7   sounds --

8        Q.   And sorry.  I should have directed you

9   down a line.  I was just reading the date of

10  payment, June 27, 2018.

11       A.   Okay.

12       Q.   And then on the next page in the middle,

13  it says "Associated products."

14            Do you see that?

15       A.   Yes.

16       Q.   And below that in the right column, in

17  the second row it says "Drug"; is that right?

18       A.   Yes.

19       Q.   And then two rows below that, it says

20  "National Drug Code, NDC."

21            Do you see that?

22       A.   Yes.

23       Q.   And then in the right column in that row

24  it lists a code.

25            And do you know what drug corresponds to

                                        Page 276

(128 of 208), Page 128 of 208
Case 1:23-cv-00269-BLW    Document 56-1    Filed 09/05/23    Page 277 of 374
Base: 24-142, 01/18/2024, DktEntry: 14.4, Page 128 of 208

Dr. Kara Connelly August 28, 2023

1    the National Drug Code listed there?

2         A.    I can't say without looking it up.

3         Q.    If we go down a line below that, do you

4    see it says "Supprelin LA"?

5         A.    Yes.

6         Q.    What is that?

7         A.    That is a brand of the histrelin implant

8    that is in the category of GnRH -- the

9    gonadotropin releasing hormone agonist.

10        Q.    Does that refresh your recollection of

11   whether the -- what the National Drug Code above

12   that is related to?

13        A.    I just can't say.  I don't have the

14   National Drug Code memorized for that medication,

15   but I do know the medication name.

16        Q.    Okay.  And so did you receive a

17   consulting fee from Endo Pharmaceuticals in 2018?

18        A.    Yes.

19        Q.    And was that consulting fee related to

20   Supprelin LA?

21        A.    The consulting fee was -- it was a

22   one-time meeting of a medical advisory board

23   convened to discuss this medication and

24   potentially developing research trials pertaining

25   to the medication.

Page 277

Dr. Kara Connelly August 28, 2023

1      Q.   And when you say "medication," you're
2  referring to Supprelin LA?
3      A.   Yes.  Yes.
4      Q.   And is that a drug that your clinic has
5  ever prescribed as a puberty blocker?
6      A.   Yes.
7      Q.   Did you ever prescribe that drug as a
8  puberty blocker in 2018?
9      A.   I would have to go back to look
10  specifically, but it's possible.
11      Q.   And since 2018, have you ever prescribed
12  that drug as a puberty blocker?
13      A.   Yes.
14      Q.   Since 2018, have you received any other
15  payments from Endo Pharmaceuticals?
16      A.   No.
17      Q.   Did you list this consulting work in your
18  CV?
19      A.   I don't believe that I listed it in my
20  CV.
21      Q.   Did you ever disclose this consulting fee
22  in any of your published research?
23      A.   I disclosed -- I disclosed it -- I don't
24  believe it was disclosed in published research,
25  but I've disclosed it in accordance with my

                                        Page 278

Dr. Kara Connelly August 28, 2023

```
  1   university's standards.
  2        Q.   Did you ever disclose this consulting fee
  3   to patients to whom you prescribed Supprelin LA?
  4        A.   I don't believe that I have.
  5        Q.   And can you just describe the full scope
  6   of the nature of your consulting work for Endo
  7   Pharmaceuticals?
  8        A.   Yes.  So it was -- as I said, it was a
  9   one-time meeting in 2018 of medical professionals
 10   who were brought to serve on an advisory board to
 11   discuss factors that would need to be considered
 12   or that could be considered in the development of
 13   research studies using this medication.
 14        Q.   Is that type of meeting something that
 15   you regularly participate in?
 16        A.   No.
 17             MS. NOWLIN-SOHL:  Object to form.
 18             THE WITNESS:  That -- that's the only
 19   time that I have participated in that type of
 20   meeting.
 21        Q.   (BY MR. RAMER)  And you said to discuss
 22   factors that could be considered in development of
 23   research studies using the drug; is that right?
 24        A.   Um-hmm.
 25        Q.   What does that mean?
```

Page 279

Dr. Kara Connelly August 28, 2023

1        A.   I'm pausing because I had to sign an NDA,
2   and -- at the time.
3            But it was essentially helping to inform
4   the pharmaceutical company of what -- for example,
5   what outcomes would need to be considered and
6   measured as part of research studies that they
7   were considering pursuing.
8        Q.   And just to clarify, are you unable to
9   fully answer my questions because of an NDA that
10  you signed with Endo Pharmaceuticals?
11       A.   I -- I've been able to answer them, your
12  questions, in the way that I consider fully to
13  explain what my participation was with the -- in
14  this meeting.
15       Q.   But why did you mention the NDA a moment
16  ago?
17       A.   I don't know if I can provide specifics
18  about -- I'd have to go back and review that --
19  specifics about the -- their plans for -- their
20  plans that they were considering in terms of
21  pursuing research studies.
22       Q.   Okay.  So if I asked you that question,
23  you would be unable to answer because of the NDA;
24  is that right?
25            MS. NOWLIN-SOHL:  Objection;

Page 280

(132 of 208), Page 132 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 281 of 374
Base: 24-142, 01/18/2024, DktEntry: 14.4, Page 132 of 208

Dr. Kara Connelly August 28, 2023

1    mischaracterizes testimony.

2           THE WITNESS:  If you were to ask me which

3    question?

4       Q.   (BY MR. RAMER)  Well, I thought I just

5    asked why did you mention the NDA, and I thought

6    you had said that it's because there are certain

7    things you cannot disclose; is that right?

8           MS. NOWLIN-SOHL:  Objection;

9    mischaracterizes her testimony.

10          THE WITNESS:  No, that's not what I meant

11   by that.  I believe that I can answer all of the

12   questions that you will ask me about the meeting.

13      Q.   (BY MR. RAMER)  Okay.  What were the

14   research studies that Endo was considering

15   pursuing that you were advising on?

16          MS. NOWLIN-SOHL:  Objection to form and

17   to relevance.

18      Q.   (BY MR. RAMER)  You can answer.

19      A.   The research studies were pertaining to

20   use of the medication in youth with gender

21   dysphoria.

22      Q.   And so the meeting with Endo

23   Pharmaceuticals that you attended was to discuss

24   potential research studies regarding the use of

25   Suprelin LA to treat youth with gender dysphoria;

Page 281

Dr. Kara Connelly August 28, 2023

1    is that correct?

2         A.   The meeting was to advise on

3    considerations around different variables that

4    would need to be considered in measuring their

5    desired outcomes if they were to develop a

6    research study looking at the use of this

7    medication in use of gender dysphoria.

8              And I should clarify, no such study was

9    developed as a result of the meeting.

10        Q.   Can you do a research study like that if

11   the drug is not approved by the FDA for that use?

12             MS. NOWLIN-SOHL:  Objection to form and

13   to relevance and to foundation.

14             THE WITNESS:  Can you be a little more

15   specific?

16        Q.   (BY MR. RAMER)  Well, I guess the use of

17   Supprelin LA to treat gender dysphoria in youth is

18   not approved by the FDA, correct?

19             MS. NOWLIN-SOHL:  Object to form.

20             THE WITNESS:  The use of Supprelin LA --

21   or gender dysphoria is not an FDA-approved

22   indication.  Or it's an off-label indication for

23   the use of this medication -- of Supprelin LA.

24        Q.   (BY MR. RAMER)  And my question was just

25   at this meeting you were discussing research

Page 282

(134 of 208), Page 134 of 208
Case 1:23-cv-00269-BLW   Document 56-1   Filed 09/05/23   Page 283 of 374
Dr. Kara Connelly August 28, 2023

```
 1   studies regarding the use of Supprelin LA to treat
 2   gender dysphoria in youth.
 3            And my question is can you do that if
 4   it's not approved by the FDA?
 5            MS. NOWLIN-SOHL:  Objection.  Same
 6   objections; relevance, foundation.
 7       Q.  (BY MR. RAMER)  Yeah, that's -- you can
 8   ignore that question.  I don't actually think it
 9   makes any sense.
10            Okay.  So what were the factors that you
11   were discussing about desired outcomes at this
12   meeting?
13            MS. NOWLIN-SOHL:  I'm going to -- we
14   might go off the record here and talk a little bit
15   about the NDA because I think you're now
16   encroaching onto that area, but I'm not sure that
17   this is relevant.  But we can have a conversation
18   about it if you'd like to keep asking questions.
19            MR. RAMER:  You want to go off the record
20   to discuss the NDA?
21            MS. NOWLIN-SOHL:  With Dr. Connelly and
22   the scope of it, because I feel like you're now
23   going into that.
24            MR. RAMER:  Okay.  How much time do you
25   think -- so just to be clear, are you instructing
```

Page 283

Dr. Kara Connelly August 28, 2023

1    her not to answer that last question?

2            MS. NOWLIN-SOHL:  No, I'm not at this

3    time, but I'd like to talk to her about the scope

4    of the NDA before we proceed.

5            MR. RAMER:  Can I have her answer the

6    question that's on the table and then we'll take a

7    break and you can discuss the NDA?

8            MS. NOWLIN-SOHL:  Can you repeat the

9    question?

10       Q.   (BY MR. RAMER)  It was just what are the

11   factors that you discussed at this meeting

12   regarding desired outcomes?

13           MS. NOWLIN-SOHL:  Would you like to have

14   a conversation about the NDA before answering,

15   or --

16           And I'm also going to object to form, to

17   relevance, and --

18           THE WITNESS:  I can say that the factors

19   that were discussed were around things like how we

20   would -- how would be the best way to assess

21   growth measurements and potential side effects and

22   just general things around factors that may have

23   been important to include in the design of the

24   study.

25       Q.   (BY MR. RAMER)  Do you know why the study

Page 284

Dr. Kara Connelly August 28, 2023

1    was never pursued?
2            MS. NOWLIN-SOHL:  Object to the form;
3    speculation, foundation.
4            THE WITNESS:  I don't.
5        Q.   (BY MR. RAMER)  Do you recall anyone else
6    who was at this meeting?
7        A.   Do I recall who was at the meeting?
8        Q.   Correct.
9        A.   Yes, I recall some of the people, but I
10   don't remember everyone's name.
11       Q.   Can you give me any names that you do
12   remember?
13           MS. NOWLIN-SOHL:  Object to relevance.
14           THE WITNESS:  Steve Rosenthal and Jeremy
15   Carswell are the only two that I can remember.
16       Q.   (BY MR. RAMER)  And where was the
17   meeting?
18           MS. NOWLIN-SOHL:  Object to relevance.
19           THE WITNESS:  I can't remember for
20   certain.  I think it was maybe in Chicago.
21       Q.   (BY MR. RAMER)  And why were you paid to
22   attend the meeting?
23       A.   I was paid a consulting fee as a
24   consultant to contribute my expertise to the
25   meeting.

Page 285

(137 of 208), Page 137 of 208 Case: 24-142, 01/18/2024, DktEntry: 14.4, Page 137 of 208
Case 1:23-cv-00269-BLW  Document 56-1  Filed 09/05/23  Page 286 of 374
Dr. Kara Connelly August 28, 2023

1          Q.    To contribute your expertise to the
2    design of the potential study; is that right?
3              MS. NOWLIN-SOHL:  Object to form.
4              THE WITNESS:  It was not to contribute to
5    the design of the study.  I did not -- we did not
6    discuss the design of the study.
7              MR. RAMER:  Okay.  I think with that, I
8    don't have any more questions, Dr. Connelly.  I
9    appreciate the time that you've taken today.
10             And I will pass the witness to your
11   counsel if counsel has any questions for you.
12   Otherwise, thank you.
13             MS. NOWLIN-SOHL:  John, do you mind if we
14   take -- I know it's late on the East Coast, so I'm
15   sorry to ask this, but do you mind if we take 15
16   minutes for me to look over my notes and stuff?
17             MR. RAMER:  Yeah, absolutely.
18             MS. NOWLIN-SOHL:  Okay.  So we'll come
19   back at a quarter after.
20             MR. RAMER:  Sounds good.
21             THE VIDEOGRAPHER:  Okay.  So the time is
22   7:00 p.m. Mountain time, and we are off the
23   record.
24         (Break taken from 7:00 p.m. to 7:17 p.m.)
25             THE VIDEOGRAPHER:  All right.  So we are

                                        Page 286

Dr. Kara Connelly August 28, 2023

```
 1    recording.  The time is 7:17 p.m. Mountain time,
 2    and we are back on the record.
 3
 4                      EXAMINATION
 5    BY MS. NOWLIN-SOHL:
 6         Q.   Okay.  So, Dr. Connelly, you spoke
 7    earlier about puberty blockers being used as
 8    treatment for precocious puberty.
 9            Do you recall that?
10         A.   Yes, specifically central precocious
11    puberty.
12         Q.   Okay.  And how long have puberty blockers
13    been used for that purpose?
14         A.   I believe at least 30 years.
15         Q.   Okay.  And how long have you been using
16    puberty blockers to treat gender dysphoria?
17         A.   How long have I personally?
18         Q.   Um-hmm.
19         A.   Since I started providing care.  I'd say
20    probably within the last ten years.
21         Q.   Okay.  And during the time that you've
22    been practicing, are you aware of any issues
23    affecting cognition as a result of the use of
24    puberty blockers that have been identified by
25    clinicians or researchers?
```

                                        Page 287

App.362

Dr. Kara Connelly August 28, 2023

```
1          A.    I am not aware of any.

2          Q.    And do endocrinologists today continue to

3    provide puberty blockers when indicated to treat

4    central precocious puberty?

5          A.    Yes.

6          Q.    So earlier you were also asked a few

7    questions about the basis -- bases of your

8    opinions about the effectiveness of blockers and

9    hormone therapy for the treatment of adolescents

10   with gender dysphoria, and you were referencing

11   scientific research.

12              Do you recall that?

13         A.    Yes.

14         Q.    Does your clinical experience also

15   contribute to those opinions that you expressed?

16         A.    Yes.

17         Q.    So earlier you were talking about initial

18   medical visits with patients at your clinic.

19              Do you recall that conversation?

20         A.    Yes.

21         Q.    And how many of the patients leave those

22   initial medical visits with a prescription for

23   either puberty blockers or hormone therapy or

24   another type of gender-affirming medication?

25         A.    That is very rare.  And I would estimate
```

Page 288

Dr. Kara Connelly August 28, 2023

1    less than 5 percent of the time.

2        Q.    Okay.   And after that initial visit, what

3    happens?   What do the patients do prior to their

4    follow-up visit?

5        A.    Yeah, so that -- again, the care is

6    individualized, and it depends on the patient.

7    But it usually includes the patients reviewing

8    information that they receive at the visit,

9    information that we give them at the conclusion of

10   the visit that they may go home and read over.

11           They have the opportunity to ask

12   additional questions of the medical provider

13   either by phone or through -- or written or

14   through the electronic health record.

15           Many of them will continue to have

16   conversations with their parents.   Their parents

17   may have additional questions for the different

18   members of the treatment team.

19           Some patients will have ongoing

20   conversations with their therapists.

21           Some patients will have another visit

22   with our psychologist.

23           Some parents will have a visit with the

24   psychologist.

25           And so it can be any of those -- can be

Page 289

Dr. Kara Connelly August 28, 2023

```
 1   any of those, that variety of different items.
 2        Q.   Okay.  And as a result of those items,
 3   does it ever happen that a patient might have a
 4   prescription for puberty blockers or hormone
 5   therapy at the time of their follow-up medical
 6   appointment?
 7        A.   Yes.
 8        Q.   Okay.  And do you have a rough idea of
 9   how often that happens?
10        A.   Yeah.  I would estimate maybe about
11   20 percent of patients who have completed the
12   initial visit will initiate a medication prior to
13   their first follow-up appointment.
14        Q.   And has that number changed over time?
15        A.   It has.  And, yeah, generally -- so we've
16   actually seen -- we've seen less patients over
17   time that have -- that initiate a medication prior
18   to the first follow-up appointment.
19             And that's partially due to the fact that
20   we're seeing -- we're seeing patients that are in
21   childhood, haven't yet reached puberty, so aren't
22   eligible for any medical interventions.  We're
23   seeing an increase in that population.
24             And then we're also seeing an increase in
25   the population of individuals who determine that
```

Page 290

App.365

Dr. Kara Connelly August 28, 2023

```
 1    they don't want to start any of the treatments
 2    that we've discussed or don't want to start
 3    cross-sex hormones or puberty blockers or want
 4    more time to consider the treatment.
 5         Q.   Okay.  And so earlier I think you were
 6    asked whether only 2 percent of patients will
 7    initiate puberty blockers or cross-sex hormones
 8    before the second visit, and you said that that
 9    was correct.
10              Was that testimony correct or --
11         A.   What I was referring to with that
12    2 percent was individuals who are prescribed a
13    medication at the completion or at their initial
14    visit.
15         Q.   And that is different from the number of
16    patients who will be -- have a prescription for
17    medication at the time of the follow-up visit?
18         A.   Yes.
19              MS. NOWLIN-SOHL:  Okay.  No further
20    questions.
21              MR. RAMER:  I don't have any either.
22              So thank you very much, Doctor.
23              And thank you, Li.
24              MS. NOWLIN-SOHL:  Yes.  And thank you to
25    everyone for staying later into the evening,
```

Page 291

Dr. Kara Connelly August 28, 2023

1    particularly on the East Coast.

2              MR. RAMER:  Okay.

3              THE WITNESS:  Thank you, all.

4              MR. RAMER:  Have a good day.

5              THE VIDEOGRAPHER:  All right.  So then

6    this concludes our video deposition with Dr. Kara

7    Connelly.  It is August 28, 2023.  The time is

8    7:24 p.m. Mountain time, and we are off the

9    record.

10

11      (Whereupon the deposition was concluded at 7:24 p.m.)

