UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,<br><br>Defendant - Appellant,<br><br>and<br><br>JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, et al.;<br><br>Defendants. | No. 24-142<br><br>D.C. No. 1:23-cv-00269-BLW<br>District of Idaho, Boise<br><br>ORDER |

The court has received appellant's emergency motion. The opposition to the motion is due January 23, 2024. The optional reply is due by noon Pacific Time, January 26, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT