No. 24-142

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends PENNY and PETER POE, et al.,

*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,

*Defendants-Appellant*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00269-BLW

**INDEX TO SUPPLEMENTAL APPENDIX TO PLAINTIFFS-APPELLEES' RESPONSE TO MOTION FOR STAY PENDING APPEAL**

Li Nowlin-Sohl (admitted only in WA)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
Lnowlin-sohl@aclu.org

Brad S. Karp
Alexia D. Korberg
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com

Richard Eppink
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop

Philip S. May
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

Jordan Orosz
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Dina Flores-Brewer
Paul Carlos Southwick (admitted only in Oregon)
Emily Myrei Croston (admitted only in the District of Columbia)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
dfloresbrewer@acluidaho.org
psouthwick@acluidaho.org
ecroston@acluidaho.org

*Attorneys for Plaintiffs-Appellees*

| Document Description | ECF No. (Dist. Ct.) | App. Page |
|---|---|---|
| | | |
| Expert Rebuttal Declaration of Jack Turban, MD, MHS | 70-4 | 671-719 |
| Expert Rebuttal Declaration of Kara Connelly, MD | 70-2 | 720-731 |
| Complaint for Declaratory and Injunctive Relief | 1 | 732-768 |