APPEAL NO. 24-142

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,
*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:23-cv-00269-BLW

## INDEX TO SUPPLEMENTAL APPENDIX TO APPELLANTS' RULE 27-3 EMERGENCY MOTION FOR STAY PENDING APPEAL

RAÚL R. LABRADOR
ATTORNEY GENERAL

ALAN HURST
SOLICITOR GENERAL

JOSHUA N. TURNER
CHIEF OF CONSTITUTIONAL LITIGATION AND POLICY

JAMES E. M. CRAIG
Chief, Civil Litigation and Constitutional Defense
OFFICE OF ATTORNEY GENERAL
700 W. Jefferson St., Suite 210
Boise, ID 83720
(208) 334-2400
alan.hurst@ag.idaho.gov
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov

JONATHAN A. SCRUGGS
HENRY W. FRAMPTON, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

JOHN J. BURSCH
LINCOLN DAVIS WILSON
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

DAVID H. THOMPSON
BRIAN W. BARNES
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Appellants*

| Document Description | ECF No. | App. Page |
|---|---|---|
| Deposition Transcript of Christine Brady, Ph.D. | 56-2 | 769–974 |
| Deposition Transcript of Jack Turban, M.D. | 74-2 | 975–1055 |