## APPEAL NO. 24-142

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,
*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,
*Defendants-Appellants,*

and

JAN M. BENNETTS, in official capacity as Ada County Prosecuting Attorney, et al.
*Defendants.*

On Appeal from the United States District Court
for the District of Idaho / Case No. 1:23-cv-00269-BLW

## EXCERPTS OF RECORD OF APPELLANTS
## INDEX VOLUME

RAÚL R. LABRADOR
ATTORNEY GENERAL

ALAN M. HURST
Solicitor General

JOSHUA N. TURNER
Chief, Constitutional Litigation and Policy

JAMES E. M. CRAIG
Chief, Civil Litigation and Constitutional Defense
OFFICE OF IDAHO ATTORNEY GENERAL
700 W. Jefferson St.
Boise, ID 83720
(208) 334-2400
alan.hurst@ag.idaho.gov
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov

JOHN J. BURSCH
LINCOLN DAVIS WILSON
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

JONATHAN A. SCRUGGS
HENRY W. FRAMPTON, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

DAVID H. THOMPSON
BRIAN W. BARNES
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Appellants*

| Document Description | ECF No. | ER No. |
|---|---|---|
| **VOLUME 1** | | |
| District of Idaho Memorandum Decision and Order denying Motion for Stay of Injunction Pending Appeal | 88 | 2-13 |
| District of Idaho Memorandum Decision and Order | 78 | 14-66 |
| **VOLUME 2** | | |
| Emergency Motion to Stay Injunction Pending Appeal | 80 | 68-68 |
| Deposition Transcript of Jack Turban, M.D. | 74-2 | 70-150 |
| Deposition Transcript of Kara Connelly, MD (pages 1-205) | 56-1 | 151-355 |
| **VOLUME 3** | | |
| Deposition Transcript of Kara Connelly, MD (pages 206-294) | 56-1 | 357-445 |
| Deposition Transcript of Christine Brady, Ph.D. | 56-2 | 446-651 |
| **VOLUME 4** | | |
| Expert Declaration of Daniel Weiss MD | 56-3 | 653-715 |
| Expert Report of James M. Cantor, PhD | 56-4 | 716-866 |
| Expert Declaration of Christine Brady, PhD | 44-1 | 867-895 |
| Expert Declaration of Kara Connelly, MD | 44-2 | 896-935 |

i

| VOLUME 5 | | |
|---|---|---|
| Declaration of Pam Poe in Support of Plaintiffs' Motion for a Preliminary Injunction | 32-2 | 937-944 |
| Declaration of Jane Doe in Support of Plaintiffs' Motion for a Preliminary Injunction | 32-4 | 945-952 |
| Expert Rebuttal Declaration of Jack Turban, MD, MHS | 70-4 | 953-1001 |
| Combined Memorandum of Law in Opposition to Motion for Preliminary Injunction and in Support of Motion to Dismiss | 56 | 1002-1040 |
| Notice of Appeal | 79 | 1041-1046 |
| HB 71 Statement of Purpose | | 1047 |
| Civil Docket for Case No. 1:23-cv-00269-BLW – United States District Court, District of Idaho | | 1048-1065 |