UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,<br><br>    Defendant - Appellant,<br><br>and<br><br>JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, et al.;<br><br>    Defendants. | No. 24-142<br><br>D.C. No.<br>1:23-cv-00269-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

The opening brief submitted by Appellant Raul Labrador is filed.

Within 7 days of this order, Appellant Raul Labrador must file 6 copies of

the brief in paper format bound with blue front cover pages. Each copy must

include certification at the end that the copy is identical to the electronic version.

The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Raul Labrador are filed.

Within 7 days of this order, Appellant Raul Labrador is ordered to file 3 copies of

the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT