# CIRCUIT RULE 27-3 CERTIFICATE

The undersigned certifies that the following is the information required by Circuit Rule 27-3:

(i)  Attorneys for the parties

<u>Counsel for Appellants Raúl Labrador, et al.</u>

Alan M. Hurst
Solicitor General
alan.hurst@ag.idaho.gov

Joshua N. Turner
Chief, Constitutional Litigation and Policy
josh.turner@ag.idaho.gov

James E. M. Craig
Chief, Civil Litigation and Constitutional Defense
james.craig@ag.idaho.gov

Idaho Office of the Attorney General
P.O. Box 83720
Boise, ID 83720
(208) 334-2400

John J. Bursch
Lincoln Davis Wilson
Alliance Defending Freedom
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

Jonathan A. Scruggs
Henry W. Frampton, IV
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

David H. Thompson
Brian W. Barnes
John D. Ramer
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Counsel for Appellees Pam Poe, et al.

Li Nowlin-Sohl
lnowlin-sohl@aclu.org
Leslie Cooper
lcooper@aclu.org
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Richard Eppink
ritchie@wrest.coop
Casey Parsons
casey@wrest.coop
David A. Deroin
david@wrest.coop
Wrest Collective
812 W. Franklin St.
Boise, ID 83702

Brad S. Karp
bkarp@paulweiss.com
Alexia D. Korberg
akorberg@paulweiss.com
Jackson Yates
jyates@paulweiss.com
Dana L. Kennedy
dkennedy@paulweiss.com
Paul, Wiess, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

ii

Eric Alan Stone
eric.stone@groombridgewu.com
Ariella C. Barel
ariella.barel@groombridgewu.com
Groombridge, Wu, Baughman and Stone LLP
565 5th Avenue, Suite 2900
New York, NY 10017
(332) 269-0030

Philip S. May
philip.may@groombridgewu.com
Groombridge, Wu, Baughman and Stone LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
(202) 505-5830

Jordan Orosz
jorosz@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

Dina Flores-Brewer
dfloresbrewer@acluidaho.org
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

(ii)    Facts showing the existence and nature of the emergency

Idaho's Vulnerable Child Protection Act (VCPA) was scheduled to take effect on January 1, 2024. But on December 26, 2023, the district court enjoined the Attorney General from enforcing any provision of the Act against anyone—even though most of the Act's provisions have no effect on the Plaintiffs who sought the injunction. The district court's order is preventing Idaho from enforcing a law that protects vulnerable children from experimental and dangerous medical interventions.

iii

On January 30, 2024, a panel of this Court (Wardlaw, Paez, and Nguyen, JJ.) denied Idaho's emergency motion to stay the injunction. As explained below, emergency en banc reconsideration is necessary to prevent immediate irreparable harm to the public and to Idaho.

(iii)   Earlier filing.

This motion is being filed within eight days of the panel's denial of the Attorney General's emergency motion to stay the injunction.

(iv)   Notice to counsel.

Counsel confirmed by email on February 7, 2024, that Plaintiffs oppose the relief requested in this motion and oppose emergency consideration. Counsel will serve the motion on opposing counsel via the Court's electronic filing system.

(v)   Submission to the district court.

The Attorney General sought relief in the district court, which the court denied on January 16, 2024.

/s/ Alan M. Hurst

Alan M. Hurst
*Counsel for Appellants*

February 7, 2024

iv