|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | FEB 9 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;

        Plaintiffs - Appellees,

 v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,

        Defendant - Appellant,

and

JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, et al.;

        Defendants.

No. 24-142

D.C. No. 1:23-cv-00269-BLW
District of Idaho, Boise

ORDER

Before: WARDLAW, PAEZ, and NGUYEN, Circuit Judges.

The motion for reconsideration en banc of the court's January 30, 2024 order (Docket Entry No. 30) is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

The existing briefing schedule remains in effect.