**FILED**

FEB 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,<br><br>        Defendant - Appellant,<br><br>and<br><br>JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, et al.;<br><br>        Defendants. | No. 24-142<br><br>D.C. No. 1:23-cv-00269-BLW<br>District of Idaho, Boise<br><br>ORDER |

The amicus brief submitted by James Dobson Family Institute is filed.

Within 7 days of this order, amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT