APPEAL NO. 24-142
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,
*Plaintiffs-Appellees*,

v.

Raúl LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,
*Defendants-Appellants*,

and

JAN M. BENNETTS, in official capacity as Ada County Prosecuting Attorney, et al.
*Defendants.*

On Appeal from the United States District Court
for the District of Idaho / Case No. 1:23-cv-00269-BLW

## SUPPLEMENTAL EXCERPTS OF RECORD OF APPELLEES
## INDEX VOLUME

Li Nowlin-Sohl
(admitted only in Washington)
Chase B. Strangio
James D. Esseks
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Richard Eppink
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop

Brad S. Karp
Alexia D. Korberg
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com

Eric Alan Stone
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0034
eric.stone@groombridgewu.com

| | | |
|---|---|---|
| Philip S. May<br>GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP<br>801 17th St. NW, Suite 1050<br>Washington, DC 20006<br>Tel: (202) 505-5830<br>philip.may@groombridgewu.com | Jordan E. Orosz<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: (202) 223-7300<br>jorosz@paulweiss.com | Dina Flores-Brewer<br>Paul Carlos Southwick<br>(admitted only in Oregon)<br>Emily Myrei Croston<br>(admitted only in the District of Columbia)<br>ACLU OF IDAHO FOUNDATION<br>P.O. Box 1897<br>Boise, ID 83701<br>Tel: (208) 344-9750<br>dfloresbrewer@acluidaho.org<br>psouthwick@acluidaho.org<br>ecroston@acluidaho.org |

*Counsel for Appellees*

| Document Description | ECF No. | ER No. |
|---|---|---|
| **VOLUME 1** | | |
| Expert Rebuttal Declaration Of Christine Brady, PhD | 70-3 | 3-11 |
| Expert Rebuttal Declaration Of Kara Connelly, MD | 70-2 | 12-23 |
| *Matsumoto* v. *Labrador*, No. 1:23-cv-00323 - Defendant's Opposition To Plaintiffs' Motion For A Temporary Restraining Order | 70-1.C | 24-60 |
| Deposition Transcript of Daniel Weiss, M.D. (pages 1-230) | 70-1.B | 61-290 |
| **VOLUME 2** | | |
| Deposition Transcript of Daniel Weiss, M.D. (pages 231-349) | 70-1.B | 293-411 |
| Deposition Transcript of James M. Cantor, PhD (pages 1-150) | 70-1.A | 412-561 |
| **VOLUME 3** | | |
| Deposition Transcript of James M. Cantor, PhD (pages 151-310) | 70-1.A | 564-723 |
| Declaration of Ariella Barel (Barel Decl.), Ex. D, E | 32-8 | 724-731 |
| Declaration of Joan Doe in Support of Plaintiffs' Motion for a Preliminary Injunction | 32-5 | 732-739 |
| Declaration of Penny Poe in Support of Plaintiffs' Motion for a Preliminary Injunction | 32-3 | 740-747 |

i