No. 24-142

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends PENNY and
PETER POE, et al.,

*Plaintiffs-Appellees,*

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the
State of Idaho, et al.,

*Defendants-Appellant.*

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00269-BLW

**BRIEF OF *AMICI CURIAE* AMERICAN ACADEMY OF PEDIATRICS
AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL
HEALTH ORGANIZATIONS IN SUPPORT OF APPELLEES**

Cortlin H. Lannin (clannin@cov.com)
*Counsel of Record*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000

D. Jean Veta (jveta@cov.com)
William R. Isasi (wisasi@cov.com)
Emily Mondry (emondry@cov.com)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Tenth Circuit Rule 26.1, the undersigned counsel for the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the Association of American Medical Colleges ("AAMC"), the American Psychiatric Association ("APA"), Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC"), the Endocrine Society ("ES"), the Idaho Chapter of the American Academy of Pediatrics ("ICAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") certify that:

ii

1.     AAP, the Academic Pediatric Association, AACAP, AAFP, AAN, GLMA, ACOG, ACOP, ACP, AAMC, AMA, APS, APA, AMSPDC, ES, ICAAP, NAPNAP, PES, SPU, SAHM, SPR, SPN, and WPATH, respectively, have no parent corporation.

2.     No corporations hold any stock in AAP, the Academic Pediatric Association, AACAP, AAFP, AAN, GLMA, ACOG, ACOP, ACP, AAMC, AMA, APS, APA, AMSPDC, ES, ICAAP, NAPNAP, PES, SPU, SAHM, SPR, SPN, and WPATH.

**TABLE OF CONTENTS**

STATEMENT OF INTEREST OF *AMICI CURIAE* ................................................. 1

INTRODUCTION ................................................................................................. 3

ARGUMENT ........................................................................................................ 5

I.     Understanding Gender Identity and Gender Dysphoria. ................................ 6

II.    The Widely Accepted Guidelines for Treating Adolescents with
Gender Dysphoria Provide for Gender-Affirming Medical Care When
Indicated ..................................................................................................... 8

       A.    The Gender Dysphoria Treatment Guidelines Include Thorough
Mental Health Assessments and, for Some Adolescents,
Gender-Affirming Medical Care. ....................................................... 8

            1.    The Guidelines Do Not Recommend Gender-Affirming
Medical Care for Prepubertal Children. ..................................... 9

            2.    A Robust Diagnostic Assessment Is Required Before
Gender-Affirming Medical Care Is Provided. ......................... 10

            3.    In Certain Circumstances, the Guidelines Provide for the
Use of Gender-Affirming Medical Care to Treat
Adolescents With Gender Dysphoria. ..................................... 11

       B.    The Guidelines for Treating Gender Dysphoria Were
Developed Through a Robust and Transparent Process,
Employing the Same Scientific Rigor That Underpins Other
Medical Guidelines. .......................................................................... 15

       C.    Scientific Evidence Indicates the Effectiveness of Treating
Gender Dysphoria According to the Guidelines. ............................... 17

III.   Appellants and the Idaho Legislature Makes Factually Inaccurate
Claims To Support the Healthcare Ban ...................................................... 20

IV.    The Healthcare Ban Would Irreparably Harm Many Adolescents With
       Gender Dysphoria By Denying Them the Treatment They Need................ 23

CONCLUSION ....................................................................................................... 24

# TABLE OF AUTHORITIES

**Page(s)**

**Statutes**

Idaho H.B. 71 §§ (2), (10), 67th Legis. (2023) ..........................................................2

**Other Authorities**

Christal Achille et al., *Longitudinal Impact of Gender-Affirming Endocrine Intervention on The Mental Health and Wellbeing of Transgender Youths: Preliminary Results*, 8 INT'L J PEDIATRIC ENDOCRINOLOGY 1 (2020)...........................................................................17, 18

Stewart L. Adelson, *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Non-Conformity, and Gender Discordance in Children and Adolescents*, 51 J. AM. ACAD. CHILD & ADOLESCENT PSYCHIATRY 957 (2020) ...........................................22

Zoe Aldridge et al., *Long Term Effect of Gender Affirming Hormone Treatment on Depression and Anxiety Symptoms in Transgender People: A Prospective Cohort Study*, 9 ANDROLOGY 1808 (2021)....................18

Luke R. Allen et al., *Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones*, 7(3) CLINICAL PRAC. PEDIATRIC PSYCH. 302 (2019) ......................................................18, 19, 20

Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders: DSM-5 – TR* (2022) ....................................................................7

Am. Psychological Ass'n, *APA Resolution on Gender Identity Change Efforts* (Feb. 2021)....................................................................................6

Am. Psychological Ass'n, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, 70(9) AMERICAN PSYCHOLOGIST 832 (2015)...................................................................6

Susan D. Boulware et al., *Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims* (Apr. 28, 2022) ....................................................................23

vi

Polly Carmichael et al., *Short-Term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People With Persistent Gender Dysphoria in the UK*, 16(2) PLoS ONE e0243894 (2021) ............................................................17

Diane Chen et al., *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*, 388(3) NEW ENG. J. MED 240 (2023) .........18, 19, 24

Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People*, 23 Int'l J. Transgender Health S1 (8th ed. 2022) ....................................................................*passim*

F. Comite et al., *Short-Term Treatment of Idiopathic Precocious Puberty with a Long-Acting Analogue of Luteinizing Hormone-Releasing Hormone — A Preliminary Report*, 305 NEW ENG. J. MED. 1546 (1981) .........................................................13

