UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PAM POE, by and through her parents and
next friends, Penny and Peter Poe, et al.;

          Plaintiffs - Appellees,

  v.

RAUL LABRADOR, in his official capacity
as Attorney General of the State of Idaho,

          Defendant - Appellant,

JAN M BENNETTS, in her official capacity
as County Prosecuting Attorney for Ada,
Idaho and INDIVIDUAL MEMBERS OF
THE IDAHO CODE COMMISSION, in
their official capacities,

          Defendants,

-----------------------------------------

FAMILY RESEARCH COUNCIL, et al.;

          Amici Curiae.

No. 24-142

D.C. No.
1:23-cv-00269-BLW
District of Idaho,
Boise

ORDER

The amicus brief submitted by Elliot Page and Fifty-Six Other Individuals is

filed.

Within 7 days of this order, amici must file 6 copies of the brief in paper

format bound with green front cover pages. Each copy must include certification at

the end that the copy is identical to the electronic version. The Form 18 certificate

is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery

and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT