| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 14 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;

      Plaintiffs - Appellees,

 v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,

      Defendant - Appellant,

JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho and INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,

      Defendants,

------------------------------------------

FAMILY RESEARCH COUNCIL, et al.;

      Amici Curiae.

No. 24-142

D.C. No. 1:23-cv-00269-BLW
District of Idaho, Boise

ORDER

The amicus brief submitted by Lambda Legal Defense and Education Fund, Inc. and 10 Other LGBTQ Rights Organizations is filed.

Within 7 days of this order, amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate

is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT