# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-142

**Case Name** Poe, et al. v. Labrador

Hearing Location (*city*) Seattle

Your Name Alan Hurst

List the sitting dates for the two sitting months you were asked to review:

August 19-23
September 9-13

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 19: Co-counsel college move-in.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Alan Hurst                    **Date** April 30, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                                                     *New 12/01/2018*