IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

No. 24-142

PAM POE, et al.,

Plaintiffs-Appellees

v.

RAÚL LABRADOR,

Defendant-Appellant

and

JAN M. BENNETTS, et al.,

Defendants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

_____

UNOPPOSED MOTION OF THE UNITED STATES
TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE
IN SUPPORT OF PLAINTIFFS-APPELLEES

_____

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States

respectfully seeks permission to participate in oral argument of this appeal.  In

support of this motion, the United States provides as follows:

1.  This Court has scheduled oral argument in this case for August 21, 2024,

and has allotted 20 minutes per side.

2.  On March 12, 2024, the United States filed its brief as amicus curiae in support of plaintiffs-appellees under Rule 29(a) of the Federal Rules of Appellate Procedure.

3.  This case presents an important question regarding whether Idaho House Bill 71's criminal ban on certain kinds of medical care for transgender minors is lawful under the Fourteenth Amendment's Equal Protection Clause.

4.  The United States has a strong interest in protecting the rights of individuals who are lesbian, gay, bisexual, transgender, and intersex.  In addition, 42 U.S.C. 2000h-2 authorizes the Attorney General to intervene to address sex-based denials of equal protection of the laws under the Fourteenth Amendment. Accordingly, the United States has a substantial interest in the proper resolution of the equal-protection question raised in this appeal and believes that its participation will be helpful to the Court.

5.  Plaintiffs-appellees consent to the United States' request to participate in oral argument and have agreed to cede six minutes of plaintiffs-appellees' argument time to the United States.  Therefore, the United States' participation in oral argument will not affect the overall time allotted for this case if this motion is granted.

6.  Counsel for defendant-appellant has advised that they do not object to the United States' request to participate in oral argument.

WHEREFORE, the United States respectfully requests leave to participate in the oral argument of this appeal.

Respectfully submitted,

KRISTEN CLARKE
  Assistant Attorney General

s/ Elizabeth Parr Hecker
ELIZABETH PARR HECKER
JESSICA MERRY SAMUELS
  Attorneys
  U.S. Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 616-5550

Date:  July 10, 2024

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing UNOPPOSED MOTION OF THE UNITED STATES TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES:

(1) complies with the type-volume limitation of by Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), contains 283 words; and

(2) complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it meets the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) by using a proportionally spaced typeface (14-point Times New Roman font) in Microsoft Word for Microsoft 365.

s/ Elizabeth Parr Hecker
ELIZABETH PARR HECKER
  Attorney

Date:  July 10, 2024