FILED

JUL 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends, Penny and Peter Poe; et al.,

    Plaintiffs - Appellees,

 v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,

    Defendant - Appellant,

and

JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho and INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,

    Defendants,

------------------------------------

FAMILY RESEARCH COUNCIL; et al.,

    Amici Curiae.

No. 24-142

D.C. No. 1:23-cv-00269-BLW
District of Idaho, Boise

ORDER

The unopposed motion of the United States to participate in oral argument as amicus curiae (Dkt. 113) is granted. Plaintiff-Appellees will be allowed to cede six minutes of argument time to the United States. The overall argument time will remain the same with each side allowed 20 minutes.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT