No. 24-142

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Pam Poe, by and through her parents and next friends Penny and Peter Poe, et al.,

*Plaintiffs-Appellees*,

v.

Raúl Labrador, in his official capacity as Attorney General of the State of Idaho, et al.,

*Defendants-Appellant*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00269-BLW

**Notice of Motion and Motion of Voluntary Withdrawal of Plaintiff-Appellees Jane Doe, Joan Doe and John Doe**

**PLEASE TAKE NOTICE,** that Plaintiff-Appellees Jane Doe, Joan Doe and John Doe hereby withdraw as Plaintiff-Appellees in this Appeal. Pam Poe, Penny Poe and Peter Poe remain Plaintiff-Appellees.

| | |
|---|---|
| Date: August 16, 2024 | Respectfully submitted, |
| | /s/ *Alexia D. Korberg* |
| | Alexia D. Korberg |

| | |
|---|---|
| Li Nowlin-Sohl (admitted only in WA)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad St.<br>New York, NY 10004<br>Tel: (212) 549-2584<br>lnowlin-sohl@aclu.org | Brad S. Karp<br>Alexia D. Korberg<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 6th Avenue<br>New York, NY 10019<br>Tel: (212) 373-3000<br>bkarp@paulweiss.com<br>akorberg@paulweiss.com |
| Richard Eppink<br>Idaho State Bar no. 7503<br>WREST COLLECTIVE<br>812 W. Franklin St.<br>Boise, ID 83702<br>Tel: (208) 742-6789<br>ritchie@wrest.coop | Jordan Orosz<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: (202) 223-7300<br>jorosz@paulweiss.com |

Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF IDAHO
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Philip S. May
GROOMBRIDGE, WU, BAUGHMAN
AND STONE LLP
801 17th St NW Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, I electronically filed this foregoing Notice of Motion and Motion of Voluntary Withdrawal of Plaintiff-Appellees Jane Doe, Joan Doe and John Doe with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

/s/ *Alexia D. Korberg*
Alexia D. Korberg
Counsel for Appellees

August 16, 2024