APPEAL NO. 24-142

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,
*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:23-cv-00269-BLW

## DECLARATION OF ALAN M. HURST

RAÚL R. LABRADOR
ATTORNEY GENERAL
ALAN M. HURST
SOLICITOR GENERAL
JOSHUA N. TURNER
Chief of Constitutional Litigation and Policy
James E. M. Craig
Chief, Civil Litigation and Constitutional Defense
Office of Idaho Attorney General
700 W. Jefferson St.
Boise, ID 83720
(208) 334-2400
alan.hurst@ag.idaho.gov
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov

JOHN J. BURSCH
LINCOLN DAVIS WILSON
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

JONATHAN A. SCRUGGS
HENRY W. FRAMPTON, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

DAVID H. THOMPSON
BRIAN W. BARNES
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Appellant Raúl R. Labrador*

I, Alan M. Hurst, declare as follows:

1. I am above the age of 21, and competent to make this declaration.

2. I am Solicitor General in the Office of the Attorney General of the State of Idaho. I am counsel of record for Defendant-Appellant Raúl R. Labrador, and the following facts are true to the best of my knowledge and belief, based on my involvement in the present litigation and review of documents involved.

3. In July 2023, Attorney General Labrador served a subpoena on the World Professional Association for Transgender Health (WPATH) asking for the same documents it had produced in *Boe v. Marshall*, 2:22-cv-00184-LCB-CWB (M.D. Ala.), a similar case involving a challenge to Alabama's Vulnerable Child Compassion and Protection Act.

4. In October 2023, WPATH responded to that subpoena with the same documents it produced in the *Boe* case.

5. WPATH produced its documents as "Confidential" with the expectation that they would be disclosed only subject to a protective order.

6. Plaintiffs here had agreed to a protective order in September 2023, but no protective order was ever entered, and upon learning of the WPATH documents, Plaintiffs refused to agree to the entry of such an order.

7. General Labrador moved the district court to lift the stay and enter a protective order so that he could produce the documents to Plaintiffs and then move to dissolve the injunction. A true, accurate, and complete copy of that motion is attached as App.1–6.

8. Plaintiffs opposed the motion.

1

9. The district court denied General Labrador's motion. A true, accurate, and complete copy of that order is attached as App.7–17.

10. Idaho therefore couldn't produce the documents to Plaintiffs or file them under seal with the district court.

11. Some documents produced by WPATH in the *Boe* litigation have now become publicly available.

12. True and accurate copies of the relevant portions of some of those WPATH documents that have become publicly available are attached as App.111–335.

13. Also in the *Boe* litigation, Johns Hopkins University produced documents about its interactions with WPATH. Those documents have also become publicly available.

14. A true and accurate copy of relevant portions of some of those documents is attached as App.18–110.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of August, 2024, at Boise, Idaho.

*/s/ Alan M. Hurst*
Alan M. Hurst
Counsel for Attorney General Labrador