APPEAL NO. 24-142

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAM POE, by and through her parents and next friends Penny and Peter Poe, et al.,

*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in official capacity as Attorney General of the State of Idaho, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:23-cv-00269-BLW

## APPENDIX – VOLUME 2

RAÚL R. LABRADOR
ATTORNEY GENERAL
ALAN M. HURST
SOLICITOR GENERAL
JOSHUA N. TURNER
Chief of Constitutional
Litigation and Policy
James E. M. Craig
Chief, Civil Litigation and
Constitutional Defense
Office of Idaho Attorney
General
700 W. Jefferson St.
Boise, ID 83720
(208) 334-2400
alan.hurst@ag.idaho.gov
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov

JOHN J. BURSCH
LINCOLN DAVIS WILSON
ALLIANCE DEFENDING
FREEDOM
440 First Street, NW,
Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
lwilson@ADFlegal.org

JONATHAN A. SCRUGGS
HENRY W. FRAMPTON, IV
ALLIANCE DEFENDING
FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

DAVID H. THOMPSON
BRIAN W. BARNES
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire
Avenue, NW
Washington, DC 20036
202-220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Appellant Raúl R. Labrador*

# Appendix Table of Contents

| Description | Appendix Page No. |
|---|---|
| **VOLUME 1** | |
| Attorney General's Motion for Entry of Previously Agreed Upon Protective Order [DN 95] | 1–6 |
| Memorandum Decision and Order re Protective Order [DN 108] | 7–17 |
| Unredacted pages from Exhibit 167 in *Boe v. Marshall* | 18–110 |
| Unredacted pages from Exhibit 174 in *Boe v. Marshall* | 111–118 |
| Unredacted pages from Exhibit 176 in *Boe v. Marshall* | 119–126 |
| Unredacted pages from Exhibit 180 in *Boe v. Marshall* | 127–198 |
| **VOLUME 2** | |
| Unredacted pages from Exhibit 182 in *Boe v. Marshall* | 199–221 |
| Unredacted pages from Exhibit 184 in *Boe v. Marshall* | 222–249 |
| Unredacted pages from Exhibit 185 in *Boe v. Marshall* | 250–255 |
| Unredacted pages from Exhibit 186 in *Boe v. Marshall* | 256–282 |
| Unredacted pages from Exhibit 187 in *Boe v. Marshall* | 283–309 |
| Unredacted pages from Exhibit 188 in *Boe v. Marshall* | 310–324 |
| Unredacted pages from Exhibit 190 in *Boe v. Marshall* | 325–335 |

# EXHIBIT 182

# REDACTED

## Re: [External] Final Chapter Edits Ready for Review - SOC8 Hormone Chapter

**From:** ███████████████████████████ >
**To:** ███████████████████████
**Cc:** ████████████████████████████████████████████████

**Date:** Fri, 29 Oct 2021 05:48:55 -0400

Thanks ████

I feel for you having to do the exam…it is a crazy system…hope it went well.

If you think your chapter members are going to make changes or suggestions is better they do that now than creating another draft, so I suggest you send it to them so they can feedback within 1 week and send us a clean final copy to us in a week time, what do you think?

This is a question for ████████ I noticed that your chapters says:. "**Statements supported by systematic literature reviews are rated as follows: ++++ strong certainty of evidence, +++ moderate certainty of evidence, ++ low certainty of evidence, + very low certainty of evidence".**

My understanding was that we were not going to make a difference between statements based on LR and the rest, is that right ████████? If so, we will need to remove the +, ++, +++, ++++

Regards
████

███████████████

███████████████████████████████

**From:** ███████████████████
**Date:** Thursday, 28 October 2021 at 20:04
**To:** █████████████████████████████████████
████████████
**Cc:** ███████████████████████████████████████
███████████████████████████████████████████
**Subject:** Re: [External] Final Chapter Edits Ready for Review - SOC8 Hormone Chapter

Dear All,
Please see the attached SOC Hormone chapter. There were quite a number of tasks that needed to be done so I needed the extra week. I have accepted most of the edits. I have added references. I have put in ████ additional comment about the discussion regarding surgical options for early pubertal children on blockers. There are a couple of comments that I could not address since ██ wanted an expansion of one of our statements. I don't think it is necessary to add more text since the statement really refers to statements that should be in the primary care chapter. If you agree that we don't need to add anymore text to our chapter, then I have completed all of the requested work by the reference/copy editor. Please let me know if there is anything else at this stage. I know that some of our chapter members want to read this again. It might be a good idea given all of the edits but I assume there will be an opportunity in the future as this moves along to completion.
Sincerely,
████





**From:** ███████████████████████
**Sent:** Friday, October 8, 2021 3:27 AM
**To:** ███████████████████████
**Cc:** ███████████████████████

**Subject:** Re: [External] Final Chapter Edits Ready for Review - SOC8 Hormone Chapter

Hi ██
Please Agree or decline the edits and add in the text anything else that is needed and send us a clean copy. That will be the final copy then.
Regards

--------------------------------------------------------------

--------------------------------------------

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_024235

App.202

**From:** ███████████████████████
**Sent:** 07 October 2021 9:09 PM
**To:** ███████████████████; HormoneSOC8 <HormoneSOC8@wpath.org>
**Cc:** ████████████████████████████

**Subject:** Re: [External] Final Chapter Edits Ready for Review - SOC8 Hormone Chapter

This is great. What is the most efficient way to provide information? Do you want me to add more comments or just accept the comments/changes that I agree with? Overall I agree with the copyedits and can answer the few queries.



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_024236

App.203

**From:** ████████████████████
**Sent:** Thursday, October 7, 2021 2:45 PM
**To:** ████████████████████    HormoneSOC8 <HormoneSOC8@wpath.org>
**Cc:** ██████████████████████████████
████████████████████████████████
**Subject:** [External] Final Chapter Edits Ready for Review - SOC8 Hormone Chapter

Dear ██ and all,

I hope this email finds you well. Please see attached for the feedback from the SOC8 Copyeditor and Reference Checker for the SOC8 Hormone Chapter. Please review the edits and comments throughout the document and advise any issues/concerns within 2 weeks (by EOD Thursday, October 21, 2021), so this chapter can be finalized.

Please let us know if you have any questions.

All best,



This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_024237

App.204

## Fwd: Re: WPATH chapter on eunuchs - CONFIDENTIAL

**From:**
**To:**           ████████████████████████
**Date:**          Mon, 24 Jan 2022 11:31:12 -0500
**Attachments:**   Eunuchs.doc (29.7 kB)

Dear ██████

This is what I sent to ████████

████████ 

---



[×] [×] [×] [×]

-------- Original Message --------

**Subject:**   Re: WPATH chapter on eunuchs
**Date:**      2022-01-24 15:53
**From:**
**To:**        ██████████████████████████

Thanks ██████, I look forward to hearing your views before I open another can of worms.

For completeness I attach my complete review of the Eunuch Chapter.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_045580

App.205

I struggle with the concept of "Eunuch as a gender identity", but not with the concept of "Eunuch as an identity";

I can understand (I think) "someone who identifies as Eunuch and experiences gender dysphoria (or gender

incongruence), but struggle with the concept of subsuming "Eunuch" as an identity under TGD.

Just very interested to hear your views on this.

Warmest,



---



   

On 2022-01-24 15:23, ████████████ wrote:

Hi ██████ I am out of the area today with very limited internet (have to walk up the hill to get signal).  I will reply by tomorrow evening CA time!

Best,

**From:** ████████████████████
**Sent:** Saturday, January 22, 2022 10:34 AM
**To:** ██████████████████
**Subject:** Fwd: WPATH chapter on eunuchs

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_045581

App.206

**This Message Is From an External Sender**
This message came from outside your organization.

Hi ▇▇▇
Hope you are okay!
I went through entire SOC8: there are some issues with the assessment chapter which I think can be sorted out (with involvement of the entire BOD) and made fit for purpose for the communities WPATH serves.
In addition, there are two very "controversial" (in my view) chapters...... I commented on: Intersex and Eunuch.
I can fully comprehend the concept of people with Intersex and gender dysphoria/gender incongruence  and those who identify as Eunuch with gender dysphoria/gender incongruence, but NOT all Eunuchs and people with  Intersex indiscriminately..... makes no sense to me!
Anyhow, see response from one of the Working Group Chairs below...... I would really appreciate a chat with you about this before I step this up, because I am not letting this go for the sake of anyone other than following logic and reason,
All in confidence ofcourse,

With warm wishes,

▇▇▇



Begin forwarded message:

**From:** ▇▇▇▇▇▇
**Date:** 22 January 2022 at 19:02:07 CET
**To:** ▇▇▇▇
**Cc:** ▇▇▇▇
**Subject: WPATH chapter on eunuchs**

Dear ▇▇▇

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_045582

App.207

As the chapter lead for the WPATH Standards of Care chapter on eunuchs, I was very surprised and disappointed by your very long set of comments about the chapter. Yours was one of the longest and the most negative. I was especially struck by two of the comments that you made:

1. There is the creation of a new term "Male-to-Eunuch gender dysphoria", which does not exist in any diagnostic health classification system, or indeed in any scientific literature published in reputable peer-reviewed journals, or medical textbooks.

 The term "Male-to-Eunuch was fully described and discussed in two articles in the **International Journal of Transgenderism:**

> Vale K, Johnson TW, Jansen MS, Lawson BK, Lieberman T, Willett KH, Wassersug RJ. (2010). The development of standards of care for individuals with a male-to-eunuch gender identity disorder. *International Journal of Transgenderism*; 12:40-51.

> Johnson TW, Wassersug RJ. (2016). Recognition of gender variants outside the binary in WPATH Standards of Care, Version 7.0. *International Journal of Transgenderism*; 17:1-3.

There are also articles in a number of other peer-reviewed journals, including the Archives of Sexual Behavior, the Journal of Sexual Medicine, and Asian Journal of Andrology. Articles discussing Male-to-Eunuch have been cited in over 100 articles published in a wide variety of journals and book chapters.

You also wrote:

1. I have been working full-time as a trans health specialist providing psychological support, endocrine treatment (initiation, dosing, and monitoring of gender affirming hormone treatment), and referral for gender affirming surgeries for my patients since 2007. I have treated thousands of TGD people with gender affirming hormone treatment. Our Centre has approximately 3000 current patients and we receive in excess of thousand new referrals per annum. I have NEVER met a patient who identified as Eunuch and consequently, I am extremely sceptical about the veracity of this Chapter.

I have been conducting research on the eunuch community for nearly 20 years and my name is known within the community. As a result, I have had a number of individuals seeking professional care contact me to see if I might help them to find counselors or medical practitioners to help them to obtain surgical castration and/or appropriate hormone treatment.

Several years ago, before I knew better, I referred two individuals seeking care to the Nottingham Centre for Transgender Health. Both reported back to me that felt that their treatment was dismissive and abusive. I have referred no one further to the Centre. Male-to-Eunuch individuals have been there but have not been recognized. This is why the chapter on eunuchs is so important to have in the new Standards of Care. Eunuchs exist, and they require recognition and proper treatment.

I hope that you will reconsider your comments on our chapter.

Sincerely,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_045583

App.208

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_045584

App.209

This Chapter is entitled "Eunuch"

The definition of an eunuch is a man who has been castrated.

I have very serious misgivings about this entire Chapter for a number of reasons:

1. The Chapter makes a number of claims, such as "many people who benefit from gender affirming medical care, those who identify as eunuch are the least visible", "eunuch-identified individuals are in need of gender affirming services", "the identity of eunuch is a gender identity of its own", etcetera etcetera, and the only evidence to underpin these claims is 1 website "the Eunuch Archive" established in 1998 and a repeated claim that "Eunuch-identified people usually are less visible than other gender minorities (Wassersug & Lieberman, 2010)" [read: invisible].

2. Eunuch as an identity is not recognized by any reputable global health organization, such as the WHO.

3. Eunuch is not classified as a bona fide condition in the ICD-11 (WHO, 2019), or indeed in the DSM-5 (APA, 2013), or any other diagnostic health classification system.

4. There is significant historical and cultural misappropriation of the term Eunuch within this Chapter.

5. This Chapter is very high on speculation and assumptions, whilst a robust evidence base is largely absent.

6. There are comparisons with and assumptions about TGD people which I do not find appropriate (e.g., It is possible that some non-binary individuals may also seek castration to better align their bodies with their gender without identifying as eunuchs; this group also likely contains eunuch-identified individuals who were seeking a way to obtain the care they needed.).

7. There is the creation of a new term "Male-to-Eunuch gender dysphoria", which does not exist in any diagnostic health classification system, or indeed in any scientific literature published in reputable peer-reviewed journals, or medical textbooks.

8. The majority of published reference works in this Chapter stems from one single person, who – as far as I am aware is not a HP. I find this concerning.

9. I have been working full-time as a trans health specialist providing psychological support, endocrine treatment (initiation, dosing, and monitoring of gender affirming hormone treatment), and referral for gender affirming surgeries for my patients since 2007. I have treated thousands of TGD people with gender affirming hormone treatment. Our Centre has approximately 3000 current patients and we receive in excess of thousand new referrals per annum. I have NEVER met a patient who identified as Eunuch and consequently, I am extremely sceptical about the veracity of this Chapter.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**10. Regarding the use of references (in the text and in the references section): please use APA-7 style as is the IJTH referencing housestyle.**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_045586

App.211

## Re: International advisory - confidential

**From:** Eli Coleman <dreli███████████
**To:** walterbouman <walterbouman███████████
**Cc:** asa.radix███████ jgreen <jgreen███████████, gail.knudson███████ Jon Arcelus ███████████████, marcib█████ ████, Vin Tangpricha ███████████████████████████████████████

**Date:** Sat, 21 Aug 2021 14:43:07 -0400

Besides, my belief that this is the right thing to do, I would be concerned what commitments have made to our international advisory committee.

Eli

On Sat, Aug 21, 2021 at 1:29 PM Walter Bouman <walterbouman███████████ wrote:

Dear Eli,

Thanks for your thoughts. What was agreed in the past, may be obsolete in the present. We will discuss this in the Board and get back to you; and i will check what Rachel Levine's point of view is on these issues, when I meet with her next week.
The sooner the SOC8 is published, the better, as it will potentially significantly improve the lives of millions of trans people and their families globally.

Best,

Walter

Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Hon. Professor School of Medicine, University of Nottingham, United Kingdom

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief International Journal of Transgender Health(IF = 5.333)

Nottingham National Centre for Transgender Health



On 21 Aug 2021, at 15:47, Eli Coleman <dreli@███████ wrote:

We had agreed long ago that we would send to the International advisory committee and for legal review.

Eli

On Sat, Aug 21, 2021 at 2:18 AM Walter Bouman <walterbouman█████████ wrote:
Okay, lets discuss this in more dept at some point as to which organization to ask to review the SOC8 and with which aim; how this fits in the current timeline; what to do if an organization objects to certain sections/Delphi statements of the SOC8.

The SOC8 are clinical guidelines, based on clinical consensus and the latest evidence based medicine; i dont recall the Endocrine Guidelines going through legal reviews before publication, or indeed the current SOC?

With warm wishes and stay safe,

Walter


Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Hon. Professor School of Medicine, University of Nottingham, United Kingdom

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief International Journal of Transgender Health(IF = 5.333)


Nottingham National Centre for Transgender Health



On 20 Aug 2021, at 23:03, Asa Radix <asa.radix█████████ wrote:

You are correct Eli. He had a lot of work going on and I don't see an ethical issue

On Fri, Aug 20, 2021, 5:39 PM Eli Coleman <dreli█████████ wrote:
First of all, I only recall that ██████ removed himself because he was not able to keep up with the demands - so I don't know what the ethical issue is.

