UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho, <br><br> Defendant - Appellant, <br><br> and <br><br> JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho and INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities, <br><br> Defendants. | No. 24-142 <br><br> D.C. No. 1:23-cv-00269-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: HAWKINS, McKEOWN, and DE ALBA, Circuit Judges.

Plaintiff-Appellees Jane Doe, Joan Doe and John Doe's motion to withdraw as Plaintiff-Appellees in this appeal (Dkt. 122) is GRANTED. Pam Poe, Penny Poe and Peter Poe remain Plaintiff-Appellees.