**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,<br><br>　　　　Defendant - Appellant,<br><br>and<br><br>JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho and INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,<br><br>　　　　Defendants. | No. 24-142<br><br>D.C. No.<br>1:23-cv-00269-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: HAWKINS, McKEOWN, and DE ALBA, Circuit Judges.

　　Submission of this case is vacated pending resolution by the Supreme Court in *United States v. Skrmetti*, No. 23-477, 2024 WL 3089532 (U.S. June 24, 2024). The Clerk shall administratively close this docket. After the Supreme Court issues its decision in *United States v. Skrmetti*, the Clerk will reopen this docket. No mandate shall be issued, and this order does not constitute a dismissal or other

ruling on the merits of this case. The proceedings shall remain in abeyance pending further order of this court.