IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

No. 24-142

PAM POE, et al.,

Plaintiffs-Appellees

v.

RAÚL LABRADOR,

Defendant-Appellant

and

JAN M. BENNETTS, et al.,

Defendants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

_____

NOTICE OF WITHDRAWAL OF THE UNITED STATES'
BRIEF AS AMICUS CURIAE

_____

After the change in Administrations, the United States is hereby withdrawing its brief as amicus curiae, filed on March 12, 2024.

Respectfully submitted,

MAC WARNER
  Deputy Assistant Attorney General

<u>s/ Sydney A.R. Foster</u>
SYDNEY A.R. FOSTER
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 305-5941