No. 24-142

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

P<small>AM</small> P<small>OE</small>, by and through her parents and next friends P<small>ENNY</small> and P<small>ETER</small> P<small>OE</small>, et al.,

*Plaintiffs-Appellees*,

v.

R<small>AÚL</small> L<small>ABRADOR</small>, in his official capacity as Attorney General of the State of Idaho, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00269-BLW

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

Li Nowlin-Sohl
(admitted only in Washington)
Chase B. Strangio
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584m
lnowlin-sohl@aclu.org
cstrangio@aclu.org

Brad S. Karp
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com

Richard Eppink
Wrest Collective
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop

Eric Alan Stone
Groombridge, Wu, Baughman & Stone LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0034
eric.stone@groombridgewu.com

Philip S. May
Groombridge, Wu, Baughman & Stone LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

Jordan E. Orosz
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Paul Carlos Southwick (admitted only in Oregon)
Emily Myrei Croston (admitted only in the District of Columbia)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

*Attorneys for Plaintiffs-Appellees*

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal, due to Plaintiffs Pam Poe, Penny Poe and Peter Poe's relocation outside of the state of Idaho.

The parties have agreed that each side shall bear its own costs and fees on appeal.

| | |
|---|---|
| DATED: June 17, 2025 | DATED: June 17, 2025 |
| GROOMBRIDGE, WU, BAUGHMAN & STONE LLP | STATE OF IDAHO OFFICE OF THE ATTORNEY GENERAL |
| By: *s/ Philip S. May* <br> Philip S. May <br> *Counsel for Plaintiffs-Appellees Pam Poe, Penny Poe and Peter Poe* | By: *s/ Alan M. Hurst* <br> Alan M. Hurst <br> *Counsel for Defendants-Appellants Raúl Labrador and the Individual Members of the Idaho Code Commission* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I electronically filed the foregoing Stipulated Motion to Voluntarily Dismiss Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

                                                         */s/ Philip S. May*
                                                         Philip S. May
                                                         Counsel for Plaintiffs-Appellees

June 17, 2025