UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PAM POE, by and through her parents and next friends, Penny and Peter Poe; et al.,

   Plaintiffs - Appellees,

v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,

   Defendant - Appellant,

and

JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho and INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,

   Defendants.

No. 24-142

D.C. No. 1:23-cv-00269-BLW
District of Idaho, Boise

ORDER

Before: HAWKINS, McKEOWN, and DE ALBA, Circuit Judges.

  The parties' motion (Dkt. No. 139) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b). Appellant's motion to supplement the record or take judicial notice (Dkt. No. 123) is denied as moot.

  This order serves as a mandate of the court.