12                         * * * *

13                  (Signature requested.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 292

App.367

Dr. Kara Connelly August 28, 2023

```
 1                        VERIFICATION

 2

    STATE OF  _____  )

 3                             )

    COUNTY OF _____  )

 4

 5       I, KARA CONNELLY, M.D., being first duly sworn on my

 6  oath, depose and say:

 7       That I am the witness named in the foregoing

 8  deposition taken the 28th day of August, 2023, consisting

 9  of pages numbered 1 to 292, inclusive; that I have read

10  the said deposition and know the contents thereof; that

11  the questions contained therein were propounded to me;

12  the answers to said questions were given by me, and that

13  the answers as contained therein (or as corrected by me

14  therein) are true and correct.

15

16  Corrections Made:  Yes____ No____

17

18

                      _____

19                        KARA CONNELLY, M.D.

20

21     Subscribed and sworn to before me this ____ day of

22  _____, 2023, at _____, Idaho.

23

                      _____

24                    Notary Public for Idaho

                      Residing at _____, Idaho

25                    My commission expires: _____.


                                          Page 293
```

App.368

```
 1                    REPORTER'S CERTIFICATE
 2   STATE OF IDAHO        )
                           )
 3   COUNTY OF ADA         )
 4
 5        I, Amy E. Simmons, Certified Shorthand Reporter and
 6   Notary Public in and for the State of Idaho, do hereby
 7   certify:
 8        That prior to being examined, the witness named in
 9   the foregoing deposition was by me duly sworn to testify
10   to the truth, the whole truth, and nothing but the truth;
11        That said deposition was taken down by me in
12   shorthand at the time and place therein named and
13   thereafter reduced to typewriting under my direction, and
14   that the foregoing transcript contains a full, true, and
15   verbatim record of said deposition.
16        I further certify that I have no interest in the
17   event of the action.
18        WITNESS my hand and seal this 28th day of August,
19   2023.
20
21                    AMY E. SIMMONS
                      ID CSR No. 685
22                    CA CSR No. 14453
                      WA CSR No. 22012915
23                    OR CSR No. 22-009
                      RDR, CRR, CRC,
24                    and Notary Public
25
     My commission expires:  6/13/28.

                                            Page 294
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| PAM POE, by and through her parents and next friends, et al.<br>   *Plaintiffs*,<br>v.<br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br>   *Defendants*. | Case No. 1:23-cv-00269-BLW |

**EXPERT DECLARATION OF DANIEL WEISS MD**

I, Daniel Weiss MD, hereby declare and state as follows:

**Background and Qualifications:**

1. I am a physician who is Board Certified in Internal Medicine and Diabetes/Endocrinology and Metabolism.

2. I completed my undergraduate work at Columbia University in New York, where I majored in chemistry. Although I was offered a fully paid scholarship to continue graduate work in chemistry at the Massachusetts Institute of Technology, I chose to become a physician. I have been fascinated by the wonders of the human body since grade school.

3. I obtained my medical degree from the University of Texas Southwestern Medical Center in Dallas. I went on to a residency in Internal Medicine at Upstate Medical Center in New York and then to the University of Iowa Hospitals and Clinics, where I completed a fellowship in Endocrinology. After my fellowship, I accepted a teaching staff position at the University of Iowa Hospitals and Clinics, where I received the award for Teacher of the Year.

4. Since the end of my fellowship in 1986, I have been in the active and continuous practice of Endocrinology to the present day. I served as the sole endocrinologist in a group of 110 physicians

at University Mednet before establishing an independent practice in 2003. I have provided care for both adults and children.

5.    Throughout my years in in Iowa and Ohio, I held academic appointments. I mentored and helped to train many medical students, medical residents, endocrinology fellows, and advanced practice nurses. I am a manuscript reviewer for peer reviewed journals and have authored original research papers.

6.    I joined The Endocrine Society in 1990. However, I cancelled my membership in 2022 after this organization failed to respond to my concerns about its guidelines promoting hormonal interventions in children who felt that they were the opposite sex.

7.    I have been a Certified Physician Investigator, and I have served as the principal investigator in over 100 clinical research trials of new treatments for adults and children. In this capacity, I have developed insight and expertise into the strict international principles and ethical standards governing clinical research.

8.    For about a decade (2003-2013) while providing care in my independent practice, I became the key physician in my region offering hormonal interventions for adults with "gender dysphoria". My name was listed on the principal LGBTQ website as the "go to" physician in northeastern Ohio. I provided hormonal care for approximately 100 persons as young as 18. During this period, I observed that my patients had minimal psychologic evaluation and treatment for their significant psychic distress. Although I continued to care for my established patients, I stopped accepting new patients with "gender dysphoria" when I realized the lack of benefit and the harm these interventions caused.

9.    I joined a group practice in Utah in January 2023, providing internal medicine and endocrine care for adolescents and adults.

2

10.  Depression is common in patients suffering from chronic disease, including diabetes. Therefore, I have taken additional training in various mental health disorders.

11.  I am licensed to practice medicine in Ohio, Utah, and Nevada.

12.  My comments do not reflect the views of my employer, Intermountain Health.

**Compensation and Previous Testimony:**

13.  I am compensated at five hundred dollars per hour. My compensation does not depend on the outcome of this case.

14.  I have been designated an expert witness in three other cases: *Susan Platz et al. v. Mike Karpinecz*, et al. (Geauga County Court of Common Pleas Case No. 20P000218) (2022). In this case, a driver, Mr. Karpinecz, with diabetes was accused of causing a motor vehicle accident because of a low blood sugar.

15.  *William Blair v. US. Airways* (Northern District of Ohio) (1994). The plaintiff, Blair, was a passenger on a US Air flight that crashed after takeoff. He claimed that the crash caused him to get diabetes.

16.  *K.C vs. Individual members of the Medical Licensing Board of Indiana in their official capacities et.al* (U.S District Court Southern District of Indiana, Indianapolis Division) (2023)relating to Indiana Senate Enrolled Act 480 regarding interventions on minors with "gender dysphoria".

17.  I have been designated and asked by defendants to provide expert opinion based upon  my clinical experience treating adults with "gender dysphoria" and my review of the scientific literature concerning the diagnosis and treatment of "gender dysphoria."

3

App.372

**Bases for Opinions:**

18.  In preparing this declaration, I have reviewed Idaho House Bill 71, the complaint for declaratory and injunctive relief, the declarations of the plaintiffs' experts, and the references that I have cited in this declaration.

19.  I formed my opinion from my clinical expertise and experience, my rationality or common sense, and my critical review of the scientific literature and the publications on this subject. I use the same approach that others in my field would rely upon in forming an opinion.

20.  My commentary in areas of psychology and surgery is based upon analysis of published evidence and its methodology. Well-trained practicing physicians must analyze scientific evidence through careful reading in order to provide the best care for their patients.


**Summary of this declaration:**

21.  In this document I will analyze and summarize the evidence in support of these five key points.

- "Gender dysphoria" is a construct. In minors, in most cases, it arises from previous trauma, abuse, social isolation, depression, and other psychosocial factors.

- Hormonal and surgical interventions usually leave psychologic issues unexplored and unresolved. These interventions can cause substantial harm and create permanent patients out of healthy young people.

- Professionals who advocate for medical intervention fail to admit that the evidence base is poor. The extrapolation of the flimsy existing evidence to a "one size fits all" generalized approach is profoundly unscientific. These interventions are experimental and violate the foundational principles of medical ethics and informed consent.

4

App.373

- The interventions that Idaho House Bill 72 bans are neither safe nor effective. I will review the harms of puberty blockers and opposite sex hormones, the risk of post-surgical complications, and the experience of desisters and detransitioners.

- There is no medical consensus in support of the "gender affirmation" model. Medical societies that endorse these interventions are politicized and do not represent the viewpoint of their members. Countries with much more experience than the US have curtailed hormonal and surgical interventions in minors. Unfortunately, a set of perverse financial incentives is likely to play an important role in the massive expansion of these harmful interventions in the U.S.

**Point #1 - "Gender dysphoria" is a construct. In most cases in minors, it arises from previous trauma, abuse, social isolation, depression, and other psychosocial factors.**

**The DSM criteria for diagnosing "gender dysphoria" is based on feelings and behavior.**

22.  The Diagnostic and Statistical Manual of Mental Disorders (DSM) is used by clinicians and researchers to diagnose and classify mental disorders. The latest version is called DSM-5-TR.[1] In the DSM, "gender dysphoria" is defined in children as: A marked incongruence between one's experienced/expressed gender and "assigned" gender, lasting at least six months, as manifested by at least <u>six</u> of the following (one of which must be the first criterion):

    a.  A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender);

---

[1] American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders. 5th Ed. Text Revision.* , (American Psychiatric Association., 2022).

App.374

b. In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing;

c. A strong preference for cross-gender roles in make-believe play or fantasy play;

d. A strong preference for the toys, games or activities stereotypically used or engaged in by the other gender;

e. A strong preference for playmates of the other gender;

f. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities;

g. A strong dislike of one's sexual anatomy; or

h. A strong desire for the physical sex characteristics that match one's experienced genders.

23. In adolescents, the DSM-5-TR criteria "clinically significant distress" is a criterion for diagnosis.[2]

---

[2] Ibid.

App.375

24.  More than 70% of children with "gender dysphoria" have had recent trauma, or have a history of abuse, autism spectrum disorder, homosexual orientation, depression, anxiety, or bullying.[3,4,5,6,7,] The DSM fails to consider these diagnoses in its descriptions of "gender dysphoria".

25.  Hormonal or surgical interventions do not address deep-seated emotional and psychologic problems, as I will review in more detail below[8,9] (sections 2b and 4a).

26.  "Gender dysphoria" can be influenced by what society considers stereotypic masculine and feminine behavior. Dr. Stephen Levine is an internationally known psychiatrist with expertise in "gender dysphoria". He writes: "What must a 12-year-old, for example, understand about masculinity and femininity that enables the conviction that 'I can never be happy in my body'?"[10] Children and adolescents are unable to imagine life as an adult man or woman.

27.  Feeling disconnected from or uncomfortable with one's body is a normal and common experience for adolescents. This discomfort during normal puberty is not a disease state. Importantly, discomfort or distress is especially common in those with anxiety, autism, eating disorders or a history of trauma.[11,12]

---

[3] J. Elkadi and others, 'Developmental Pathway Choices of Young People Presenting to a Gender Service with Gender Distress: A Prospective Follow-up Study', *Children (Basel),* 10 (2023).

[4] L. Engel and others, 'Assessment of Quality of Life of Transgender and Gender-Diverse Children and Adolescents in Melbourne, Australia, 2017-2020', *JAMA Netw Open,* 6 (2023).

[5] L. Littman, 'Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners', *Arch Sex Behav,* 50 (2021).

[6] J. W. Wanta and others, 'Mental Health Diagnoses among Transgender Patients in the Clinical Setting: An All-Payer Electronic Health Record Study', *Transgend Health,* 4 (2019).

[7] T. A. Becerra-Culqui and others, 'Mental Health of Transgender and Gender Nonconforming Youth Compared with Their Peers', *Pediatrics,* 141 (2018).

[8] A. L. de Vries and others, 'Young Adult Psychological Outcome after Puberty Suppression and Gender Reassignment', *Pediatrics,* 134 (2014).

[9] A. L. de Vries and others, 'Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-up Study', *J Sex Med,* 8 (2011).

[10] S. B. Levine, 'Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria', *J Sex Marital Ther,* 44 (2018).

[11] A. N. Nabbijohn and others, 'Gender Variance and the Autism Spectrum: An Examination of Children Ages 6-12 Years', *J Autism Dev Disord,* 49 (2019).

[12] E. L. Lantz and others, 'Conceptualizing Body Dissatisfaction in Eating Disorders within a Self-Discrepancy Framework: A Review of Evidence', *Eat Weight Disord,* 23 (2018).

28.   The famous psychiatrist Carl Jung stated in 1957: "Just as people can catch measles and scarlet fever from one another, so can they catch the ways of feeling, thinking, and behaving. The more people live together in heaps, the less each individual counts, and the more he or she will be inclined to take his or her cue from the collective rather than pursue an individual ideal."[13]

29.   Eating disorders are also associated with social contagion.[14,15]

30.   Adolescents are strongly influenced by their peers and by their peer group on social media.[16,17] One study of 1655 young people with a mean age of 15.7 years reported that of those who wanted to change their sex, 55% had  friends who also "came out" as transgender at around the same time.[18]. This large study was retracted after activist pressure on the publisher; the conclusions and the methodology remain sound. [19]

**b.   The medical and scientific diagnosis of sex in human beings is based on biology.**

31.   Human beings live their lives as one of two biologic sexes, male and female.[20] Sex is almost always simply observed at birth, not "assigned." Examination of an infant's external genitalia will immediately and accurately reveal whether that infant is male or female. The incidence of intersex

---

[13] Carl Jung, *The Undiscovered Self*,  (Signet Books, 1957).
[14] D. M. Hutchinson and R. M. Rapee, 'Do Friends Share Similar Body Image and Eating Problems? The Role of Social Networks and Peer Influences in Early Adolescence', *Behav Res Ther,* 45 (2007).
[15] T. A. Meyer and J. Gast, 'The Effects of Peer Influence on Disordered Eating Behavior', *J Sch Nurs,* 24 (2008).
[16] L. Littman, 'Parent Reports of Adolescents and Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria', *PLoS One,* 13 (2018).
[17] S. Diaz and J. M. Bailey, 'Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases', *Arch Sex Behav,* 52 (2023).
[18] Ibid.
[19] 'Springer to Retract a Key Paper in Response to Activist Demands', (https://segm.org/retraction-of-key-publication-in-response-to-activist-pressures).
[20] A. Bhargava and others, 'Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement', *Endocr Rev,* 42 (2021).

App.377

or ambiguous genitalia is estimated to occur in less than 1 in 10,000 births.[21] These rare conditions are the only occasions in which the sex of a newborn may be uncertain.

32.   Males have XY chromosomes and females have XX chromosomes in every cell in their body. Therefore, genetic analysis, performed at birth, can reveal the sex of the rare child born with ambiguous genitalia.

33.   As defined by biology and reproductive function, sex is clear, binary, and cannot be changed. The Endocrine Society states that sex is a biological concept, that "all mammals have two distinct sexes" and that "in mammals, numerous sexual traits (gonads, genitalia, etc.) that typically differ in males and females are tightly linked to each other."[22]

34.   While hormonal and surgical procedures may enable some individuals to appear to others to be the opposite sex during some parts of their lives, no procedure can enable an individual to perform the reproductive function of the opposite sex. Dr Christiane Nusslein-Volhard the Nobel prize winning biologist has stated, "all mammals have two sexes and man is a mammal." "There are people who want to change their gender, but they can't do it"[23]

**Point #2- Hormonal interventions and surgery leave psychologic issues unexplored and unresolved.**

a.   **"Gender dysphoria" in minors usually resolves if left untreated.**

---

[21] 'Intersex Society of America, Incidence of Intersex'.
[22] Bhargava and others
[23] Michael  Tennant, 'Nobel Prize-Winning German Biologist: Multiple Genders Are "Nonsense" and "Unscientific"', in *The New American,* (https://thenewamerican.com/nobel-prize-winning-german-biologist-multiple-genders-are-nonsense-and-unscientific/?print=pdf: TheNewAmerican.com, 2022).

9

35.  Eleven studies reveal that approximately 90% of children who are diagnosed with "gender dysphoria" will "desist" if left untreated (no medical interventions). [24,25,26,27] In other words, "gender dysphoria" will resolve on its own by the end of puberty or adulthood. [28]Among teens and young adults who have experienced "rapid onset gender dysphoria" (those with no sign of discomfort with their biologic sex during childhood), desistance is frequent.[29] Minors who develop "gender dysphoria" during or shortly after adolescence are susceptible to psychosocial factors including pressure from peers and social media.[30]

36.  There are few studies of the long-term outcome of the interventions made in gender clinics. One paper from gender clinics in the Netherlands, Germany, and Norway reported the experience of 201 young adults followed for an average of five years after treatment. Fourteen percent of that group had no medical interventions. Yet these untreated persons exhibited a 67% reduction in their "gender dysphoria" score.[31]

37.  The Endocrine Society clinical practice guidelines state that "in most children diagnosed with GD/gender incongruence, (the symptoms) did not persist into adolescence."[32] No test can predict whether "gender dysphoria" will persist or not.