Rosalia Costa et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12(11) J. SEXUAL MED. 2206 (2015) ...............................................17

Annelou L.C. de Vries et al., *Puberty Suppression In Adolescents With Gender Identity Disorder: A Prospective Follow-Up Study*, 8(8) J. SEXUAL MED. 2276 (2011) ........................................17, 20

Annelou L.C. de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression And Gender Reassignment*, 134(4) PEDIATRICS 696 (2014) ....................................17, 18, 20

Endocrine Soc'y, *Transgender Health: An Endocrine Society Position Statement* (2020) ..............................................................8

Endocrine Soc'y, *Guideline Methodology* ..............................................16

Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, J. ADOLESCENT HEALTH (2021) .....................................................................18

Gordon Guyatt et al., *GRADE Guidelines: 1. Introduction - GRADE Evidence Profiles and Summary of Findings Tables*, 64 J. CLINICAL EPIDEMIOLOGY 383 (2011) ...................................15, 16

vii

Gordon H. Guyatt et al., *GRADE: An Emerging Consensus on Rating Quality of Evidence and Strength of Recommendations*, 336 BMJ 924 (2008) ..................................................................................16

Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 102(11) J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (Nov. 2017) ................................*passim*

Jody L. Herman et al., *Ages of Individuals Who Identify as Transgender in the United States*, Williams Inst. (Jan. 2017) .............................6

Michael S. Irwig, *Detransition Among Transgender and Gender-Diverse People—An Increasing and Increasingly Complex Phenomenon*, J. CLINICAL ENDOCRINOLOGY & METABOLISM 1 (June 2022) ..................................................................................22

Michelle M. Johns et al., *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students–19 States and Large Urban School Districts, 2017*, U.S. Dep't of Health and Human Servs., Centers for Disease Control & Prevention, 68 MORBIDITY & MORTALITY WKLY. REP. 67 (2019) ........................................8, 23

Rittakerttu Kaltiala et al., *Adolescent Development And Psychosocial Functioning After Starting Cross-Sex Hormones For Gender Dysphoria*, 74(3) NORDIC J. PSYCHIATRY 213 (2020) ........................................18

Brayden N. Kameg & Donna G. Nativio, *Gender Dysphoria In Youth: An Overview For Primary Care Providers*, 30(9) J. AM. ASSOC. NURSE PRAC. 493 (2018) ..........................................................................7

Laura E. Kuper, et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145(4) PEDIATRICS e20193006 (2020) 6........................................17, 18

Diego Lopez de Lara et al., *Psychosocial Assessment in Transgender Adolescents*, 93(1) ANALES DE PEDIATRIA 41 (English ed. 2020) ......................18

James L. Madara, *AMA to States: Stop Interfering in Healthcare of Transgender Children*, Am. Med. Ass'n (Apr. 26, 2021) ....................................6

Christy Mallory et al., *Conversion Therapy and LGBT Youth*, Williams Inst. (June 2019)...................................................................4

Simona Martin et al., *Criminalization of Gender-Affirming Care—Interfering with Essential Treatment for Transgender Children and Adolescents*, 385 NEW ENG. J. MED. 579 (2021) .......................................*passim*

Anna I.R. van der Miesen, *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers*, 66(6) J. ADOLESCENT HEALTH 699 (2020)...............................................................17

M. Hassan Murad et al., *Hormonal Therapy and Sex Reassignment: A Systematic Review and Meta-Analysis of Quality of Life and Psychosocial Outcomes*, 72(2) CLINICAL ENDOCRINOLOGY 214 (Feb. 2010)...................................................................24

Amit Paley, *The Trevor Project 2020 National Survey*...........................................7

Ken C. Pang et al., *Long-term Puberty Suppression for a Nonbinary Teenager*, 145(2) PEDIATRICS e20191606 (2019) ...............................................13

Jason Rafferty, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) PEDIATRICS e20182162 (2018)...................................................4

Stephen M. Rosenthal, *Challenges in the Care of Transgender and Gender-Diverse Youth: An Endocrinologist's View*, 17(10) NATURE REV. ENDOCRINOLOGY 581 (Oct. 2021) .......................................20, 22

Annemieke S. Staphorsius et al., *Puberty Suppression and Executive Functioning: An Fmri-Study in Adolescents with Gender Dysphoria*, 6 PSCYHONEUROENDOCRINOLOGY 190 (2015)................................13

Diana M. Tordoff et al., *Mental Health Outcomes In Transgender And Nonbinary Youths Receiving Gender-Affirming Care*, 5(2) JAMA NETWORK OPEN e220978 (2022) ...............................................17, 18

Jack L. Turban et al., *Access To Gender-Affirming Hormones During Adolescence and Mental Health Outcomes Among Transgender Adults*, J. PLOS ONE (2022) .......................................18, 24

ix

Jack L. Turban et al., *Pubertal Suppression For Transgender Youth And Risk of Suicidal Ideation*, 145(2) PEDIATRICS e20191725 (2020) ...........................................................................................17, 19

x

## STATEMENT OF INTEREST OF *AMICI CURIAE*

*Amici curiae* are the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the Association of American Medical Colleges, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Psychiatric Association, the American Pediatric Society, the Association of Medical School Pediatric Department Chairs, the Endocrine Society, the Idaho Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, the Societies for Pediatric Urology, and the World Professional Association for Transgender Health (collectively, "*amici*").[1]

*Amici* are professional medical and mental health organizations seeking to

---

[1] All parties consent to the filing of this brief. *Amici* affirm that no person other than *amici*, their staff, or their counsel made any monetary contributions intended to fund the preparation or submission of this brief.