Second, I don't know that you can simply select a board member of GATE to be the representative.  It seems that █████ would be the one to decide who would review for GATE.

And, it is clearly important for GATE to review.

Eli

On Fri, Aug 20, 2021 at 4:30 PM Jamison Green <jgreen█████████████ wrote:
I agree with Asa. GATE must be included, even if it's not █████. Isn't █████ ██████ affiliated with GATE now, too? And we did ask █████████████ (thank you, Asa, for reminding me of his last name!), too, early on, so I would like to have him take a look from this perspective, apart from his role on the Global chapter, if at all possible.

And a US legal (broad) review will be necessary because sometimes a human rights approach conflicts with the civil rights available to trans people and providers in the US. We should at least be aware of any conflicts in that area, even if the SOC content doesn't change to accommodate it, because we will have to argue it in court at some point. We should know what those potentially problematic items are before we publish.

Thanks,
Jamison

On Fri, Aug 20, 2021 at 11:30 AM Asa Radix <asa.radix███████████ wrote:
We need to include GATE. We could ask that ████████████ be the representative.

Asa

On Fri, Aug 20, 2021, 2:08 PM Walter Bouman <walterbouman████████████ wrote:

Dear All,

I seriously think that ████████████ position is compromised as he stepped out of the SOC8 member group, and I seriously struggle - from an ethical position - to see how he can offer a neutral point of view towards WPATH's SOC8.

My thoughts are to ask for a legal (broad) review regarding basic human rights (within reason; so you have to think this through who you ask, otherwise the SOC8 will never see the light of day); and if there is a specific appetite for an US based approach, we can look into this too.....

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104832

App.214

and then have a global open, on-line consultation period for a few weeks - very similar to the ICD-11 process - and then - assuming there are no very contentious issues emerging - move to publish.

Interested to hear your thoughts.

With warm wishes,

Walter


Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief *International Journal of Transgender Health* (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health



On 2021-08-20 03:26, G Knudson wrote:

Hi Eli,



Gail

On Fri, Aug 20, 2021 at 5:38 AM Eli Coleman <dreli___ wrote:

Who is on the international advisory to review the statements in advance of the public period of comment on the SOC?

Thanks!

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Eli
--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104834

App.216

--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

## Fwd: FW: Letter to WPATH re SoC8 Methods

| | |
|---|---|
| **From:** | Eli Coleman <dreli████████████████> |
| **To:** | asa.radi████████████, Jon Arcelus <jon.arcelus███████████████████████> |
| **Date:** | Wed, 13 Oct 2021 09:10:29 -0400 |
| **Attachments:** | Wilson 2015.pdf (237.32 kB) |

For discussion Friday.

---------- Forwarded message ----------
From: █████████████████████████████
Date: Wed, Oct 13, 2021 at 7:30 AM
Subject: FW: Letter to WPATH re SoC8 Methods

████████████████████████████████████████████

Hi

Maybe I had the wrong email for you? I would be very grateful for a response to our email below

Very many thanks



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105085

App.218

███████████████

**From:** ████████████
**Sent:** 30 September 2021 16:56
██████████████████████████████████
**Subject:** FW: Letter to WPATH re SoC8 Methods

Dear Professor Eli Coleman

I was one of the UK government's first LGBT health advisors. My academic profile is here ████████████████████. My expertise lies in systematic reviewing, especially regarding sexual and gender minority health topics and for guideline development.  I lead a team of researchers who are committed to helping people live their best lives using highest quality & evidence-based healthcare advice.

We published this paper examining all international guidelines in the entire field of transgender health.  The work was presented at both the WPATH 2020 and Endosoc 2021 conferences. It has garnered nearly 5000 views & 1000 PDF downloads and no dispute of the findings.  We believe the community, health-care practitioners and WPATH want, and need, the next Standards of Care to be better; high-quality, unassailable and deserving of respect by peers across medical disciplines and international bodies.  We hoped to be able to report on Appraisal of Guidelines for Research and Evaluation (AGREE II) scores relevant to future guidelines in trans health as they are produced or reissued, and to be able to document improvements in quality.  Thus, we await the forthcoming SoC8 with interest. We apologise for not writing sooner as we'd not seen the proposed methods until recently.

We commend WPATH for the explicit aspiration for SoC8 to become evidence-based. Transparent, pre-publication of the Methods is welcome albeit incomplete. We have made a detailed analysis which we are happy to share as previous problems around evidence-based processes and content seem to remain unaddressed. In it we concentrate on a number of key areas, as delineated by ████████████ (attached) that include:

·   Guideline panel

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105086

App.219

· Publicly available protocol

· How the committee gathered the evidence

· Recommendations and the supporting evidence

· External peer review

We would like to engage in dialogue, as there appear to be shortcomings in all the above areas, and weaknesses will leave WPATH SOC8 open to criticism. AGREE II would provide a good remedy. Also  I attach a paper about how to make guidelines when the evidence is weak, which I hope might be useful.

Thank you in advance for acknowledging this communication and considering setting up a meeting.


Sincerely,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105087

App.220



-- Please click here to view our e-mail disclaimer

--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105088

App.221

# EXHIBIT 184

# REDACTED

# WPATH Executive Committee Agenda
## Wednesday, September 1, 2021
## 9:00am ET

1. Welcome and Call for New Items
2. Minutes from August 18, 2021 – *attached* – ██████████ **ACTION**
3. Dr. Rachel Levine Meeting Update – ████████
4. SOC8 Update – ████ All
   a. Discuss traffic management document
   b. Timeline
   c. Strategic Staff Update
   d. Legal Review – discuss where this will go (ideas; ACLU, TLDEF, Lambda Legal, ██████)
   e. Cosponsoring/Endorsing Organizations – *attached* – (draft list attached for input)
   f. Public Comment Process (website, eblast to all in database, other ideas?)
5. Gavi Ansari Complaint – Next Steps – *attached* – for discussion
   a. Since he is unwilling to list names, we cannot check member status, suggestion: compose letter to AusPATH leadership and send letter to WPATH members living in Australia.
6. Montreal 2022 – Contract Update – *attachment pending return from hotel.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020327

App.223

## Re: Medical Necessity Statement (SOC8)

**From:** ███████████████████████████████████████████████

**To:**

**Cc:**

**Date:** Wed, 05 Jan 2022 06:48:30 -0500

Hi ████

I am pleased to hear the medical necessity statement is being updated (as the 2016 sounds a bit outdated and some of the language is now obsolete....) and I am happy to help with this too, and ideally tweak it, so it applies globally rather than specifically to the US.

Also, I am happy to publish this medical necessity statement separately in IJTH - that will take only a few weeks and then it can be added to the SOC8 as an appendix, together with other important (published statements), such as the gender identity recognition statement, etcetera.

I am just throwing this out here, so that ███████ and ████ can decide, whether they want to incorporate these WPATH statements in the SOC8.

With warm wishes,

████████



☒ ☒ ☒ ☒

On 2022-01-05 01:30, ████████████ wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036321

App.224

I think Population Estimates is fine.

I would not use the word "trends" as forms of that word are used by anti-trans forces to discredit gender as a "trend."

█ the co-editors, █ and I have discussed having a medical necessity statement in the introduction. A comprehensive list of procedures that may be medically necessary as treatments for gender dysphoria is important for access to care in the US-- WPATH SOC 7 and the 2016 Medical Necessity position statement are used frequently in independent medical reviews of insurance denials, and in state regulation of insurance. We have worked on an updated version of this statement, and should make sure it is adequate for the purposes of supporting care coverage.

Thanks █ and █ for your hard work!

Best,

█



On Tue, Jan 4, 2022 at 5:04 PM ████ wrote:
this chapter is not about population health.

it is about estimates.

On Tue, Jan 4, 2022 at 6:55 PM ████ wrote:
How about Population Health Trends?

Sent from my iPhone

> On Jan 4, 2022, at 11:19 AM, ████ wrote:

Population Health Statistics? - Just an idea



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036322

App.225



On Tue, 4 Jan 2022 at 14:06, ████████████ wrote:

I should add that i am now in a School of 'Population Health', which until 12 months ago was a School of 'Public Health'.



**From:** ████████████
**Sent:** Tuesday, January 4, 2022 21:55
**To:** ████████████
**Cc:** ████████████ SOC 8 Chapter Leads
**Subject:** Re: Chapter Names and Order

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036323

App.226

Hmm... I wonder what one could name the chapter instead. The earlier suggestion  'Population Health Research' won't cut it, I am afraid. It doesn't really address what the chapter is about. 'Population Health Research' is a near synonym for 'Public Health Research', but this chapter is exclusively about numbers.  Estimated numbers.

**From:** ███████████████████████████
**Sent:** Tuesday, January 4, 2022 20:59
**To:** ███████████████████████
**Cc:** ███████████████████████████ SOC 8 Chapter Leads
**Subject:** Re: Chapter Names and Order

Hello ████

I do agree in very many cases. However, I do a fair bit of forensic and governmental work and unfortunately they are not known for understanding nuance (or indeed science!). I worry using *estimates* will be a bit like the theory of evolution being considered to be 'just a theory' and so dismissed. Judges and law-makers will dismiss *estimates* in a way in which they will not *research,* even though we understand that - while there are common understandings of these words - the scientific meanings of these words are more nuanced.

My hope with these SoC is that they land in such a way as to have serious effect in the law and policy settings that have affected us so much recently; even if the wording isn't quite correct for people who have the background you and I have.

Warm Regards,



On Tue, 4 Jan 2022 at 03:05, ███████████████████████ wrote:

Hi ████████.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036324

App.227

Not sure about that ███████ I would say that the best of our research has only
*'determin(ed) roughly the size, extent.. ' of the trans population.*

███



**From:** ████████████████████████████
**Sent:** Monday, January 3, 2022 21:16
**To:** ████
**Cc:** ████████████████████████  SOC 8 Chapter Leads
**Subject:** Re: Chapter Names and Order

Are they estimates?

<u>Merriam-Webster</u> gives:

*Full Definition of estimate (Entry 1 of 2)*
*transitive verb*

*1a: to judge tentatively or approximately the value, worth, or significance of*
*b: to determine roughly the size, extent, or nature of*
*c: to produce a statement of the approximate cost of*

It seems they are more robust than that.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036325

App.228

Warm Regards,



On Tue, 21 Dec 2021 at 00:58, ██████████████ wrote:
This was nicely brought to our attention and I personally like population estimates

██

On Mon, Dec 20, 2021 at 6:24 PM ████████████████ wrote:

More specifically, 'Population Estimates'

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036326

App.229



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036327

App.230



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036328

App.231

**From:** ████████████████████████

**Sent:** Tuesday, December 21, 2021 1:36

**To:** ████████████

**Cc:** █████████████████████████████

**Subject:** Re: Chapter Names and Order

████████ I appreciate and support your suggestion.

Thank you,

████████

████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036329

App.232

On Mon, Dec 20, 2021, 8:37 AM █████████
████████████████ wrote:

I wonder about *Epidemiology* as a name?

I know it can relate to other health factors, but is often understood to relate to disease specifically - for example

The BMJ: https://www.bmj.com/about-bmj/resources-readers/publications/epidemiology-uninitiated/1-what-epidemiology

The WHO: https://www.who.int/publications/journals/weekly-epidemiological-record

That's not a great look for WPATH - Perhaps we could use something like *Population Health Research*

instead*?*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036330

App.233

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036331

App.234

Warm Regards,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036332

App.235



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036333

App.236

On Fri, 17 Dec 2021 at 14:59, ███████████████ wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036334

App.237

We have drafted the names of the chapters and put them in sections.

Each chapter will have a heading of Standards of Care for Transgender and Gender Diverse Individuals - and then the shortened chapter title.

There are a few chapters that we will be discussing changing the names.

If you have some feedback on this - please send.

Thanks again for all your hard work!

--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036335

App.238





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036336

App.239

## Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

**From:**
**To:**

**Cc:**

**Date:** Wed, 18 May 2022 00:58:31 -0400

Hi ████, this was approved. There may have been a delay in communicating this due to our busy staff.  You may certainly list us as an endorsement.

Best,

████████

**From:** ████████████████████████████
**Sent:** Tuesday, May 17, 2022 9:10 AM
**To:** ████████████████████████████████████;
████████████████████████████████
**Cc:** ████████████████████████████████████████
████████████████████
**Subject:** Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hello Everyone,

Thank you all for your support of our dissemination efforts.

We did spend time reflecting on how to discuss the issue of age for genital surgery as we understand and agree with the need to tailor to the individual. After consultation with those involved in the Alabama lawsuit, the consensus appeared to be that quoting the standards of care and remaining as close to this as possible would be most helpful for the case at this time.

It sounded like the report was being shared with USPATH board for their approval prior to any steps being taken. Is there an update? If there are any questions we can address and/or other ways that we can be helpful please let me know and I can discuss with the team.

Best,

████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062739



**Subject:** RE: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care



**Dear** ▓▓▓▓ – I agree with your comments, and we can certainly pass this along to the USPATH Board for their OK to support and disseminate. I will work with you offline to get this out to the board for an electronic approval to support and disseminate.

**Dear** ▓▓▓▓ – Further to your previous communications with ▓▓▓▓ WPATH's Executive Committee has met today and is happy to endorse your Report. We do want to make a caveat though, which is that although the responses are correct from an academic point of view, from a clinical point of view gender affirming surgeries (genital and otherwise) are currently taking place for TGD people under the age of 18 years tailored to the needs of the individual (in the US, Europe, and elsewhere). We believe it is important to stress this reality. Often, real-life clinical practice precedes the publication of evidence-based guidelines and research data.

Once we have the approval vote from USPATH Board, we can send via eblast to our database and post on the website.

Best Regards



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062740

App.241

███████████

**From:** ████████████████████████
**Sent:** Wednesday, May 4, 2022 12:54 AM
**To:** ████████
**Cc:** ████████████████████████████████

**Subject:** Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

Hi ██████ thanks for reaching out and for sharing this great effort with us, and thanks ████████ for the connection. ██████ nice to meet you and we are so grateful to have Adm. Levine's support on this matter.

I'd also like to share the recent position statement on this matter released last week by USPATH, which includes line-by-line rebuttals to the Florida DOH action.

https://www.wpath.org/media/cms/Documents/USPATH/2022/With%20Date%20Position%20Statement%20Anti%20Trans%20Leg%20USPATH%20Apr%2022022%202022.pdf?_t=1650665621

USPATH process for endorsement usually involves review by the full Board. I am in support of endorsing and will pass that recommendation along to the rest of our Board. ██████ and ██████, can you please weigh in.

Relatedly, ██████ I will be reaching out to you directly in the coming days to discuss a USPATH initiative in this area currently under development.

Best,



**Sent:** Monday, May 2, 2022 1:12 PM

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062741

App.242

**To:** ██████████████████████████████

**Cc:** ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

**Subject:** Re: Request to help disseminate report critiquing science behind Texas and Alabama
measures to criminalizing care

This Message Is From an External Sender
This message came from outside your organization.

Dear ████

thank you for reaching out and thank you for sharing the Report, which is most helpful and clearly
points out the arguments as to why gender affirming care is vital to the lives of TGD people, young
and older.
I am certainly more than happy to endorse this report on behalf of WPATH and we shall formally
discuss this at the Executive Committee on Wednesday and get back to you and your co-authors
ASAP.
Furthermore, i had meetings today with █████████ and her staff at HSS and with ███████████
████████████ I think it is important that we all work together to counteract those who oppose
equality and evidence-based care for TGD people. It will be a tough fight, but we must fight
relentlessly and aggressively to ensure equal access to care for all.
Hence, I would like to introduce you to █████████, who is a member of ███████ staff and may
be able to help you forward with your report.
I am also copying ███████████ into this email, who is ██████████████████████████
I am sure ██████ will contact you separately, but I have no doubt USPATH will be highly supportive of
your report too.
With warm wishes, and thank you again,

████████

████████████████████████████████████████████████████████████████████████

On 2022-05-02 18:41, ██████████ wrote:

Hello █████████████████████

I hope you both are doing well. I recently collaborated with a group of colleagues from Yale
University on the following report, which was released today:

Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for
Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims

https://medicine.yale.edu/childstudy/policy/lgbtq-youth/

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062742

App.243

https://law.yale.edu/yls-today/news/new-report-refutes-flawed-science-texas-and-alabama-transgender-legal-actions

I'm wondering if WPATH and/or USPATH could help disseminate the report and/or provide some form of endorsement? Any other ideas for dissemination are also welcome!