---

[24] ·S. L. Adelson, Child American Academy of, and Issues Adolescent Psychiatry Committee on Quality, 'Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents', *J Am Acad Child Adolesc Psychiatry,* 51 (2012).

[25] J. M. Cantor, 'Transgender and Gender Diverse Children and Adolescents: Fact-Checking of Aap Policy', *J Sex Marital Ther,* 46 (2020).

[26] J. Ristori and T. D. Steensma, 'Gender Dysphoria in Childhood', *Int Rev Psychiatry,* 28 (2016).

[27] D. Singh, S. J. Bradley, and K. J. Zucker, 'A Follow-up Study of Boys with Gender Identity Disorder', *Front Psychiatry,* 12 (2021).

[28] Ristori and Steensma.

[29] Littman.

[30] Ibid.

[31] T. C. van de Grift and others, 'Effects of Medical Interventions on Gender Dysphoria and Body Image: A Follow-up Study', *Psychosom Med,* 79 (2017).

[32] W. C. Hembree and others, 'Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline', *Endocr Pract,* 23 (2017).

App.379

38.  It is notable that "gender dysphoria" is the only diagnosis listed in the DSM that for which medication and/or surgery might be used with the goal of altering body appearance.

### b. Psychotherapy is underutilized in treating "gender dysphoria."

39.  In 2021, the Royal Australian and New Zealand College of Psychiatrists issued a position statement with the key message that there is "mixed evidence regarding (medical) treatment options for people with gender concerns, especially children and young people."[33]

40.  The goal of treatment in patients with "gender dysphoria" should be to resolve gender related distress. Therefore, it is essential to understand the factors that might have led to the patient's rejection of their natal sex.[34,35,36,37] Exploratory, non-judgmental psychotherapy can alleviate suffering in patients with "gender dysphoria" and may help them accept their natal sex.[38,39]

41.  World Professional Association for Transgender Health (WPATH) guidelines (discussed in more detail 3a below) have gained influence along with the rapid proliferation of gender clinics that emphasize medical interventions. However, the WPATH guidelines are not universally accepted, either internationally or within the United States. Many endocrinologists refuse to treat "gender dysphoria" patients, though few speak out about their concerns.

---

[33] 'Recognizing and Addressing the Mental Health Needs of People Experiencing Gender Dysphoria/Gender Incongruence', in *Position Statement of the Royal Australian and New Zealand College of Psychiatrists,* (2021).

[34] S. B. Levine, 'Reflections on the Clinician's Role with Individuals Who Self-Identify as Transgender', *Arch Sex Behav,* 50 (2021).

[35] L. Griffin and others, 'Sex, Gender and Gender Identity: A Re-Evaluation of the Evidence', *BJPsych Bull,* 45 (2021).

[36] M. Evans, 'Freedom to Think: The Need for Thorough Assessment and Treatment of Gender Dysphoric Children - Corrigendum', *BJPsych Bull,* 45 (2021).

[37] R. Withers, 'Transgender Medicalization and the Attempt to Evade Psychological Distress', *J Anal Psychol,* 65 (2020).

[38] R. D'Angelo and others, 'One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria', *Arch Sex Behav,* 50 (2021).

[39] A. Churcher Clarke and A. Spiliadis, ''Taking the Lid Off the Box': The Value of Extended Clinical Assessment for Adolescents Presenting with Gender Identity Difficulties', *Clin Child Psychol Psychiatry,* 24 (2019).

11

42. Some clinicians may think that children must simply be "affirmed" in their expression of transgender identity. As a result, psychosocial factors remain unexplored and untreated.[40,41]

43. Clinicians who prioritize the child's self-diagnosis will fail to address psychiatric co-morbidities that may underlie that child's rejection of their sex. A history of bullying, sexual abuse, social isolation, anxiety, emotional or physical trauma all may contribute to the child's distress.

44. Dr. Erica Anderson is a psychologist and former president of the United States Professional Association of Transgender Health (USPATH), a division of WPATH. Dr. Anderson has expressed this same concern about rushing into medical interventions after prioritizing the child's self-diagnosis.[42]

45. Recent studies show that more than 70% of children with "gender dysphoria" have had recent trauma, history of abuse, autism spectrum disorder, depression, anxiety, or bullying.[43,44,45,46,47]

46. I am concerned about "the one size fits all" protocol of puberty blockers, opposite-sex hormones, and soon, surgery, for complex children who have already been terribly traumatized.

---

[40] Hannah Barnes, *Time to Think : The inside Story of the Collapse of the Tavistock's Gender Service for Children*, (London: Swift, 2023).
[41] Jamie Reed, 'Affidavit of Jamie Reed', (https://ago.mo.gov/docs/default-source/press-releases/2-07-2023-reed-affidavit---signed.pdf?sfvrsn=6a64d339_2, 2023).
[42] Laura Davis, 'A Trans Pioneer Explains Her Resignation from the Us Professional Association for Transgender Health.', (https://quillette.com/2022/01/06/a-transgender-pioneer-explains-why-she-stepped-down-from-uspath-and-wpath/: Quillette, 2022).
[43] Elkadi and others
[44] Engel and others
[45] Littman.
[46] Wanta and others
[47] Becerra-Culqui and others

12

47.   An "assembly line" of harm has been revealed by whistle-blowers at gender clinics. In these clinics, open exploratory supportive psychotherapy or talk therapy is often dispensed with entirely when young patients present with gender identity issues.[48],[49]

48.   A study was commissioned by the United Kingdom (UK) government to evaluate the care provided at their world-famous Gender Identity Development Service (GIDS). That study revealed that an inappropriate focus on "gender" overlooked or "overshadowed" other psychologic issues.[50] In the GIDS clinic, healthcare needs were not addressed once "gender related distress" was diagnosed. [51]

**Point #3- Weak science and  disregard for medical ethics characterizes published literature on medical interventions for "gender dysphoria" in minors.**

**a. Two influential European studies are misunderstood.**

49.   Researchers in the Netherlands hypothesized that an effective intervention for "gender dysphoria" in children would be to stop puberty before secondary sexual characteristics have developed and subsequently administer opposite sex hormones. The results of the so-called "Dutch protocol" were published in 2006.[52] This research was funded by the pharmaceutical company that manufactures triptorelin, used to block pituitary hormones, and in this study triptorelin was used to block the onset of puberty.[53]

---

[48] Barnes.
[49] Reed.
[50] H. Cass, 'Independent Review of Gender Identity Services for Children and Young People: Interim Report. ', (2022).
[51] Ibid.
[52] H. A. Delemarre-van de Waal, Cohen-Kettenis, P., 'Clinical Management of Gender Identity Disorder in Adolescents: A Protocol on Psychological and Pediatric Aspects', *Eur J Endocrinology,* 155 (2006).
[53] Ibid.

App.382

50.   To participate in this study, adolescents were required to have a "comprehensive psychologic evaluation with many sessions." The study participants could not have "psychosocial problems interfering with assessment or treatment."[54] Further, participants required a "good comprehension of the impact of medical interventions." Therefore, the study subjects were highly selected at the start.[55,56]

51.   Because of depression, anxiety and self-harm behavior, neither of the minors in the case before the US District Court for the District of Idaho have demonstrated that they would have qualified for treatment in the Dutch study which excluded from treatment with puberty blockers and/or hormones those with multiple serious "psychosocial problems."[57]

52.   Serious flaws in the scientific design and methodology used in the "Dutch protocol" study, include: 1) the study lacked an untreated comparison group, i.e., it was not a controlled study; and 2) many participants dropped out of the study. The reasons for drop out were not reported in the final analysis.[58,59,60] Though 111 children began the trial, only 55 were analyzed at its conclusion.

53.   The principal author of the Dutch studies, a psychiatrist named Dr. Annelou de Vries, interpreted her study as showing that "the main finding remains the resolution of gender dysphoria."[61] This statement deserves critical analysis. "Dysphoria" was measured using a 12 item Utrecht Gender Dysphoria Scale (UGDS) that was not designed to be used after treatment."[62] In fact,

---

[54] de Vries and others
[55] Ibid.
[56] de Vries and others
[57] de Vries and others
[58] E. Abbruzzese, S. B. Levine, and J. W. Mason, 'The Myth of "Reliable Research" in Pediatric Gender Medicine: A Critical Evaluation of the Dutch Studies-and Research That Has Followed', *J Sex Marital Ther*, (2023).
[59] S. B. Levine, E. Abbruzzese, and J. W. Mason, 'Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults', *J Sex Marital Ther*, 48 (2022).
[60] M. Biggs, 'The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence', *J Sex Marital Ther*, (2022).
[61] A. L. C. de Vries, 'Ensuring Care for Transgender Adolescents Who Need It: Response to 'Reconsidering Informed Consent for Trans-Identified Children, Adolescents and Young Adults'', *J Sex Marital Ther*, 49 (2023).
[62] Ibid.

14

after opposite sex hormone treatment, treated children showed no improvement in gender distress, anxiety, or anger.[63] This finding was downplayed in the final discussion.

54.  At the end of the study 55 children remained, all of whom had received "surgical reassignment." These research subjects showed a marked reduction in "gender dysphoria" using the UGDS scale.[64] This dramatic change in UGDS score is best explained by the researchers' decision to switch the scale from male to female, or the other way around. In other words, females were measured as females before surgery then evaluated as males after surgery, and vice versa. To be clear, changing measurements scales in the middle of a scientific experiment invalidates that experiment.

55.  How would changing the measurement tool alter the study outcome?[65] Abbruzzese's rigorous critique describes this scenario: A severely dysphoric biologic female "is asked to answer two of the UGDS questions: 'Every time someone treats me like a girl I feel hurt' and 'Every time someone treats me like a boy I feel hurt.' It is likely that this female patient would *strongly agree* with the first statement and *strongly disagree* with the second. The first answer would lead to the score of '5' on the UGDS "gender dysphoria" scale, indicating the highest possible level of dysphoria. The second answer—which is effectively the same answer—would result in the score of '1' indicating the lowest possible gender dysphoria. In other words, unlike the first question, which belongs to the 'female' battery of questions, the second question belongs to the 'male' battery of questions and effectively assumes the subject to be male—hence, the lack of distress of being associated with 'maleness' receives the minimum 'gender dysphoria' score.[66]

---

[63] de Vries and others
[64] de Vries and others
[65] Abbruzzese, Levine, and Mason.
[66] Ibid.

App.384

56.  Others have challenged the validity of the "Dutch protocol" results, because switching the UGDS score invalidates any interpretation.[67,68]

57.  A little known, and poorly acknowledged tragedy occurred during the Dutch study.[69] After surgery to create a vagina like structure, a boy died from necrotizing fasciitis ("flesh eating disease").

58.  The Gender Identity Development Service (GIDS) in the United Kingdom began treatment of minors with "gender dysphoria" in 1989 and is slated to close in March of 2024[70].  It is the largest and oldest center in the world treating children with "gender dysphoria". Psychologist Dr. Polly Carmichael became the director of the center in 2009. In 2011, GIDS embarked on a clinical trial in children aged 12-15 to investigate the benefits of pubertal suppression. Before 2011, GIDS offered puberty blockers to slightly older children, admittedly without adequate evidence. The GIDS research team, sought to confirm the claims of the Dutch group. The British study included only 44 children. As in the Dutch study, there was no untreated control or comparison group. The children were observed over the course of 3 years of treatment with puberty blockers. The study results, published in 2021, showed no change whatsoever in psychiatric distress with puberty suppression.[71] Dr. Carmichael and her colleagues concluded that more studies were needed to "fully quantify the harms and benefits of pubertal suppression."[72]

**b.  In the United States, the experimental "Dutch Protocol" has been misapplied and fails.**

---

[67] J. K. McGuire and others, 'Utrecht Gender Dysphoria Scale - Gender Spectrum (Ugds-Gs): Construct Validity among Transgender, Nonbinary, and Lgbq Samples', *Int J Transgend Health,* 21 (2020).
[68] Biggs.
[69] de Vries and others
[70] 'Closure of Tavistock Gender Identity Clinic Delayed', (https://www.bbc.com/news/uk-65564032, 2023).
[71] P. Carmichael and others, 'Short-Term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People with Persistent Gender Dysphoria in the Uk', *PLoS One,* 16 (2021).
[72] Ibid.

16

55. Dr. Norman Spack, a pediatric endocrinologist at Boston Children's Hospital began to recommend using the Dutch Protocol for children with "gender dysphoria" in 2009. In collaboration with researchers from the Dutch group, Dr. Spack wrote the first set of practice guidelines for the Endocrine Society in 2009.[73]

56. Those Endocrine Society guidelines have been updated, most recently in 2017, and conclude with the following disclaimer: "The guidelines are not intended to dictate the treatment of a particular patient. Treatment decisions must be made based on the independent judgement of healthcare providers and each patient's individual circumstances."[74]

57. The Endocrine Society guidelines have been widely implemented, despite the Endocrine Society disclaimer. For example, a publication appeared in the high-impact New England Journal of Medicine (NEJM) early in 2023.[75] This observational study described the treatment of transgender youth with opposite sex hormones at four U.S. clinics over a two-year period. The subjects' ages ranged from 12-20 with a mean age of 16. The exact medical treatment protocols varied but included the use of puberty blockers.[76]

58. Like the Dutch and British studies, this U.S. research did not include control or comparison groups, and it provided no description of psychologic assessment or treatment. The authors found no change in depression, anxiety, or life satisfaction in biologic males after they had received the medicalized interventions.[77]

---

[73] W. C. Hembree and others, 'Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline', *J Clin Endocrinol Metab,* 94 (2009).
[74] Hembree and others
[75] D. Chen and others, 'Psychosocial Functioning in Transgender Youth after 2 Years of Hormones', *N Engl J Med,* 388 (2023).
[76] Ibid.
[77] Ibid.

App.386

**c. The quality of medical guidelines can be judged using GRADE criteria.**

59.  Medical evidence varies in quality. Not all evidence that guides current standard medical treatment is of the same quality. To assess the safety, efficacy, and quality of a treatment recommendation, it is important to understand the meaning of the term "evidence-based."

60.  GRADE (Grading of Recommendations, Assessment, Development, and Evaluations) is a standard accepted method for judging the quality of medical research.[78] There are four levels of evidence in GRADE. When the GRADE score is "low," the true effect is likely to be markedly different from the estimated effect.

61.  In 2022 the Endocrine Society summarized the evidence for hormonal interventions in "gender diverse adolescents" as sparse and of low quality.[79] Last year, they restated that systematic reviews of the evidence and the use of GRADE are key factors in establishing the "trustworthiness" of their clinical practice guidelines.[80]

62.  The ECRI Guidelines Trust[81] is a portal to trustworthy guidelines from an independent nonprofit patient safety organization called ECRI[82]. ECRI  evaluated Endocrine Society guidelines published since 2015. The 2017 guidelines on "gender dysphoric/gender incongruent" persons[83] was not "eligible for formal ECRI Transparency and Rigor Using Standards of Trustworthiness (TRUST) scoring."[84]. Those guidelines were not "based on verifiable systematic evidence review with explicit descriptions of search strategy, study selection, and evidence summaries".[85]

---

[78] 'Bmj Best Practice: What Is Grade ?'.
[79] M. A. O'Connell and others, 'Approach to the Patient: Pharmacological Management of Trans and Gender-Diverse Adolescents', *J Clin Endocrinol Metab,* 107 (2022).
[80] C. R. McCartney and others, 'Enhancing the Trustworthiness of the Endocrine Society's Clinical Practice Guidelines', *J Clin Endocrinol Metab,* 107 (2022).
[81] 'Ecri Guidelines Trust', (https://www.ecri.org/solutions/ecri-guidelines-trust).
[82] ECRI, 'Ecri Institute Opens Access to Clinical Practice Guidelines', (https://www.ecri.org/press/ecri-institute-opens-access-to-clinical-practice-guidelines, 2018).
[83] Hembree and others
[84] McCartney and others
[85] Ibid.

18

63.  The key authoritative Endocrinology textbook, published in 2023, includes a chapter on Transgender Healthcare,[86] written by Dr. Madeline Deutsch, WPATH member and current president of USPATH. Dr. Deutsch writes: "long-term prospective outcome studies of the effects of GAHT (gender affirming hormone therapy) of any type are lacking. What data that do exist are mostly retrospective and have numerous limitations."[87]

64.  Cochrane Reviews are highly respected rigorous analyses of published data. A Cochrane Review looked at hormonal interventions in females with "gender dysphoria". The authors found "insufficient evidence to determine the efficacy or safety of hormonal treatment approaches in transgender women in transition."[88]

65.  There is simply no high-quality evidence that hormonal or surgical interventions in youth with "gender dysphoria" reduce psychic distress. A systematic review published in 2023 in the journal Transgender Health[89] decried the "lack of high-quality studies" and emphasized that all studies to date are observational. The authors found no randomized controlled trials.

66.  The most recent Endocrine Society guidelines were published in 2017. The authors of those guidelines judged their evidence to be of low or very low quality.[90] Higher quality evidence of the efficacy of a treatment would require, among other elements, a minimum of two groups that were very well matched and were followed prospectively over time. One group would be randomly

[86] Madeline Deutsch, 'Transgender Healthcare ', in *Degroot's Endocrinology* ed. by R. Paul Robertson (Elsevier, 2023), pp. 1752-57.
[87] Ibid.
[88] C. Haupt and others, 'Antiandrogen or Estradiol Treatment or Both During Hormone Therapy in Transitioning Transgender Women', *Cochrane Database Syst Rev,* 11 (2020).
[89] T. R. van Leerdam, J. D. Zajac, and A. S. Cheung, 'The Effect of Gender-Affirming Hormones on Gender Dysphoria, Quality of Life, and Psychological Functioning in Transgender Individuals: A Systematic Review', *Transgend Health,* 8 (2023).