1

ensure that all adolescents, including those with gender dysphoria, receive the optimal medical and mental health care they need and deserve. *Amici* represent thousands of healthcare providers who have specific expertise with the issues raised in this brief. The Court should consider *amici*'s brief because it provides important expertise and addresses misstatements about the treatment for transgender adolescents.

**INTRODUCTION**

On April 4, 2023, Idaho Governor Brad Little signed H.B. 71 (the "Healthcare Ban"), enacting a law that effectively bans healthcare providers from providing patients under 18 with critical, medically necessary, evidence-based treatments for gender dysphoria, and makes the provision of such treatments a felony.[2] Denying such evidence-based medical care to adolescents who meet the requisite medical criteria puts them at risk of significant harm. Below, *amici* provide the Court with an accurate description of the relevant treatment guidelines and summarize the scientific evidence supporting the medical interventions for adolescents prohibited by the Healthcare Ban.[3]

Gender dysphoria is a clinical condition that is marked by distress due to an incongruence between the patient's gender identity (i.e., the innate sense of oneself as being a particular gender) and sex assigned at birth. This incongruence can lead to clinically significant distress and impair functioning in many aspects of the

---

[2] Idaho H.B. 71 § (2)(c), 67th Legis. (2023) bans treatments that delay or stop puberty or include certain hormone therapy which, as discussed in this brief, are medical necessary care for certain adolescents with gender dysphoria, and makes the provision of such treatments a felony.

[3] In this brief, the term "gender-affirming medical care" refers to the use of gonadotropin-releasing hormone (GnRH) analogues and/or hormone therapy to treat gender dysphoria. Because this brief focuses primarily on adolescents, it does not discuss surgeries that are typically available to transgender adults.

3

patient's life.[4]  If not treated, or treated improperly, gender dysphoria can result in debilitating anxiety, depression, and self-harm, and is associated with higher rates of suicide.  As such, the effective treatment of gender dysphoria saves lives.

The widely accepted recommendation of the medical community, including that of the respected professional organizations participating here as *amici*, is that the well-accepted protocol for treating gender dysphoria is "gender-affirming care."[5]  Gender-affirming care is care that supports an individual with gender dysphoria as they explore their gender identity—in contrast with efforts to change the individual's gender identity to match their sex assigned at birth, which are known to be ineffective and harmful.[6]  For adolescents with persistent gender dysphoria that worsens with the onset of puberty, gender-affirming care may include medical care to align their physiology with their gender identity.  Empirical evidence indicates

---

[4] *See*, *e.g.*, Jason Rafferty, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) PEDIATRICS e20182162, at 2–3, tbl.1 (2018) [hereinafter, "AAP Policy Statement"], https://perma.cc/DB5G-PG44.  The American Academy of Pediatrics recently voted to reaffirm the AAP Policy Statement.  *See* Alyson Sulaski Wyckoff, Am. Academy of Pediatrics, *AAP Reaffirms Gender-Affirming Care Policy, Authorizes Systematic Review of Evidence to Guide Update* (Aug. 4, 2023), https://perma.cc/XS4B-WBLH.  AAP's review and reaffirmation was undertaken as part of its normal procedures to perform such reviews on a five-year basis.

[5] AAP Policy Statement, *supra* note 4, at 10.

[6] *See, e.g.*, Christy Mallory et al., *Conversion Therapy and LGBT Youth*, Williams Inst. (June 2019), https://perma.cc/HXY3-UX2J.

that gender-affirming care, including gender-affirming medical care provided to carefully evaluated patients who meet diagnostic criteria, can alleviate clinically significant distress and lead to significant improvements in the mental health and overall well-being of adolescents with gender dysphoria.[7]

The Healthcare Ban disregards this medical evidence by precluding healthcare providers from providing adolescent patients with treatments for gender dysphoria in accordance with the well-accepted protocol. Accordingly, *amici* urge this Court to affirm the district court's preliminary injunction.

## ARGUMENT

This brief first provides background on gender identity and gender dysphoria. It then describes the professionally accepted medical guidelines for treating gender dysphoria as they apply to adolescents, the scientifically rigorous process by which these guidelines were developed, and the evidence that supports the effectiveness of this care for adolescents with gender dysphoria. Next, the brief explains that the Idaho Legislature makes a number of inaccurate claims to support the Healthcare Ban. Finally, the brief explains how the Healthcare Ban would irreparably harm

---

[7] *See* Simona Martin et al., *Criminalization of Gender-Affirming Care—Interfering with Essential Treatment for Transgender Children and Adolescents*, 385 NEW ENG. J. MED. 579, 580 (2021), https://perma.cc/BR4F-YLZS (providing an overview of the scientific basis underlying gender-affirming care and its demonstrated effectiveness in "alleviat[ing] gender dysphoria").

adolescents with gender dysphoria by denying crucial care to those who need it.

## I.    Understanding Gender Identity and Gender Dysphoria.

A person's gender identity is a person's deep internal sense of belonging to a particular gender.[8] Most people have a gender identity that aligns with their sex assigned at birth.[9] However, transgender people have a gender identity that does not align with their sex assigned at birth.[10] In the United States, it is estimated that approximately 1.4 million individuals are transgender.[11] Of these individuals, approximately 10% are teenagers aged 13 to 17.[12] Individuals often start to understand their gender identity during prepubertal childhood and adolescence.