Best,

-
-
-
-

## SOC 8

**From:** Joshua Safer <jsafer███████████

**To:** marcibdoc████████████████, walterbouman <walterbouman███████████ vtangp█████

**Date:** Thu, 12 Aug 2021 12:27:39 -0400

Hi Walter, Marci, Vin, and ██████

I just got off a very productive call with Rachel Levine.   The failure of WPATH to be ready with SOC 8 is proving a barrier to optimal policy progress and she was eager to learn when SOC 8 might be published.

My view is that this should be taken as a charge from the United States government to do what is required to complete the project immediately.

I am happy to have a quick call to discuss nuance if that would be helpful.  And she would be happy to speak as well if that might move things along.

Josh

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## RE: Update & further steps

**From:** lorenschechter
**To:** "joz.motmans ▮ <joz.motmans ▮ Non Binary SOC 8 <nonbinarysoc8@wpath.org>
**Cc:** walter.bouman ▮ jeremi.carswell ▮ rdehrba ▮ lakuper ▮ lseal ▮ t.steensma ▮ laura ▮ drbenvincent
**Date:** Thu, 02 Sep 2021 20:39:38 -0400

Hello friends-

The chapter is excellent.  I have two general comments:

1. I am concerned about language such as "insufficient evidence," "limited data," etc…I say this from the perspective of current legal challenges in the US.  Groups in the US are trying to claim that gender-affirming interventions are experimental and should only be performed under research protocols (this is based on two recent federal cases in which I am an expert witness).  In addition, these groups already assert that research in this field is low quality (ie small series, retrospective, no controls, etc…).  My specific concern is that this type of language (insufficient evidence, limited data, etc…) will empower these groups and reinforce their erroneous assertions

2. I am wondering if we should be less specific about listing particular procedures.  My concern is that if we try to list every procedure, we will inevitably either leave some procedures out (whether inadvertently or as a result of future technical innovations, evolution of thought, etc…).  Once again, thinking within the framework of the current US legal system, if we leave a procedure out, that may allow insurance companies to deny coverage (ie…this procedure isn't listed in SOC 8).

Just my thoughts…outstanding work from the group!

loren

---

**From:** Motmans Joz <Joz.Motmans ▮
**Sent:** Thursday, September 2, 2021 12:20 PM
**To:** nonbinarysoc8@wpath.org
**Cc:** walter.bouman ▮; Motmans Joz ▮ rdehrba ▮ Jeremi.Carswell ▮ rdehrba ▮ lakuper ▮ Loren Schechter, M.D. < ▮; lseal ▮ t.steensma ▮; Laura ▮ Ben Vincent < ▮
**Subject:** RE: Update & further steps

Dear fellow authors,

This email is a last reminder for the deadline of tomorrow – reason why we used all emails beside the nonbinary group mail – as we hope you receive this well.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104836

App.246

Many of you have already contributed to the online V2 text, thank you so much, we think it's getting great. Please note that **tomorrow at 7 pm CEST** we'll take the document down, so we can finalize the editing, insert all references in the requested style etc. before sending it in to the SOC8 leaders. If there are no objections in the document for the suggestions made, we'll accept all changes as they are.

We hope this second draft of our chapter will pass without much further work, we expect feedback from the SOC8 leaders real soon, and the final deadline will be 17/9 as you can see here in the time tracking sheet. Almost there!

Kind regards
Joz & Walter

**Prof. Dr. JOZ MOTMANS** (hij/hem)
Coördinator
Transgender Infopunt

  



 TOPEXPERTISE | WARME ZORG
INNOVATIE | TOPWERKGEVER

**Van:** Motmans Joz
**Verzonden:** donderdag 26 augustus 2021 22:41
**Aan:** nonbinarysoc8@wpath.org
**Onderwerp:** Update & further steps

Dear SOC8 GNB group,

We had a short meeting tonight to discuss the way forward, given the strict deadline next week (**Sept 3rd**). All in all it is not that much work, but we do need you.

To keep track of our work we have:
1. made a folder in our google drive with the comments we received on the previous version (V1): https://drive.google.com/drive/folders/1MYs0qhXlrjZq7a3l-0N8uKbY3J5uJu4o?usp=sharing

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104837

App.247

2. Made a folder with the feedback from the SOC8 chairs and our clean as well original reworked document: https://drive.google.com/drive/folders/1FbMaI2Vf7Hm1gibNuN52T26AdyY3baVE?usp=sharing

3. Uploaded the 2nd version: We moved the new text (V2) (with already comments from Leighton) in the drive: https://docs.google.com/document/d/1WnTB5vyFMtwHmZhayEmAOQpV4odHSZ_I/edit?usp=sharing&ouid=115914970643802157130&rtpof=true&sd=true This is the new version we invite you all to work in. So the previous folders are just for your archive.

I promised to check / double check that previous suggestions and/or comments (in folder V1) will be inserted in the new text V2.

**You are all invited to rework this V2 text**. When doing so please:
- Do not take the doc from the drive, so don't download a personal copy since we will all be working in the same doc.
- Make sure you use the setting of making suggestions: when opening the link or the doc in the drive, you can see a pen in your upper right corner (see picture below), if you click on it you see 3 options: choose the 2nd labeled "making suggestions" (or sth alike, mine is in Dutch). The third gives you an idea on how the clean version would look like, the first enables you to make direct changes but they cannot be seen by others.) Your pen should be in green with a line underneath as you can see in this image:



Please do insert newer literature you came across in the last year or so, only published materials can be added in the references. Just link the article in the comments and we can make sure it gets inserted in endnote before sending in.

I will close the doc on Friday next week so we have the weekend to do the last editing & putting all references as they should be.

Thanks a lot for all your efforts, they are highly appreciated!

Kind regards

Walter & Joz

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104838

App.248

**Prof. Dr. JOZ MOTMANS (hij/hem)**
Coördinator
Transgender Infopunt



e-mail disclaimer : https://www.uzgent.be/nl/overuz/Paginas/Email-disclaimer.aspx

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104839

App.249

EXHIBIT 185

REDACTED

## Re: Tracking of chapters SOC for information

**From:**
**To:**
**Cc:**

**Date:**  Thu, 19 Aug 2021 16:26:09 -0400

Thanks ▉ that is very helpful to know that you are on board. I really want to push this agenda forward VERY STRONGLY. At the end of the day the SOC8 will significantly improve the lives of millions of trans people and their families globally.

I am meeting with Rachel Levine and her team next week, as the US Department of Health is very keen to bring the trans health agenda forward. I want to make absolutely sure that the commitments we make on behalf of WPATH are real and achievable, so I am counting on you. I know that ▉ and ▉ are fully on board as they explicitly vocalised their commitment in Gothenburg. Unfortunately, you chose not to be there.

Warmly,



☒   ☒   ☒   ☒

On 2021-08-19 18:26, ▉ wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019314

App.251

yes we may need board pressure - and support if we have to be more assertive with chapter leads
or to ask them to step aside.

On Thu, Aug 19, 2021 at 12:25 PM ████████████████████████████ wrote:

Dear 

Thank you - that is very re-assuring. I must honestly say that we are running out of time and the
Board will take all necessary steps to ensure that we are going to deliver the SOC8; we need all
hands on deck!

Thank you,

████████



On 2021-08-19 18:15, ████████ wrote:

Dear ████████

Yes we are drafting a letter to all and will summarize the steps to completion.
There is no reason that people cannot complete their sections - and we are prepared to take
over - or remove chairs if necessary --- as much is written - some are just having trouble
finalizing.

We agree that we want to publish it all at the same time.  We think we can do that with some
serious nudging.

Yes I noted that you were green not dull brown.  We will correct that!

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Best,



PS  Sorry I missed you in Sweden!

On Thu, Aug 19, 2021 at 12:09 PM ███████████████████████████ wrote:

Dear ████████████████

Thank you for the tracking of the SOC8 chapters document. It looks promising.

Have you decided on a final date for completion please?

If so, please let the me and the EC know and we can draft an e-mail to be sent to all SOC8 members asking them to complete. I think it would be a good idea to include the tracking of SOC8 chapters document too.

I guess if relatively "less overall relevant" chapters like global applicability, eunuch, and intersex are not ready, the SOC8 can be published without these; preferably not, but we can't delay because of one or two weakest links in my opinion; and perhaps they can be incorporated at a later stage.

One (very minor) point: I noted the Nonbinary chapter was in brown, should it not be in green too?

Let's move this mission forward.

Thank you for all your hard work,

With warm wishes, and stay safe,





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019316

App.253



On 2021-08-19 17:54, ▓▓▓▓▓ wrote:

Please find enclosed information as to where we are with all our chapters, we could include this in the email too if you want. I have co▓▓▓▓ as the president so he can have a good idea as to the current situations with all the chapters as he may need to be come the "bad one" if they don't keep the time line.

Regards



This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

--



--



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019318

# EXHIBIT 186
# REDACTED

## ages and treatment in the adolescent chapter, I need your opinion

| | |
|---|---|
| **From:** | ████████████ |
| **To:** | Adolescent SOC8 <adolescentsoc8@wpath.org> |
| **Date:** | Fri, 29 Jul 2022 12:18:06 -0400 |
| **Attachments:** | age in adolescent chapter.docx (14.1 kB); SUMMARY CRITERIA for adolescents new version.docx (16.67 kB) |

Dear all,
I hope you are all well and having a good summer. I know you were hoping not to hear anything related to the SOC-8 anymore, but here we are again.
The whole document (over 500 pages) has now been checked for references etc and sent to the IJTH. We are hoping to get the proofs this week so we need to go through it again and we will have a very small window if we want to change anything.

The issue of ages and treatment has been quite controversial (mainly for surgery) and it has come up again.

We sent the document to Admiral Levine, Minister of Health for the USA, for their views. We had a meeting on Zoom last week as she wanted to give us her feedback. She liked the SOC-8 very much but she was very concerned that having ages (mainly for surgery) will affect access to health care for trans youth and maybe adults too. Apparently the situation In the USA is terrible and she and the Biden administration worried that having ages in the document will make matters worse. She asked us to remove them.

We have the WPATH executive committee in this meeting and we explained to her that we could not just remove them at this stage. So we have been thinking of solutions.

You may remember that ages in the document were a "suggestion" not a "recommendation" as we had no evidence to recommend that, but in the document it has become a "recommendation" as it is part of the criteria.

What is clear is that we don't want to remove the ages from the whole document, in fact, I thought that we needed to have the ages for young people to have access to care in the USA…

One solution we thought will be to make the ages criteria a "suggestion" as it is in the document attached. If we do this, in the overall criteria of the appendix we could also put them as a suggestion (as in the document attached) or remove them from the criteria all together but leave them in the chapter as a "suggestion".

The chairs would like to do this but we want to have your opinion.

As time, is an issue with the proofs coming soon and having to be sent away soon, I would like to get your views as soon as possible (we need this by Monday the 1st of august):

1. Do we leave things as they are in the text and in the criteria?
2. Do we change in both documents and move it to suggest as per the attached documents (changes highlighted)?
3. Do we change it to suggest in the text and remove it from the criteria in the appendix.

Let me know your thoughts

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_072114

App.257

Kind regards



This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_072115

App.258

## Re: SOC8 of WPATH - Minimal ages for Adolescents

**From:** 
**To:**
**Cc:**
**Date:** Fri, 05 Aug 2022 08:47:40 -0400

Dear

I would be grateful if you could convey the following message to            from myself on behalf of WPATH:

Dear

It was a pleasure to meet with you and your staff on Tuesday 26 July to discuss the SOC8. We appreciate your constructive comments and are fully aware how certain aspects of the SOC8 will affect the lives of many TGD people and their families in the US. More specifically, we heard your comments regarding the minimal age criteria for transgender healthcare adolescents; and the potential negative outcome of these minimal ages as recommendations in the US; and we have taken this very seriously. We have discussed this amongst ourselves, including the whole Working Group of the adolescent chapters plus their Leaders                           and with the SOC8 Chair                  and Co-Chairs

Consequently, we have made changes to the SOC8 in this respect. Given that the recommendations for minimal ages for the various gender affirming medical and surgical intervention are consensus-based, we could not remove them from the document. Therefore, we have made changes as to how the minimal ages are presented in the document. They are now not a recommendation from the SOC-8 anymore, but they have been written only as suggested minimal ages as long as the adolescent fulfils all the criteria for gender affirming medical and surgical interventions.

I hope this assures you that WPATH is doing all it can to ensure high quality standards of care for all trans and gender diverse people globally, and that we do want to be as helpful as is realistically possible by having made these amendments following your helpful comments.

We look forward to welcoming you in Montreal and I look forward to seeing you and welcoming you in person,

With warm wishes,

In servitude,

## Re: Some Feedback from Member of Adm Levine's Staff

**From:** Walter Bouman ████████████████████
**To:** ████████████████████████████
**Date:** Sat, 02 Jul 2022 03:00:41 -0400

Dear ██████

dont worry: you did the right thing! Its disappointing that politics always trumps common sense and what is best for patients……

let's see whether anyone from the EC responds further, if not, we'll leave it until Monday and have a chat.

warmest,

and DO have a good weekend,

Walter x

Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief *International Journal of Transgender Health* (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health



On 2022-07-02 02:34. ██████████ wrote:

Hi Walter
I didn't think anything would change but felt it was my duty to pass along the content of our discussion.
Again, this was not in her role as COS for Adm Levine.
I didn't mean to upset the Apple Card but wanted you all to be informed, we can strategize if any response is required.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Best regards



On Jul 1, 2022, at 6:07 PM, Walter Bouman ███████████████████████> wrote:

Hi ████,

just read the email trail, which I found disturbing for a number of reasons. Happy to discuss tomorrow. It is not appropriate to take any feedback from a nonmedical professional seriously.

nothing is going to change in the SOC8.

it is done!

it Is late in Gent now, we just got home from dinner with Guy..... leaving for the UK by train tomorrow morning..... hopefully arriving home around 4-ish (PM).

it's going to be fine!

bear with me!!

if Washington does not want to launch the SOC8 we'll do it in Brussels at the European Union.... EPATH has the right contacts.

Warmest

Walter


Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief *International Journal of Transgender Health* (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105500

App.261

�they are very clear.

On 2022-07-01 20:22, ███████████ wrote:

Hi All
She is not a clinician and was calling as Sarah, not a representative of the office, but I felt it important to share.

Best regards
██████



On Jul 1, 2022, at 2:16 PM, Asa Radix <████████████████> wrote:

This is a global document, not solely for the US. I am a little surprised that we would be asked to do this after all the care and endless discussions by experts to reach this consensus on ages for surgeries. Is Sarah a clinician/surgeon? I wouldn't make any change unless the relevant chapters found some new evidence to support change to 18.

On Fri, Jul 1, 2022, 1:47 PM ████████████████████ > wrote:

Thanks Marci

FYI – as noted below, this is from Sarah, Adm Levine's chief of staff.