[90] Hembree and others

App.388

assigned to the treatment to be tested; the other group would be followed as the comparator or control group. Such a study would be said to be a "controlled" study.

67.  Only when researchers are willing to admit uncertainty can we learn what is best for our patients. Here is an example from my own experience as a Clinical Investigator. In the early 2000's, I participated as a Principal Investigator in a large National Institute of Health (NIH) sponsored trial called ACCORD (Action to Control Cardiovascular Risk in Diabetes).[91] Before that study, many doctors were sure that the systolic blood pressure should be below 120 in persons with Type 2 Diabetes. And many doctors thought the closer the blood sugar was kept to normal the better. The ACCORD study[92] showed that both of these convictions were incorrect in persons with Type 2 diabetes. The results of the ACCORD study changed the treatment approach for many adults with Type 2 Diabetes.

### d. Experimental procedures require rigorous adherence to principles of medical ethics and informed consent.

68.  Informed consent is an essential element of patient care. There is much more to informed consent than simply getting a signature on a form.

69.  Informed consent is foundational to the ethical conduct of clinical research. Strict international principles prohibit minors from providing consent because children cannot fully

---

[91] F. Ismail-Beigi and others, 'Effect of Intensive Treatment of Hyperglycaemia on Microvascular Outcomes in Type 2 Diabetes: An Analysis of the Accord Randomised Trial', *Lancet,* 376 (2010).
[92] Ibid.

App.389

comprehend risk versus benefit. Although minors can *assent* to a treatment or intervention, they are not legally able to give *informed consent* until they turn 18.[93,94]

70. Medical decision-making competence is inadequate in adolescents. In one study from the Netherlands, clinicians and parents concluded that failure to understand the consequences of puberty suppression "is inherent to the adolescent's age and/or development stage."[95]

71. Adolescence is a time of "suboptimal choice behavior", increased risk taking and vulnerability. [96]

72. The American Academy of Pediatrics states that adolescent decision-making "relies more on their mature limbic system (socioemotional) than on the impulse-controlling, less-developed prefrontal cognitive system."[97] In other words, adolescents have immature brains. Even Dr. Daniel Metzger, an endocrinologist associated with WPATH, admits that "most of the kids (we treat) are nowhere in any kind of brain space" and "I know I am talking to a blank wall" when informing them of the possibility of infertility. [98]

73. Anthony Latham, Chair of the Scottish Council on Bioethics, wrote "risk taking that would seem dangerous to an adult is part of the adolescent make-up."[99] He pointed out that "children cannot consent, and therefore should not be asked to consent to being treated with puberty blockers for "gender dysphoria"."[100]

---

[93] 'Assent Versus Informed Consent'.
[94] 'Fda Informed Consent'.
[95] Ljjj Vrouenraets and others, 'Medical Decision-Making Competence Regarding Puberty Suppression: Perceptions of Transgender Adolescents, Their Parents and Clinicians', *Eur Child Adolesc Psychiatry,* (2022).
[96] B. J. Casey, R. M. Jones, and T. A. Hare, 'The Adolescent Brain', *Ann N Y Acad Sci,* 1124 (2008).
[97] Committee On Bioethics, 'Informed Consent in Decision-Making in Pediatric Practice', *Pediatrics,* 138 (2016).
[98] Dr Daniel Metzger, 'Wpath Gender Affirming Doctor Expresses Concern for Mental Capacity and Informed Consent of Minors for Transition Surgeries… "Reproductive Regret"… " I Don't Think Any of That Surprises Us" ', (https://www.projectveritas.com/news/wpath-gender-affirming-doctor-expresses-concern-for-mental-capacity-and/, 2022).
[99] A. Latham, 'Puberty Blockers for Children: Can They Consent?', *New Bioeth,* 28 (2022).
[100] Ibid.

App.390

74.  Professor Carl Heneghan, director of the Centre of Evidence Based Medicine at Oxford University stated that the "quality of evidence in this area is terrible."[101] And "in the absence of evidence, I just do not understand how they can inform children, adolescents, and parents and families in a way that helps them make an informed decision."[102]

75.  The United States is a signatory to the United Nations Convention on the Rights of the Child. The *Declaration of the Rights of the Child* states that "the child, by reason of his physical and mental immaturity, needs special safeguards and care."[103] These safeguards are uniquely important when it comes to an experimental intervention. The Declaration of Helsinki[104] allows individual parents to consent to an experimental treatment for their child. Usually, this choice is made in an extraordinary circumstance, to save that child's life, and with the child's assent. Opposite sex hormonal interventions to change physical appearance should not be an exception to these requirements.

76.  Psychiatrist Dr. Stephen Levine and his colleagues have discussed the inadequacies in the informed consent process for minors with "gender dysphoria".[105] Clinicians are required to provide balanced and thorough information on all the potential risks and benefits and unknowns of the treatment as well as alternative treatments available. Clinicians must assess the competence and understanding of the patient and caregiver.

77.  Often the informed consent process is "perfunctory"[106] with "poor evaluation"[107] of children and "incorrect and incomplete information."[108] Evidence of this inadequate consenting process has

---

[101] Dr. Faye Kirkland, 'Transgender Teen Care "Needs Urgent Regulation"', (https://www.bbc.com/news/health-47456938, 2019).
[102] Ibid.
[103] 'United Nations Declaration of the Rights of Children', (1989).
[104] 'Code of Ethics of the World Medical Association. Declaration of Helsinki ', (1964).
[105] Levine, Abbruzzese, and Mason.
[106] Ibid.
[107] Ibid.
[108] Ibid.

been revealed by those who have desisted or detransitioned and by whistleblowers at gender clinics.[109,110,111]

78. Dr Connelly's declaration neglects to mention alternative treatments during the consent process. She endorses the "gender affirming" model, despite contrary data.

79. Clinical equipoise is "uncertainty about the relative effects of the treatments" offered to a patient.[112] Clinical equipoise is an "ethical standard" in clinical research. Dr. Connelly's approach falls short of this equipoise required of clinicians and researchers.

80. It is clearly unethical to cause harm to an increasing number of vulnerable children with medical interventions that do not have a sound evidence base. Clinicians must not rely on weak evidence and flimsy data. Below, I describe historical examples of harm by doctors when they fail to recognize the limits of their knowledge.

### e. "Gender affirming" guidelines evade the scrutiny of science and ethics.

81. WPATH[113,114] did not use GRADE criteria in creating recommendations. WPATH used the Delphi process which is based upon "collective opinion"[115]. The majority of WPATH's guidelines are based on opinions, and not supported by science.

---

[109] Barnes.

[110] Littman.

[111] Reed.

[112] B. Dewar and others, 'What Do We Talk About When We Talk About "Equipoise"? Stakeholder Interviews Assessing the Use of Equipoise in Clinical Research Ethics', *Trials,* 24 (2023).

[113] E. Coleman, 'Correction, Standards of Care for the Health of Transgender and Gender Diverse People, Version 8', *International J of Transgender Health,* 23 (2022).

[114] E. Coleman and others, 'Standards of Care for the Health of Transgender and Gender Diverse People, Version 8', *Int J Transgend Health,* 23 (2022).

[115] P. Nasa, R. Jain, and D. Juneja, 'Delphi Methodology in Healthcare Research: How to Decide Its Appropriateness', *World J Methodol,* 11 (2021).

23

82.   The Guidelines International Network and the Institute of Medicine have established criteria for "trustworthy guidelines".[116],[117] These criteria include transparency of the development process, management of conflicts of interest and multiple factors in the development process (high quality systematic reviews, judgmental processes and more).[118] WPATH guidelines do not meet most of these criteria.

83.   WPATH guidelines do not require dysphoria or distress for a child to "access gender-affirming treatments".[119] WPATH guidelines have no lower age limit for hormonal or surgical interventions on children. [120]

84.   WPATH provides guidance for those males who feel they are "nonbinary," i.e., neither male nor female.[121] Those males may wish to have their testes removed to become a eunuch.[122] Here too, WPATH offers no lower age limit for these orchiectomies.

85.   WPATH's "goals have shifted from reducing suffering to achieving personal 'embodiment goals.'" "Although achieving body modification goals can be very satisfying to patients, clinicians should not confuse it with improved functioning in relational, sexual, educational, substance dependence, and vocational aspects of life—the domains of mental health. Nor can it be claimed to be 'lifesaving.'"[123]

---

[116] 'Clinical Practice Guidelines We Can Trust from the Institute of Medicine', (https://www.ncbi.nlm.nih.gov/books/NBK209538/).
[117] 'Guidelines International Network', p. Guidelines International Network.
[118] Clinical Practice Guidelines We Can Trust from the Institute of Medicine.
[119] Coleman; Coleman and others
[120] Coleman; Coleman and others
[121] Coleman and others
[122] Ibid.
[123] S. B. Levine and Abbruzzese E., 'Current Concerns About Gender-Affirming Therapy in Adolescents', *Current Sexual Health Reports,* 15 (2023).

App.393

86. WPATH states: "gender diversity in prepubescent children may, for some, be fluid; there are no reliable means of predicting an individual child's gender evolution and the gender-related needs for a particular child may vary over the course of their childhood."[124]

87. The American Psychiatric Association states that "families should be informed about potential outcomes including the possibility that the child's experience/perception of the gendered self may change as they mature."[125]

88. Fluidity was also described in a recent analysis of adolescents at a "gender services" program.[126] Of 68 adolescents, mean age 15 years, 29% changed their requests for opposite sex hormones over time.[127]

89. Psychiatrist Dr. Stephen Levine was a member of WPATH for twenty-five years. He served as chairman of the International Standards of Care Committee that issued the fifth version of the "Standards of Care". He wrote: "WPATH claims to speak for the medical profession; however, it does not welcome skepticism and therefore, deviates from the philosophical core of medical science."[128] Dr. Levine resigned from WPATH when WPATH completely dropped the requirement for a letter of support from a psychotherapist before opposite sex hormones were to be prescribed.[129]

90. In the case of the Endocrine Society Guidelines, there was no discussion or member referendum. Those guidelines were announced without soliciting the input from members with alternative views.[130]

---

[124] Coleman and others
[125] W. Byne and others, 'Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder', *Arch Sex Behav,* 41 (2012).
[126] A. Cohen and others, 'Shifts in Gender-Related Medical Requests by Transgender and Gender-Diverse Adolescents', *J Adolesc Health,* 72 (2023).
[127] Ibid.
[128] Miriam Grossman, *Lost in Trans Nation* (Skyhorse Publishing, 2023).
[129] Ibid.
[130] S Ayad and S. O'Malley, 'Gender. A Wider Lens', in *Hormonal interventions from fringe to mainstream: a conversation with Dr. WIlliam Malone,* (2021).

25

91.   Similarly, the position of the American Academy of Pediatrics (AAP) on "gender dysphoria" was written by 36 members without input from the remainder of its 66,000 members. Furthermore, efforts to reassess the guidelines, in light of scientific evidence have been repeatedly rebuffed.[131,132]

92.   After international pressure from the medical community, AAP has stated publicly that their organization will now conduct a systematic review of the evidence, and potentially amend its policies.[133]

93.   Recently, the AAP rejected an application from The Society for Evidence Based Gender Medicine to present alternative opinions at an exhibitor table during its annual conference.[134]

94.   Dr Stephen Levine has written: "Nowhere in Medicine has free speech been as limited as it has been in the trans arena. Skeptics are being institutionally suppressed. Critical letters to the editor in journals that published affirmative data are refused publication, symposia submitted for presentation at national meetings are rejected, scheduled lectures are canceled, and pressure has been exerted to get respected academics fired."[135]

95.   Dr Christopher Gillberg, a world-renowned Child and Adolescent Psychiatrist from Sweden called medical interventions in children with "gender dysphoria" "possibly one of the greatest scandals in medical history."[136]

---

[131] Bernard Lane, 'Gagging the Debate', in *Gender Clinic News,* (2022), pp. https://www.genderclinicnews.com/p/gagging-the-debate.

[132] Julia Mason and Leor Sapir, 'The American Academy of Pediatrics' Dubious Transgender Science', *Wall Street Journal,*  (2022).

[133] 'Aap Reaffirms Gender-Affirming Care Policy, Authorizes Systematic Review of the Evidence to Guide Update', (https://publications.aap.org/aapnews/news/25340/AAP-reaffirms-gender-affirming-care-policy?autologincheck=redirected, 2023).

[134] 'The Aap Silences the Debate on How to Best Care for Gender-Diverse Kids. American Academy of Pediatrics Annual 2021 Conference Blocks Segm's Participation', (https://www.segm.org/AAP_silences_debate_on_gender_diverse_youth_treatments, 2021).

[135] Stephen Levine, 'Should Transgender Youth Be Guided by Beliefs or Science ?', (https://www.psychotherapy.net/article/transgender-youth-care-science-or-beliefs, 2023).

[136] Van Maren Jonathon, 'World-Renowned Child Psychiatrist Calls Trans Treatments "Possibly One of the Greatest Scandals in Medical History"', in *The Bridgehead,* (https://thebridgehead.ca/2019/09/25/world-renowned-child-psychiatrist-calls-trans-treatments-possibly-one-of-the-greatest-scandals-in-medical-history/, 2019).

96.   Some medical groups that do not endorse puberty blockers, opposite sex hormones or surgery for children with "gender dysphoria" include the American College of Pediatricians, the Society for Evidence Based Gender Medicine, the Association of American Physicians and Surgeons, the Catholic Medical Association, the Christian Medical and Dental Associations, and the Jewish Orthodox Women's Medical Association.

**f. The history of medicine offers lessons in humility.**

97.   Just because an intervention is popular does not prove it to be safe or beneficial. The neurosurgeon who pioneered the once popular brain surgery pre-frontal lobotomy for mental disorders was awarded the Nobel Prize.[137] In our day, we react to the idea of lobotomy with horror. This brutal intervention has been scientifically discredited.

98.   High quality data is essential to judging whether a treatment causes long-term harm. Until the 1990's it was very popular to prescribe post-menopausal women the female hormones estrogen and progesterone. Doctors believed, without solid evidence, that such treatments would reduce the risk of heart attacks and help women stay healthy. Only after a large high quality, randomized, controlled trial was it revealed that such hormonal treatments increase the risk of stroke, blood clots, and breast cancer.[138]

**Expert Opinion #4 – The medical and surgical interventions in minors with "gender dysphoria" are not effective and cause harm.**

---

[137] L. M. Terrier, M. Leveque, and A. Amelot, 'Brain Lobotomy: A Historical and Moral Dilemma with No Alternative?', *World Neurosurg,* 132 (2019).
[138] J. E. Rossouw and others, 'Risks and Benefits of Estrogen Plus Progestin in Healthy Postmenopausal Women: Principal Results from the Women's Health Initiative Randomized Controlled Trial', *JAMA,* 288 (2002).

27

a. **Hormonal and surgical treatments for "gender dysphoria" do not reduce suicide risk.**

*"Would you rather have a dead daughter or a living transgender son?" - words of gender specialist to parents of Chloe Cole.[139]*

89.   Suicidal thoughts should not be confused with the act of suicide or suicide attempts. The rate of suicide in youth with distress attributed to gender appears similar to the suicide rate in youth with other mental health disorders including depression, post-traumatic stress disorder, anxiety, and autism spectrum disorder.[140] In a recent study in the U.K., the annual suicide rate of transgender youth in a gender-clinic setting was 13 per 100,000.[141] In the United States, the number of suicides in young people aged 15-19 is 11.8/100,000 population.[142]

90.   The Dutch study provided no data on suicide. However, existing data suggest that hormonal and surgical interventions in persons with "gender dysphoria" may increase the risk of suicide, as I describe next.

91.   A long-term study of transgender persons in Sweden[143] found a 19-fold overall higher suicide rate, 40-fold higher in females, and a 3-fold higher overall mortality during an average of 11 years of follow up compared to population-based controls. Most significantly, these suicides occurred in patients who had completed interventions with opposite sex hormones and surgery.

---

[139] Chloe Cole, 'Chloe Cole Testifies before Congress', (https://donoharmmedicine.org/2023/07/27/do-no-harm-senior-fellow-chloe-cole-testifies-before-congress/, 2023).
[140] N. M. de Graaf and others, 'Suicidality in Clinic-Referred Transgender Adolescents', *Eur Child Adolesc Psychiatry,* 31 (2022).
[141] M. Biggs, 'Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom', *Arch Sex Behav,* 51 (2022).
[142] 'Suicide and Homicide Death Rates among Youth and Young Adults Aged 10-24: United States, 2001-2021 from the Centers for Disease Control,
U.S. Department of Health and Human Services', (https://www.cdc.gov/nchs/data/databriefs/db471.pdf, 2023).
[143] C. Dhejne and others, 'Long-Term Follow-up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden', *PLoS One,* 6 (2011).

App.397

92. In another study of more than 8,000 transgender persons, two-thirds of those who died by suicide had remained on their opposite-sex hormones at the "gender clinic".[144]

93. One of few long-term outcome studies, performed at a "gender clinic" in the Netherlands, found that the suicide rate was six times higher in male to female persons than in an age-matched normal population', over the course of 18 years of follow-up.[145]

94. In the NEJM study previously mentioned, there was a 45-fold higher than expected suicide rate in the adolescents receiving opposite sex hormone therapy during their care at gender clinics (compared to the Center for Disease Control age-matched population).[146,147]

95. Dr. Connelly makes no mention of the suicides reported in this NEJM paper with those interventions that she endorses.