Today, there is an increasing understanding that being transgender is a normal variation of human identity.[13] However, many transgender people suffer from

---

[8] AAP Policy Statement, *supra* note 4, at 2 tbl.1.

[9] *See* Am. Psychological Ass'n, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, 70(9) AMERICAN PSYCHOLOGIST 832, 862 (2015), https://perma.cc/6HR2-9KCM.

[10] *See id.* at 832.

[11] *See* Jody L. Herman et al., *Ages of Individuals Who Identify as Transgender in the United States*, Williams Inst., at 2 (Jan. 2017), https://perma.cc/C4TA-NR25.

[12] *See id.* at 3.

[13] James L. Madara, *AMA to States: Stop Interfering in Healthcare of Transgender Children*, Am. Med. Ass'n (Apr. 26, 2021), https://perma.cc/BKS6-QFQ8; *see also* Am. Psychological Ass'n, *APA Resolution on Gender Identity Change Efforts*, 4 (Feb. 2021), https://perma.cc/M22K-PBUZ.

gender dysphoria, a serious medical condition in which the patient experiences significant distress that can lead to "impairment in peer and/or family relationships, school performance, or other aspects of their life."[14]  Gender dysphoria is a formal diagnosis under the American Psychiatric Association's Diagnostic and Statistical Manual (DSM-5-TR).[15]

If untreated or inadequately treated, gender dysphoria can cause depression, anxiety, self-harm, and suicidality.[16]  Indeed, over 60% of transgender adolescents and young adults reported having engaged in self-harm during the preceding 12 months, and over 75% reported symptoms of generalized anxiety disorder in the preceding two weeks.[17]  Even more troubling, more than 50% of this population reported having seriously considered attempting suicide,[18] and more than one in three transgender adolescents reported having attempted suicide in the preceding

---

[14] AAP Policy Statement, *supra* note 4, at 3.

[15] *See* Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders: DSM-5-TR* at 512–13 (2022).

[16] *See* Brayden N. Kameg & Donna G. Nativio, *Gender Dysphoria In Youth: An Overview For Primary Care Providers*, 30(9) J. AM. ASSOC. NURSE PRAC. 493 (2018), https://pubmed.ncbi.nlm.nih.gov/30095668.

[17] *See* Amit Paley, *The Trevor Project 2020 National Survey*, at 1, https://perma.cc/JB6T-49XF.

[18] *See id*. at 2.

12 months.[19]

## II. The Widely Accepted Guidelines for Treating Adolescents with Gender Dysphoria Provide for Gender-Affirming Medical Care When Indicated.

The widely accepted view of the professional medical community is that gender-affirming care is the appropriate treatment for gender dysphoria and that, for some adolescents, gender-affirming medical care is necessary.[20] This care greatly reduces the negative physical and mental health consequences that result when gender dysphoria is untreated.[21]

### A. The Gender Dysphoria Treatment Guidelines Include Thorough Mental Health Assessments and, for Some Adolescents, Gender-Affirming Medical Care.

The treatment protocols for gender dysphoria are laid out in established, evidence-based clinical guidelines: (i) the Endocrine Society Clinical Practice Guideline for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons, and (ii) the WPATH Standards of Care for the Health of Transgender and

---

[19] *See* Michelle M. Johns et al., *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students–19 States and Large Urban School Districts*, *2017*, U.S. Dep't of Health and Human Servs., Centers for Disease Control & Prevention, 68 MORBIDITY & MORTALITY WKLY. REP. 67, 70 (2019), https://perma.cc/7ZKM-F4SS.

[20] *See, e.g.*, Endocrine Soc'y, *Transgender Health: An Endocrine Society Position Statement* (2020), https://perma.cc/7L4P-VWME.

[21] *See id.*

8

Gender-Diverse People (together, the "Guidelines").[22] The Guidelines have been developed by expert clinicians and researchers who have worked with patients with gender dysphoria for many years.

The Guidelines provide that all youth with gender dysphoria should be evaluated, diagnosed, and treated by a qualified health care professional ("HCP"). Further, the Guidelines provide that each patient who receives gender-affirming care should receive only evidence-based, medically necessary, and appropriate care that is tailored to the patient's individual needs.

### 1. The Guidelines Do Not Recommend Gender-Affirming Medical Care for Prepubertal Children.

For prepubertal children with gender dysphoria, the Guidelines provide for mental health care and support for the child and their family, such as through psychotherapy and social transitioning.[23] The Guidelines do *not* recommend that prepubertal children with gender dysphoria receive gender-affirming medical care

---

[22] Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 102(11) J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (Nov. 2017) [hereinafter, "Endocrine Soc'y Guidelines"], https://perma.cc/34KY-2LDF; Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People* 23 Int'l J. Transgender Health S1 (8th ed. 2022) [hereinafter, "WPATH Guidelines"], https://perma.cc/7SU3-RPK9.