All best
████

**From:** Dr. Marci Bowers <r████████████████>
**Sent:** Friday, July 1, 2022 1:40 PM
**To:** ████████████████████
**Cc:** ████████████████████; Scott Leibowitz
████████ Annelou Devries ████████████████ Jon Arcelus
█████████████████ >; Eli Coleman ████████████ asa.radix ████████
**Subject:** Re: Some Feedback from Member of Adm Levine's Staff


Hi all—

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105501

App.262

My concern from a scheduling and pre authorization process is that without specific age requirements, insurers may not grant authorization. I do understand Adm. Levine's concerns— I wonder if we should/ could be less aggressive in lowering the age limits on certain procedures. Anxious to hear other thoughts.

Kindly......


Marci Bowers MD

WPATH President-elect

Trevor Project Board of Directors



*Standing tall in times of darkness*



On Jul 1, 2022, at 10:29 AM, ███████████████ wrote:



Dear EC, SOC8 Co-chairs, and Adolescent Chapter Leads


I just got off the phone with Sarah Boetang, who is Adm. Levine's chief of staff, she has been reviewing the guidelines and wanted to convey a concern she has, as Sarah, not as an official response/review of the office. She knows that the Adm is continuing to comb through every word.

She is amazed at the breadth and improvement and comprehensive nature of the entire document, her biggest concern is the section below in the Adolescent Chapter that lists specific minimum ages for treatment, she is confident, based on the rhetoric she is hearing in DC, and from what we have already seen, that these specific listings of ages, under 18, will result in devastating legislation for trans care. She wonders if

the specific ages can be taken out and perhaps an adjunct document could be created that is published or distributed in a way that is less visible than the SOC8, is the way to go.

I told her I would be writing to all of you, and she is happy to discuss her opinion further, if needed. Please let me know how you want to proceed/respond/discuss.

All best



---

**Statement 6.12h**

**The adolescent is the following age for each treatment:**

- 14 years and above for hormone treatment (estrogens or androgens) unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 15 years and above for chest masculinization unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 16 years and above for breast augmentation, facial surgery (including rhinoplasty, tracheal shave, and genioplasty) as part of gender-affirming treatment unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 17 and above for metoidioplasty , orchidectomy, vaginoplasty, hysterectomy, and fronto-orbital remodeling as part of gender-affirming treatment unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 18 years or above for phalloplasty unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.

---

Best Regards



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105504

App.265

## feedback regarding the age statement in Adolescent SOC8 chapter



**From:** Scott Leibowitz - █████████████████████
**To:** Eli Coleman < ██████████, asa.radix █████████, Jon Arcelus
**Cc:** "Vries, A.L.C. de" < ████████████████>, Scott Leibowitz █████████████████, "Gayathri.Chelvakumar █████████████████████████████████, dr.laura.edwardsleeper █████████████ drrenmassey ████████████ "jstrang █████████████████████████████████ "stephanie.roberts █████████████████████████
**Date:** Mon, 01 Aug 2022 01:43:02 -0400

Dear Chairs:

We appreciated having the opportunity to discuss the recent request regarding the placement and wording of the age criteria statement for the Adolescent chapter. Instead of giving you a definitive answer, since quite honestly there is no right or wrong here, we all agreed to provide you with a transcription of the conversation that our workgroup members had regarding the issue by secure chat. Other than where I specified co-leads, I've decided not to indicate who the specific authors of each comment below are. The transcript reflects all 7 workgroup members' views, including the two co-leads of the chapter (myself and Annelou). We all agreed to share this with you and realize how challenging a situation it is and are grateful to you for spending time on the subject. In general, we are largely in favor of a compromise plan, whatever that looks like. Should you need to forward this conversation to other WPATH leaders, that is okay, however I do ask and trust that this conversation should remain confidential and kept only among those with decision-making control over this issue, given the sensitivity of the subject.

As a workgroup we all agree that the following aims are all important considerations as it relates to this decision: 1) Preserve the scientific and ethical integrity of the chapter and its process; 2) Improve/promote access to balanced, ethical, gender-affirming care for those adolescents who are appropriate to receive it; and 3) Minimize any risk that the guidelines would lead to *more* access challenges (e.g. legislative bans in this instance). Therefore, we ask that you read our transcript so that the totality of our thoughts are available as the exact compromise decision gets made regarding placement and wording of the age statement.

Thank you,
Scott

**Scott Leibowitz, MD**
Child and Adolescent Psychiatrist | Nationwide Children's Hospital, Columbus, OH
Medical Director of Behavioral Health | THRIVE (gender and sex development) program | he/him/his
Associate Clinical Professor | The Ohio State University College of Medicine

███████████████████████████████████████████████████

————————————

Transcript of conversation about the placement of age criteria in the Adolescent Chapter among the 7 members of the workgroup:

*Hi, I saw it however this seems outside the scope of an email to discuss.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105505

App.266

- Response from Co-Lead: *I didn't feel comfortable making this call without the whole workgroups input. The challenge is the timeline- don't know how we can convene before the time they need an answer*
- Response from another workgroup member: *And what about about from the surgery and hormone folks. This is such a tight time frame.*

*I was never committed to ages, so I'm fine with adjustments to de-emphasize them. However, I know others in the group felt ages were a priority, and I don't want to undermine those perspectives.*

- Response from Co-Lead: *I really think the main argument for ages is access/insurance.  So the irony is that the fear is that ages will spark political attacks on access. I don't know how I feel about allowing US politics to dictate international professional clinical guidelines that went through Delphi*
- Response from another workgroup member: *I do agree that the Delphi situation is a key consideration. Could they send them through again? It is a large change, which I'm fine supporting, but it is weird because then we can never say that the adolescent chapter passed Delphi*

*This feels like a very significant change to make in a very short time frame without proper discussion. I think we need to think about the ramifications. My sense is that the US, along with many other countries, is moving toward putting restrictions on youth seeking medical interventions and making the age requirement MUCH older. If our concern is with legislation (which I don't think it should be - we should be basing this on science and expert consensus if we're being ethical) wouldn't including the ages be helpful? ie, it will be harder for states/countries to enact laws that go against the SOC. Plus, aren't the ages just a recommendation with room for adjusting in unique circumstances? I need someone to explain to me how taking out the ages will help in the fight against the conservative anti trans agenda. Maybe I'm missing something.*

- Response from Co-Lead: *The conservatives will only hone in on the ages and say that WPATH is supporting "cutting off healthy girl breasts at 15 years old" for example. They will not talk about the rest of the guidelines, except for the ages, and then it will create misguided fear and legislation will pass*

*How does taking the ages out help? We're still recommending medical interventions for minors. So they'll just say that.*

- Response from Co-Lead: *It doesn't give them the headline.  Less direct focus on age. I mean, we have a very high up politician telling us that having the ages specified front and center would politically lead to more attacks and legislative efforts.  I see no reason not to trust that assessment is accurate.*

*Here's one scenario I'm trying to work through in my head - if any of us have to defend affirmative care including med interventions for minors, to conservative groups (including those involved in making legislation), it seems important that the SOC be clear and not vague or it will be quickly dismissed - especially if it can be interpreted that even young adolescents can easily obtain medical interventions. That is my biggest concern, honestly. I'm already a bit worried about the change from "several years" for this reason. I do see your point about the headlines though, Scott. I see how it could cause more uproar among the general public. However I'm not sure how much that actually matters when the laws are being made. I'm also curious how the group feels about us making changes based on current US politics. Not trying to be difficult*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105506

App.267

*here! Just want to be sure we're thinking this through carefully. I agree about listening to Levine.*

- Response from Co-Lead: *I think it's safe to say that we all agree and feel frustrated (at minimum) that these political issues are even a thing and are impacting our own discussions and strategies. But.  On the flip side, for all our work to be thrown down the drain because we know it will be used to further efforts to ban our work…..  if being strategic by putting that in an Appendix, or changing to "suggest," we shouldn't be outright dismissive of workarounds. I think it's important that we all get our thoughts out now though.*

*My understanding is that the suggestion from the chairs is to leave the ages in but have them as suggestions and not criteria/recommendations for start of treatment? That seems like an ok compromise to me.*

*I really wish with this edit that we would be able to add the citation of Diane Chen's paper under review that addresses some of this. Unfortunately, I think the paper is now under review again (round 2).*

*I agree that changing to "suggest" is a good compromise. And yes, it is frustrating to have to have politics in our brains as we make these decisions. But it is what it is!*

*In the getting things out now vein, I'm not a fan of letting the USA dictate international policy. I think these issues of adolescent care are occurring in other countries as well. But I suspect that since Dr. Levine has a relationship with WPATH leaders that made it easier to reach out to WPATH. I'm confused about the reasoning about the ages too. Maybe there's something I'm missing but I think the conservatives are going to react negatively to age "suggestions" as well. Still a headline.  I'm concerned about the headline: SOC 8 changes at last minute at request of USA official.  The one reason I might be ok changing is we don't have exact data/studies in the ages we recommended. We have applied related research and clinical experience in recommending the ages. I do wonder how they will be defended in court cases, but it can be done.  I believe this change should run by Delphi if we make it.*

- Response from Co-Lead: *All good points.  I do think that the results of the Delphi would be influenced by politics also at this point, tbh.*
- Response from other workgroup member: *Great point, XXX. Rumors are already spread about us caving to activist pressure when we made the "several years" change. It seems like it's not going to be pretty, whatever we do. Sadly.* 🙁
- Response from other Co-Lead: *Hi all, I could live with 'suggestions' instead of 'recommendation' but do not understand the policy behind it at all. What exactly happens if we keep it as it is? Very good point to think about is XXX's consideration what message we bring with changing last minute.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105507

App.268

App.269

## Re: Some Feedback from Member of Adm Levine's Staff

**From:** Eli Coleman < ▇▇▇▇▇▇ >
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:**

**Date:** Sat, 02 Jul 2022 07:48:13 -0400

The only evidence we had for establishing this was expert opinion.

> On Fri, Jul 1, 2022 at 1:16 PM ▇▇▇▇▇▇▇▇▇▇ wrote:
> This is a global document, not solely for the US. I am a little surprised that we would be asked to do this after all the care and endless discussions by experts to reach this consensus on ages for surgeries. Is Sarah a clinician/surgeon? I wouldn't make any change unless the relevant chapters found some new evidence to support change to 18.
>
> > On Fri, Jul 1, 2022, 1:47 PM ▇▇▇▇▇▇▇▇▇▇▇▇▇ > wrote:
> >
> > Thanks Marci
> >
> > FYI – as noted below, this is from Sarah, Adm Levine's chief of staff.
> >
> >
> > All best
> >
> > ▇▇▇▇
> >
> > **From:** Dr. Marci Bowers < ▇▇▇▇▇▇▇▇▇▇▇ >
> > **Sent:** Friday, July 1, 2022 1:40 PM
> > **To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> > **Cc:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> > ▇▇▇▇▇▇▇▇▇▇ Eli Coleman < ▇▇▇▇▇▇▇ > ▇▇▇▇▇▇▇
> > **Subject:** Re: Some Feedback from Member of Adm Levine's Staff
> >
> >
> > Hi all—
> >
> > My concern from a scheduling and pre authorization process is that without specific age requirements, insurers may not grant authorization. I do understand Adm. Levine's concerns— I wonder if we should/ could be less aggressive in lowering the age limits on certain procedures. Anxious to hear other thoughts.
> >
> > Kindly......
> >
> >
> > Marci Bowers MD
> >
> > WPATH President-elect
> >
> > Trevor Project Board of Directors

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

███████████████████████████

████████████

*Standing tall in times of darkness*

On Jul 1, 2022, at 10:29 AM, ███████████████████████ > wrote:

Dear EC, SOC8 Co-chairs, and Adolescent Chapter Leads

I just got off the phone with Sarah Boetang, who is Adm. Levine's chief of staff, she has been reviewing the guidelines and wanted to convey a concern she has, as Sarah, not as an official response/review of the office. She knows that the Adm is continuing to comb through every word.

She is amazed at the breadth and improvement and comprehensive nature of the entire document, her biggest concern is the section below in the Adolescent Chapter that lists specific minimum ages for treatment, she is confident, based on the rhetoric she is hearing in DC, and from what we have already seen, that these specific listings of ages, under 18, will result in devastating legislation for trans care. She wonders if the specific ages can be taken out and perhaps an adjunct document could be created that is published or distributed in a way that is less visible than the SOC8, is the way to go.

I told her I would be writing to all of you, and she is happy to discuss her opinion further, if needed. Please let me know how you want to proceed/respond/discuss.

All best

████

| Statement 6.12h |
| --- |
| **The adolescent is the following age for each treatment:** |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_131973

App.271

- 14 years and above for hormone treatment (estrogens or androgens) unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 15 years and above for chest masculinization unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 16 years and above for breast augmentation, facial surgery (including rhinoplasty, tracheal shave, and genioplasty) as part of gender-affirming treatment unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 17 and above for metoidioplasty , orchidectomy, vaginoplasty, hysterectomy, and fronto-orbital remodeling as part of gender-affirming treatment unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.
- 18 years or above for phalloplasty unless there are significant, compelling reasons to take an individualized approach when considering the factors unique to the adolescent treatment time frame.

Best Regards



--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_131974

App.272



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_131975

App.273

## Re: Concerns About Standards of Care 8

**From:** Dr. Marci Bowers ███████████████
**To:** ████████████████████████████████████
**Cc:** ███████████████████████████████████████, WPATH EC 2022
            <wpathec2022@wpath.org>
**Date:** Sat, 03 Sep 2022 14:24:01 -0400

hi all—
i've also been asked to speak again with Admiral Levine this weekend. i can do so with your blessing but will only reiterate our position and find out what they are asking, if that is acceptable?

Kindly......

Marci Bowers MD
WPATH President-elect



*Standing tall in times of darkness*

> On Sep 3, 2022, at 10:58 AM, Dr. Marci Bowers <███████████████> wrote:
>
> My response—
>  As we all say… this is where we have gone. The evidence is as it is. Caution, deliberacy, and the right to autonomy are also implied. i only hope that our standing as a scientific organization rather than an advocacy organization can be emphasized.
>
> Kindly......
>
> Marci Bowers MD
> WPATH President-elect
>
> 
>
> *Standing tall in times of darkness*
>
>> On Sep 3, 2022, at 3:49 AM ████████████████████████████ wrote:
>>
>>
>> It is likely that we will hear such and other "concerns " from other assocations/organisations after the SOC8 release as well. We'll do what we always do: say we're sorry that they have not engaged with the public comment period of the SOC8 (if they have not) and point to the

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_134609

App.274

evidence base of the SOC8 recommendations: the best available evidence to date and clinical consensus to be used flexibly to serve the best interest of our patients and their families (of choice).

Warmest,





On 2022-09-03 03:05, ██████ Gmail wrote:

Yes-agree

██████

Sent from my iPhone

> On Sep 2, 2022, at 9:00 PM, ████████████████ wrote:

I'm disappointed that they didn't provide input to the draft guideline.

On Fri, Sep 2, 2022, 9:54 PM ██████████████████ wrote:
I wonder if this is along the lines of what admiral Levine was concerned about

Sent from my iPhone

> On Sep 2, 2022, at 8:30 PM, ███████████████ wrote:

Dear All

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_134610

App.275

I'm happy to reach out for a time to talk with them but would want someone else online too. Please advise how to proceed.

Best regards



Begin forwarded message:

**From:** ███████████████
**Date:** September 2, 2022 at 8:51:58 PM EDT
**To:** ███████████████████
**Subject: Concerns About Standards of Care 8**

Hi there ████████

My name is █████████████████████████████ at The Trevor Project. My primary portfolio is supporting trans youth and fighting the anti-trans healthcare legislation and policy sweeping the country right now. I know you're likely quite busy leading up to the symposium in a few weeks, but I'm hoping we can talk sooner rather than later.