96. A Danish gender clinic reported its experience with suicide in treated patients followed for up of 6 years.[148] Despite ready access (since 2017) to opposite sex hormones and "surgical reassignment", transgender persons had a 7-fold higher rate of suicide attempts, a 3½ fold higher rate of death by suicide and were twice as likely to die from non-suicide related causes.[149]

97. In summary, persons with "gender dysphoria" continue to have significant psychiatric issues despite hormonal and surgical interventions.

---

[144] C. M. Wiepjes and others, 'Trends in Suicide Death Risk in Transgender People: Results from the Amsterdam Cohort of Gender Dysphoria Study (1972-2017)', *Acta Psychiatr Scand,* 141 (2020).
[145] H. Asscheman and others, 'A Long-Term Follow-up Study of Mortality in Transsexuals Receiving Treatment with Cross-Sex Hormones', *Eur J Endocrinol,* 164 (2011).
[146] Chen and others
[147] Suicide and Homicide Death Rates among Youth and Young Adults Aged 10-24: United States, 2001-2021 from the Centers for Disease Control,
U.S. Department of Health and Human Services.
[148] A. Erlangsen and others, 'Transgender Identity and Suicide Attempts and Mortality in Denmark', *JAMA,* 329 (2023).
[149] Ibid.

App.398

98. Psychotherapy has known efficacy in reducing the risk of suicide.[150] In my opinion, psychotherapy remains an essential treatment for "gender dysphoria," and the best prevention against suicide.

99. Gender is not to be confused with sexual orientation. It is therefore simplistic and misleading to "amalgamate aversion therapy for adult homosexuals, c.1970, with cautious exploratory psychotherapy with gender non-conforming children today."[151]

**b. Puberty blockers are not a "pause button." Puberty is a necessary stage in human development.**

100. I will start this discussion with a quote by Dr Joshua Safer, an endocrinologist who has repeatedly minimized the risk of hormonal and surgical interventions for "gender dysphoria". In a probable conflict of interest, he has co-authored the Endocrine Society guidelines while at the same time serving as the director of a gender clinic. He writes of the "need for appropriate humility regarding what we know versus what we only predict." He writes: "Even the most logical conclusions extrapolated from our understanding of physiology must remain suspect until demonstrated in actual clinical environments."[152] Elsewhere this author writes that there are "numerous gaps in knowledge"[153] in transgender medicine.

101. I agree with these statements, and I will now describe what we, in fact, do know.

---

[150] P. Mendez-Bustos and others, 'Effectiveness of Psychotherapy on Suicidal Risk: A Systematic Review of Observational Studies', *Front Psychol,* 10 (2019).

[151] D. Pilgrim, 'British Mental Healthcare Responses to Adult Homosexuality and Gender Non-Conforming Children at the Turn of the Twenty-First Century', *Hist Psychiatry,* (2023).

[152] J. D. Safer, 'Using Evidence to Fill Gaps in the Care of Transgender People', *Endocr Pract,* 26 (2020).

[153] J. D. Safer, 'Are the Pharmacokinetics of Sublingual Estradiol Superior or Inferior to Those of Oral Estradiol?', *Endocr Pract,* 28 (2022).

App.399

102.     Background: The ovaries make the principal female hormone called estrogen. The testes make the principal male hormone called testosterone. Ovaries are the site of production of gametes called ova (singular is ovum). When an ovum is fertilized with a sperm, an embryo can form and lead to the birth of a newborn baby. At the moment of fertilization, the sex of the future baby is determined by the sex (X and Y) chromosomes.

103.     The testes and ovaries are both regulated by a small gland in the brain called the pituitary. The pituitary is considered a master gland because it regulates other hormone producing glands, not just the ovaries and testes. The pituitary makes many hormones, two of which are Luteinizing hormone (LH) and Follicle stimulating hormone (FSH). LH and FSH are called gonadotropins; they regulate the ovaries and testes.

104.     The pituitary gland is, in turn, controlled by an area located above it called the hypothalamus. The hypothalamus produces many vital substances. One of these is gonadotropin releasing hormone, abbreviated GnRH. GnRH stimulates the release of LH and FSH.

105.     The chemical structure of GnRH has been modified by pharmaceutical companies into chemicals called GnRH analogs. GnRH analogs are often called puberty blockers. GnRH analogs are administered, usually as an injection (every 1-6 months). There is also an implanted version (under the skin) of GnRH analogs. GnRH analogs block or stop the GnRH signals that come from the hypothalamus. Blockade of those signals means there is no secretion of LH and FSH and, consequently, the testes and ovaries are turned off.

106.     GnRH analogs are called puberty blockers. GnRH analogs are not FDA approved for use in children with "gender dysphoria". They are approved for use in children who have the relatively rare disorder called central precocious puberty. Central precocious puberty is a condition

31

App.400

in which puberty occurs at an abnormally early age, generally below the age of 8 in girls and 9 in boys.

107. GnRH analogs are approved for treatment of endometriosis in women. GnRH analogs will stop the signals from the brain that cause ovulation and menstruation. They will markedly lower estrogen and reduce bone density.[154]

108. GnRH analogs have also been used in the treatment of prostate cancer because they markedly lower the male hormone, testosterone. Testosterone increases the growth of diagnosed prostate cancer.[155] The cancer is suppressed by reducing testosterone.

109. There are no controlled trials that prove the safety of GnRH analogs in children with normal puberty.[156] There are many unknowns with puberty blockers even in those conditions for which treatment is FDA approved. Some have called GnRH analogs use in these children with normal puberty a "momentous step in the dark."[157]

110. Puberty blockers may cause hot flashes, weight gain, fatigue, and mood alterations.[158,159] Seizures have also been reported.

111. A disorder affecting the hip, slipped capital femoral epiphysis, has been reported in children on puberty blockers.[160]

---

[154] 'Lupron for Endometriosis, Prescribing Information'.
[155] 'Lupron for Prostate Cancer, Prescribing Information', (https://www.rxabbvie.com/pdf/lupronuro_pi.pdf).
[156] C. Richards, J. Maxwell, and N. McCune, 'Use of Puberty Blockers for Gender Dysphoria: A Momentous Step in the Dark', *Arch Dis Child,* 104 (2019).
[157] Ibid.
[158] Hembree and others
[159] 'Lupron Prescribing Information '.
[160] K. Bangalore Krishna and others, 'Use of Gonadotropin-Releasing Hormone Analogs in Children: Update by an International Consortium', *Horm Res Paediatr,* 91 (2019).

App.401

112.     Reductions in bone density are seen with the use of puberty blockers; those reductions increase the risk of bone fractures.[161,162,163]

113.     Pseudotumor cerebri (also known as idiopathic intracranial hypertension) has been associated with puberty blockers. This condition causes severe headache and loss of vision.[164,165]

114.     Early administration of puberty blockers reduces penile growth. The surgery for creation of a vagina-like structure (or pseudo-vagina) in male to female transgender individuals is called vaginoplasty. This surgery uses penile tissue. The pre-pubertal penis does not provide sufficient tissue to create a vagina-like structure, leading to more complex surgeries with more post-surgical complications.[166]

115.     Dr. Marci Bowers, a surgeon and vaginoplasty specialist, described another important adverse effect of puberty blockers in transgender people. These persons will not be able to achieve an orgasm as adults.[167]

116.     Children who fail to progress through puberty are infertile. This is a biologic fact. The same physiology means that early initiation of puberty blockers will stop maturation of the testes

---

[161] M. Biggs, 'Revisiting the Effect of Gnrh Analogue Treatment on Bone Mineral Density in Young Adolescents with Gender Dysphoria', *J Pediatr Endocrinol Metab,* 34 (2021).

[162] D. Klink and others, 'Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents with Gender Dysphoria', *J Clin Endocrinol Metab,* 100 (2015).

[163] Lupron Prescribing Information

[164] U. Gul and others, 'Pseudotumour Cerebri Presentation in a Child under the Gonadotropin-Releasing Hormone Agonist Treatment', *J Clin Res Pediatr Endocrinol,* 8 (2016).

[165] A. A. Omar, G. Nyaga, and L. N. W. Mungai, 'Pseudotumor Cerebri in Patient on Leuprolide Acetate for Central Precocious Puberty', *Int J Pediatr Endocrinol,* 2020 (2020).

[166] T. C. van de Grift and others, 'Timing of Puberty Suppression and Surgical Options for Transgender Youth', *Pediatrics,* 146 (2020).

[167] Transleithanian@genderthehun, in *"Gender affirming" surgeon admits children who undergo transition before puberty never attain sexual satisfaction* (2022).

App.402

(179 of 208), Page 179 of 208
Case 1:23-cv-00269-BLW   Document 56-3   Filed 09/05/23   Page 34 of 63
Base: 24-142, 01/18/2024, DktEntry: 14.4, Page 179 of 208

and the ovaries. If the testes or ovaries fail to mature, sperm and ova cannot be produced. Infertility will likely occur, especially if followed by opposite sex hormones.[168,169,170]

117.　　Gender clinics now are advised to routinely counsel children about the loss of fertility and steps they might take to preserve it.[171] An informed consent form for a research study at Children's Hospital of Los Angeles included this language, 7 years ago: "If your child starts puberty blockers in the earliest stages of puberty, and then goes on to gender affirming hormones, they will not develop sperm or eggs. This means that they will not be able to have biological children. This is an important aspect of blocking puberty and progressing to hormones that you should understand prior to moving forward with puberty suppression."[172]

118.　　Authors this year wrote that "Research protocols for ovarian and testicular tissue cryopreservation have been developed at some centers and these methods can be also applied to children."[173] These "research" approaches are costly and have uncertain efficacy.

119.　　Children given puberty blockers for "gender dysphoria" find themselves unable to get off the conveyor belt of "gender transition." After puberty blockers, more than 95% go on to opposite sex hormones.[174]

120.　　The Swedish government commissioned a study on hormonal therapy in children with "gender dysphoria". The authors concluded in their systematic review[175] that "the long-term

---

[168] S. Baram and others, 'Fertility Preservation for Transgender Adolescents and Young Adults: A Systematic Review', *Hum Reprod Update,* 25 (2019).
[169] K. Rodriguez-Wallberg and others, 'Reproductive Health in Transgender and Gender Diverse Individuals: A Narrative Review to Guide Clinical Care and International Guidelines', *Int J Transgend Health,* 24 (2023).
[170] Hembree and others
[171] E. Bayar and others, 'Fertility Preservation and Realignment in Transgender Women', *Hum Fertil (Camb),* (2023).
[172] Johanna  Olsen Kennedy, 'Puberty Blockers for Minor in Early Adolescence. Parent or Guardian Consent', (https://defendinged.org/wp-content/uploads/2023/05/consent_forms-JOK.pdf, 2016).
[173] Rodriguez-Wallberg and others
[174] Carmichael and others
[175] J. F. Ludvigsson and others, 'A Systematic Review of Hormone Treatment for Children with Gender Dysphoria and Recommendations for Research', *Acta Paediatr,*  (2023).

effects of hormone therapy on psychosocial and somatic health are unknown, except that GnRH analog treatment seems to delay bone maturation and a normal gain in bone mineral density." They concluded that "GnRH analog treatment in children with "gender dysphoria" should be considered experimental."[176]

121.	In 2021, the UK's National Institute for Health and Care Excellence (NICE) published an extensive review, over 130 pages, examining puberty blockers for "gender dysphoria" in children.[177] They found "a lack of reliable comparative studies." They concluded that "the studies that reported impact on the critical outcomes of "gender dysphoria" and mental health (depression, anger and anxiety), and the important outcomes of body image and psychosocial impact (global and psychosocial functioning) in children and adolescents with "gender dysphoria" are of very low certainty using modified GRADE."

122.	The UK authors wrote that these studies "suggest little change with GnRH analogues from baseline to follow-up." They did note a loss of the expected increase in bone density that is normally seen in children not taking puberty blockers.

123.	Blocking of puberty in a child with normal puberty is a powerful intervention that has psychologic and physical impacts. Brain maturation during puberty is crucial.[178,179] There are no studies of the effect of blocking normal puberty on judgment, cognition, and emotional development.[180]

---

[176] Ibid.
[177] 'New Systematic Review of Puberty Blockers and Cross Sex Hormones Published by the National Institute for Health and Care Excellence (Nice)', (2021).
[178] S. J. Blakemore, S. Burnett, and R. E. Dahl, 'The Role of Puberty in the Developing Adolescent Brain', *Hum Brain Mapp,* 31 (2010).
[179] M. Arain and others, 'Maturation of the Adolescent Brain', *Neuropsychiatr Dis Treat,* 9 (2013).
[180] K. Kozlowska and others, 'Attachment Patterns in Children and Adolescents with Gender Dysphoria', *Front Psychol,* 11 (2020).

App.404

124.    However, one careful study is noteworthy. An 11-year-old male treated with a GnRH analog for "gender dysphoria" showed an abnormal failure to increase brain white matter. In addition, he had a reduction in IQ and memory over the course of 22 months of puberty blockers.[181]

125.    The Endocrine Society pointed out the need for more data on the effects on the brain and wrote that "animal data suggest there may be an effect of GnRH analogs on cognitive function."[182]

126.    Dr. Hilary Cass, a former president of the Royal College of Pediatrics and Child Health, in her interim report[183] (see below) expressed concern that blockade of puberty may impair "maturation and development of frontal lobe functions which control decision making, emotional regulation, judgement and planning ability."

127.    Furthermore, Dr. Cass stated: "The most difficult question is whether puberty blockers do indeed provide valuable time for children and young people to consider their options, or whether they effectively 'lock in' children and young people to a treatment pathway which culminates in progression to feminising/masculinising hormones by impeding the usual process of sexual orientation and gender identity development."[184] Dr. Cass concluded that more research is needed.

128.    Advocates for "gender affirming care" hope that GnRH analogs will reduce the patient's dysphoria. Yet the risks of this treatment approach are high, and effects on bone and brain development may be irreversible.

---

[181] M. A. Schneider and others, 'Brain Maturation, Cognition and Voice Pattern in a Gender Dysphoria Case under Pubertal Suppression', *Front Hum Neurosci*, 11 (2017).
[182] Hembree and others
[183] Cass.
[184] Ibid.

129.     In summary, GnRH analogs are not a "pause button." They are a powerful intervention and are neither safe nor effective.

### c. Hormones have powerful effects.

130.     Most of the data on the effects of opposite sex hormones come from follow up studies of adults. There are very little data on minors. Despite Dr. Connelly's belief, there are no studies on the safety of opposite sex hormones in children with "gender dysphoria." Furthermore, pediatricians and pediatric endocrinologists are unlikely to see the long-term harms of opposite sex hormones begun in childhood, because they rarely provide care for persons after the age of 18.

131.     The dose of the principal male hormone, testosterone, that is recommended by the Endocrine Society for gender dysphoric females would produce levels 20-40 times higher than the normal blood level of testosterone in females.[185]

132.     Estradiol is the main female hormone. Males normally have levels below 30 pg/ml.[186] For "gender dysphoria" in biologic males, the Endocrine Society recommends an estradiol level of 100-200 pg/ml, about 5 times higher than a normal male. [187]

### _c1. For natal females treated with testosterone_

---

[185] Hembree and others

[186] C. Ohlsson and others, 'Comparisons of Immunoassay and Mass Spectrometry Measurements of Serum Estradiol Levels and Their Influence on Clinical Association Studies in Men', _J Clin Endocrinol Metab,_ 98 (2013).

[187] Hembree and others

App.406

133.      Short term effects of testosterone given to natal females include acne,[188] baldness, facial hair, clitoral enlargement, and pelvic pain.[189] The voice may deepen.

134.      Infertility is frequent in those females treated with testosterone even if not given puberty blockers.[190,191,192,193] Testosterone causes obstruction of the fallopian tubes which transport the ovum.[194] Dr. Connelly provides a reference in her claim that females can get pregnant despite use of testosterone. That reference does not support her belief. That 9-year-old publication[195] was a web-based convenience sample with lots of missing data. And over 60% stated that they were not on testosterone and those who did get pregnant required fertility drugs or costly assisted reproduction.

135.      In fact, effective treatment for the infertility in natal females on opposite sex hormones is so uncertain that mouse studies are being done to try to understand how to mitigate the harm.[196]

136.      Increases in the red blood cells with consequent thickening of the blood, called erythrocytosis, is a known risk of testosterone therapy especially when testosterone is given by injection.[197]

---

[188] L. Chu and others, 'Incidence and Factors Associated with Acne in Transgender Adolescents on Testosterone: A Retrospective Cohort Study', *Endocr Pract,* 29 (2023).
[189] S. Zwickl and others, 'Pelvic Pain in Transgender People Using Testosterone Therapy', *LGBT Health,* 10 (2023).
[190] Baram and others
[191] Rodriguez-Wallberg and others
[192] K. Dulohery and others, 'How Do Elevated Levels of Testosterone Affect the Function of the Human Fallopian Tube and Fertility?-New Insights', *Mol Reprod Dev,* 87 (2020).
[193] Hembree and others
[194] Dulohery and others
[195] A. D. Light and others, 'Transgender Men Who Experienced Pregnancy after Female-to-Male Gender Transitioning', *Obstet Gynecol,* 124 (2014).
[196] A. R. Schwartz and others, 'Impaired Ivf Outcomes Following Testosterone Treatment Improve with Washout in a Mouse Model of Gender-Affirming Hormone Treatment', *Am J Obstet Gynecol,* (2023).
[197] M. K. Laidlaw and others, 'Letter to the Editor from Laidlaw Et Al: "Erythrocytosis in a Large Cohort of Transgender Men Using Testosterone: A Long-Term Follow-up Study on Prevalence, Determinants, and Exposure Years"', *J Clin Endocrinol Metab,* 106 (2021).

App.407

137.     Increases in blood pressure and reduced elasticity of the arteries has been reported with testosterone treatment in adolescent females.[198]