[23] *See* WPATH Guidelines, *supra* note 22, at S73–S74; Endocrine Soc'y Guidelines, *supra* note 22, at 3877–78.

or surgeries.[24]

### 2. A Robust Diagnostic Assessment Is Required Before Gender-Affirming Medical Care Is Provided.

In contrast to prepubertal children, the Guidelines do contemplate the possibility that transgender adolescents with gender dysphoria could receive gender-affirming medical care, provided certain criteria are met. According to the Guidelines, gender-affirming medical care should be provided only after a thorough evaluation by a HCP who: (1) is licensed by their statutory body and holds a master's degree or equivalent in a relevant clinical field; (2) has expertise and received theoretical and evidence-based training in child, adolescent, and family mental health; (3) has expertise and received training in gender identity development, gender diversity in children and adolescents, can assess capacity to consent, and possesses knowledge about gender diversity across the life span; (4) has expertise and received training in autism spectrum disorders and other neurodevelopmental presentations, or collaborates with a developmental disability expert when working with neurodivergent patients; and (5) continues engagement in professional development in areas relevant to gender diverse children, adolescents,

---

[24] *See* WPATH Guidelines, *supra* note 22, at S64, S67; Endocrine Soc'y Guidelines, *supra* note 22, at 3871.

10

and families.[25]

Prior to developing a treatment plan, the HCP should conduct a "comprehensive biopsychosocial assessment" of the adolescent patient.[26]  The HCP conducts this assessment to "understand the adolescent's strengths, vulnerabilities, diagnostic profile, and unique needs," so that the resulting treatment plan is appropriately individualized.[27]  This assessment must be conducted collaboratively with the patient and their caregiver(s).[28]

### 3.    In Certain Circumstances, the Guidelines Provide for the Use of Gender-Affirming Medical Care to Treat Adolescents With Gender Dysphoria.

For youths with gender dysphoria that continues into adolescence—after the onset of puberty—the Guidelines provide that, in addition to mental health care, gender-affirming medical care may be indicated.  Before an adolescent may receive any gender-affirming medical care for treating gender dysphoria, the Guidelines collectively provide that a qualified HCP must determine that:  (1) the adolescent meets the diagnostic criteria of gender dysphoria or gender incongruence according

---

[25] *See* WPATH Guidelines, *supra* note 22, at S49.

[26] *Id.* at S50.

[27] *Id.*

[28] *Id.*

11

to an established taxonomy;[29] (2) the adolescent has demonstrated a sustained and persistent pattern of gender nonconformity or gender dysphoria; (3) the adolescent has demonstrated the emotional and cognitive maturity required to provide informed consent for treatment; (4) any coexisting psychological, medical, or social problems that could interfere with diagnosis, treatment, or the adolescent's ability to consent have been addressed; (5) the adolescent has been informed of the reproductive effects of treatment in the context of their stage in pubertal development and discussed fertility preservation options; and (6) the adolescent has reached Tanner stage 2 of puberty to initiate pubertal suppression.[30]    Further, a pediatric endocrinologist or other clinician experienced in pubertal assessment must (7) agree with the indication for treatment, (8) confirm the patient has started puberty, and (9) confirm that there are no medical contraindications.[31]

If all of the above criteria are met, and the patient and their parents provide informed consent, gonadotropin-releasing hormone (GnRH) analogues, or "puberty blockers," may be offered beginning at the onset of puberty.[32]    The purpose of

---

[29] Endocrine Soc'y Guidelines, *supra* note 22, at 3876; WPATH Guidelines, *supra* note 22, at S47, S48.

[30] WPATH Guidelines, *supra* note 22, at S59–65.

[31] Endocrine Soc'y Guidelines, *supra* note 22, at 3878 tbl.5.

[32] WPATH Guidelines, *supra* note 22, at S64; Martin, *supra* note 7, at 2..

puberty blockers is to delay pubertal development until adolescents are old enough and have had sufficient time to make more informed decisions about whether to pursue further treatments.[33]  Puberty blockers also can make pursuing transition later in life easier, because they prevent irreversible bodily changes such as protrusion of the Adam's apple or breast growth.[34]  Puberty blockers have well-known efficacy and side-effect profiles.[35]  Their effects are generally reversible, and when a patient discontinues their use, the patient resumes endogenous puberty.[36]  In fact, puberty blockers have been used by pediatric endocrinologists for more than 40 years for the treatment of precocious puberty.[37]  The risks of any serious adverse effects from puberty blockers are exceedingly rare when provided under clinical supervision.[38]

---

[33] WPATH Guidelines, *supra* note 22, at S112.

[34] *See* AAP Policy Statement, *supra* note 4, at 5.

[35] *See* Martin, *supra* note 7, at 2.

[36] *See id.*

[37] *See* F. Comite et al., *Short-Term Treatment of Idiopathic Precocious Puberty with a Long-Acting Analogue of Luteinizing Hormone-Releasing Hormone — A Preliminary Report*, 305 NEW ENG. J. MED. 1546 (1981).

[38] *See, e.g.*, Annemieke S. Staphorsius et al., *Puberty Suppression and Executive Functioning: An Fmri-Study in Adolescents with Gender Dysphoria*, 6 PSCYHONEUROENDOCRINOLOGY 190 (2015), https://pubmed.ncbi.nlm.nih.gov/25837854 (no adverse impact on executive functioning); Ken C. Pang et al., *Long-term Puberty Suppression for a Nonbinary Teenager*, 145(2) PEDIATRICS e20191606 (2019), https://perma.cc/VP47-UA9M (exceedingly low risk of delayed bone mineralization from hormone treatment).