If what we're hearing is correct - and it's entirely possible it isn't - we're extremely concerned about the age minimums I believe are in the new SOC8 standards. If what we've seen is accurate, this could have disastrous consequences for the work to protect basic healthcare for transgender youth. I promise I wouldn't be emailing you at such a busy time if I thought this was anything but an emergency.

I know we're on the same side, and I'm hoping we can talk this through a bit. Is there any way we could connect in the coming days? My cell is █████████████ and I promise I'll be on call all weekend.

Thank you so much for all your work on behalf of trans and nonbinary youth. I hope these busy weeks are treating you as kindly as possible. Take good care.



--



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_134611

App.276



**The Trevor Project** *is the world's largest suicide prevention and crisis intervention organization for LGBTQ (lesbian, gay, bisexual, transgender, queer, and questioning) young people.*

If you or someone you know is feeling hopeless or suicidal, contact The Trevor Project's TrevorLifeline 24/7 at 1-866-488-7386. Counseling is also available 24/7 via chat every day at TheTrevorProject.org/Help, or by texting START to 678-678.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_134612

App.277

## Re: Admiral Levine

**From:** Dr. Marci Bowers < ██████████████ >
**To:** ██████████████████████████████
**Date:** Mon, 08 Aug 2022 09:45:06 -0400

Thank you, ██████. Agreed.
Kindly......

Marci Bowers MD
WPATH President-elect
Trevor Project Board of Directors

██████████████████████████

*Standing tall in times of darkness*

> On Aug 8, 2022, at 1:33 AM, ████████████████████████ wrote:
>
>
> Dear Marci,
>
> thanks for the update.
>
> We cannot change the SOC8 content, but have tried as much as is reasonably possible to address the issues she brought up.
>
> Warmest,
>
> ██████

Confidential - Subject to Protective Order

BOEAL_BOWERS_ 000117

**#97.1**

App.278

E-mail: ████████████████



On 2022-08-07 23:46, Dr. Marci Bowers wrote:

Hi all—
Not much notice on this but ADMIRAL LEVINE  reached out to me in order to have a one-on-one conversation tomorrow morning—on ly 30 minutes but strategizing I suppose. I will of course support the SOC as it will be presented, no compromises. I will uphold all I have shared with each of you previously, no new ground here.

Marci Bowers, MD
WPATH President-elect
Trevor Project Board of Directors

Pronouns: She/her



www.marcibowers.com

## Re: Call today ?

**From:** "Boateng, Sarah (HHS/OASH)" <████████████>
**To:** Dr. Marci Bowers <████████████>
**Date:** Sat, 03 Sep 2022 12:40:52 -0400

Thanks. 4pm is good. That is 7pm EST correct? I'll send a zoom. Safe travels

Sarah

Get Outlook for iOS
**From:** Dr. Marci Bowers <████████████>
**Sent:** Saturday, September 3, 2022 12:39:33 PM
**To:** Boateng, Sarah (HHS/OASH) <████████████>
**Subject:** Re: Call today ?

hi—
am flying back from vancouver today. i land at 2 PDT, interview at 3 pm, then free after about 4

Kindly......

Marci Bowers MD
WPATH President-elect
Trevor Project Board of  Directors

████████████████████

*Standing tall in times of darkness*

> On Sep 3, 2022, at 6:38 AM, Boateng, Sarah (HHS/OASH) <████████████> wrote:

> Hi Dr Bowers

> Would you be available for a call today with Dr Levine? Perhaps 2pm EST? Please let me know.
> Thanks

> Sarah

> Get Outlook for iOS

Confidential - Subject to Protective Order

BOEAL_BOWERS_ 000162

**#102.1**

App.280

## Touch Base

| | |
|---|---|
| **Where:** | https://www.zoomgov.com/j/1611937840?pwd=SUZBMWZGekN4SXYyS2JJK1pkR0FJQT 09 |
| **When:** | Sat Sep 03 19:00:00 2022 -04:00 |
| **Until:** | Sat Sep 03 19:30:00 2022 -04:00 |
| **Organiser s** | Common Name=Boateng, Sarah (HHS/OASH) mailto:███████████ |
| **Required Attendees :** | ROLE=REQ-PARTICIPANT PARTSTAT=NEEDS-ACTION RSVP=TRUE Common Name=Levine, Rachel (HHS/OASH) mailto███████████ ROLE=REQ-PARTICIPANT PARTSTAT=NEEDS-ACTION RSVP=TRUE Common Name=Keene, Jamie D. EOP/WHO mailto:███████████ ROLE=REQ-PARTICIPANT PARTSTAT=NEEDS-ACTION RSVP=TRUE Common Name=Dr. Marci Bowers mailto:███████████m |

Sarah Boateng is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1611937840?pwd=SUZBMWZGekN4SXYyS2JJK1pkR0FJQT09

Meeting ID: 161 193 7840
Passcode: 102067
One tap mobile
+16692545252,,1611937840# US (San Jose)
+16468287666,,1611937840# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
    +1 669 216 1590 US (San Jose)
    833 568 8864 US Toll-free
Meeting ID: 161 193 7840
Find your local number: https://www.zoomgov.com/u/adAA8MfnnQ

Join by SIP
1611937840@sip.zoomgov.com<mailto:1611937840@sip.zoomgov.com>

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 193 7840
Passcode: 102067

Confidential - Subject to Protective Order

BOEAL_BOWERS_ 000164

**#105.1**

App.281

## RE: Call today ?

**From:**    "Boateng, Sarah (HHS/OASH)" <███████████>
**To:**       Dr. Marci Bowers <███████████>
**Date:**    Mon, 05 Sep 2022 11:59:47 -0400

Good Afternoon Dr. Bowers

I hope you are well.  Would it be helpful to reconnect today or this week? Please let me
know.  Thanks so much.

Sarah

**From:** Dr. Marci Bowers <███████████>
**Sent:** Saturday, September 3, 2022 12:40 PM
**To:** Boateng, Sarah (HHS/OASH) <███████████>
**Subject:** Re: Call today ?

hi—
am flying back from vancouver today. i land at 2 PDT, interview at 3 pm, then free after about 4

Kindly......

Marci Bowers MD
WPATH President-elect
Trevor Project Board of  Directors

██████████████████████

*Standing tall in times of darkness*


On Sep 3, 2022, at 6:38 AM, Boateng, Sarah (HHS/OASH) <███████████> wrote:


Hi Dr Bowers

Would you be available for a call today with Dr Levine? Perhaps 2pM EST? Please let me know.
Thanks

Sarah

Get Outlook for iOS

Confidential - Subject to Protective Order

BOEAL_BOWERS_ 000165

**#106.1**

App.282

# EXHIBIT 187
# REDACTED



# American Academy of Pediatrics
## DEDICATED TO THE HEALTH OF ALL CHILDREN®

345 Park Blvd
Itasca, IL 60143
Phone: 630/626-6000
Fax: 847/434-8000
www.aap.org

September 8, 2022

Walter Pierre Bouman MD, MA, MSc, UKCPreg, PhD
President, World Professional Association for Transgender Health (WPATH)



**Executive Committee**

**President**
Moira A. Szilagyi, MD, FAAP

**President-Elect**
Sandy L. Chung, MD, FAAP

**Immediate Past President**
Lee Savio Beers, MD, FAAP

**Secretary/Treasurer**
Dennis M. Cooley, MD, FAAP

**CEO/Executive Vice President**
Mark Del Monte, JD

**Board of Directors**

**District I**
Wendy S. Davis, MD, FAAP

**District II**
Warren M. Seigel, MD, FAAP

**District III**
Margaret C. Fisher, MD, FAAP

**District IV**
Michelle D. Fiscus, MD, FAAP

**District V**
Jeannette "Lia" Gaggino, MD, FAAP

**District VI**
Dennis M. Cooley, MD, FAAP

**District VII**
Gary W. Floyd, MD, FAAP

**District VIII**
Martha C. Middlemist, MD, FAAP

**District IX**
Yasuko Fukuda, MD, FAAP

**District X**
Madeline M. Joseph, MD, FAAP

**At Large**
Charles G. Macias, MD, FAAP

**At Large**
Constance S. Houck, MD, FAAP

**At Large**
Joseph L. Wright, MD, FAAP

Dear Dr Bouman and ▉▉▉▉

Thank you for providing the American Academy of Pediatrics (AAP) with an opportunity to review Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 (SOC 8). We value the shared commitment to ensuring that transgender and gender diverse children and adolescents have access to evidence-based, medically necessary care in the United States and around the world.

AAP experts from the Section on LGBT Health and Wellness and the Section on Endocrinology recently completed a review of SOC 8. AAP experts reviewed the following pediatric focused chapters: Chapter 6-Adolescents, Chapter 7-Children, and Chapter 12-Hormone Therapy. While many areas of SOC 8 align with AAP policy (Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents), there are some portions of the final version that raise concerns for our clinical experts. While the attached PDF contains more detailed comments, we have highlighted a few specific issues for your consideration:

Chapter 6 Adolescents

- SOC 8 recommendations for gender-affirming surgery do not align with AAP policy. The AAP does not recommend surgery for minors except on an individualized, case-by-case basis with parental involvement and consent. Additionally, AAP experts agree SOC 8 lacks the evidence to justify the recommended surgery ages.

- Chapter 6 includes several anti-transgender arguments, such as social contagion, rapid onset gender dysphoria, desistence/persistence, and others, perhaps intended to demonstrate the lack of research and evidence behind these conclusions. However, our experts believe including these discussions/arguments will achieve the opposite effect. The AAP reviewers believe that the current framing of this section implies that WPATH, while not endorsing these arguments, gives validity to them and does so without the necessary supporting evidence. As written, the discussions about persistence/desistence support a view for social contagion because gender development is discussed from a social cognitive lens rather than citing data and other scientific evidence needed to consider these conditions.

As written, this section creates confusion and obscures the need to consider external factors that play a role in each patient's care, and that gender dysphoria is different for every child/adolescent. The AAP recommends the removal of theories or unsubstantiated claims that do not have sufficient evidence to be conclusions.

- The discussions on family involvement and support in gender-affirming care in Chapter 6 are crucial albeit not well-defined. Chapter 7 provides a framework for Chapter 6 to follow as it relates to family involvement and support. Chapter 7 clearly discusses complex gender expression in young children and consistent messaging about this care being developmentally mindful, family centered, and individualized while also discussing developmental trauma, culture, and stigma that may affect transgender and gender-diverse children. AAP recommends that Chapter 6 be reframed to better align with Chapter 7.

The AAP and WPATH share a common goal in ensuring that gender-affirming care is accessible and evidence-based, and that transgender and gender-diverse youth can lead healthy, fulfilling lives as their true selves. To that end, we are committed to working with WPATH and would request the opportunity for our subject-matter experts to meet with you to discuss these important matters upon receipt of this communication.

Thank you for your consideration.

Sincerely,

Moira A. Szilagyi, MD, PhD, FAAP
President

MAS/jh

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105839

App.285

## Re: CONFIDENTIAL - FW: AAP Communication to WPATH (Confidential)

**From:** Jon Arcelus ███████████████████████

**To:** ██████████████████████████████████

**Cc:** asa.radix███████████ Eli Coleman ███████████████, WPATH EC 2022 <wpathec2022@wpath.org>, Scott Leibowitz ███████████████████, Annelou de Vries ████████████████ walterbouman

**Date:** Fri, 09 Sep 2022 04:50:13 -0400

**Attachments:** Letter to WPATH.pdf (106.7 kB); WIJT 23(S1) FINAL (AAP Comments).pdf (12.49 MB)

Dear all
You may have had some time to read and think about the comments from the AAP. I hope so.

The letter asks for modifications in 3 sections, but when you look at the comments in pdf there are many changes that they are requested. As far as I can see they are asking for us to remove anything that it does not fit into their narrative, most of this is part of the introduction in the chapter.

We need to focus as to what the SOC8 is about and the strong methodology we have. In the last few days I have heard from Marci that the ages don't have any scientific backup. Our guidelines are not only evidence based but they are primarily consensus based. There are many recommendations in the SOC that don't have direct evidence (most of the direct evidence is in the hormone chapter) but they have background evidence. This is why we have Delphi. Having evidence based and Delphi within our methodology makes our guidelines as strong as possible and unique. The AAP guidelines that they mentioned so many times have a very weak methodology, written by few friends who think the same.

Regarding ages, in view of the weak evidence, they are not recommendations but suggestions, as it is agreed by the methodology and it was approved by more that 75% of the over 100 that voted via Delphi.

I would like to ask people to think what will it really mean to remove ages. If we don't have any suggested ages, some clinicians will still use SOC7 (age of majority) and others will be able to refer people at any age (for genital at 15 or 16). That will make things very confusing and I have no doubt that if we remove age, we will have to write an amendment to the Soc8 to avoid this confusion very soon. That will look terrible for WPATH and the SOC.

In addition, having the age of, chest for sample, as age of majority, is in my view unethical. This will mean to leave a young trans man on testosterone from 15 years but force to live with their chest (breast) maybe hairy for at least 3 more years. That will affect the mental health of the person terribly and I will not agree to that.

The AAP comments asked us to remove age as it does not fit to their AAP, and they say that they want us to have "case by case" following a good MDT assessment, but we are asking for everyone to have a comprehensive MDT assessment, including with a mental health worker to reach a decision. That is the same thing.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105806

App.286

My view is that we should not remove "ages" they are a suggestion, they have as much background evidence as many suggested statements, and they have been approved via Delphi and approved by the WPATH board.

We can't not write a document that looks like theirs, as it has a one sided narrative, extremely biased. I will be surprised in their guidelines are used at all. Looking at the AAP people in Google they clearly see a group of trans people that I don't recognise, where gender identity appear always at childhood, that is not my experience.

Personally, as an academic Trans specialist, who is a child and adolescent psychiatrist as well as a general practitioner and hormone prescriber, I think it will not be in the benefit of our community to remove ages as an suggestion and to make any of the changes that they are recommending. This will make a joke of our methodology and will see us as weak.

 I do really wonder whether a meeting is needed at all, as we are not going to reach any decision that will satisfy them. We may want to put an explanatory letter as they did to us, and explain our rational and thank them for the time they put on it, they may want to get involved in SCO9.

But the most important thing, is that we all...everyone in the board and in SOC8, need to talk with one voice that ages are suggestions, consented via Delphi and back up by a limited background literature. They may become recommendations and not suggestion in the SOC9 if we have enough evidence. We need to believe that we are the experts and we know what we are saying and no being shaken by others.

I am happy to have a meeting today to agree our next step. But I will oppose any other changes in the document.

I still think the chapter that Scott and Annelou lead in writing is beautifully written and they provide a balance view which is exactly what guidelines should be about.

Kind regards

Jon

**Prof. Jon Arcelus Alonso, MD, PhD**(Pronouns: He/Him)
**Professor Emeritus of Mental Health and Wellbeing**
Director of Research, Nottingham Centre for Transgender Health Network, UK
-------------------------------------------------------------------------
*School of Medicine, University of Nottingham, Nottingham, United Kingdom*
Bellvitge Biomedical Research Institute (IDIBELL), University of Barcelona, Spain


Editor of the International Journal of Transgender Health (IF 5.33)
*Co-Chair of the Standards of Care 8th Edition (World Professional Association of Transgender Health-WPATH)*
https://www.nottingham.ac.uk/medicine/people/jon.arcelus


> On 8 Sep 2022, at 21:54, ██████████████████ > wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

App.287

Dear Asa, Eli, Jon

Please see attached from the AAP, it looks to me like a call is in order, please advise best days/times over the next few days so we can schedule, if that's what you would like to do.