138.     Testosterone use in females has also caused pseudotumor cerebri.[199]

139.     After testosterone use in females, breast cancer onset is 20 years earlier than the onset seen in females not administered testosterone.[200,201] Breast cancer has been seen even in those females who have had mastectomies—euphemistically called "top surgery"—as the procedure leaves some residual breast tissue.[202,203]

140.     Testosterone use in females causes abnormalities in the pap smear making it more difficult to diagnose cervical cancer.[204]

141.     Testosterone use increases the risk of myocardial infarctions (heart attacks) by three and half times that of women not given testosterone.[205,206,207]

142.     Testosterone increases the risk of strokes almost two-fold compared to women not given testosterone. [208,209,210]Strokes are usually caused by blockage of blood flow to the brain.

---

[198] F. S. Cunha and others, 'Arterial Stiffness in Transgender Men Receiving Long-Term Testosterone Therapy', *J Endocr Soc,* 7 (2023).

[199] N. E. Gutkind and others, 'Idiopathic Intracranial Hypertension in Female-to-Male Transgender Patients on Exogenous Testosterone Therapy', *Ophthalmic Plast Reconstr Surg,* (2023).

[200] M. Berliere and others, 'Effects of Hormones on Breast Development and Breast Cancer Risk in Transgender Women', *Cancers (Basel),* 15 (2022).

[201] G. Corso and others, 'Risk and Incidence of Breast Cancer in Transgender Individuals: A Systematic Review and Meta-Analysis', *Eur J Cancer Prev,* 32 (2023).

[202] C. S. Cortina and A. L. Kong, 'Chest Mass in a Transgender Man after Top Surgery', *Lancet Oncol,* 24 (2023).

[203] C. J. M. de Blok and others, 'Breast Cancer Risk in Transgender People Receiving Hormone Treatment: Nationwide Cohort Study in the Netherlands', *BMJ,* 365 (2019).

[204] J. C. Wang and others, 'Factors Associated with Unsatisfactory Pap Tests among Sexually Active Trans Masculine Adults', *LGBT Health,* (2023).

[205] T. Alzahrani and others, 'Cardiovascular Disease Risk Factors and Myocardial Infarction in the Transgender Population', *Circ Cardiovasc Qual Outcomes,* 12 (2019).

[206] D. Getahun and others, 'Cross-Sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study', *Ann Intern Med,* 169 (2018).

[207] N. M. Nota and others, 'Occurrence of Acute Cardiovascular Events in Transgender Individuals Receiving Hormone Therapy', *Circulation,* 139 (2019).

[208] Alzahrani and others

[209] Getahun and others

[210] Nota and others

### *c2. For natal males treated with estrogen*

143.    Biologic males treated with estrogen have a 22-fold increase in the rate of breast cancer.[211]

144.    Biologic males treated with estrogen may have an increased risk of prostate cancer.[212]

145.    Prostate cancer can be easily overlooked in these men who, though they may appear as women, still have a prostate gland.

146.    Estrogen treatment in biologic males may increase the risk of other cancers.[213]

147.    Biologic males treated with estrogen have a 36-fold higher risk of strokes. Venous thromboembolism (clots in veins that can pass to the lung and can cause death) is increased more than six times that of males who are not given estrogen.[214,215,216]

148.    Biologic males treated with estrogen may have an increased risk of retinal vein occlusion (blockage in blood flow from the eye).[217]

149.    Prescribing estrogen to biologic males may alter their immune systems and increase the risk of autoimmune disorders.[218]

### d. Post-surgical complications for biologic females who undergo bilateral mastectomies

---

[211] R. R. Gurrala and others, 'The Impact of Exogenous Testosterone on Breast Cancer Risk in Transmasculine Individuals', *Ann Plast Surg,* 90 (2023).
[212] K. Chandran and others, 'A Transgender Patient with Prostate Cancer: Lessons Learnt', *Eur Urol,* 83 (2023).
[213] J. O. Santellan-Hernandez and others, 'Multifocal Glioblastoma and Hormone Replacement Therapy in a Transgender Female', *Surg Neurol Int,* 14 (2023).
[214] Alzahrani and others
[215] Getahun and others
[216] Nota and others
[217] V. Andzembe and others, 'Branch Retinal Vein Occlusion Secondary to Hormone Replacement Therapy in a Transgender Woman', *J Fr Ophtalmol,* 46 (2023).
[218] A. A. White and others, 'Potential Immunological Effects of Gender-Affirming Hormone Therapy in Transgender People - an Unexplored Area of Research', *Ther Adv Endocrinol Metab,* 13 (2022).

App.409

150.　　The most common surgery performed on minors with "gender dysphoria" is bilateral mastectomy.[219] Bilateral mastectomy has been euphemistically called "top surgery" and "chest contouring." Physicians who perform these surgeries use this phrase. It is notable that physicians do not speak of "top surgery" or "chest contouring" when women have their breasts removed because of cancer. This phrase has been applied only in reference to girls who have their healthy breasts removed.

151.　　The majority of boys have normal breast tissue development during puberty. This pubertal gynecomastia resolves in almost all boys with no treatment. Less than 5% of boys have persistent pubertal gynecomastia[220]. Surgery is rarely done to remove this tissue.

152.　　Dr. Connelly trivializes the removal of healthy breasts in girls by making a comparison to gynecomastia in boys.

153.　　A recent paper reports on a series of 81 girls who underwent bilateral mastectomies.[221] Follow-up was for three months only and was not available for 13% of the group. The youngest child was 13 years old.

154.　　Between 15-38% of children who undergo mastectomies require additional surgeries.[222,223,224] Up to a third have post-operative complications.[225] These complications include

---

[219] J. C. Uffman and others, 'Characteristics of Transgender and Gender-Diverse Youth Presenting for Surgery in the United States', *Anesth Analg,* (2023).

[220] Bradley Anawalt, 'Gynecomastia', in *Degroot's Endocrinology 8th Edition* (Elsevier, 2023), pp. pp. 1811- 24.

[221] M. Ascha and others, 'Top Surgery and Chest Dysphoria among Transmasculine and Nonbinary Adolescents and Young Adults', *JAMA Pediatr,* 176 (2022).

[222] S. Kuhn and others, 'Mastectomy in Female-to-Male Transgender Patients: A Single-Center 24-Year Retrospective Analysis', *Arch Plast Surg,* 46 (2019).

[223] W. J. Rifkin and others, 'Gender-Affirming Mastectomy: Comparison of Periareolar and Double Incision Patterns', *Plast Reconstr Surg Glob Open,* 10 (2022).

[224] A. Tang and others, 'Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents', *Ann Plast Surg,* 88 (2022).

[225] R. Rysin, R. Skorochod, and Y. Wolf, 'Implications of Testosterone Therapy on Wound Healing and Operative Outcomes of Gender-Affirming Chest Masculinization Surgery', *J Plast Reconstr Aesthet Surg,* 81 (2023).

App.410

excessive scarring, pain and swelling from blood or fluid buildup, wound dehiscence (opening up where the surgical incisions were sewn together), and nipple necrosis (death of the nipple tissue).

155.     Most studies did not assess patient satisfaction, had short term follow up, and had no formal, unbiased method of determining regret. The literature on this subject clearly illustrates the inadequate assessment of children undergoing mastectomy.

**e. Desisters and detransitioners expose the lack of efficacy and the harm.**

156.     Gender clinics have failed to follow-up on children to determine the outcome of medical interventions. In general, pediatricians and pediatric endocrinologists stop caring for children once those children turn 18 years of age. Therefore, these physicians cannot recognize long-term complications that they may have caused.

157.     There is increasing evidence of regret[226]. There are over 49,000 members of the reddit.com detransition site.[227] Detransition tends to occur at least four years after interventions.[228,229,230,231] Therefore, short-term follow-up after medical interventions is insufficient.[232,233,234,235]

[226] S. C. J. Jorgensen, 'Transition Regret and Detransition: Meanings and Uncertainties', *Arch Sex Behav,* (2023).
[227] 'R Detrans/Detransition Subreddit', (https://www.reddit.com/r/detrans/).
[228] E. Vandenbussche, 'Detransition-Related Needs and Support: A Cross-Sectional Online Survey', *J Homosex,* 69 (2022).
[229] Littman.
[230] C. M. Roberts and others, 'Continuation of Gender-Affirming Hormones among Transgender Adolescents and Adults', *J Clin Endocrinol Metab,* 107 (2022).
[231] R. Hall, L. Mitchell, and J. Sachdeva, 'Access to Care and Frequency of Detransition among a Cohort Discharged by a Uk National Adult Gender Identity Clinic: Retrospective Case-Note Review', *BJPsych Open,* 7 (2021).
[232] Vandenbussche.
[233] Littman.
[234] Roberts and others
[235] Hall, Mitchell, and Sachdeva.

App.411

158.     When individuals decide to detransition, they find a far less supportive medical and social environment.[236,237] 76% of those who detransition do not inform their physicians about their decision.[238]

159.     The largest recent series, 952 adolescents, were evaluated for treatment discontinuation over 4 years. Their average age was 19. Among those who had started hormonal intervention before age eighteen, 26% discontinued treatment. Among all the natal females in this follow up study, 36% discontinued treatment.[239]

160.     In my practice, I treated about 100 individuals with "gender dysphoria". My youngest patient was 18.

161.     I stopped accepting new patients for "gender dysphoria" in 2013. Those patients who discontinued their care with me did not inform me of their decision to do so. They simply did not return for office visits, and I knew of no other source for those prescriptions.

162.     As young people mature, they develop more self-acceptance. 23% of the detransitioners in the recent study reported difficulty in accepting themselves as lesbian, gay, or bisexual.[240] They expressed that it might be easier to become "trans" than to acknowledge the choice of a gay lifestyle. This group suffered from a form of "internalized homophobia."[241] I speculate that psychotherapy would help these individuals acknowledge their difficulty, without medical complications or harm.

---

[236] Jorgensen.
[237] Daniela Valdes and Kinnon Mackinnnon, 'Take Detransitioners Seriously', in *The Atlantic,*
(https://www.theatlantic.com/ideas/archive/2023/01/detransition-transgender-nonbinary-gender-affirming-care/672745/, 2023).
[238] Littman.
[239] Roberts and others
[240] Littman.
[241] Ibid.

App.412

163.    The majority of those who detransitioned believed that their evaluation before starting "transition" was inadequate. Many concluded that their "gender dysphoria" was related to other psychological issues.[242],[243] A full 48% of people who detransitioned reported a history of trauma within the year preceding the diagnosis of "gender dysphoria".[244]

164.    A recent letter[245] written to U.S. Attorney General Garland by six detransitioners describes the experience of transition and detransition with powerful clarity.

165.    A fragment of it reads: "Many of us were young teenagers when we decided, on the direction of medical experts, to pursue irreversible hormone treatments and surgeries to bring our bodies into closer alignment with what we thought was our true 'gender identity.' Many of us had extensive histories of mental illness. Many of us had experienced significant childhood trauma. But all of this was ignored because we uttered the word 'gender.' This utterance placed us on a narrow medical pathway that led us to sacrifice our healthy bodies and future fertility in obeisance to the claim that our suffering was a result of having a 'gender identity' that did not 'match' our biological sex."[246]

**Expert Opinion #5 – There is no medical consensus to support the "gender affirmation" model.**

---

[242] Vandenbussche.
[243] Littman.
[244] Ibid.
[245] Chloe Cole and others, 'Detransitioners Respond: A Letter to Attorney General Garland. The Medical Safeguarding of Children Should Not Be a Political Issue', (https://www.realityslaststand.com/p/detransitioners-respond-a-letter, 2022).
[246] Ibid.

### a. Medical Societies that endorse "gender affirmation" are politicized and do not represent the viewpoint of their members.

166.     I have reviewed this problem in my critique of the low evidence WPATH guidelines. Please see Section 3e above. The endorsement of professional societies must be viewed with skepticism until there is open scientific debate.

### b. Countries with longer experience than the U.S. have curtailed hormonal and surgical interventions in minors.

167.     European centers have offered hormonal and surgical treatments for "gender dysphoria", for decades before the current explosion of interest in the U.S.

168.     In the UK, the GIDS had been in operation since 1989 and is slated to close in March 2024[247]. It treated over 10,000 youth with "gender dysphoria". Dr. Hilary Cass was asked to perform an independent review of GIDS. In February 2022, she issued an interim report.[248] She noted many problems in the care of children treated by the center and pointed out that the "appropriate management of young people with "gender dysphoria" is inconclusive both nationally and internationally." Dr. Cass stated that "given the gaps in the evidence base regarding hormone treatment" the child must have a thorough assessment of the full range of factors affecting their physical, mental, development and psychosocial wellbeing." She stated that there should not be an "unquestioning affirmative" approach to children expressing the desire to live as the opposite sex.[249]

---

[247] Closure of Tavistock Gender Identity Clinic Delayed.
[248] Cass.
[249] Ibid.

App.414

169.    In the UK, there are now strict criteria for continuing (or discontinuing)  opposite sex hormones for those children who have already been taking them.[250] Among the 6 required criteria are:  they must not have started those hormones before the age of 16. The primary intervention for persons under 18 years  of age is psychosocial intervention and psychologic support[251]

170.    In February 2022, Sweden issued new guidelines[252] recommending psychologic care as its first line of treatment for children with "gender dysphoria." Its new guidelines state that the risks of hormonal interventions outweigh benefits and that hormonal interventions in minors should only be used as part of a research protocol.

171.    The French National Academy of Medicine has recommended extending as much as possible the psychological support phase. They advised "the greatest reserve" in the use of hormonal treatments.[253]

172.    In Norway, the Norwegian Healthcare Investigation Board concluded that there was "insufficient evidence for the use of puberty blockers and opposite sex hormones in young people."[254]

173.    Finland issued new guidelines in 2020.[255] In Finland, psychosocial support is the first line treatment including therapy for comorbid psychiatric disorders. The Finnish health care board stated

---

[250] 'National Health Service England: Interim Specialist Service for Children and Young People with Gender Incongruence ', (https://www.england.nhs.uk/wp-content/uploads/2023/06/Interim-service-specification-for-Specialist-Gender-Incongruence-Services-for-Children-and-Young-People.pdf, 2023).
[251] Ibid.
[252] 'Sweden National Board of Health and Welfare: Updated Recommendations for Hormone Therapy in Sex Dysphoria in Young People', (https://www.socialstyrelsen.se/om-socialstyrelsen/pressrum/press/uppdaterade-rekommendationer-for-hormonbehandling-vid-konsdysfori-hos-unga/, 2022).
[253] 'Academie Nationale De Medecine: Medicine and Gender Trans Identity in Children and Adolescents', (2022).
[254] J. Block, 'Norway's Guidance on Paediatric Gender Treatment Is Unsafe, Says Review', *BMJ,* 380 (2023).
[255] 'Recommendations by the Board for Selection of Choices for Health Care in Finland: Medical Treatment Methods for Dysphoria Related to Gender Variance in Minors',
(https://segm.org/sites/default/files/Finnish_Guidelines_2020_Minors_Unofficial%20Translation.pdf, 2020).

App.415

that "hormonal interventions may be considered "with a great deal of caution" and "no irreversible treatment should be initiated."

174.    Denmark will be revising their "gender dysphoria" guidelines this year, according to the Danish Health Authority website.[256] In 2018, Denmark prohibited surgery to remove the ovaries or testes in minors with "gender dysphoria".[257]

175.    Psychiatrists in Australia criticized the "enthusiastic prescription of hormones and surgery for a condition of questionable construct validity and with such a high rate of natural desistance."[258]

176.    In contrast, WPATH guidelines have no lower age-limit for any intervention including surgery to remove ovaries or testes.

c.    **Financial incentives likely explain the massive expansion of medical interventions in U.S. children, despite the European experience.**

177.    In the United States there are over 400 clinics and medical offices offering medical interventions for minors with "gender dysphoria".[259] This total does not include Planned Parenthood sites where opposite sex hormones are easily obtained. In Idaho, opposite sex hormones can be obtained at Planned Parenthood clinics in Twin Falls and Meridian.[260,261]

---

[256] 'Danish Health Authority: Guidance on Medical Assistance in Connection with Gender Identity Issues (Google Translation from the Danish)', (https://www.sst.dk/da/viden/Seksualitet-og-koen/Koensidentitet/Koensidentitetsforhold/Vejledning-om-sundhedsfaglig-hjaelp, 2023).
[257] 'Danish Health Authority: Guide on Healthcare Related to Gender Identity', (https://www.sst.dk/-/media/English/Publications/2018/Guide-on-healthcare-related-to-gender-identity.ashx, 2018).
[258] J. C. d'Abrera and others, 'Informed Consent and Childhood Gender Dysphoria: Emerging Complexities in Diagnosis and Treatment', *Australas Psychiatry,* 28 (2020).
[259] 'The Gender Mapping Project', (https://www.gendermapper.org/, 2023).
[260] 'Planned Parenthood: Transgender Hormone Therapy in Twin Falls, Id', (https://www.plannedparenthood.org/health-center/idaho/twin-falls/83301/twin-falls-health-center-2938-91810/transgender-hormone-therapy).
[261] 'Planned Parenthood: Transgender Hormone Therapy in Meridian Id', (Planned Parenthood).

App.416

178.  According to the Gender Mapping Project,[262]in Idaho, there are at least 2 medical practices that prescribe opposite sex hormones and puberty blockers for minors. There is also a practice where surgery is performed[263] on minors with "gender dysphoria."

179.  In 2021, as compared to 2017, there was a tripling in the number of minors who feel they are a different sex.[264] In the 3 years ending in 2021, there were at least 776 mastectomies in girls ages 13-17 in the U.S. This total does not include those surgeries paid for out of pocket.[265]

180.  A 2016 report[266] estimated the size of the U.S. market for mastectomies in adults with "gender dysphoria" to be at least $11 billion. Revenues from interventions on minors are a substantial incentive.[267]At present U.S. practitioners appear to ignore our European colleagues' wisdom.