Later in adolescence—and if the criteria below are met—hormone therapy may be used to initiate puberty consistent with the patient's gender identity.[39] Hormone therapy involves using gender-affirming hormones to allow adolescents to develop secondary sex characteristics consistent with their gender identity.[40] Hormone therapy is only prescribed when a qualified mental health professional has confirmed the persistence of the patient's gender dysphoria, the patient's mental capacity to consent to the treatment, and that any coexisting problems have been addressed.[41] A pediatric endocrinologist or other clinician experienced in pubertal induction must also agree with the indication, and the patient and their parents or guardians must be informed of the potential effects and side effects and give their informed consent.[42] Although some of the changes caused by hormone therapy become irreversible after those secondary sex characteristics are fully developed, others are partially reversible if the patient discontinues use of the hormones.[43]

The Guidelines contemplate that the prescription of puberty blockers and/or hormone therapy be coupled with education on the safe use of such medications and

---

[39] Martin, *supra* note 7, at 2.

[40] *See* AAP Policy Statement, *supra* note 4, at 6.

[41] Endocrine Soc'y Guidelines, *supra* note 22, at 3878 tbl.5.

[42] *See id*.

[43] *See* AAP Policy Statement, *supra* note 4, at 5–6.

14

close monitoring to mitigate any potential risks.[44] Decisions regarding the appropriate treatment for each patient with gender dysphoria are made in consultation with the patient, their parents or guardians, and the medical and mental health care team. There is "no-one-size-fits-all approach to this kind of care."[45]

### B. The Guidelines for Treating Gender Dysphoria Were Developed Through a Robust and Transparent Process, Employing the Same Scientific Rigor That Underpins Other Medical Guidelines.

The Guidelines are the product of careful and robust deliberation following the same types of processes—and subject to the same types of rigorous requirements—as other guidelines promulgated by *amici* and other medical organizations.

For example, the Endocrine Society's Guidelines were developed following a 26-step, 26-month drafting, comment, and review process.[46] The Endocrine Society imposes strict evidentiary requirements based on the internationally recognized Grading of Recommendations Assessment, Development and Evaluation (GRADE) system.[47] That GRADE assessment is then reviewed, re-reviewed, and reviewed

---

[44] *See* Endocrine Soc'y Guidelines, *supra* note 22, at 3871, 3876.

[45] Martin, *supra* note 7, at 1.

[46] *See, e.g.*, Endocrine Soc'y Guidelines, *supra* note 22, at 3872–73 (high-level overview of methodology).

[47] *See* Gordon Guyatt et al., *GRADE Guidelines: 1. Introduction - GRADE Evidence* (continued…)

15

again by multiple, independent groups of professionals.[48]  Reviewers are subject to strict conflict of interest rules, and there is ample opportunity for feedback and debate through the years-long review process.[49]  Further, the Endocrine Society continually reviews its own guidelines and recently determined that the 2017 transgender care guidelines continue to reflect the best, most up-to-date available evidence.

First published in 1979, the WPATH Standards of Care are currently in their 8th Edition.  The current Standards of Care are the result of a robust drafting, comment, and review process that collectively took five years.[50]  The draft guidelines went through rigorous review and were publicly available for discussion and debate, receiving a total of 2,688 comments.[51]  119 authors were ultimately involved in the final draft, including feedback from experts in the field as well as from transgender individuals and their families.[52]

---

*Profiles and Summary of Findings Tables*, 64 J. CLINICAL EPIDEMIOLOGY 383 (2011), https://perma.cc/66FA-6MT6; Gordon H. Guyatt et al., *GRADE: An Emerging Consensus on Rating Quality of Evidence and Strength of Recommendations*, 336 BMJ 924 (2008), https://perma.cc/4J7F-3Z62.

[48] Endocrine Soc'y, *Guideline Methodology*, https://perma.cc/9NK4-HNNX.

[49] *See id*.

[50] *See* WPATH Guidelines, *supra* note 22, at S247-51.

[51] *See id*.

[52] *See id*.

16

### C. Scientific Evidence Indicates the Effectiveness of Treating Gender Dysphoria According to the Guidelines.

Multiple studies indicate that adolescents with gender dysphoria who receive gender-affirming medical care experience improvements in their overall well-being.[53] A number of studies have been published that investigated the use of puberty blockers on adolescents with gender dysphoria,[54] and/or the use of hormone

---

[53] *See* Martin, *supra* note 7, at 2.

[54] *See, e.g.*, Christal Achille et al., *Longitudinal Impact of Gender-Affirming Endocrine Intervention on The Mental Health and Wellbeing of Transgender Youths: Preliminary Results*, 8 INT'L J PEDIATRIC ENDOCRINOLOGY 1–5 (2020), https://perma.cc/K5SR-EE3G; Polly Carmichael et al., *Short-Term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People With Persistent Gender Dysphoria in the UK*, 16(2) PLOS ONE e0243894 (2021), https://doi.org/10.1371/journal.pone.0243894; Rosalia Costa et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12(11) J. SEXUAL MED. 2206–2214 (2015), https://pubmed.ncbi.nlm.nih.gov/26556015; Annelou L.C. de Vries et al., *Puberty Suppression In Adolescents With Gender Identity Disorder: A Prospective Follow-Up Study*, 8(8) J. SEXUAL MED. 2276–2283 (2011), https://pubmed.ncbi.nlm.nih.gov/20646177; Annelou L.C. de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression And Gender Reassignment*, 134(4) PEDIATRICS 696–704 (2014), https://pubmed.ncbi.nlm.nih.gov/25201798; Laura E. Kuper, et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145(4) PEDIATRICS e20193006 (2020), https://perma.cc/2HAT-GGFV; Jack L. Turban et al., *Pubertal Suppression For Transgender Youth And Risk of Suicidal Ideation*, 145(2) PEDIATRICS e20191725 (2020), https://perma.cc/B2UZ-YR3Q; Anna I.R. van der Miesen, *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers*, 66(6) J. ADOLESCENT HEALTH 699–704 (2020); Diana M. Tordoff et al., *Mental Health Outcomes In* (continued…)

17

therapy to treat adolescents with gender dysphoria.[55] These studies find positive mental health outcomes for those adolescents who received puberty blockers or hormone therapy, including statistically significant reductions in anxiety, depression, and suicidal ideation.[56]

---

*Transgender And Nonbinary Youths Receiving Gender-Affirming Care*, 5(2) JAMA NETWORK OPEN e220978 (2022), https://perma.cc/SBF4-B4D4.