All best



Best Regards



From: Hudson, Jeff <████████████>
Sent: Thursday, September 8, 2022 4:45 PM
To: walterbouman ████████████████████████████████
Cc: Eli Coleman ████████████ asa.radix████████ Jon Arcelus
<Jon.Arcelus████████████; Del Monte, Mark <████████████>
Subject: AAP Communication to WPATH (Confidential)
Importance: High

Dr Bouman ████████████,

Please see the attached letter from the American Academy of Pediatrics. Additionally, please see the attached SOC 8 version with AAP expert comments.

I look forward to continuing our dialogue and please let me know next steps.

Best,
Jeff

From: Walter Bouman <████████████████████████████
Sent: Monday, September 5, 2022 1:56 PM
To: Hudson, Jeff <████████████████>>
Cc: Coleman, Eli <████ ████████████████ Asa Radix
████████████████████ Jon Arcelus
████████████████████████████████
Subject: Re: FINAL DRAFT SOC8
Importance: High

Dear Jeff,

It was good to meet with you today and thank you for being available at such short notice (on a public holiday!).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105808

App.288

I am very grateful that you want to help us with a short and efficient turnaround of whichever the issues your expert panel feel are the issues with the current version of the SOC8. As Eli Coleman, the SOC8 said: there may have to be compromises, but first and foremost, as clinicians who provide trans health care to adolescents, we must not fail our young people to receive the care they need; and, also, our guidelines serve tens of millions of TGD people globally, so there needs to be perspective and empathy towards other people who live outside the US too.

Looking forward to working with you,

Walter


Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief International Journal of Transgender Health (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health



On 2022-09-05 17:13, ████████ wrote:<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C██████████wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tlVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

Hi Jeff<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C██████%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tlVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

Please see attached, looking forward to speaking with you.<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7Cblaine%40wpath.org%7Cda2234a621d145d5be9c08da91db

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105809

App.289

0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisIjl9AF%2BbCz%2ByXFCQcbja09
wvTT4%3D&reserved=0>

All
best<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconfer
ence-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisIjl9AF%2BbCz%2ByXFCQcbja09
wvTT4%3D&reserved=0>

█████████ttps://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconf
erence-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisIjl9AF%2BbCz%2ByXFCQcbja09
wvTT4%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference
-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisIjl9AF%2BbCz%2ByXFCQcbja09
wvTT4%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference
-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisIjl9AF%2BbCz%2ByXFCQcbja09
wvTT4%3D&reserved=0>

Best
Regards<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fco
nference-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5Ikl4Hog%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference
-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVC
I6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5Ikl4Hog%3D&reserved=0>

█████████<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconf

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105810

App.290

erence-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7█████████%40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXV
Cl6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5lkl4Hog%3D&reserved=0>

(she)<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconfer
ence-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7██████████0wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXV
Cl6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5lkl4Hog%3D&reserved=0>

████████ps://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fco
nference-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7██████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXV
Cl6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5lkl4Hog%3D&reserved=0>

████████m12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2F
conference-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7██████40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXV
Cl6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5lkl4Hog%3D&reserved=0>

████████felinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconfere
nce-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7██████████path.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06█████████88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXV
Cl6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5lkl4Hog%3D&reserved=0>

████████/nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconf
erence-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7██████████0wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXV
Cl6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2F
b5lkl4Hog%3D&reserved=0>

████████am12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconfer
ence-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7██████%40wpath.org%7Cda2234a621d145d5be9c08da91db

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105811

App.291

0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2F
b5Ikl4Hog%3D&reserved=0>

████████&lt;https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.
eu%2Fconference-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7C█████████%40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2F
b5Ikl4Hog%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference
-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7C█████████%40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2F
b5Ikl4Hog%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference
-2019%2Fcall-for-
abstracts%2F&data=05%7C01%7C█████████%40wpath.org%7Cda2234a621d145d5be9c08da91db
0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUn
known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2F
b5Ikl4Hog%3D&reserved=0>

This message and any attachment are intended solely for the addressee
and may contain confidential information. If you have received this
message in error, please contact the sender and delete the email and
attachment.

Any views or opinions expressed by the author of this email do not
necessarily reflect the views of the University of Nottingham. Email
communications with the University of Nottingham may be monitored
where permitted by law.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105812

App.292

## Re: CONFIDENTIAL - FW: AAP Communication to WPATH (Confidential)

**From:** Scott Leibowitz <███████████████████████>
**To:** Eli Coleman ███████████████████
**Cc:** walterbouman ████████████, Jon Arcelus ███████████ ████████ .asa.radix███████████, WPATH EC 2022 <wpathec2022@wpath.org>, Annelou de Vries ████████████
**Date:** Fri, 09 Sep 2022 10:53:25 -0400

I admittedly haven't had the time to read this chain in its entirety, nor the feedback from aap (I've been clinical all morning starting at 8am), and so I am simply responding to Eli's email, seeing a vote is being proposed.

A missing step has been having a conversation with those of us in the pediatric realm, including two pediatricians on our chapter workgroup, with Rachel Levine and whoever in AAP is reviewing and making recommendations.

Have they consulted their lgbt and adolescent health sections on this? Have we leveraged WPATH members who are involved in AAP activities (Aron Janssen sits as liaison from AACAP to aap) to be involved.

The conversations need to happen at a level of pediatric provider to pediatric provider.

Sent from my iPhone

> On Sep 9, 2022, at 9:37 AM, Eli Coleman ███████████████ wrote:
>
>
> Before you take this to a vote, I would like the chairs to consider this feedback and consider Scott and Annalou's input as well. We are suppose to have a meeting this morning to review the input from AAP - and the board might appreciate our recommendation. But of course the BOD is in charge.
>
> Best,
>
> Eli
>
> On Fri, Sep 9, 2022 at 5:24 AM Walter Bouman ██████████████████████ wrote:
>
>> Dear Jon,
>>
>> Thank you for this.
>>
>> I have also read all the comments from the AAP and struggle to find any sound evidence-based argument(s) underpinning these. I am seriously surprised that a "reputable" association as the AAP is so thin on scientific evidence.
>>
>> We certainly can not revert to age of majority for all surgeries as this would be grossly unethical for all the obvious reasons.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105813

App.293

May I remind everyone that the entire BOD has signed the SOC8 off as it is, so what I would like the SOC8 leadership to do today is to make a decision as to whether:

1. any changes are needed to be made to the SOC8: yes/no

2. if yes, make those changes to the document (in collaboration with Scott and Annelou and their Working Group); and then

3. ask the entire BOD whether they are still willing to support the SOC8 with those revisions with a yes/no voice

The alternatives to the above are self explanatory.

Warmest,

Walter


---


Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief *International Journal of Transgender Health* (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health



On 2022-09-09 09:50, Jon Arcelus wrote:

Dear all
You may have had some time to read and think about the comments from the AAP. I hope so.

The letter asks for modifications in 3 sections, but when you look at the comments in pdf there are many changes that they are requested. As far as I can see they are asking for us

to remove anything that it does not fit into their narrative, most of this is part of the introduction in the chapter.

We need to focus as to what the SOC8 is about and the strong methodology we have. In the last few days I have heard from Marci that the ages don't have any scientific backup. Our guidelines are not only evidence based but they are primarily consensus based. There are many recommendations in the SOC that don't have direct evidence (most of the direct evidence is in the hormone chapter) but they have background evidence. This is why we have Delphi. Having evidence based and Delphi within our methodology makes our guidelines as strong as possible and unique.  The AAP guidelines that they mentioned so many times have a very weak methodology, written by few friends who think the same.

Regarding ages, in view of the weak evidence, they are not recommendations but suggestions, as it is  agreed by the methodology and it was approved by more that 75% of the over 100 that voted via Delphi.

I would like to ask people to think what will it really mean to remove ages. If we don't have any suggested ages, some clinicians will still use SOC7 (age of majority) and others will be able to refer people at any age (for genital at 15 or 16). That will make things very confusing and I have no doubt that if we remove age, we will have to write an amendment to the Soc8 to avoid this confusion very soon. That will look terrible for WPATH and the SOC.

In addition, having the age of, chest for sample, as age of majority, is in my view unethical. This will mean to leave a young trans man on testosterone from 15 years but force to live with their chest (breast) maybe hairy for at least 3 more years. That will affect the mental health of the person terribly and I will not agree to that.

The AAP comments asked us to remove age as it does not fit to their AAP, and they say that they want us to have "case by case" following a good MDT assessment, but we are asking for everyone to have a comprehensive MDT assessment, including with a mental health worker to reach a decision. That is the same thing.

My view is that we should not remove "ages" they are a suggestion, they have as much background evidence as many suggested statements, and they have been approved via Delphi and approved by the WPATH board.

We can't not write a document that looks like theirs, as it has a one sided narrative, extremely biased. I will be surprised in their guidelines are used at all. Looking at the AAP people in Google they clearly see a group of trans people that I don't recognise, where gender identity appear always at childhood, that is not my experience.

Personally, as an academic Trans specialist, who is a child and adolescent psychiatrist as well as a general practitioner and hormone prescriber, I think it will not be in the benefit of our community to remove ages as an suggestion and to make any of the changes that they are recommending. This will make a joke of our methodology and will see us as weak.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105815

App.295

 I do really wonder whether a meeting is needed at all, as we are not going to reach any decision that will satisfy them. We may want to put an explanatory letter as they did to us, and explain our rational and thank them for the time they put on it, they may want to get involved in SCO9.

But the most important thing, is that we all...everyone in the board and in SOC8, need to talk with one voice that ages are suggestions, consented via Delphi and back up by a limited background literature. They may become recommendations and not suggestion in the SOC9 if we have enough evidence. We need to believe that we are the experts and we know what we are saying and no being shaken by others.

I am happy to have a meeting today to agree our next step. But I will oppose any other changes in the document.

I still think the chapter that Scott and Annelou lead in writing is beautifully written and they provide a balance view which is exactly what guidelines should be about.

Kind regards

Jon

**Prof. Jon Arcelus Alonso, MD, PhD**(Pronouns: He/Him)
**Professor Emeritus of Mental Health and Wellbeing**
Director of Research, Nottingham Centre for Transgender Health Network, UK
-----------------------------------------------------------------------------
*School of Medicine, University of Nottingham, Nottingham, United Kingdom*
Bellvitge Biomedical Research Institute (IDIBELL), University of Barcelona, Spain


Editor of the International Journal of Transgender Health (IF 5.33)
*Co-Chair of the Standards of Care 8th Edition (World Professional Association of Transgender Health-WPATH)*
https://www.nottingham.ac.uk/medicine/people/jon.arcelus


> On 8 Sep 2022, at 21:54, ██████████████████ - wrote:
>
> Dear Asa, Eli, Jon
>
> Please see attached from the AAP, it looks to me like a call is in order, please advise best days/times over the next few days so we can schedule, if that's what you would like to do.
>
> All best
> ████

Best Regards



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



From: Hudson, Jeff <████████████████>
Sent: Thursday, September 8, 2022 4:45 PM
To: walterbouman
Cc: Eli Coleman ███████████████; asa.radix ████████; Jon Arcelus
████████████ Del Monte, Mark <██████████████>
Subject: AAP Communication to WPATH (Confidential)
Importance: High

Dr Bouman and █████

Please see the attached letter from the American Academy of Pediatrics. Additionally, please see the attached SOC 8 version with AAP expert comments.

I look forward to continuing our dialogue and please let me know next steps.

Best,
Jeff

From: Walter Bouman

Sent: Monday, September 5, 2022 1:56 PM
To: Hudson, Jeff <██████████████████>>
Cc: Coleman, Eli ████████████████; Asa Radix
████████████████>>; Jon Arcelus
████████████████████████████
Subject: Re: FINAL DRAFT SOC8
Importance: High

Dear Jeff,

It was good to meet with you today and thank you for being available at such short notice (on a public holiday!).

I am very grateful that you want to help us with a short and efficient turnaround of whichever the issues your expert panel feel are the issues with the current version of the SOC8. As Eli Coleman, the SOC8 said: there may have to be compromises, but first and foremost, as clinicians who provide trans health care to adolescents, we must not fail our young people to receive the care they need; and, also, our guidelines serve tens of millions of TGD people globally, so there needs to be perspective and empathy towards other people who live outside the US too.

Looking forward to working with you,

Walter

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105817

App.297

(102 of 139), Page 102 of 189
Case: 24-142, 08/16/2024, DktEntry: 123.4, Page 102 of 139
Case 2:22-cv-00184-LCB-CWB   Document 560-37   Filed 05/27/24   Page 113 of 341

Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief International Journal of Transgender Health (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health



On 2022-09-05 17:13, ███████ wrote:<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C███████%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7C4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

Hi Jeff<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C███████%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7C4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

Please see attached, looking forward to speaking with you.<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C███████%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7C4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

All best<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C███████%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7C4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105818

App.298

(103 of 139), Page 103 of 189
Case: 24-142, 08/16/2024, DktEntry: 123.4, Page 103 of 139
Case 2:22-cv-00184-LCB-CWB   Document 560-37   Filed 05/27/24   Page 114 of 341

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▮▮▮40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▮▮▮40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▮▮▮%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339621145%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C&sdata=ARhk1tIVyz7TtSisljl9AF%2BbCz%2ByXFCQcbja09wvTT4%3D&reserved=0>

Best
Regards<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▮▮▮%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▮▮▮40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

▮▮▮<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▮▮▮40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

▮▮▮
(she)<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7Cblaine%40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTil6l1haWwiLCJXVCl6Mn0%3D%7C3000%7C%7C%7C%7C

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105819

App.299

JBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

ps://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C 540wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMziiLCJBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMziiLCJBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

links.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C 0wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMziiLCJBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

/nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C 40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMziiLCJBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C 40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMziiLCJBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C 40wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMziiLCJBTil6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xbIyWmk2CS1%2Ffb5GAlVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105820

App.300

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7▉▉▉▉▉▉▉▉/path.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepath.eu%2Fconference-2019%2Fcall-for-abstracts%2F&data=05%7C01%7C▉▉▉▉▉▉▉▉wpath.org%7Cda2234a621d145d5be9c08da91db0b92%7Ca4b64a6b52d34815aa06bf8de66ded88%7C1%7C0%7C637982668339777381%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=eQ0xblyWmk2CS1%2Ffb5GAIVkyH981gkuF8%2Fb5Ikl4Hog%3D&reserved=0>

This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

--



Eli Coleman, PhD.
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_105821

App.301

## Fwd: ages and treatment

**From:** ███████████████████████████████
**To:**

**Date:** Fri, 09 Sep 2022 14:21:37 -0400
**Attachments:** Ages for gender affirming medical and surgical treatment for adolescents.docx (18.61 kB)

Here are ███ edits removing ages. This looks terrific, in my opinion. Having a later insurance supplement is a good idea,  thanks ███

---------- Forwarded message ---------
From: ███████████████████████
Date: Tue, Sep 6, 2022, 5:09 AM
Subject: ages and treatment
███████████████████████████████

Dear Both

Following yesterdays conversation and in view that it is likely that we will have to remove "ages" from the document, I include the section of the SOC8 that talks about ages in the adolescent chapter.  would like to have this ready as much as possible and as soon as possible so we can make changes as soon as we can. I have highlighted in yellow the sections that we think they need to be remove, and add some words and a sentence. Can you please look at it and see if there is anything else that needs to be removed or added and send it to me? This comes at the end of the adolescent chapter. We are keen not to remove many references or make any major changes if at all possible.

Regards



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_079968

App.302

This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_079969

App.303

## Re: SOC delay- URGENT taskforce

**From:** ███████████████████
**To:** Eli Coleman ███████████
**Cc:** ███████████████████████████

**Date:** Fri, 09 Sep 2022 16:36:49 -0400

████ is indeed, Eli.
Ok, I'm saying nothing to ████ until we have resolution and we have our messaging clear.
Later we can let her know you're interested in the deck she made.