**Conclusion:**

181.  In summary, some children may feel, despite reality, that they are a different sex. Any associated psychic distress is not improved by medical interventions to alter body appearance. These interventions do not constitute "care" and are not sensible. Furthermore, these medical interventions can cause irreversible harm and lead to lifelong regret. Many members of the medical community agree with this view and stress, as do I, that as physicians we must first, do no harm.

---

[262] The Gender Mapping Project.
[263] Ibid.
[264] Robin Respaut and Chad Terhune, 'Putting Numbers on the Rise in Children Seeking Gender Care', (https://www.reuters.com/investigates/special-report/usa-transyouth-data/, 2022).
[265] Ibid.
[266] Aaron Berhanu and Richard Bartlett, 'Understanding the Market for Gender Confirmation Surgery in the Adult Transgender Community in the United States:Evolution of Treatment, Market Potential and Unique Patient Characteristics', (https://dash.harvard.edu/handle/1/40620231: Harvard University, 2016).
[267] 'Dr. Shayne Taylor Lectures at Vanderbilt on Revenue Generation at Vanderbilt from Gender Interventions', in *Dr. Shayne Taylor lectures at Vanderbilt on revenue generation at Vanderbilt from gender interventions,* (2022).

App.417

I declare under penalty of perjury that the foregoing is true and correct.

Executed _Sept 1_____, 2023

Daniel Weiss MD

# References

1       'Aap Reaffirms Gender-Affirming Care Policy, Authorizes Systematic Review of the Evidence to Guide Update', 2023) <https://publications.aap.org/aapnews/news/25340/AAP-reaffirms-gender-affirming-care-policy?autologincheck=redirected>.

2       'The Aap Silences the Debate on How to Best Care for Gender-Diverse Kids. American Academy of Pediatrics Annual 2021 Conference Blocks Segm's Participation', 2021) <https://www.segm.org/AAP_silences_debate_on_gender_diverse_youth_treatments>2023].

3       E. Abbruzzese, S. B. Levine, and J. W. Mason, 'The Myth of "Reliable Research" in Pediatric Gender Medicine: A Critical Evaluation of the Dutch Studies-and Research That Has Followed', *J Sex Marital Ther* (2023), 1-27.

4       'Academie Nationale De Medecine: Medicine and Gender Trans Identity in Children and Adolescents', 2022) <https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en>.

5       S. L. Adelson, Child American Academy of, and Issues Adolescent Psychiatry Committee on Quality, 'Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents', *J Am Acad Child Adolesc Psychiatry,* 51 (2012), 957-74.

6       T. Alzahrani, T. Nguyen, A. Ryan, A. Dwairy, J. McCaffrey, R. Yunus, J. Forgione, J. Krepp, C. Nagy, R. Mazhari, and J. Reiner, 'Cardiovascular Disease Risk Factors and Myocardial Infarction in the Transgender Population', *Circ Cardiovasc Qual Outcomes,* 12 (2019), e005597.

7       Bradley Anawalt, 'Gynecomastia', in *Degroot's Endocrinology 8th Edition* (Elsevier, 2023), pp. pp. 1811- 24.

8       V. Andzembe, A. Miere, O. Zambrowski, A. Glacet-Bernard, and E. H. Souied, 'Branch Retinal Vein Occlusion Secondary to Hormone Replacement Therapy in a Transgender Woman', *J Fr Ophtalmol,* 46 (2023), 148-51.

9       M. Arain, M. Haque, L. Johal, P. Mathur, W. Nel, A. Rais, R. Sandhu, and S. Sharma, 'Maturation of the Adolescent Brain', *Neuropsychiatr Dis Treat,* 9 (2013), 449-61.

10      M. Ascha, D. C. Sasson, R. Sood, J. W. Cornelius, J. M. Schauer, A. Runge, A. L. Muldoon, N. Gangopadhyay, L. Simons, D. Chen, J. F. Corcoran, and S. W. Jordan, 'Top Surgery and Chest Dysphoria among Transmasculine and Nonbinary Adolescents and Young Adults', *JAMA Pediatr,* 176 (2022), 1115-22.

11      H. Asscheman, E. J. Giltay, J. A. Megens, W. P. de Ronde, M. A. van Trotsenburg, and L. J. Gooren, 'A Long-Term Follow-up Study of Mortality in Transsexuals Receiving Treatment with Cross-Sex Hormones', *Eur J Endocrinol,* 164 (2011), 635-42.

12      'Assent Versus Informed Consent', <https://www.cancer.gov/about-cancer/treatment/clinical-trials/patient-safety/childrens-assent>.

App.419

13      American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders. 5th Ed. Text Revision.* (American Psychiatric Association., 2022).

14      S  Ayad, and S. O'Malley, 'Gender. A Wider Lens', in *Hormonal interventions from fringe to mainstream: a conversation with Dr. WIlliam Malone* (2021).

15      K. Bangalore Krishna, J. S. Fuqua, A. D. Rogol, K. O. Klein, J. Popovic, C. P. Houk, E. Charmandari, P. A. Lee, A. V. Freire, M. G. Ropelato, M. Yazid Jalaludin, J. Mbogo, C. Kanaka-Gantenbein, X. Luo, E. A. Eugster, K. O. Klein, M. G. Vogiatzi, K. Reifschneider, V. Bamba, C. Garcia Rudaz, P. Kaplowitz, P. Backeljauw, D. B. Allen, M. R. Palmert, J. Harrington, G. Guerra-Junior, T. Stanley, M. Torres Tamayo, A. L. Miranda Lora, A. Bajpai, L. A. Silverman, B. S. Miller, A. Dayal, R. Horikawa, S. Oberfield, A. D. Rogol, T. Tajima, J. Popovic, S. F. Witchel, S. M. Rosenthal, C. Finlayson, S. E. Hannema, M. F. Castilla-Peon, V. Mericq, and P. G. Medina Bravo, 'Use of Gonadotropin-Releasing Hormone Analogs in Children: Update by an International Consortium', *Horm Res Paediatr,* 91 (2019), 357-72.

16      S. Baram, S. A. Myers, S. Yee, and C. L. Librach, 'Fertility Preservation for Transgender Adolescents and Young Adults: A Systematic Review', *Hum Reprod Update,* 25 (2019), 694-716.

17      Hannah Barnes, *Time to Think : The inside Story of the Collapse of the Tavistock's Gender Service for Children* (London: Swift, 2023).

18      E. Bayar, N. J. Williams, A. Alghrani, S. Murugesu, S. Saso, T. Bracewell-Milnes, M. Y. Thum, J. Nicopoullos, P. Sangster, E. Yasmin, J. R. Smith, S. Wilkinson, A. Pacey, and B. P. Jones, 'Fertility Preservation and Realignment in Transgender Women', *Hum Fertil (Camb)* (2023), 1-20.

19      T. A. Becerra-Culqui, Y. Liu, R. Nash, L. Cromwell, W. D. Flanders, D. Getahun, S. V. Giammattei, E. M. Hunkeler, T. L. Lash, A. Millman, V. P. Quinn, B. Robinson, D. Roblin, D. E. Sandberg, M. J. Silverberg, V. Tangpricha, and M. Goodman, 'Mental Health of Transgender and Gender Nonconforming Youth Compared with Their Peers', *Pediatrics,* 141 (2018).

20      Aaron Berhanu , and Richard Bartlett, 'Understanding the Market for Gender Confirmation Surgery in the Adult Transgender Community in the United States:Evolution of Treatment, Market Potential and Unique Patient Characteristics',  (https://dash.harvard.edu/handle/1/40620231: Harvard University, 2016).

21      M. Berliere, M. Coche, C. Lacroix, J. Riggi, M. Coyette, J. Coulie, C. Galant, L. Fellah, I. Leconte, D. Maiter, F. P. Duhoux, and A. Francois, 'Effects of Hormones on Breast Development and Breast Cancer Risk in Transgender Women', *Cancers (Basel),* 15 (2022).

22      A. Bhargava, A. P. Arnold, D. A. Bangasser, K. M. Denton, A. Gupta, L. M. Hilliard Krause, E. A. Mayer, M. McCarthy, W. L. Miller, A. Raznahan, and R. Verma, 'Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement', *Endocr Rev,* 42 (2021), 219-58.

23      M. Biggs, 'The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence', *J Sex Marital Ther* (2022), 1-21.

App.420

24 ———, 'Revisiting the Effect of Gnrh Analogue Treatment on Bone Mineral Density in Young Adolescents with Gender Dysphoria', *J Pediatr Endocrinol Metab,* 34 (2021), 937-39.

25 ———, 'Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom', *Arch Sex Behav,* 51 (2022), 685-90.

26 Committee On Bioethics, 'Informed Consent in Decision-Making in Pediatric Practice', *Pediatrics,* 138 (2016).

27 S. J. Blakemore, S. Burnett, and R. E. Dahl, 'The Role of Puberty in the Developing Adolescent Brain', *Hum Brain Mapp,* 31 (2010), 926-33.

28 J. Block, 'Norway's Guidance on Paediatric Gender Treatment Is Unsafe, Says Review', *BMJ,* 380 (2023), 697.

29 'Bmj Best Practice: What Is Grade ?', <https://bestpractice.bmj.com/info/toolkit/learn-ebm/what-is-grade/>.

30 W. Byne, S. J. Bradley, E. Coleman, A. E. Eyler, R. Green, E. J. Menvielle, H. F. Meyer-Bahlburg, R. R. Pleak, D. A. Tompkins, and Disorder American Psychiatric Association Task Force on Treatment of Gender Identity, 'Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder', *Arch Sex Behav,* 41 (2012), 759-96.

31 J. M. Cantor, 'Transgender and Gender Diverse Children and Adolescents: Fact-Checking of Aap Policy', *J Sex Marital Ther,* 46 (2020), 307-13.

32 P. Carmichael, G. Butler, U. Masic, T. J. Cole, B. L. De Stavola, S. Davidson, E. M. Skageberg, S. Khadr, and R. M. Viner, 'Short-Term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People with Persistent Gender Dysphoria in the Uk', *PLoS One,* 16 (2021), e0243894.

33 B. J. Casey, R. M. Jones, and T. A. Hare, 'The Adolescent Brain', *Ann N Y Acad Sci,* 1124 (2008), 111-26.

34 H. Cass, 'Independent Review of Gender Identity Services for Children and Young People: Interim Report. '2022) [Accessed https://cass.independent-review.uk/publications/interim-report/.

35 K. Chandran, R. Grochot, M. de Los Dolores Fenor De La Maza, W. Yuan, B. Gurel, S. Miranda, A. Paschalis, R. Riisnaes, I. Figueiredo, D. Bogdan, A. Sharp, S. Carreira, and J. S. de Bono, 'A Transgender Patient with Prostate Cancer: Lessons Learnt', *Eur Urol,* 83 (2023), 379-80.

36 D. Chen, J. Berona, Y. M. Chan, D. Ehrensaft, R. Garofalo, M. A. Hidalgo, S. M. Rosenthal, A. C. Tishelman, and J. Olson-Kennedy, 'Psychosocial Functioning in Transgender Youth after 2 Years of Hormones', *N Engl J Med,* 388 (2023), 240-50.

37 L. Chu, S. Gold, C. Harris, L. Lawley, P. Gupta, V. Tangpricha, M. Goodman, and H. Yeung, 'Incidence and Factors Associated with Acne in Transgender Adolescents on Testosterone: A Retrospective Cohort Study', *Endocr Pract,* 29 (2023), 353-55.

App.421

38    A. Churcher Clarke, and A. Spiliadis, "Taking the Lid Off the Box': The Value of Extended Clinical Assessment for Adolescents Presenting with Gender Identity Difficulties', *Clin Child Psychol Psychiatry,* 24 (2019), 338-52.

39    'Clinical Practice Guidelines We Can Trust from the Institute of Medicine', <https://www.ncbi.nlm.nih.gov/books/NBK209538/?report=reader>.

40    'Closure of Tavistock Gender Identity Clinic Delayed', 2023) <https://www.bbc.com/news/uk-65564032>.

41    'Code of Ethics of the World Medical Association. Declaration of Helsinki ', 1964) <https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1816102/pdf/brmedj02559-0071.pdf>.

42    A. Cohen, V. Gomez-Lobo, L. Willing, D. Call, L. F. Damle, L. J. D'Angelo, A. Song, and J. F. Strang, 'Shifts in Gender-Related Medical Requests by Transgender and Gender-Diverse Adolescents', *J Adolesc Health,* 72 (2023), 428-36.

43    Chloe Cole, 'Chloe Cole Testifies before Congress'2023) <https://donoharmmedicine.org/2023/07/27/do-no-harm-senior-fellow-chloe-cole-testifies-before-congress/>.

44    Chloe Cole, Helena Kerschner, Cat Cattison, Sinead Watson, Grace Lidinsky-Smith, Ritchie, and Prisha Mosley, 'Detransitioners Respond: A Letter to Attorney General Garland. The Medical Safeguarding of Children Should Not Be a Political Issue'2022) <https://www.realityslaststand.com/p/detransitioners-respond-a-letter>.

45    E. Coleman, 'Correction, Standards of Care for the Health of Transgender and Gender Diverse People, Version 8', *International J of Transgender Health,* 23 (2022), S259-S61.

46    E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, D. H. Karasic, G. A. Knudson, S. F. Leibowitz, H. F. L. Meyer-Bahlburg, S. J. Monstrey, J. Motmans, L. Nahata, T. O. Nieder, S. L. Reisner, C. Richards, L. S. Schechter, V. Tangpricha, A. C. Tishelman, M. A. A. Van Trotsenburg, S. Winter, K. Ducheny, N. J. Adams, T. M. Adrian, L. R. Allen, D. Azul, H. Bagga, K. Basar, D. S. Bathory, J. J. Belinky, D. R. Berg, J. U. Berli, R. O. Bluebond-Langner, M. B. Bouman, M. L. Bowers, P. J. Brassard, J. Byrne, L. Capitan, C. J. Cargill, J. M. Carswell, S. C. Chang, G. Chelvakumar, T. Corneil, K. B. Dalke, G. De Cuypere, E. de Vries, M. Den Heijer, A. H. Devor, C. Dhejne, A. D'Marco, E. K. Edmiston, L. Edwards-Leeper, R. Ehrbar, D. Ehrensaft, J. Eisfeld, E. Elaut, L. Erickson-Schroth, J. L. Feldman, A. D. Fisher, M. M. Garcia, L. Gijs, S. E. Green, B. P. Hall, T. L. D. Hardy, M. S. Irwig, L. A. Jacobs, A. C. Janssen, K. Johnson, D. T. Klink, B. P. C. Kreukels, L. E. Kuper, E. J. Kvach, M. A. Malouf, R. Massey, T. Mazur, C. McLachlan, S. D. Morrison, S. W. Mosser, P. M. Neira, U. Nygren, J. M. Oates, J. Obedin-Maliver, G. Pagkalos, J. Patton, N. Phanuphak, K. Rachlin, T. Reed, G. N. Rider, J. Ristori, S. Robbins-Cherry, S. A. Roberts, K. A. Rodriguez-Wallberg, S. M. Rosenthal, K. Sabir, J. D. Safer, A. I. Scheim, L. J. Seal, T. J. Sehoole, K. Spencer, C. St Amand, T. D. Steensma, J. F. Strang, G. B. Taylor, K. Tilleman, G. G. T'Sjoen, L. N. Vala, N. M. Van Mello, J. F. Veale, J. A. Vencill, B. Vincent, L. M. Wesp, M. A. West, and J. Arcelus, 'Standards of Care for the Health of Transgender and Gender Diverse People, Version 8', *Int J Transgend Health,* 23 (2022), S1-S259.

53

App.422

47      G. Corso, S. Gandini, O. D'Ecclesiis, M. Mazza, F. Magnoni, P. Veronesi, V. Galimberti, and C. La Vecchia, 'Risk and Incidence of Breast Cancer in Transgender Individuals: A Systematic Review and Meta-Analysis', *Eur J Cancer Prev,* 32 (2023), 207-14.

48      C. S. Cortina, and A. L. Kong, 'Chest Mass in a Transgender Man after Top Surgery', *Lancet Oncol,* 24 (2023), e57.

49      F. S. Cunha, Tass Bachega, E. M. F. Costa, V. N. Brito, L. A. Alvares, V. A. Costa-Hong, R. G. S. Verardino, M. H. P. Sircili, B. B. de Mendonca, L. A. Bortolotto, and S. Domenice, 'Arterial Stiffness in Transgender Men Receiving Long-Term Testosterone Therapy', *J Endocr Soc,* 7 (2023), bvad040.

50      J. C. d'Abrera, R. D'Angelo, G. Halasz, S. Prager, and P. Morris, 'Informed Consent and Childhood Gender Dysphoria: Emerging Complexities in Diagnosis and Treatment', *Australas Psychiatry,* 28 (2020), 536-38.

51      R. D'Angelo, E. Syrulnik, S. Ayad, L. Marchiano, D. T. Kenny, and P. Clarke, 'One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria', *Arch Sex Behav,* 50 (2021), 7-16.

52      'Danish Health Authority: Guidance on Medical Assistance in Connection with Gender Identity Issues (Google Translation from the Danish)', 2023 <https://www.sst.dk/da/viden/Seksualitet-og-koen/Koensidentitet/Koensidentitetsforhold/Vejledning-om-sundhedsfaglig-hjaelp>.

53      'Danish Health Authority: Guide on Healthcare Related to Gender Identity', (https://www.sst.dk/-/media/English/Publications/2018/Guide-on-healthcare-related-to-gender-identity.ashx: 2018).

54      Laura Davis, 'A Trans Pioneer Explains Her Resignation from the Us Professional Association for Transgender Health.', Quillette, (2022) <https://quillette.com/2022/01/06/a-transgender-pioneer-explains-why-she-stepped-down-from-uspath-and-wpath/> [Accessed August 5, 2023.

55      C. J. M. de Blok, C. M. Wiepjes, N. M. Nota, K. van Engelen, M. A. Adank, K. M. A. Dreijerink, E. Barbe, Irhm Konings, and M. den Heijer, 'Breast Cancer Risk in Transgender People Receiving Hormone Treatment: Nationwide Cohort Study in the Netherlands', *BMJ,* 365 (2019), l1652.

56      N. M. de Graaf, T. D. Steensma, P. Carmichael, D. P. VanderLaan, M. Aitken, P. T. Cohen-Kettenis, A. L. C. de Vries, B. P. C. Kreukels, L. Wasserman, H. Wood, and K. J. Zucker, 'Suicidality in Clinic-Referred Transgender Adolescents', *Eur Child Adolesc Psychiatry,* 31 (2022), 67-83.

57      A. L. C. de Vries, 'Ensuring Care for Transgender Adolescents Who Need It: Response to 'Reconsidering Informed Consent for Trans-Identified Children, Adolescents and Young Adults'', *J Sex Marital Ther,* 49 (2023), 108-14.

App.423

58    A. L. de Vries, J. K. McGuire, T. D. Steensma, E. C. Wagenaar, T. A. Doreleijers, and P. T. Cohen-Kettenis, 'Young Adult Psychological Outcome after Puberty Suppression and Gender Reassignment', *Pediatrics,* 134 (2014), 696-704.

59    A. L. de Vries, T. D. Steensma, T. A. Doreleijers, and P. T. Cohen-Kettenis, 'Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-up Study', *J Sex Med,* 8 (2011), 2276-83.

60    H. A. Delemarre-van de Waal, Cohen-Kettenis, P., 'Clinical Management of Gender Identity Disorder in Adolescents: A Protocol on Psychological and Pediatric Aspects', *Eur J Endocrinology,* 155 (2006), 131-37.

61    Madeline Deutsch, 'Transgender Healthcare ', in *Degroot's Endocrinology* ed. by R. Paul Robertson (Elsevier, 2023), pp. 1752-57.

62    B. Dewar, S. Chevrier, J. De Meulemeester, M. Fedyk, R. Rodriguez, S. Kitto, R. Saginur, and M. Shamy, 'What Do We Talk About When We Talk About "Equipoise"? Stakeholder Interviews Assessing the Use of Equipoise in Clinical Research Ethics', *Trials,* 24 (2023), 203.

63    C. Dhejne, P. Lichtenstein, M. Boman, A. L. Johansson, N. Langstrom, and M. Landen, 'Long-Term Follow-up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden', *PLoS One,* 6 (2011), e16885.

64    S. Diaz, and J. M. Bailey, 'Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases', *Arch Sex Behav,* 52 (2023), 1031-43.

65    'Dr. Shayne Taylor Lectures at Vanderbilt on Revenue Generation at Vanderbilt from Gender Interventions', in *Dr. Shayne Taylor lectures at Vanderbilt on revenue generation at Vanderbilt from gender interventions* (2022).

66    K. Dulohery, M. Trottmann, S. Bour, B. Liedl, I. Alba-Alejandre, S. Reese, B. Hughes, C. G. Stief, and S. Kolle, 'How Do Elevated Levels of Testosterone Affect the Function of the Human Fallopian Tube and Fertility?-New Insights', *Mol Reprod Dev,* 87 (2020), 30-44.

67    ECRI, 'Ecri Institute Opens Access to Clinical Practice Guidelines'2018) <https://www.ecri.org/press/ecri-institute-opens-access-to-clinical-practice-guidelines>.

68    'Ecri Guidelines Trust',  <https://www.ecri.org/solutions/ecri-guidelines-trust>August 8, 2023].

69    J. Elkadi, C. Chudleigh, A. M. Maguire, G. R. Ambler, S. Scher, and K. Kozlowska, 'Developmental Pathway Choices of Young People Presenting to a Gender Service with Gender Distress: A Prospective Follow-up Study', *Children (Basel),* 10 (2023).

70    L. Engel, I. Majmudar, C. Mihalopoulos, M. A. Tollit, and K. C. Pang, 'Assessment of Quality of Life of Transgender and Gender-Diverse Children and Adolescents in Melbourne, Australia, 2017-2020', *JAMA Netw Open,* 6 (2023), e2254292.

App.424

71      A. Erlangsen, A. L. Jacobsen, A. Ranning, A. L. Delamare, M. Nordentoft, and M. Frisch, 'Transgender Identity and Suicide Attempts and Mortality in Denmark', *JAMA,* 329 (2023), 2145-53.

72      M. Evans, 'Freedom to Think: The Need for Thorough Assessment and Treatment of Gender Dysphoric Children - Corrigendum', *BJPsych Bull,* 45 (2021), 315-16.

73      'Fda Informed Consent', <https://www.fda.gov/regulatory-information/search-fda-guidance-documents/informed-consent#children>.

74      'The Gender Mapping Project', 2023) <https://www.gendermapper.org/>.

75      D. Getahun, R. Nash, W. D. Flanders, T. C. Baird, T. A. Becerra-Culqui, L. Cromwell, E. Hunkeler, T. L. Lash, A. Millman, V. P. Quinn, B. Robinson, D. Roblin, M. J. Silverberg, J. Safer, J. Slovis, V. Tangpricha, and M. Goodman, 'Cross-Sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study', *Ann Intern Med,* 169 (2018), 205-13.

76      L. Griffin, K. Clyde, R. Byng, and S. Bewley, 'Sex, Gender and Gender Identity: A Re-Evaluation of the Evidence', *BJPsych Bull,* 45 (2021), 291-99.

77      Miriam  Grossman, *Lost in Trans Nation* (Skyhorse Publishing, 2023).

78      'Guidelines International Network', <https://g-i-n.net/>.