[55] *See, e.g.*, Achille, *supra* note 54, at 1–5; Luke R. Allen et al., *Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones*, 7(3) CLINICAL PRAC. PEDIATRIC PSYCH. 302 (2019), https://psycnet.apa.org/record/2019-52280-009; Diane Chen et al., *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*, 388(3) NEW ENG. J. MED 240-50 (2023), https://www.nejm.org/doi/10.1056/NEJMoa2206297; Diego Lopez de Lara et al., *Psychosocial Assessment in Transgender Adolescents*, 93(1) ANALES DE PEDIATRIA 41–48 (English ed. 2020), https://perma.cc/AQ4G-YJ85; de Vries, *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, *supra* note 54; Rittakerttu Kaltiala et al., *Adolescent Development And Psychosocial Functioning After Starting Cross-Sex Hormones For Gender Dysphoria*, 74(3) NORDIC J. PSYCHIATRY 213 (2020), https://doi.org/10.1080/08039488.2019.1691260; Kuper, *supra* note 54; Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, J. ADOLESCENT HEALTH (2021), https://doi.org/10.1016/j.jadohealth.2021.10.036; Jack L. Turban et al., *Access To Gender-Affirming Hormones During Adolescence and Mental Health Outcomes Among Transgender Adults*, J. PLOS ONE (2022), https://doi.org/10.1371/journal.pone.0261039.

[56] The data likewise indicates that adults who receive gender-affirming care experience positive mental health outcomes. *See, e.g.*, Zoe Aldridge et al., *Long Term Effect of Gender Affirming Hormone Treatment on Depression and Anxiety Symptoms in Transgender People: A Prospective Cohort Study*, 9 ANDROLOGY 1808–1816 (2021), https://perma.cc/543U-HL5P.

For example, a 2020 study analyzed survey data from 89 transgender adults who had access to puberty blockers while adolescents and from more than 3,400 transgender adults who did not.[57]  The study found that those who received puberty blocking treatment had lower odds of lifetime suicidal ideation than those who wanted puberty blocking treatment but did not receive it, even after adjusting for demographic variables and level of family support.[58]  Approximately *nine in ten* transgender adults who wanted puberty blocking treatment but did not receive it reported lifetime suicidal ideation.[59]  Additionally, a longitudinal study of nearly 50 transgender adolescents found that suicidality was decreased by a statistically significant degree after receiving gender-affirming hormone treatment.[60]  A study published in January 2023, following 315 participants age 12 to 20 who received gender-affirming hormone treatment, found that the treatment was associated with decreased symptoms of depression and anxiety.[61]

As another example, a prospective two-year follow-up study of adolescents with gender dysphoria published in 2011 found that treatment with puberty blockers

---

[57] *See* Turban, *supra* note 54.

[58] *See id.*

[59] *See id.*

[60] *See* Allen, *supra* note 55.

[61] *See* Chen et al., *supra* note 55.

19

was associated with decreased depression and improved overall functioning.[62]  A six-year follow-up study of 55 individuals from the 2011 study found that subsequent treatment with hormone therapy followed by surgery in adulthood was associated with a statistically significant decrease in depression and anxiety.[63] "Remarkably, this study demonstrated that these transgender adolescents and young adults had a sense of well-being that was equivalent or superior to that seen in age-matched controls from the general population."[64]

As scientists and researchers, *amici* always welcome more research, including on this crucial topic.  However, the available data indicate that the gender-affirming medical care prohibited by the Healthcare Ban is effective for the treatment of gender dysphoria.

### III. Appellants and the Idaho Legislature Makes Factually Inaccurate Claims To Support the Healthcare Ban

The Idaho Legislature makes a number of inaccurate claims to support the

---

[62] *See* de Vries, *Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study*, *supra* note 54.

[63] de Vries, *Young Adult Psychological outcome After Puberty Suppression and Gender Reassignment*, *supra* note 54.

[64] Stephen M. Rosenthal, *Challenges in the Care of Transgender and Gender-Diverse Youth: An Endocrinologist's View*, 17(10) NATURE REV. ENDOCRINOLOGY 581, 586 (Oct. 2021), https://pubmed.ncbi.nlm.nih.gov/34376826.

Healthcare Ban.[65] For example, the legislature calls into question the efficacy of gender-affirming medical care while ignoring the available evidence regarding such care. As noted above, there are several scientific studies that find positive mental health outcomes for adolescents with gender dysphoria who receive puberty blockers or hormone therapy.[66] Thus, the available data support that these medical treatments are effective for the treatment of gender dysphoria.

The Idaho Legislature also asserts that "[g]ender dysphoria among children rarely persists into adulthood."[67]  However, the Idaho Legislature improperly conflates prepubertal children with adolescents, which is an important distinction. Prepubertal children are *not* eligible under the Guidelines for any of the gender-affirming medical care prohibited by the Healthcare Ban.[68]  There are *no* studies to support the proposition that adolescents with gender dysphoria are likely to later identify as their sex assigned at birth, whether they receive treatment or not.[69]

---

[65] Idaho H.B. 71 § (10), 67th Legis. (2023).