On Fri, Sep 9, 2022 at 4:12 PM Eli Coleman ███████████ wrote:
████ is the powerpoint queen!
I'd love to see those.
I would not alert her - as it is unnecessary now.

All of this will mean some minor modification of her slides or anyone else's that we can
communicate with when resolved.

Let's keep this highly confidential till resolution.

Thanks!

On Fri, Sep 9, 2022 at 3:06 PM ██████████████████ wrote:
Hey ████ Eli, ███████████
Heads up on a problem--████ has made fantastic slides of ALL the SOC8 statements to scroll
during breaks in the GEI courses.
Shall I tell her about this issue now? (Or a limited version of this situation?) Or wait till we have
a resolution?
Seems likely she will have to make some changes to the relevant Adolescent slides.



On Fri, Sep 9, 2022 at 3:55 PM ██████████████████████████████ wrote:

Well hello friends. I'm writing this email confidentially and urgently. I've also now touched base with each of you (or have attempted to do so) to discuss a matter of great importance related to the SOC8 release. This is time-sensitive.

In a nutshell, you likely saw the email that the SOC8 was going to be released by the biennial meeting (next week) in Montreal, particularly since we have GEI sessions and other sessions designed to train attendees on its release. Then you saw another email regarding an inadvertent delay in the release. I'm writing about the reason why and this is top-level confidential, as you will see.

The American Academy of Pediatrics (AAP)- a MAJOR organization in the United States that is typically very pro-transhealth/gender affirming care- voiced its *opposition* to the SOC8, specifically due to aspects of the Adolescent chapter. Not only did they say they would not endorse the SOC, they indicated that they would *actively publicly oppose it.* They had several concerns, one of which was the age criteria for minors (they believe that surgery of any type should not happen until the patient is age of majority). They also disagree with verbiage on social factors and adolescent identity development. They were tasked with providing feedback, which they did. We actually know some of the pediatricians who provided this feedback, which makes it rather shocking.

Clearly, if AAP were to publicly oppose the SOC8, it would be a major challenge for WPATH, SOC8, and trans youth access to care in the U.S.

You have been identified by me as someone to be a part of an urgent taskforce to figure out next steps. WPATH leadership has already proposed certain changes (removing of ages verbiage), however, we need to do the following: 1) Review the AAP feedback; 2) Review suggestions from SOC8 co-chairs; 3) Meet **tomorrow (Saturday) at some point between 12-3 PM EST** to discuss our thoughts on the subject and come up with a united approach; and 4) Meet with AAP colleagues **at some point shortly thereafter (potentially Sunday** depending on availability) to make sure we can come to an agreement to obtain their endorsement.

Can you all please reply with your ability to meet tomorrow and participate in this very important collaborative effort? I realize this might evoke some emotion and we'll have time to navigate that when in person over beverages in Montreal- so let's try to compartmentalize that for now and get our hard work efforts across the finish line. This is too important

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_136153

App.305

Many thanks,





--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_136154

App.306

## Re: last version with changes

**From:** ████████████████████████
**To:** "Hudson, Jeff" < ███████████████ >
**Cc:** ████████████████████████████████

**Date:** Sat, 10 Sep 2022 13:10:08 -0400
**Attachments:** 06.09.22 SOC8 Final edit as agreed with adolescent chapter.pdf (12.5 MB)

Dear jeff,
Thank you very much for todays meeting and the support through this process.
We have just finished our meeting and we have agreed to remove the ages and to add the
sentence we agreed. I hope that by doing this AAP will be able to endorse the SOC8 or at
least to support it.
I am including the version that has been agreed with the adolescent chapter team and the
chairs.
Kind regards
████████



**From:** Hudson, Jeff < ████████████████ >
**Date:** Saturday, 10 September 2022 at 16:35
**To** ████████████████████████████████
**Cc** ████████████████████████████████
**Subject:** RE: meeting

Friends,

I can hop back on zoom now-will do right now.

**From:** ████████████████████████
**Sent:** Friday, September 9, 2022 7:38 PM
**To:** ████████████████████████
**Cc:** Hudson, Jeff < ████████████████ >
**Subject:** Re: meeting

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_080863

App.307

I will set up zoom later

On Fri, Sep 9, 2022 at 7:12 PM ████████████████ wrote:

I'm upstate. Please email with details of zoom. Phone reception isn't great up here.

Sent from my iPad

On 9 Sep 2022, at 19:49, ██████████████ wrote:

I can't seem to get a hold of ████ I have to go to dinner.

Why don't we try to have a phone conversation tomorrow. 9 central?

--



--

This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_080864

App.308

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_080865

App.309

# EXHIBIT 188

# REDACTED

# Re: Press questions



| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |

| | |
|---|---|
| **Date:** | Wed, 28 Sep 2022 09:10:38 -0400 |
| **Attachments:** | Nainggolan (2022) WPATH Removes Age Limits From Transgender Treatment Guidelines_medscape.pdf (163.81 kB); Nainggolan (2022) WPATH Removes Age Limits From Transgender Treatment Guidelines_medscape.pdf (163.81 kB); Block (2022) US transgender health guidelines leave age of treatment initiation open to clinical judgment _ The BMJ.pdf (546.96 kB) |

dear all

You might have seen these publications, but good to know that both journalists had reached out to me for my response on the deletion of the age criteria, for which I have directed them to WPATH.

best



| | |
|---|---|
| **Van:** | |
| **Verzonden:** zaterdag 24 september 2022 23:36 | |
| **Aan:** | |
| **CC:** | |



**Onderwerp:** Re: Press questions

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
BOEAL_WPATH_137210

App.311

I like this. Exactly- individualized care is the best care- that's a positive message and a strong rationale for the age change.

On Sat, Sep 24, 2022 at 5:17 PM Dr. Marci Bowers <███████████████> wrote:
hi all—
this is my basic response. feel free to provide input but, for me, this was  the gist of myresponse to Reuters: (there is no shame in our removal of the age minimums). "since the open comment period, a great deal of input has been received and continued to be received until the final release. i feel the final document puts the emphasis back on individualized patient care rather than some sort of minimal final hurdle that could encourage superficial evaluations and treatments outside of the thorough and comprehensive pathway recommended by WPATH standards."

i do think we need to speak more as a cohesive voice. clamming up to the media is not a healthy response and invites suspicion.

Kindly......

Marci Bowers MD
WPATH President
Trevor Project Board of  Directors

████████████████████████

*Standing tall in times of darkness*

> On Sep 22, 2022, at 12:56 PM, ████████████████
> ████████████████████> wrote:
>
>
> Dear ████
>
> So I can tell a Dutch journalist to contact the WPATH to get the answer what the consequences for Dutch care will be?
>
> I cant refuse media requests about general questions. And I must have an answer to the questions I asked, because they will ask me about it
>
> Sorry
> I don't think you suggestion is an option that works.



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137211

App.312

Op 22 sep. 2022 om 21:47 heeft ████████████████████████ het
volgende geschreven:

Hi ██████,
We are avoiding speaking with the press at this time.  Everything needs to go through
WPATH.
Thanks,
████

Sent from my iPhone

On Sep 22, 2022, at 3:00 PM, ████████████████████
████████████████████ > wrote:

Dear all

Can I please get an answer on my questions below, I will be talking to a journalist
tomorrow morning.

Gr

████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Op 21 sep. 2022 om 00:26 heeft ████████████
< ██████████████████ het volgende geschreven:

Hi ██████,

Excellent question about how to respond.

While I have some suggestions, I think it's best we all get on the same exact
page, and PRONTO.

Copying others to ensure we get this managed as soon as possible.

Thanks!
████

Sent from my iPhone

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137212

App.313

On Sep 20, 2022, at 3:22 PM, ███████████████████
███████████████████ > wrote:

Dear workgroup and ███

I am getting several questions from international and Dutch press why the
age criteria have been removed from the adolescent chapter
And especially what happened between the previous version and final
version in the SOC

Can you please inform me what your arguments were to remove it and why
this happend in such a late phase

Thanks

███████



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137213

App.314

## Re: Press questions

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Date:** | Wed, 28 Sep 2022 10:17:03 -0400 |
| **Attachments:** | Nainggolan (2022) WPATH Removes Age Limits From Transgender Treatment Guidelines_medscape.pdf (163.81 kB); Nainggolan (2022) WPATH Removes Age Limits From Transgender Treatment Guidelines_medscape.pdf (163.81 kB); Block (2022) US transgender health guidelines leave age of treatment initiation open to clinical judgment _ The BMJ.pdf (546.96 kB) |

Hi Marci.

[redacted] and I are meeting shortly and will discuss.

Just so I'm clear, you want us to have a formal statement at the ready that we can send all journalists who ask the question about why age requirements were removed?

This is what we sent the LA Times… and what you sent this email chain is below that:

*"The SOC 8 is the most comprehensive evidence and consensus-based set of guidelines ever produced to assist health care professionals around the world in support of transgender and gender diverse adults, adolescents, and children who are taking steps to live their lives authentically. It is designed to be inclusive of transgender care globally, not only in the U.S.*

*There was an open comment period that allowed input and feedback.*

*The final version of the Standards of Care highlights the need for individualized, age-appropriate care and was developed through a rigorous evaluation process with the consensus of professionals in all kinds of medical and research fields.*

*The release of the document was, unfortunately, complicated by posting of the wrong version by the publisher and has now been replaced by the correct version.*

*Minimum ages for providing gender-affirming medical care were removed from SOC-8 and replaced by strengthened criteria to help guarantee that every transgender or gender diverse adolescent is getting their appropriate needs met at the appropriate time; these changes in SOC 8 reflect the fact that health care models are not one-size-fits-all for any individual person, which includes transgender and gender diverse people."*

**Dr. Marci Bowers, MD**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137243

App.315

President, World Professional Association for Transgender Health
(WPATH)

—

> (there is no shame in our removal of the age minimums). "since the open comment period, a
> great deal of input has been received and continued to be received until the final release. i
> feel the final document puts the emphasis back on individualized patient care rather than
> some sort of minimal final hurdle that could encourage superficial evaluations and treatments
> outside of the thorough and comprehensive pathway recommended by WPATH standards."

—

> On Sep 28, 2022, at 9:58 AM, Dr. Marci Bowers <███████████████> wrote:
>
> see my response below…. can we get that statement formalized. we need to respond to these
> criticisms/ questions in real time.
>
> Kindly......
>
> Marci Bowers MD
> WPATH President
> Trevor Project Board of Directors
> ███████████████████████
>
> *Standing tall in times of darkness*
>
> Begin forwarded message:
>
> **From:** ████████████████████
> **Date:** September 28, 2022 at 6:10:43 AM PDT
> **To:** "Dr. Marci Bowers" █████████ | ████████████████
> **Cc:** ███████████████████████████████████████████
> ███████████, Eli Coleman < ██████████ >,
> <as███
> **Subject: Re: Press questions**
>
>
> dear all
>
> You might have seen these publications, but good to know that both journalists had
> reached out to me for my response on the deletion of the age criteria, for which I
> have directed them to WPATH.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137244

App.316

best



**Van:**

**Verzonden:** zaterdag 24 september 2022 23:36

**Aan:** Dr. Marci Bowers <                    >

**CC:**

Eli Coleman <                    >

**Onderwerp:** Re: Press questions

I like this. Exactly- individualized care is the best care- that's a positive message and a strong rationale for the age change.

On Sat, Sep 24, 2022 at 5:17 PM Dr. Marci Bowers <                    > wrote:

hi all—

this is my basic response. feel free to provide input but, for me, this was the gist of myresponse to Reuters: (there is no shame in our removal of the age minimums). "since the open comment period, a great deal of input has been received and continued to be received until the final release. i feel the final document puts the emphasis back on individualized patient care rather than some sort of minimal final hurdle that could encourage superficial evaluations and treatments outside of the thorough and comprehensive pathway recommended by WPATH standards."

i do think we need to speak more as a cohesive voice. clamming up to the media is not a healthy response and invites suspicion.

Kindly......

Marci Bowers MD
WPATH President
Trevor Project Board of Directors

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137245

App.317

*Standing tall in times of darkness*

On Sep 22, 2022, at 12:56 PM,  wrote:

Dear ███,

So I can tell a Dutch journalist to contact the WPATH to get the answer what the consequences for Dutch care will be?

I cant refuse media requests about general questions. And I must have an answer to the questions I asked, because they will ask me about it

Sorry
I don't think you suggestion is an option that works.



Op 22 sep. 2022 om 21:47 heeft ███████████ het volgende geschreven:

Hi ███████
We are avoiding speaking with the press at this time. Everything needs to go through WPATH.
Thanks,
███████

Sent from my iPhone

On Sep 22, 2022, at 3:00 PM, ██████████████ wrote:

Dear all

Can I please get an answer on my questions below, I will be talking to a journalist tomorrow morning.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137246

App.318

Gr

▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Op 21 sep. 2022 om 00:26 heeft ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ het volgende geschreven:

Hi ▮▮▮

Excellent question about how to respond.

While I have some suggestions, I think it's best we all get on the same
exact page, and PRONTO.

Copying others to ensure we get this managed as soon as possible.

Thanks!

▮▮▮

Sent from my iPhone

On Sep 20, 2022, at 3:22 PM, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Dear workgroup and ▮▮▮

I am getting several questions from international and Dutch press
why the age criteria have been removed from the adolescent
chapter
And especially what happened between the previous version and
final version in the SOC

Can you please inform me what your arguments were to remove
it and why this happend in such a late phase

Thanks

▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137247

App.319



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137248

App.320

## Re: New York Post article

**From:** Eli Coleman <██████████>
**To:** ████████████████████████████████████████████████
**Cc:**

**Date:** Mon, 03 Oct 2022 09:25:17 -0400

It led to them formally not opposing the SOC.  Yes this is highly confidential.

Eli

On Mon, Oct 3, 2022 at 8:22 AM ████████████████████████ wrote:
> Hi everyone,
> I thought that removing the age criteria led to AAP's endorsement.  Did they take their
> endorsement back? I also am under the impression that this is highly, highly confidential.
> Thanks,
> ███████

> On Mon, Oct 3, 2022 at 8:50 AM Eli Coleman <██████████> wrote:
>> Yes, I think it is important that we coordinate with them.  We do not have to have them sign on -
>> but it would be good to not have them oppose.

>> Best,

>> Eli

>> On Mon, Oct 3, 2022 at 1:59 AM ██████████████████████████ wrote:
>>> Yes, good idea.

>>> I am telling journalists that we are preparing a scientific paper on the age criteria. I
>>> will start working on it soon, but we first need the AAP support officially before
>>> publication in IJTH.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137429

App.321

**Van:** ███████████████████

**Verzonden:** zondag 2 oktober 2022 19:48

**Aan:** Dr. Marci Bowers < ███████████████ >

**CC:** ████████████████████████████████████
████████████████████████████████████

**Onderwerp:** Re: New York Post article

That would be great, many thanks!

On Sun, Oct 2, 2022 at 8:42 AM Dr. Marci Bowers < ██████████████ > wrote:
> that yes absolutely great. i can forward to blaine to set a zoom meeting, if that works?

> Kindly......

> Marci Bowers MD
> WPATH President
> Trevor Project Board of  Directors

> ████████████  ████████████████

> *Standing tall in times of darkness*

>> On Oct 1, 2022, at 7:54 PM, ████████████████ > wrote:

>> I agree. Let's brainstorm and very soon. I feel like the continued coverage of this
>> without our proactive message is really problematic and can only get worse. We are
>> not creating the messages.

>> Sent from my iPhone

>>> On Oct 1, 2022, at 3:33 PM, █████████████████████
>>> wrote:

>>> Hi everyone,

>>> I think we do need to come up with a PR strategy and would suggest that we
>>> set up a meeting to get all of us on the same page about the plan and
>>> strategy.  I think it's important for those of us in the child/adolescent space to
>>> be able to represent our chapters as well, considering we are the content
>>> experts and have a detailed understanding of the pediatric landscape.  It is also
>>> important to be consistent and unified as an organization.