79      U. Gul, A. Kacar Bayram, M. Kendirci, N. Hatipoglu, D. Okdemir, H. Gumus, and S. Kurtoglu, 'Pseudotumour Cerebri Presentation in a Child under the Gonadotropin-Releasing Hormone Agonist Treatment', *J Clin Res Pediatr Endocrinol,* 8 (2016), 365-7.

80      R. R. Gurrala, T. Kumar, A. Yoo, G. S. Mundinger, D. J. Womac, and F. H. Lau, 'The Impact of Exogenous Testosterone on Breast Cancer Risk in Transmasculine Individuals', *Ann Plast Surg,* 90 (2023), 96-105.

81      N. E. Gutkind, D. T. Tse, T. E. Johnson, and B. C. Tse, 'Idiopathic Intracranial Hypertension in Female-to-Male Transgender Patients on Exogenous Testosterone Therapy', *Ophthalmic Plast Reconstr Surg* (2023).

82      R. Hall, L. Mitchell, and J. Sachdeva, 'Access to Care and Frequency of Detransition among a Cohort Discharged by a Uk National Adult Gender Identity Clinic: Retrospective Case-Note Review', *BJPsych Open,* 7 (2021), e184.

83      C. Haupt, M. Henke, A. Kutschmar, B. Hauser, S. Baldinger, S. R. Saenz, and G. Schreiber, 'Antiandrogen or Estradiol Treatment or Both During Hormone Therapy in Transitioning Transgender Women', *Cochrane Database Syst Rev,* 11 (2020), CD013138.

84      W. C. Hembree, P. Cohen-Kettenis, H. A. Delemarre-van de Waal, L. J. Gooren, W. J. Meyer, 3rd, N. P. Spack, V. Tangpricha, V. M. Montori, and Society Endocrine, 'Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline', *J Clin Endocrinol Metab,* 94 (2009), 3132-54.

App.425

85    W. C. Hembree, P. T. Cohen-Kettenis, L. Gooren, S. E. Hannema, W. J. Meyer, M. H. Murad, S. M. Rosenthal, J. D. Safer, V. Tangpricha, and G. G. T'Sjoen, 'Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline', *Endocr Pract,* 23 (2017), 1437.

86    D. M. Hutchinson, and R. M. Rapee, 'Do Friends Share Similar Body Image and Eating Problems? The Role of Social Networks and Peer Influences in Early Adolescence', *Behav Res Ther,* 45 (2007), 1557-77.

87    'Intersex Society of America, Incidence of Intersex',  <https://isna.org/faq/frequency/>.

88    F. Ismail-Beigi, T. Craven, M. A. Banerji, J. Basile, J. Calles, R. M. Cohen, R. Cuddihy, W. C. Cushman, S. Genuth, R. H. Grimm, Jr., B. P. Hamilton, B. Hoogwerf, D. Karl, L. Katz, A. Krikorian, P. O'Connor, R. Pop-Busui, U. Schubart, D. Simmons, H. Taylor, A. Thomas, D. Weiss, I. Hramiak, and Accord trial group, 'Effect of Intensive Treatment of Hyperglycaemia on Microvascular Outcomes in Type 2 Diabetes: An Analysis of the Accord Randomised Trial', *Lancet,* 376 (2010), 419-30.

89    Van Maren Jonathon, 'World-Renowned Child Psychiatrist Calls Trans Treatments "Possibly One of the Greatest Scandals in Medical History"', in *The Bridgehead* (https://thebridgehead.ca/2019/09/25/world-renowned-child-psychiatrist-calls-trans-treatments-possibly-one-of-the-greatest-scandals-in-medical-history/: 2019).

90    S. C. J. Jorgensen, 'Transition Regret and Detransition: Meanings and Uncertainties', *Arch Sex Behav* (2023).

91    Carl Jung, *The Undiscovered Self* (Signet Books, 1957).

92    Dr. Faye Kirkland, 'Transgender Teen Care "Needs Urgent Regulation"'2019) <https://www.bbc.com/news/health-47456938>2023].

93    D. Klink, M. Caris, A. Heijboer, M. van Trotsenburg, and J. Rotteveel, 'Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents with Gender Dysphoria', *J Clin Endocrinol Metab,* 100 (2015), E270-5.

94    K. Kozlowska, C. Chudleigh, G. McClure, A. M. Maguire, and G. R. Ambler, 'Attachment Patterns in Children and Adolescents with Gender Dysphoria', *Front Psychol,* 11 (2020), 582688.

95    S. Kuhn, S. Keval, R. Sader, L. Kuenzlen, M. Kiehlmann, G. Djedovic, A. Bozkurt, and U. M. Rieger, 'Mastectomy in Female-to-Male Transgender Patients: A Single-Center 24-Year Retrospective Analysis', *Arch Plast Surg,* 46 (2019), 433-40.

96    M. K. Laidlaw, A. Van Mol, Q. Van Meter, and J. E. Hansen, 'Letter to the Editor from Laidlaw Et Al: "Erythrocytosis in a Large Cohort of Transgender Men Using Testosterone: A Long-Term Follow-up Study on Prevalence, Determinants, and Exposure Years"', *J Clin Endocrinol Metab,* 106 (2021), e5275-e76.

App.426

97      Bernard Lane, 'Gagging the Debate', in *Gender Clinic News* (2022), pp. https://www.genderclinicnews.com/p/gagging-the-debate.

98      E. L. Lantz, M. E. Gaspar, R. DiTore, A. D. Piers, and K. Schaumberg, 'Conceptualizing Body Dissatisfaction in Eating Disorders within a Self-Discrepancy Framework: A Review of Evidence', *Eat Weight Disord,* 23 (2018), 275-91.

99      A. Latham, 'Puberty Blockers for Children: Can They Consent?', *New Bioeth,* 28 (2022), 268-91.

100     S. B. Levine, 'Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria', *J Sex Marital Ther,* 44 (2018), 29-44.

101     ———, 'Reflections on the Clinician's Role with Individuals Who Self-Identify as Transgender', *Arch Sex Behav,* 50 (2021), 3527-36.

102     S. B. Levine, E. Abbruzzese, and J. W. Mason, 'Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults', *J Sex Marital Ther,* 48 (2022), 706-27.

103     S. B. Levine, and Abbruzzese E., 'Current Concerns About Gender-Affirming Therapy in Adolescents', *Current Sexual Health Reports,* 15 (2023), 113-23.

104     Stephen Levine, 'Should Transgender Youth Be Guided by Beliefs or Science ?'2023) <https://www.psychotherapy.net/article/transgender-youth-care-science-or-beliefs>.

105     A. D. Light, J. Obedin-Maliver, J. M. Sevelius, and J. L. Kerns, 'Transgender Men Who Experienced Pregnancy after Female-to-Male Gender Transitioning', *Obstet Gynecol,* 124 (2014), 1120-27.

106     L. Littman, 'Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners', *Arch Sex Behav,* 50 (2021), 3353-69.

107     ———, 'Parent Reports of Adolescents and Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria', *PLoS One,* 13 (2018), e0202330.

108     J. F. Ludvigsson, J. Adolfsson, M. Hoistad, P. A. Rydelius, B. Kristrom, and M. Landen, 'A Systematic Review of Hormone Treatment for Children with Gender Dysphoria and Recommendations for Research', *Acta Paediatr* (2023).

109     'Lupron for Endometriosis, Prescribing Information', <https://www.luprongyn.com/prescribing-information>.

110     'Lupron for Prostate Cancer, Prescribing Information', <https://www.rxabbvie.com/pdf/lupronuro_pi.pdf>.

111     'Lupron Prescribing Information ',  <https://www.rxabbvie.com/pdf/lupronpediatric.pdf>.

App.427

112    Julia Mason, and Leor Sapir, 'The American Academy of Pediatrics' Dubious Transgender Science', *Wall Street Journal*, August 17, 2022 2022.

113    C. R. McCartney, M. D. Corrigan, M. T. Drake, G. El-Hajj Fuleihan, M. T. Korytkowski, R. W. Lash, D. C. Lieb, A. L. McCall, R. Muniyappa, T. Piggott, N. Santesso, H. J. Schunemann, W. Wiercioch, M. E. McDonnell, and M. H. Murad, 'Enhancing the Trustworthiness of the Endocrine Society's Clinical Practice Guidelines', *J Clin Endocrinol Metab,* 107 (2022), 2129-38.

114    J. K. McGuire, D. Berg, J. M. Catalpa, Q. J. Morrow, J. N. Fish, G. Nic Rider, T. Steensma, P. T. Cohen-Kettenis, and K. Spencer, 'Utrecht Gender Dysphoria Scale - Gender Spectrum (Ugds-Gs): Construct Validity among Transgender, Nonbinary, and Lgbq Samples', *Int J Transgend Health,* 21 (2020), 194-208.

115    P. Mendez-Bustos, R. Calati, F. Rubio-Ramirez, E. Olie, P. Courtet, and J. Lopez-Castroman, 'Effectiveness of Psychotherapy on Suicidal Risk: A Systematic Review of Observational Studies', *Front Psychol,* 10 (2019), 277.

116    Dr Daniel Metzger, 'Wpath Gender Affirming Doctor Expresses Concern for Mental Capacity and Informed Consent of Minors for Transition Surgeries… "Reproductive Regret"… " I Don't Think Any of That Surprises Us" '2022) <https://www.projectveritas.com/news/wpath-gender-affirming-doctor-expresses-concern-for-mental-capacity-and/>.

117    T. A. Meyer, and J. Gast, 'The Effects of Peer Influence on Disordered Eating Behavior', *J Sch Nurs,* 24 (2008), 36-42.

118    A. N. Nabbijohn, A. I. R. van der Miesen, A. Santarossa, D. Peragine, A. L. C. de Vries, A. Popma, M. C. Lai, and D. P. VanderLaan, 'Gender Variance and the Autism Spectrum: An Examination of Children Ages 6-12 Years', *J Autism Dev Disord,* 49 (2019), 1570-85.

119    P. Nasa, R. Jain, and D. Juneja, 'Delphi Methodology in Healthcare Research: How to Decide Its Appropriateness', *World J Methodol,* 11 (2021), 116-29.

120    'National Health Service England: Interim Specialist Service for Children and Young People with Gender Incongruence ', 2023) <https://www.england.nhs.uk/wp-content/uploads/2023/06/Interim-service-specification-for-Specialist-Gender-Incongruence-Services-for-Children-and-Young-People.pdf>2023].

121    'New Systematic Review of Puberty Blockers and Cross Sex Hormones Published by the National Institute for Health and Care Excellence (Nice)', 2021) <https://segm.org/NICE_gender_medicine_systematic_review_finds_poor_quality_evidence>.

122    N. M. Nota, C. M. Wiepjes, C. J. M. de Blok, L. J. G. Gooren, B. P. C. Kreukels, and M. den Heijer, 'Occurrence of Acute Cardiovascular Events in Transgender Individuals Receiving Hormone Therapy', *Circulation,* 139 (2019), 1461-62.

123    M. A. O'Connell, T. P. Nguyen, A. Ahler, S. R. Skinner, and K. C. Pang, 'Approach to the Patient: Pharmacological Management of Trans and Gender-Diverse Adolescents', *J Clin Endocrinol Metab,* 107 (2022), 241-57.

App.428

124    C. Ohlsson, M. E. Nilsson, A. Tivesten, H. Ryberg, D. Mellstrom, M. K. Karlsson, O. Ljunggren, F. Labrie, E. S. Orwoll, D. M. Lee, S. R. Pye, T. W. O'Neill, J. D. Finn, J. E. Adams, K. A. Ward, S. Boonen, G. Bartfai, F. F. Casanueva, G. Forti, A. Giwercman, T. S. Han, I. T. Huhtaniemi, K. Kula, M. E. Lean, N. Pendleton, M. Punab, D. Vanderschueren, F. C. Wu, Emas Study Group, and L. Vandenput, 'Comparisons of Immunoassay and Mass Spectrometry Measurements of Serum Estradiol Levels and Their Influence on Clinical Association Studies in Men', *J Clin Endocrinol Metab,* 98 (2013), E1097-102.

125    Johanna Olsen Kennedy, 'Puberty Blockers for Minor in Early Adolescence. Parent or Guardian Consent'2016) <https://defendinged.org/wp-content/uploads/2023/05/consent_forms-JOK.pdf>.

126    A. A. Omar, G. Nyaga, and L. N. W. Mungai, 'Pseudotumor Cerebri in Patient on Leuprolide Acetate for Central Precocious Puberty', *Int J Pediatr Endocrinol,* 2020 (2020), 22.

127    D. Pilgrim, 'British Mental Healthcare Responses to Adult Homosexuality and Gender Non-Conforming Children at the Turn of the Twenty-First Century', *Hist Psychiatry* (2023), 957154X231181461.

128    'Planned Parenthood: Transgender Hormone Therapy in Meridian Id', Planned Parenthood, (<https://www.plannedparenthood.org/health-center/idaho/meridian/83642/meridian-health-center-4105-91810/transgender-hormone-therapy> [Accessed July 30, 2023.

129    'Planned Parenthood: Transgender Hormone Therapy in Twin Falls, Id', <https://www.plannedparenthood.org/health-center/idaho/twin-falls/83301/twin-falls-health-center-2938-91810/transgender-hormone-therapy> [Accessed August 19, 2023.

130    'R Detrans/Detransition Subreddit', https://www.reddit.com/r/detrans/, (<https://www.reddit.com/r/detrans/> [Accessed July 30, 2023.

131    'Recognizing and Addressing the Mental Health Needs of People Experiencing Gender Dysphoria/Gender Incongruence', 2021) <https://www.ranzcp.org/news-policy/policy-and-advocacy/position-statements/gender-dysphoria>.

132    'Recommendations by the Board for Selection of Choices for Health Care in Finland: Medical Treatment Methods for Dysphoria Related to Gender Variance in Minors', 2020) <https://segm.org/sites/default/files/Finnish_Guidelines_2020_Minors_Unofficial%20Translation.pdf>.

133    Jamie Reed, 'Affidavit of Jamie Reed'2023) <https://ago.mo.gov/docs/default-source/press-releases/2-07-2023-reed-affidavit---signed.pdf?sfvrsn=6a64d339_2>.

134    Robin Respaut, and Chad Terhune, 'Putting Numbers on the Rise in Children Seeking Gender Care', (https://www.reuters.com/investigates/special-report/usa-transyouth-data/: 2022).

135    C. Richards, J. Maxwell, and N. McCune, 'Use of Puberty Blockers for Gender Dysphoria: A Momentous Step in the Dark', *Arch Dis Child,* 104 (2019), 611-12.

App.429

136    W. J. Rifkin, I. S. Robinson, C. Kloer, C. N. Cripps, C. J. Boyd, G. Blasdel, L. C. Zhao, and R. Bluebond-Langner, 'Gender-Affirming Mastectomy: Comparison of Periareolar and Double Incision Patterns', *Plast Reconstr Surg Glob Open,* 10 (2022), e4356.

137    J. Ristori, and T. D. Steensma, 'Gender Dysphoria in Childhood', *Int Rev Psychiatry,* 28 (2016), 13-20.

138    C. M. Roberts, D. A. Klein, T. A. Adirim, N. A. Schvey, and E. Hisle-Gorman, 'Continuation of Gender-Affirming Hormones among Transgender Adolescents and Adults', *J Clin Endocrinol Metab,* 107 (2022), e3937-e43.

139    K. Rodriguez-Wallberg, J. Obedin-Maliver, B. Taylor, N. Van Mello, K. Tilleman, and L. Nahata, 'Reproductive Health in Transgender and Gender Diverse Individuals: A Narrative Review to Guide Clinical Care and International Guidelines', *Int J Transgend Health,* 24 (2023), 7-25.

140    J. E. Rossouw, G. L. Anderson, R. L. Prentice, A. Z. LaCroix, C. Kooperberg, M. L. Stefanick, R. D. Jackson, S. A. Beresford, B. V. Howard, K. C. Johnson, J. M. Kotchen, J. Ockene, and Investigators Writing Group for the Women's Health Initiative, 'Risks and Benefits of Estrogen Plus Progestin in Healthy Postmenopausal Women: Principal Results from the Women's Health Initiative Randomized Controlled Trial', *JAMA,* 288 (2002), 321-33.

141    R. Rysin, R. Skorochod, and Y. Wolf, 'Implications of Testosterone Therapy on Wound Healing and Operative Outcomes of Gender-Affirming Chest Masculinization Surgery', *J Plast Reconstr Aesthet Surg,* 81 (2023), 34-41.

142    J. D. Safer, 'Are the Pharmacokinetics of Sublingual Estradiol Superior or Inferior to Those of Oral Estradiol?', *Endocr Pract,* 28 (2022), 351-52.

143    ———, 'Using Evidence to Fill Gaps in the Care of Transgender People', *Endocr Pract,* 26 (2020), 1387-88.

144    J. O. Santellan-Hernandez, J. A. Alvarez-Castro, K. M. Aguilar-Hidalgo, F. C. Soto, J. R. Escalante, E. Ichikawa-Escamilla, M. J. A. Silva, and S. I. Mejia-Perez, 'Multifocal Glioblastoma and Hormone Replacement Therapy in a Transgender Female', *Surg Neurol Int,* 14 (2023), 106.

145    M. A. Schneider, P. M. Spritzer, B. M. B. Soll, A. M. V. Fontanari, M. Carneiro, F. Tovar-Moll, A. B. Costa, D. C. da Silva, K. Schwarz, M. Anes, S. Tramontina, and M. I. R. Lobato, 'Brain Maturation, Cognition and Voice Pattern in a Gender Dysphoria Case under Pubertal Suppression', *Front Hum Neurosci,* 11 (2017), 528.

146    A. R. Schwartz, M. Xu, N. C. Henderson, C. Dela Cruz, D. Pfau, V. Padmanabhan, A. Shikanov, and M. B. Moravek, 'Impaired Ivf Outcomes Following Testosterone Treatment Improve with Washout in a Mouse Model of Gender-Affirming Hormone Treatment', *Am J Obstet Gynecol* (2023).

147    D. Singh, S. J. Bradley, and K. J. Zucker, 'A Follow-up Study of Boys with Gender Identity Disorder', *Front Psychiatry,* 12 (2021), 632784.

App.430

148    'Springer to Retract a Key Paper in Response to Activist Demands',
<https://segm.org/retraction-of-key-publication-in-response-to-activist-pressures>.

149    'Suicide and Homicide Death Rates among Youth and Young Adults Aged 10-24: United
States, 2001-2021 from the Centers for Disease Control,
U.S. Department of Health and Human Services', 2023)
<https://www.cdc.gov/nchs/data/databriefs/db471.pdf>.

150    'Sweden National Board of Health and Welfare: Updated Recommendations for Hormone
Therapy in Sex Dysphoria in Young People', 2022) <https://www.socialstyrelsen.se/om-
socialstyrelsen/pressrum/press/uppdaterade-rekommendationer-for-hormonbehandling-vid-
konsdysfori-hos-unga/>.

151    A. Tang, J. C. Hojilla, J. E. Jackson, K. A. Rothenberg, R. C. Gologorsky, D. A. Stram, C.
M. Mooney, S. L. Hernandez, and K. M. Yokoo, 'Gender-Affirming Mastectomy Trends and
Surgical Outcomes in Adolescents', *Ann Plast Surg,* 88 (2022), S325-S31.

152    Michael  Tennant, 'Nobel Prize-Winning German Biologist: Multiple Genders Are
"Nonsense" and "Unscientific"', *The New American*, August 29, 2022 2022.

153    L. M. Terrier, M. Leveque, and A. Amelot, 'Brain Lobotomy: A Historical and Moral
Dilemma with No Alternative?', *World Neurosurg,* 132 (2019), 211-18.

154    Transleithanian@genderthehun, in *"Gender affirming" surgeon admits children who
undergo transition before puberty never attain sexual satisfaction* (2022).

155    J. C. Uffman, B. L. Willer, C. Mpody, O. O. Nafiu, and J. D. Tobias, 'Characteristics of
Transgender and Gender-Diverse Youth Presenting for Surgery in the United States', *Anesth Analg*
(2023).

156    'United Nations Declaration of the Rights of Children', 1989)
<https://www.humanium.org/en/convention/text/>.

157    Daniela Valdes, and Kinnon Mackinnnon, 'Take Detransitioners Seriously', *The Atlantic*
2023.

158    T. C. van de Grift, E. Elaut, S. C. Cerwenka, P. T. Cohen-Kettenis, G. De Cuypere, H.
Richter-Appelt, and B. P. C. Kreukels, 'Effects of Medical Interventions on Gender Dysphoria and
Body Image: A Follow-up Study', *Psychosom Med,* 79 (2017), 815-23.

159    T. C. van de Grift, Z. J. van Gelder, M. G. Mullender, T. D. Steensma, A. L. C. de Vries,
and M. B. Bouman, 'Timing of Puberty Suppression and Surgical Options for Transgender Youth',
*Pediatrics,* 146 (2020).

160    T. R. van Leerdam, J. D. Zajac, and A. S. Cheung, 'The Effect of Gender-Affirming
Hormones on Gender Dysphoria, Quality of Life, and Psychological Functioning in Transgender
Individuals: A Systematic Review', *Transgend Health,* 8 (2023), 6-21.

App.431

161    E. Vandenbussche, 'Detransition-Related Needs and Support: A Cross-Sectional Online Survey', *J Homosex,* 69 (2022), 1602-20.

162    Ljjj Vrouenraets, A. L. C. de Vries, M. Arnoldussen, S. E. Hannema, R. J. L. Lindauer, M. C. de Vries, and I. M. Hein, 'Medical Decision-Making Competence Regarding Puberty Suppression: Perceptions of Transgender Adolescents, Their Parents and Clinicians', *Eur Child Adolesc Psychiatry* (2022).

163    J. C. Wang, S. Peitzmeier, S. L. Reisner, M. B. Deutsch, J. Potter, D. Pardee, and J. M. W. Hughto, 'Factors Associated with Unsatisfactory Pap Tests among Sexually Active Trans Masculine Adults', *LGBT Health* (2023).

164    J. W. Wanta, J. D. Niforatos, E. Durbak, A. Viguera, and M. Altinay, 'Mental Health Diagnoses among Transgender Patients in the Clinical Setting: An All-Payer Electronic Health Record Study', *Transgend Health,* 4 (2019), 313-15.

165    A. A. White, A. Lin, X. Bickendorf, B. S. Cavve, J. K. Moore, A. Siafarikas, D. H. Strickland, and J. Leffler, 'Potential Immunological Effects of Gender-Affirming Hormone Therapy in Transgender People - an Unexplored Area of Research', *Ther Adv Endocrinol Metab,* 13 (2022), 20420188221139612.

166    C. M. Wiepjes, M. den Heijer, M. A. Bremmer, N. M. Nota, C. J. M. de Blok, B. J. G. Coumou, and T. D. Steensma, 'Trends in Suicide Death Risk in Transgender People: Results from the Amsterdam Cohort of Gender Dysphoria Study (1972-2017)', *Acta Psychiatr Scand,* 141 (2020), 486-91.

167    R. Withers, 'Transgender Medicalization and the Attempt to Evade Psychological Distress', *J Anal Psychol,* 65 (2020), 865-89.

168    S. Zwickl, L. Burchill, A. F. Q. Wong, S. Y. Leemaqz, T. Cook, L. M. Angus, K. Eshin, C. V. Elder, S. R. Grover, J. D. Zajac, and A. S. Cheung, 'Pelvic Pain in Transgender People Using Testosterone Therapy', *LGBT Health,* 10 (2023), 179-90.

App.432