[66] See discussion in Section II.C supra.

[67] Idaho H.B. 71 § (10)(b), 67th Legis. (2023).

[68] The Guidelines endorse the use of gender-affirming medical care to treat only *adolescents* and *adults* with gender dysphoria, and only when the relevant criteria are met.  *See* Endocrine Soc'y Guidelines, *supra* note 22, at 3871, 3879; WPATH Guidelines, *supra* note 22, at S32, S48.

[69] *See, e.g.*, Stewart L. Adelson, *Practice Parameter on Gay, Lesbian, or Bisexual* (continued...)

On the contrary, "[l]ongitudinal studies have indicated that the emergence or worsening of gender dysphoria with pubertal onset is associated with a very high likelihood of being a transgender adult."[70]  Moreover, while detransitioning may occur in some cases for many reasons, detransitioning is not the same as regret.  The Idaho Legislature incorrectly assumes that an individual who detransitions—the definition of which varies from study to study[71]—must do so because they have come to identify with their sex assigned at birth.  This ignores the most common reported factors that contribute to a person's choice to detransition, such as pressure from parents and discrimination.[72]

In addition, while the percentage of adolescents seeking gender-affirming care has increased, that percentage remains very low—only 1.8% of high-school students

---

*Sexual Orientation, Gender Non-Conformity, and Gender Discordance in Children and Adolescents*, 51 J. AM. ACAD. CHILD & ADOLESCENT PSYCHIATRY 957, 964 (2020), https://perma.cc/S2Z4-DZMG ("In contrast, when gender variance with the desire to be the other sex is present in adolescence, this desire usually does persist through adulthood").

[70] Rosenthal, *supra* note 64, at 585.

[71] Michael S. Irwig, *Detransition Among Transgender and Gender-Diverse People—An Increasing and Increasingly Complex Phenomenon*, J. CLINICAL ENDOCRINOLOGY & METABOLISM 1, 1 (June 2022), https://pubmed.ncbi.nlm.nih.gov/35678284 ("Detransition refers to the stopping or reversal of transitioning which could be social (gender presentation, pronouns), medical (hormone therapy), surgical, or legal.").

[72] *See id.* (discussing "largest study to look at detransition").

22

identify as transgender.[73]  Further, research supports that this increase in adolescents seeking care is very likely the result of reduced social stigma and expanded care options.[74]

## IV.    The Healthcare Ban Would Irreparably Harm Many Adolescents With Gender Dysphoria By Denying Them the Treatment They Need.

If enforced, the Healthcare Ban will prevent adolescents with gender dysphoria in Idaho from accessing medical care that is designed to improve health outcomes and alleviate suffering, and that is grounded in science and endorsed by the medical community.  As discussed above in Part II.C, research shows that adolescents with gender dysphoria who receive puberty blockers and/or hormone therapy experience less depression, anxiety, and suicidal ideation.  Several studies have found that hormone therapy is associated with reductions in the rate of suicide attempts and significant improvement in quality of life.[75]  In light of this evidence

---

[73] *See* Michelle M. Johns et al., *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students — 19 States and Large Urban School Districts*, 2017, 68 MORBIDITY & MORTALITY WKLY. REP. 67, 68 (2019), https://pubmed.ncbi.nlm.nih.gov/30677012.

[74] *See* Susan D. Boulware et al., *Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims* 1, 20 (Apr. 28, 2022), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4102374.

[75] *See* M. Hassan Murad et al., *Hormonal Therapy and Sex Reassignment: A* (continued…)

23

supporting the connection between lack of access to gender-affirming care and lifetime suicide risk, banning such care can put patients' lives at risk.

## **CONCLUSION**

For the foregoing reasons, this Court should affirm the District Court's preliminary injunction.

Dated: March 12, 2024                Respectfully submitted,

                                     */s/ Cortlin H. Lannin*
                                     _____

D. Jean Veta                         Cortlin H. Lannin
William R. Isasi                     COVINGTON & BURLING LLP
Emily Mondry                         Salesforce Tower
COVINGTON & BURLING, LLP             415 Mission St., Suite 5400
One CityCenter                       San Francisco, CA 94105
850 Tenth St., N.W.                  Phone: (415) 591-6000
Washington, D.C. 20001               clannin@cov.com
Phone: (202) 662-6000
jveta@cov.com                        *Counsel for Amici Curiae*
wisasi@cov.com

_____

*Systematic Review and Meta-Analysis of Quality of Life and Psychosocial Outcomes*, 72 Clinical Endocrinology 214 (Feb. 2010), https://onlinelibrary.wiley.com/doi/10.1111/j.1365-2265.2009.03625.x; *see also* Chen et al., *supra* note 55; Turban et al., *supra* note 55.

24

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s)**

    I am the attorney or self-represented party.

    **This brief contains _____ words,** including _____ words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

    I certify that this brief *(select only one)*:

☐ complies with the word limit of Cir. R. 32-1.

☐ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

☐ is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

☐ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

☐ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
    ☐ it is a joint brief submitted by separately represented parties.
    ☐ a party or parties are filing a single brief in response to multiple briefs.
    ☐ a party or parties are filing a single brief in response to a longer joint brief.

☐ complies with the length limit designated by court order dated         .

☐ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature**                           **Date**
*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 8**                                *Rev. 12/01/22*