>>> Thanks
>>> ██████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137430

App.322

On Sat, Oct 1, 2022 at 6:27 PM Dr. Marci Bowers < ███████████████ >
wrote:

████— yes agreed, this would be excellent. but we need centralized
authority, not fragmented individual messaging that is contradictory or does
not always align with what others say. this is the role of wpath and the
presidency, i feel. these experts would be excellent but let's run it through
the lens that i've been getting to convey before publication. my response is
slightly different than yours…. similar enough but problematic when there
are differences that can be exposed. this is not the time for caution but for
affirmative messaging that is measured and responsible.

Kindly......

Marci Bowers MD
WPATH President
Trevor Project Board of Directors

████████ ███████████████

*Standing tall in times of darkness*

On Oct 1, 2022, at 11:21 AM ████████████████████
wrote:

A new article on the SOC with info about my presentation, that is
slightly more accurate, has been just published by the New York Post.

The second part of the quote, and my sentence which is left out of all
this media, is that we did not want to write a chapter that was so vague
that it failed to provide standards or guidance. What I was saying, for
example, is that we did not want to specify the exact paper and pencil
measures used in an assessment of children, that it would be onerous,
preclude individualized care, and not accessible in some parts of the
world, and could be problematic for some providers because they
would then be unable to practice in line with these standards.

What I would like to request is that we write an op ed or ask one of our
journalist contacts to write about this. An op ed about the child chapter
is more in our control and was something I had discussed with ████
before the SOC 8 even came out and before Wpath. This story is not
going away. I feel we need to be proactive. It could also be an op Ed
about both the child and adolescent chapters, co written by me and
████ or me and ████████████ Whatever we do, it should be
immediate before this gets too out of control.

https://nypost.com/2022/09/29/kid-gender-guidelines-not-driven-by-
science/

Sent from my iPad

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137431

App.323

--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

--



**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137432

App.324

# EXHIBIT 190

# REDACTED





App.327

(132 of 139), Page 132 of 189
Case: 24-142, 08/16/2024, DktEntry: 123.4, Page 132 of 139
Case 2:22-cv-00184-LCB-CWB   Document 560-40   Filed 05/27/24   Page 4 of 25

## Re: SOC 8 Strategy

**From:**      Eli Coleman █████████████████
**To:**        ███████████████████████████
**Cc:**        ████████████████████████████████████████

**Date:**      Tue, 07 Feb 2023 19:40:31 -0500
**Attachments:**   Draft 12-Point Plan.docx (35.23 kB)

It would help for me to attach my thoughts!

On Tue, Feb 7, 2023 at 12:26 PM ████████████████████ wrote:

> Hi Eli
>
> Are you tapping my zoom?
>
> I absolutely agree with you.
>
> ████████

---

**From:** Eli Coleman <████████████>
**Sent:** Tuesday, February 7, 2023 2:21 PM
**To:** █████████████████ ; ████████████ ; █████████████
████████████████
**Subject:** SOC 8 Strategy


Dear Colleagues,


I have been giving a lot of thought to how to strengthen the impact of SOC 8 and to mitigate the onslaught of attacks on the SOC and trans health care in general.  I feel we really are in need of a strategic plan and a clear work plan to accomplish those goals.


I humbly offer my thoughts to you for your consideration.


Best regards,


Eli

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140749

App.328

--



**Eli Coleman, PhD.**
**Professor Emeritus**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
**med.umn.edu/sexualhealth**

--



**Eli Coleman, PhD.**
**Professor Emeritus**

The Institute for Sexual and Gender Health

University of Minnesota Medical School

Family Medicine and Community Health

**med.umn.edu/sexualhealth**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140750

App.329

**Draft 12-point Strategic Plan to Advance Gender Affirming Care through strengthening the WPATH SOC-8.**

**Introduction**

While we can breathe some relief that the barrage of attacks on WPATH's SOC 8 in the media have diminished, the attacks on access to transgender health care have not.

The WPATH SOC has been the major tool which has advanced access to quality trans health care for over 40 years. SOC-8 represents the most robust, consensus and evidence-based SOC that WPATH has produced. It is a shining culmination of the work of the Association over the many years history.

With the attacks on access to trans health care, particularly for youth, strengthening the awareness, support, articulating its value, defending it from critics, and adding more convincing evidence is critical to mitigate the attacks. We will not be able to stop the attacks in the short-run but we can mitigate the damage and propel access to trans health care when this political wave diminishes.

Trans health care is not only under attack by politicians, but by:
- an unfortunate trend in the media to sensationalize conflict
- academics and scientists who are naturally skeptical
- well-funded advocacy organizations driven by conservative sexual and gender values whose sole aim is to limit access to trans health care
- parents of youth who are caught in the middle of this controversy
- continuing pressure in health care to provide evidenced-based care
- health care systems and insurance companies looking to limit health care costs
- a burgeoning demand for transgender health care with concomitant increase in access to health care,
- increasing number of regret cases and individuals who are vocal in their retransition process who are quick to blame clinicians for allowing themselves to transition despite an informed consent process

As much as we love this Association and value our professional members, many critics see WPATH as an activist organization that is biased and self-serving. The legitimacy of trans health research has been held back, but has been growing rapidly and the number of academic clinicians and researchers has grown exponentially in recent years. In addition, while we value clinical expertise, the battle for legitimacy is being fought in controlled studies. And, yet double-blind studies are often ethically inappropriate and never mind the costs of such research making the gold standard of evidence based medicine impossible. All of us are painfully aware that there are many gaps in research to back up our recommendations.

The attackers are in the minority and we still enjoy a unprecedented level of support for access to trans health care. However, the minority are winning battles in health care systems and in laws and policies which are eroding years of progress and as a result transgender lives are at grave risk.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140751

App.330

https://www.rollingstone.com/politics/politics-news/trump-attacks-transgender-rights-video-1234671967/

https://www.newsweek.com/donald-trump-promises-executive-orders-gender-affirming-healthcare-transgender-youth-1777976

Based upon these facts, I offer a set of recommendations for WAS officials to consider. I acknowledge that some of these things have already been considered or are in the works, but I wanted to summarize various strategies that build upon one another.

### Draft: 12-Point Plan

**1. Endorsements**

As far as I know, we have endorsements of the SOC 8 from the World Association for Sexual Health and the International Society for Sexual Medicine. The endorsement of the WPATH SOC 8 is prominently displayed on the WAS website and has been highlighted in their newsletters. I have not seen any public statement or documentation of ISSM's endorsement.

We should start to build and advertise the endorsements that we have received on our own website and publicize in our communications (or commentaries) about SOC 8.

Endorsements by large organizations are oftentimes cumbersome and that word might not be the best one to use for getting support from organizations. However, there are many organizations which are sympathetic to our work and there may be ways for them to guide us on how they might lend support.

I don't know what happened to our efforts to get more support from the American Academy of Pediatrics. We seemed to dodge a denouncement from them when we released the SOC 8, but we have not seemed to have moved beyond that and received some public words of support or possible endorsement. They are also very connected to the other major medical organizations and offered to help in gaining their support. They have much more resources for advocacy and communications and it seems we should partner more closely with them to help us with our efforts.

I hope we can get support from the Amer Plastic Surgery organization and I know those efforts are underway.

We may be more successful in gaining support from more global organizations like we have with WPATH and ISSM (e.g., the World Psychiatric Association) or organizations in Europe or in other regions.

This will take making an inventory of the organizations that we want support from and then identifying people within those organizations who we might be able to liaise with to help us find the best pathway for support. Our members who are close to those organizations are probably in the best position to approach these people on a one-on-one basis. Sending letters requesting support or endorsement is much too much a passive way of gaining support.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140752

App.331

Organizations such as WHO will have a very difficult time endorsing our SOC – however there are ways that they can support – even by creating awareness of the SOC 8 throughout their networks. Other UN agencies should be engaged as well.

I have no idea how it was ever said that so many medical organizations have endorsed SOC 7. This statement is made in many legal briefs and court proceedings. But is that true? How did that ever come about? My suspicion is that these organizations never formerly endorsed but have referenced SOC 7 in their support for trans health and rights. We need to find out the facts here.

As we are facing so many legal battles over trans health care and rights, the statement that the SOC has so many endorsements has been an extremely powerful argument. We need to be able to get support of these important organizations and know how to indicate their support accurately or this argument in these court cases could be challenged.

2. **Commentaries**

One of the ways of promoting SOC 8, is to place commentaries in various journal publications. This would mitigate the damage caused by the many commentaries that have been critical with an opportunity to set the record straight and better interpret the evidence, but also increase the awareness of the SOC 8 and promote its use throughout the world.

We could easily identify journals who would welcome these commentaries in various disciplines and divide up amongst ourselves who might write these commentaries.

3. **State of the art slide deck**

Several of us have created an overview of SOC 8 which summarize the contents of SOC 8 and what is new from SOC 7. A polished slide deck would be valuable to have that could be used by any of our members to promote the awareness of SOC 8.

4. **GEI training**

Certainly, the updated SOC 8 should be emphasized in further GEI training. I think we need a mechanism though GEI to get everyone who has taken the Foundations Course or have completed certification to get an update.

5. **Online Platform**

New research is coming out fast and furious. Much of this seems to reinforce the recommendations in the SOC. By providing an on-line platform to keep track of developments would be a good way to continue to bolster the evidence supporting the recommendations in SOC 8 as well as bring to our attention, evidence which might cause us to consider revisions or updates in SOC 8 and beyond. It would engage the world community in awareness of SOC 8 and provide a vehicle for feedback.

6. **Expert Consultation in Guideline Development**

As we faced challenges of developing and revising the methodology of SOC 8, we had to rely on Johns Hopkins which while some degree helpful, was very constraining. We were able to consult with other experts and was able to learn that there were other ways of developing guidelines that were probably more appropriate for the state of our science. As a result our methodology evolved and was improved –

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140753

App.332

however, we were not able to be as systematic as we could have been (e.g., we did not use GRADE explicitly).  We have been attacked for our methodology and now have found ourselves in a position of defending it.

I think it would be helpful to engage a guideline development expert or experts to examine what we have done and help us form a clear narrative and justification for what we have done.  There are many strengths to our methodology and it is clearly the most robust, evidenced-based methodology that WPATH has used.  We need to sharpen our method about the strengths.  At the same time, we need to know its limitations and figure out how to respond to critics and package that in a clear and concise manner.

As an outcome of this "audit", we may learn ways that we could strengthen what we have done or at least while things are fresh, think and learn about ways that revisions of SOC 8 could be applied.

**7.  Research Agenda**

Now that we have reviewed the evidence, we are painfully aware of the gaps in the literature and the kinds of research that are needed to support our recommendations and strengthened the level of evidence in support of them.

Years ago, following the LGBT IOM report, we were able to get funding from the National Institute of Health in the US to hold an expert consultation to review and outline the research needed to promote trans health.  This resulted in a number of influential publications.   One of the goals of this consultation was to promote collaboration and possible multi-site studies to carry out this research.  To some degree this happened but not to the degree that it could have.

I think there is a ripe opportunity to get funding from health agencies or ministries of health around the world to fund these kinds of consultations.

These consultations not only benefit the participants in networking with other researchers, but help the agencies set research agendas and priorities.  I would submit that this consultation was influenced in the NIH funding the Garofalo et al study.

Fortunately, already NIH is holding a "NIH Scientific Workshop on Expanding the Evidence Base in Gender-Affirming Care for Transgender and Gender Diverse Populations.  As several WPATH people are invited to this event – it would be good to arm them with research priorities.

I expect this will be followed by RFPs related to these categories.

It would be very good if we could articulate the kinds of research that needs to be done to strengthen the evidence for our recommendations – or to make adjustments.  Making these clear and public would help research prioritize their own research agendas and might also help with funding priorities of funding agencies.

An audit of the SOC 8 with the areas that are acknowledged as gaps or input from chapter leads to provide a prioritized list of research which is of high priority.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140754

App.333

**8.  Year-in-Review**

I attended an outstanding lecture by Prof Gary Butler at the Swedish Professional Association for Transgender Health meeting last October who has often prepared a lecture on trans health – a year-in-review.  He presented a summary and review of the major and most important studies in the previous year.

Preparing these kinds of presentations that could be highlighted at biennial WPATH conferences or regional meetings (USPATH, EPATH, etc.).  These could also be possibly published in IJTH.

These years-in-review presentations – could by broken down by surgery, hormones, mental health etc.)

Another benefit is gathering the further evidence for any further revisions, modifications, supportive evidence for SOC 8.

In court cases and in policy developments around the world – those of us who are fighting those battles would be greatly helped by those who can summarize recent finding.

The challenge is finding the people to do this and supporting them.  However, we have identified outstanding SOC 8 members who could be very helpful.

**9.  Parents**

There has been quite a network of parents who have been concerned about the lack of careful evaluations, lack of involvement in decision making, and perceptions of rushed decisions which they feel account for the increased number of regret cases especially among youth.  Narratives of these parents have resonated with the public and professionals.

The voices of many parents who are supporting their trans and gender diverse kids have been silent.

How could we facilitate support for those parents and amplify their voices?

**10.  Facts about England, Sweden, Finland, Australia, New Zealand, the USA**

We need an accurate appraisal of policy changes that have occurred or are occurring around the world.  When I was in Sweden in the fall, the new policy in Sweden was being rolled out.  There were very different opinions of what these guidelines really were saying.  Since, these are examples which are being used to as arguments for other countries to follow suit, I think it is important to find out what actually is happening in these countries where there seems to be a regression of trans health care access and dissonance with the WPATH SOC.

Changes are occurring rapidly in the USA on a state-by-state or locality basis.  Keeping up with the facts of these situations is very important.  There is a domino effect going on and not always based upon facts.

There is also opportunity to dialogue with these ministries.  They have in a number of cases, reviewed the evidence by people unfamiliar with trans health – and often view the evidence in a myopic way.  It seemed, for example in Sweden, an opportunity to dialogue and to work towards minimizing contradictions between their guidelines and the new SOC 8 guidelines.  In their own review, for example, they relied on SOC 7 and had not even read SOC 8.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_140755

App.334

WPATH can play a role in influencing these regressive policies which are more and more out of step with WPATH SOC 8.  This is a threat on our assertion that the WPATH SOC are the Gold Standard used around the world.

**11. Strengthening ties between regions**

While WPATH and its SOC are under attack by conservative forces around the world we should strengthen our own organization and its affiliates.  WPATH has been very successful in spawning regional and local professional organization in support of trans health.  The links between these organizations and WPATH could be strengthened.

Do all these organizations support the new SOC 8.  Endorsement from our own organizations would be helpful.  Building and strengthening those ties – and formalizing agreements would strengthen WPATH and its voice.

**12. Finalizing a strategic plan**

I have presented a potpourri of strategies which might strengthen the impact of SOC 8 and the mission of WPATH.  I would love to see these ideas considered by WPATH leadership and prioritized and resources committed to these efforts.

There is a lot to discuss and brief zoom meetings interspersed with everyone's busy schedules might not be the best way to consider all of these.  As a first step, I would encourage WPATH to convene a face-to-face strategic planning meeting to consider the best way forward.  I would recommend that this take place over a two-day period somewhere convenient for those who can attend.

I think it is a good time to pause and assess the strengths, weaknesses, risks and opportunities to move our agenda forward.

**Conclusion**

I hope that these thoughts and suggestions might be useful to consider.  I am sure others have other ideas.  I feel it is very important to move to a proactive strategy to enhance and strengthen the impact of our amazing SOC 8 as the conservative winds are strong and the lives of many transgender and gender diverse individuals are at state.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

App.335